

US POSTAGE AND FEES PAID
PRIORITY MAIL
Oct 14 2024
Mailed from ZIP 84088
PRIORITY MAIL
ZONE 2 FLAT-RATE ENV
18162113
Commercial

**P**

USPS PRIORITY MAIL

C002

Shipped using PostalMate Pkg:7891

Daniel Egli
1526 W Homecoming Ave
SOUTH JORDAN UT 84095

SHIP TO:
U.S District Court District of Utah
Clerk of Court
351 S West Temple
SALT LAKE CITY UT 84101

USPS TRACKING #



9405 5118 9956 1836 0104 09

USPS.COM®
ORDER FREE SUPPLIES ONLINE

# PRIORITY MAIL

## UNITED STATES POSTAL SERVICE®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.

# USPS PRIORITY MAIL® FLAT RATE ENVELOPE



**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PAPER POUCH
how2recycle.info

**FROM:**
Daniel Egli
1526 W. Homecoming Ave.
South Jordan, UT 84095

**TO:**
Clerk of Court
U.S. District Court
District of Utah
351 So. West Temple
Salt Lake City, UT 84101