IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

_____
                                    )
 UNITED STATES OF AMERICA,          )
                                    )
                 Plaintiff,         )
                                    )
vs.                                 )    Case No. 2:22-cr-00210-TC
                                    )
 DANIEL DAVID EGLI,                 )
                                    )
                 Defendant.         )
_____)

JURY TRIAL BEFORE THE HONORABLE

JUDGE TENA CAMPBELL

OCTOBER 29, 2024

Volume 2

Pages 226 to 427

Reported by Michelle B. Gonsalves, RPR, CRR, CBC, CSR
Orrin G. Hatch United States Courthouse
351 South West Temple, Room 7.431 Salt Lake City, Utah 84101
801.783.8657  michelle_gonsalves@utd.uscourts.gov

**APPEARANCES**

**FOR THE PLAINTIFF:**

Allison Hart Behrens
US ATTORNEY'S OFFICE
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
allison.behrens@usdoj.gov

**FOR THE DEFENDANT:**

Daniel David Egli
PRO SE
1526 West Homecoming Avenue
South Jordan, Utah 84095

**STANDBY COUNSEL FOR DEFENDANT:**

Robert L. Steele
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
(801) 524-5877
robert.steele@fd.org

## I N D E X

WITNESS                                                           PAGE


**CHARLES BROCK** (Outside the presence of the jury.)
    Direct Examination by Ms. Behrens                    242
    Cross-Examination by Defendant Egli                  262


**CHARLES BROCK**
    Direct Examination by Ms. Behrens                    295
    Cross-Examination by Defendant Egli                  326

**STACEY EVANS**
    Direct Examination by Ms. Behrens                    327
    Direct Examination Cont'd by Ms. Behrens             363
    Cross-Examination by Defendant Egli                  384


**SPECIAL AGENT JEFF ROSS**
    Direct Examination by Ms. Behrens                    388

## **E X H I B I T S**

**EXHIBIT NUMBER**                                                  **PAGE**

Exhibit No. 1    Judgment in Criminal Case          294
                 2:04CR0577-TC

Exhibit No. 2    Judgment in Criminal Case          294
                 2:10CR0333-TC

Exhibit No. 3    Mr. Egli's judgment and commitment  298

Exhibit No. 5    Property evidence receipt form      306

Exhibit No. 10   Mr. Egli's HP laptop                310

Exhibit No. 7    Mr. Egli's smartphone               312

Exhibit No. 8    Flash drive found in television      313

Exhibit No. 9    Western Digital external hard drive  314

Exhibit No. 14   Toshiba external hard drive          315

Exhibit No. 15   Thumb Drive; IWR 093031             316

Exhibit No. 16   Thumb Drive; IWR 93032              316

Exhibit No. 4    Arrest warrant for Mr. Egli          318

Exhibit No. 6    May 17, 2021 property receipt        322

Exhibit No. 21   CD marked "Gentoo"                   323

Exhibit No. 22   CD marked "Misc Backups"             323

Exhibit No. 18   Desktop computer                     324

Exhibit No. 23   Report of Examination                331

Exhibit No. 24   Index to the digital examination disk  335

Exhibit No. 56   Documents of Interest                342

Exhibit No. 12   Photo of Intel hard drive            349

Exhibit No. 13   Photo of Intel hard drive            350

Exhibit No. 19   Photo of desktop hard drive          353

Exhibit No. 20   Photo of desktop hard drive enlarged    353

Exhibit No. 61   Bookmarked LNK files                    366

Exhibit No. 58   Digital report of bookmarked emails     376

Exhibit No. 60   Bookmarked page of applications         378
                 of interest

Exhibit No. 59   Bookmarked page of documents            382
                 of interest

Exhibit No. 7    Search warrant dated May 24, 2023       392

Exhibit No. 25   Document - Amanda & Christine           397

Exhibit No. 26   Alison.txt                              397

Exhibit No. 27   Angel.txt                               397

Exhibit No. 28   Blackfam1.txt                           397

Exhibit No. 29 Brenda01.txt                              397

Exhibit No. 30 Camptrip.txt                              397

Exhibit No. 31   Clayton's Children The Babysitter       397

Exhibit No. 57   Screenshot of an Excel spreadsheet      405

October 29, 2024      Salt Lake City, Utah      8:30 a.m.

                    **P R O C E E D I N G S**

                              * * *

        **THE COURT:**  All right.  We're all here.  Good morning, Mr. Egli, Mr. Steele, Ms. Behrens.

        Let's -- I want to take care of some issues having to do with the supervised release allegation.

        During the final pretrial conference before the Court began jury selection yesterday -- can you hear me?

        **MS. BEHRENS:**  Yes.

        **THE COURT:**  Okay.  Because I'm muttering.

        The United States raised a question about how to proceed on the allegations that the defendant, Daniel David Egli, violated the conditions of his supervised release in Case No. 2:10-cr-333.

        In *United States v. Haymond*, the Supreme Court held that 18 U.S.C. § 3583(k), which authorizes a mandatory minimum sentence of five years for certain violations of supervised release that are relevant here is unconstitutional if the factual findings underlying the violation charge are found by a judge based on a preponderance of the evidence rather than by a jury finding that the facts have been established beyond a reasonable doubt.  And the citation is 588 U.S. 634, 657, 2-0-1-9 (2019).

        In a concurring opinion, Justice Breyer characterized

Section 3583(k) as, quote, "...less like ordinary revocation and more like punishment for a new offense to which the jury right would typically attach."  Same citation.

At 659, "based in part on that characterization, commentators have questioned with whether *Haymond* brings up new questions where a defendant is accused of supervised release violations under 3583(k), including double jeopardy concerns and the right to grand jury proceedings."

The parties have yet to raise a specific issue under *Haymond*.  And we are here primarily to determine whether Mr. Egli committed the crime charged in the Indictment in this case.  The preliminary jury instruction as well as the proposed jury instructions and verdict form submitted by the Government focus on this alleged crime.

But the Court agrees that if the United States also wishes to prosecute Mr. Egli for a violation of supervised release under 3583(k), *Haymond* requires a jury to find that violation beyond a reasonable doubt.

It does not appear that such a finding would require any additional evidence or otherwise change how the Government proceeds with its case, but it may change the preliminary jury instructions, the final jury instructions, and the verdict form as the jury must be aware that it is also finding whether Mr. Egli committed a violation of his supervised release. These are instructions that are especially important.

If the violation was not simply the commission of a new crime, but a violation of the specific conditions of Mr. Egli's supervised release such as prohibition on accessing the internet.  It is up to the Government to determine how it wishes to proceed.

If the Government plans to prosecute the alleged violation of Mr. Egli's of supervised release solely based on the jury finding that he committed a new crime, then the Court sees no need for any deviation from the current proceedings. Mr. Egli may raise any arguments based on *Haymond* at sentencing should the jury convict him.

But if the Government also wishes the jury to make a finding that Mr. Egli violated the specific conditions of his supervised release, the United States must propose how the Court should instruct the jury, both during the preliminary instructions and before deliberation.

All right.  Questions on this, United States?  What are your thoughts?

**MS. BEHRENS:**  I guess my initial concern is timing, Your Honor.

**THE COURT:**  Yes.

**MS. BEHRENS:**  Obviously, I would need some time not a lot, but some time to prepare any such preliminary instructions.  I would like the opportunity to talk with my criminal chief about which way he would like me to proceed so

that it's consistent with the policies of our office.  I can do that pretty quickly.

If we are willing to go just on this new federal violation, then obviously we can proceed quickly after that discussion.

If, however, we want to also proceed on the internet prohibition part of his conditions of release, I would need some time to prepare that preliminary instruction.  Obviously, I would have some time on the final instruction, I assume, to do that to your point.

THE COURT:  Sure.

MS. BEHRENS:  But I need to get a preliminary instruction prepared.  I wish I could tell you how long that might take.  We're not talking hours, but it could well be close to an hour because I don't know that this has been done before in our office.

THE COURT:  All right.

Mr. Egli, what do you think?

DEFENDANT EGLI:  If Mr. Steele could speak for a moment.

THE COURT:  Sure.

*(Sotto voce discussion was held between Defendant Egli and Mr. Steele)*

DEFENDANT EGLI:  All right, Your Honor.  A couple of things.

**234**

THE COURT: Okay. Could you come on up. It's so much easier for me to hear.

DEFENDANT EGLI: I'm restrained, Your Honor.

THE COURTROOM DEPUTY: He's shackled.

THE COURT: Okay. Speak up.

DEFENDANT EGLI: First of all, under 3585(k), I would ask that there be a grand jury indictment to proceed with any kind of violation hearing over sentencing enhancement, and I would also ask that the trial be bifurcated with two verdicts.

THE COURT: All right.

DEFENDANT EGLI: And then, also, Your Honor, if you'll allow me just a couple of moments to speak here.

THE COURT: Sure.

DEFENDANT EGLI: I am not ready to proceed. I've been denied the opportunity to prepare a defense in violation of due process. I've been denied discovery materials specified in a motion to this Court, which was ignored by the Government and this Court.

I've been denied specific material by the Government and this Court; including, but not limited to Federal Rules of Criminal Procedure, Federal Rules of Civil Procedure, Federal Rules of Evidence, and the Pro Se Prisoner's Handbook.

I've also been denied access to the legal research materials, the law library in any meaningful way, access to mailing out and receiving legal mail, and any relevant case

precedent and case law and rules which are binding upon these proceedings.

Additionally, my standby counsel only requested to review discovery materials in my father's possession 72 hours before the trial, and only collected it 36 hours before the trial.

Counsel has really not assisted me in much of any meaningful way besides giving me a little bit of advice and providing my clothing.

On these basis, I find that he has performed inadequately, and upon this basis, in the matter of justice, and in order to protect my constitutionally guaranteed rights to due process pursuant to the Fifth, Sixth, and Fourteenth Amendments, I'm respectfully requesting that this trial be adjourned, postponed, and continued until such time my constitutional rights have been provided.

Additionally, I'm requesting this Court uphold and perform its obligation and duty to protect my civil and constitutionally guaranteed rights accordingly.

I also provide right now a written appeal of the memorandum and decision to disqualify you, Your Honor, that was made yesterday.  I object to any further proceedings upon the grounds --

**THE COURT:**  Have you filed that notice?

**DEFENDANT EGLI:**  Pardon?

**THE COURT:**  Have you filed that notice, sir?

**DEFENDANT EGLI:**  It went out in the mail last night, Your Honor.

**THE COURT:**  Okay.  Go ahead, please.

**DEFENDANT EGLI:**  And I have one copy for you and one copy for the prosecution.

So I object to any further proceedings on the ground that I have just set forth on the record.

**THE COURT:**  All right.  And I deny your motions. I've dealt with this before.  And for the same reasons I deny it.  All right.

**DEFENDANT EGLI:**  If that's the case, Your Honor, then at this time I would like to request actual counsel, and --

**THE COURT:**  You would like to request, what?

**DEFENDANT EGLI:**  Request appointed counsel, and request that it not be the Federal Defender's Office.  I do not believe I can trust them.  I've had a lot of problems with them, and it does not seem to me that I could get a fair defense from the Federal Defenders.

**THE COURT:**  All right.  Let's take about a, oh, a quick break which comes to five to ten minutes.  Okay?

**MS. BEHRENS:**  Thank you, Your Honor.

(Recess taken by the Court at 8:56 a.m.)

**THE COURT:**  I'm going to grant the motion to bifurcate.  If, in fact, the -- no matter what, it would seem

to me, there is a finding of both or either, then we can have a separate proceeding to deal, if Government wishes, to deal with the issue of supervised release.

I'm going to deny the motion for new counsel, and by counsel, that was an issue that was presented by me to Mr. Egli back in July.  The time has come and gone.

What that means is we'll just proceed as before with the issue of voluntariness, with the then preliminary instructions.

**DEFENDANT EGLI:**  Your Honor, I would have to object to this.

**THE COURT:**  Okay.  I'm sure you do, sir.

**DEFENDANT EGLI:**  Yes.  At this point I've already informed Mr. Steele that he's no longer my counsel.  So I have no counsel because I have requested it.  I have officially stated that I desire counsel to be appointed.

**THE COURT:**  Well, you officially stated now or before -- or now; right?

**DEFENDANT EGLI:**  I have stated it now.  I have stated it in the past that I would consider it, and my decision now, given everything that is going on, is I would want counsel.  I do not feel qualified to do this, and I feel it would be a complete violation of justice --

**THE COURT:**  Okay.  So --

**DEFENDANT EGLI:**  -- to going forward with this

because I do not have the understanding.  I do not have the training.  I don't have the skills.  And I certainly don't have the knowledge of when I should or should not say things or when I should or should not hold my peace or anything of that nature.

I need counsel, and if we go on without my counsel, then I'm being denied my civil rights to counsel.  Because Mr. Steele -- as nice a man as he is -- cannot act as my counsel now that I've released him.

**THE COURT:**  Um.  Are you -- of course, Mr. Steele is appointed counsel.  You understand that?

**DEFENDANT EGLI:**  Well, he was appointed as standby counsel.

**THE COURT:**  Right.  So any counsel you would have, it would be appointed.

**DEFENDANT EGLI:**  I'm sorry.

**THE COURT:**  They are appointed.  You do not have the funds.

**DEFENDANT EGLI:**  Correct.  Yes. I'm requesting appointed counsel other than the Federal Defender's Office.

**THE COURT:**  On the grounds you don't trust them, is that what I heard?

**DEFENDANT EGLI:**  Yes, Your Honor.  I do not believe -- I don't have anything personal against them, but it is my solid feeling that I do not get proper representation

239

from them.

THE COURT:  All right.

United States?

MS. BEHRENS:  Your Honor, without reiterating again on the record all of my concerns with a pro se defendant, what I would like to point out is we did have an extensive Faretta hearing before Judge Oberg, I believe, in December of 2022, perhaps.

I believe at that point in time Judge Oberg explained to Mr. Egli in tremendous detail the ramifications and the consequences and those types of things that would be involved with representing himself.

I have asked Mr. Egli to please consider having counsel in the various meetings we've met with him.  Because I think it's in his best interest.  I also think that Mr. Steele is an exceptional attorney, and I'm sure he is providing good assistance.

The Court mentioned that you had offered Mr. Egli counsel, I think, in June; but I would also remind the Court that you offered it again on Wednesday --

THE COURT:  Right.

MS. BEHRENS:  -- in this past week when we were here talking about a continuance.  And at that point in time, if I recall correctly, I think the Court said the Defendant could perhaps undergo a medical evaluation to address his issues of

memory retention, or the Court could appoint an attorney for him at that point in time.  Now, as I understand it, it was appointing Mr. Steele.  I cannot -- and I don't know if the Court should have a discussion without me here -- I don't know where -- because what I've seen, it's been a good relationship, but that's from the outside.  I don't know where it fell apart, if it did.  I'm not privy to that nor should I be.  But Mr. Egli has had a tremendous amount of time to evaluate this case.

I think we've done everything we possibly can to assist him in that, and get him to understand the consequences of this case, the strength of the Government's case, all of these things.

Having said all that, really, I guess I've not made a position or taken a position before the Court.

**THE COURT:**  All right.  We're simply going to go ahead.  Your objections and argument have been noted.

Mr. Steele, if you would remain, and let's go ahead with the voluntariness issue.

**DEFENDANT EGLI:**  If you insist, Your Honor.  But I will point out again this is a violation of my rights.  This guarantees appeal.

**THE COURT:**  You have made that argument several times, and the record is clear.

Go ahead.

**MS. BEHRENS:**  Thank you, Your Honor.

Your Honor, the United States calls Probation Officer Charles Brock.

**THE COURT:**  Mr. Brock, come forward and be sworn.

**THE COURTROOM DEPUTY:**  Please raise your right hand.

You do solemnly swear that the testimony you shall give in the case now before the Court to be the truth, the whole truth, and nothing but the truth?

**THE WITNESS:**  Yes.

**THE COURTROOM DEPUTY:**  Thank you.  Please be seated.

(Witness enters the witness stand.)

**THE COURTROOM DEPUTY:**  State and spell your name for the record.

**THE WITNESS:**  My name is Charles Brock. C-H-A-R-L-E-S.  B-R-O-C-K.

**MS. BEHRENS:**  May I inquire, Your Honor?

**THE COURT:**  Please.

**CHARLES BROCK,**

called as a witness for and on behalf of the Plaintiff, being first duly sworn, was examined and testified as follows:

**DIRECT EXAMINATION**

Q.   I'm sorry, could you repeat your name again?

A.   Charles Brock.

Q.   Where are you employed?

A.   United States Probation Office.

Q.   How long have you been employed with the United States Probation Office?

A.   Approximately eight years.

Q.   And what is your present assignment?

A.   I'm currently a probation officer serving the LM - Location Monitoring Specialist.

Q.   How long have you been doing that?

A.   Approximately, two years.

Q.   What did you do prior to that?

A.   Prior to that, I was in the Sex Offender Supervision Unit.

Q.   Were you in the Sex Offender Supervision Unit in the spring of 2021?

A.   I was.

Q.   And do you know a man by the name of Daniel David Egli?

A.   I do.

Q.   How do you now him?

A.   I supervised him.

Q.   Do you see Mr. Egli in the courtroom today?

A.   Yes.

Q.   Can you please point him out and describe him for the Court?

A.   Mr. Egli, the blue blazer, blue shirt.

          MS. BEHRENS:   Your Honor, may the record reflect that the witness has identified the Defendant.

          THE COURT:   It may.

Q.    **(By Ms. Behrens)** Do you recall, and I want to direct your attention specifically to February 27, 2021.  You were supervising Mr. Egli on that day?

A.    Correct.

Q.    Do you recall traveling to Mr. Egli's residence that day?

A.    Yes.

Q.    What was the purpose of that visit?

A.    Standard home visit and to collect a signature on a standard supervision form.

Q.    Were you by yourself?

A.    I was not.

Q.    Who were you with?

A.    The United States Probation Officer Nate Driedger.

Q.    When you arrived at Mr. Egli's residence, did you have the opportunity to talk with him?

A.    I did.

Q.    Where did those communications occur?

A.    Down in the basement family room and in his bedroom.

Q.    When you were in his bedroom, was it you and Mr. Driedger in the bedroom with Mr. Egli?

A.    Yes.

Q.    And while you were in his bedroom, did you observe anything that caused you some concern?

A.    Yes.  Initially, there was a flash drive that was unauthorized that I didn't know about.

Q.   When you say "unauthorized," what do you mean?

A.   Mr. Egli had conditions that forbade him from having mass storage devices, internet capable devices.

Q.   When you observed that thumb drive, did Mr. Egli make any statements about why he had that thumb drive?

A.   He stated it was -- it had music on it.  It was plugged into his TV, and that's how he listened to music.

         THE COURT:  Could you repeat that, please.

         THE WITNESS:  He had music on it, and that's how he listened to music.

Q.   **(By Ms. Behrens)** Was that the only electronic device that you found that day?

A.   No.

Q.   What else did you find?

A.   We found several items.

Q.   Okay.  Do you remember what you found next?

A.   Yes.  Officer Driedger noticed a USB hub hooked up to an external hard drive on the floor.

Q.   Was that external hard drive authorized by the Probation Office?

A.   No.

Q.   And did Mr. Egli make any statements about why he had that unauthorized hard drive?

A.   He stated it was to save his personal files from his mother's computer.

**245**

Q.   Okay.  Did you ask the Defendant at that time, or Mr. Egli at that time, if he was in possession of any unauthorized internet devices?

A.   I did.

Q.   And what was his response to that, do you recall?

A.   He stated that he was not, and that we were welcome to look through his room.

Q.   Did you look through the room?

A.   We did.

Q.   And did you discover a laptop?

A.   Yes.

Q.   Was that an authorized device?

A.   No.

Q.   Did Mr. Egli make any statements with respect to why he had the laptop?

A.   Yes.

Q.   What did he say?

A.   He said it was his father's, and he was just helping him set it up.

Q.   And did he make any mention about the fact he had forgotten that the laptop was there?

A.   Yeah.  When we asked him if anything else was in the room, he stated there was nothing; and then when we found it, he said, "Oh, I forgot about that."

Q.   Did you have an opportunity to look at that laptop?

A.    Yes.

Q.    Was it connected to the internet?

A.    Yes.

Q.    And did you ask Mr. Egli --

Let me ask you this:  What conversation did you have with Mr. Egli about his access to the internet?

A.    I asked him how it was connected to the internet because we had verified earlier there was no internet in the house.  He stated he was able to connect to his neighbor's Wi-Fi and just got lucky by guessing the password.

Q.    Did you take that opportunity then to ask Mr. Egli if there was anything else in his possession that he was not authorized to have?

A.    Yes.

Q.    What was his response?

A.    Again, he said nothing else.  Go ahead and look around.

Q.    And did you continue looking?

A.    We did.

Q.    Did you find anything else?

A.    Yes.

Q.    Did you find in particular a smartphone?

A.    Yes.

Q.    And was that smartphone authorized by Probation Office?

A.    No.

Q.    Did you have any conversations with Mr. Egli about the

247

possession of that smartphone?

A.    Yes.

Q.    What were those conversations?

A.    Again, he stated he forgot he had it as he was just waking up when we went to visit him.  And then he informed us that he had actually got that about two months prior, and he was using it to access apps that his safe phone couldn't access.

Q.    Okay.  Did you arrest Mr. Egli at any point on February 27th?

A.    No.

Q.    When you left the residence, then, on that date, I assume you left the residence at some point?

A.    Yes.

Q.    Did you leave Mr. Egli behind?

A.    Yes.

Q.    At any point in time while you were meeting with Mr. Egli on February 27th, did you ever place him in handcuffs?

A.    No.

Q.    Were you armed that day when you visited?

A.    Yes.

Q.    Was your firearm on display or was it concealed?

A.    It was concealed.

Q.    At any point in time during the visit with Mr. Egli, did you draw that weapon on Mr. Egli for any reason?

A.    No.

Q.   Did you physically restrain Mr. Egli at any point in time during your visit on February 27th?

A.   No.

Q.   Did you tell Mr. Egli that he was required to answer your questions about these unauthorized devices?

A.   No.

Q.   Did you threaten him at any point in time to get him to answer your questions?

A.   No.

Q.   Did you make him any promises that -- did you make him any promises to get him to answer any of your questions?

A.   No.

Q.   Were there any requests that Mr. Egli made to you during your visit such as needing to go to the bathroom or wanting to sit down or wanting a drink of water, any request at all that you denied Mr. Egli during that visit?

A.   No.

Q.   So at some point, then, you said you left the residence --

A.   Correct.

Q.   -- is that correct?  I'm sorry, is that correct?

A.   Correct.

Q.   And did you at a later point that day hear from Mr. Egli again?

A.   Yes.

Q.   In what format?

A.    He sent me a text message.

Q.    What did the text message say?

A.    Something similar to just so you know that phone you found was the source of my internet.

Q.    Okay.  And was that the extent of your communications with Mr. Egli on February 27, 2021?

A.    I believe so.

Q.    Sorry?

A.    Yes.

        MS. BEHRENS:  I have no further questions, Your Honor.  Thank you.

        DEFENDANT EGLI:  Just a moment.

        THE COURT:  Sure.

        *(Sotto voce discussion was held*

        *between Defendant Egli and Mr. Steele.)*

        THE COURT:  Mr. Freeman has brought up an important point.

        Mr. Egli, you are restrained, so can you stand?

        (Mr. Egli stands up.)

        THE COURT:  But you can't approach anywhere?

        DEFENDANT EGLI:  No.

        THE COURT:  What I would ask then, but since you can stand, I would ask you, United States, you may stand, but don't approach.

        MS. BEHRENS:  I understand, Your Honor.

**THE COURT:**  And if you want to give a witness an exhibit or something for your examination, please ask Ms. Ford, both of you, okay?

**DEFENDANT EGLI:**  All right.

**MS. BEHRENS:**  Yes, Your Honor.  Although at some point, and I appreciate that, but I was under the impression that Mr. Egli was going to ask the Court about perhaps unshackling him?  I would concur in that, but it's a discussion I would like to have at some point in time.

**THE COURT:**  Well, let's do it now.

**DEFENDANT EGLI:**  Very well.  I was going to bring that up next, but that's fine.

**THE COURT:**  Okay.

**DEFENDANT EGLI:**  I do feel it is damaging my ability to proceed in this court to have myself restrained like this. I cannot move.  I have a 95-pound weight attached to my foot. So I can stand up.  I can sit down.  I can't do much more than that.  And that makes it very, very difficult.

**THE COURT:**  All right.

**DEFENDANT EGLI:**  I'm certainly not a threat.  I have no intention of harming anyone.  I don't want to harm anyone. I'm not a violent person.  I just want to get things done.

**THE COURT:**  All right.  Thank you, sir.

Are there any representatives of the Marshals Office? We have -- yes, sir.  What do you feel about that?  You and I

have discussed it before.

**U.S. MARSHAL REPRESENTATIVE:**  May I approach, Your Honor?

**THE COURT:**  You may, indeed.

(A bench conference was held between Judge Campbell, Nathan Freeman, and U.S. Marshal Representative.)

**THE COURT:**  Thanks to the United States Marshal, I am going to direct that your shackle be removed.  However, a couple of things I want to make clear, and this will also go for you, United States.  Confine your motion to the podium and then back to the table.

That will be the same for you.  Podium and then the table.

Also be certain that when I make a ruling with which you do not agree, particularly while the jury is here, do not make any visible signs of disagreement such as throwing your hands up.  First of all, that disrupts the procedure.

Secondly, that will not help your case with the jury.

**DEFENDANT EGLI:**  Understood, Your Honor.

**THE COURT:**  Okay.  So we've done that; right?

**DEFENDANT EGLI:**  It's been removed.  At this point, since I have released Mr. Steele as my counsel, I would ask that he move towards the audience area since he is no longer functioning in any way as counsel.

**THE COURT:**  Um, but that means you have absolutely --

and I'm not going to appoint another counsel.  I don't see any reason other than what you describe as you do not trust the Federal Defenders Office.  I certainly am not going to impose him upon you, but that means you'll have no counsel whatsoever. Do you understand that?

**DEFENDANT EGLI:**  I do understand that, Your Honor, but that's what exactly as you're opposing upon me.  You say that I can't say that I don't trust him.  Well, it's not that I don't trust him; it's that I can already show he's been ineffective.

He's been my standby counsel for several weeks now, if not a couple of months; and, yet, literally, just on Saturday, he went to pick up the discovery materials that my father was holding on to.

And I have heard from my father comments made by Mr. Steele, basically stating that I don't have a chance of winning this at all.  This is a completely pointless exercise. That is not effective counsel because if my counsel goes in thinking I don't have a chance to win, then I don't have a chance to win.

**THE COURT:**  All right.

**DEFENDANT EGLI:**  So at this point I'm releasing Mr. Steele as ineffective.  And because this is the second ineffective counsel I have received from Federal Defenders Office, I think it is fair to say that I need someone who is

not from the Federal Defenders.

**THE COURT:** All right. And, yet, you're still asking that the Court appoint someone for you?

**DEFENDANT EGLI:** Yes, Your Honor. I am asking specifically for someone outside of the Federal Defenders Office who can help me out because, as I said, I've had two separate ineffective counsels from the Federal Defenders Office. That gives me no reason to think that a third would be any better. I don't argue with them. I'm not trying to say that they're bad people, but they're not effective in my case.

**THE COURT:** Understood.

*(Sotto voce discussion was held between*
*Judge Campbell and Mr. Freeman.)*

As Mr. Freeman has pointed out, the Tenth Circuit has claimed there's no ineffective assistance of counsel claim if you have chosen to represent yourself.

I appointed a very competent attorney, Mr. Steele, as standby simply to help you with, perhaps, some issues. But as it stands, Mr. Steele, I guess, will be relieved? Which is better?

*(Sotto voce discussion was held between*
*Judge Campbell and Mr. Freeman.)*

Okay, my decision is Mr. Steele, if you are willing to simply sit there, Mr. Egli, you don't have to speak to him, but the jury has already been introduced to Mr. Steele, and I

don't want to raise any questions in the jury's mind about where is Mr. Steele.  All right.

**DEFENDANT EGLI:**  If we're going to do it that way, Your Honor, then I would at least request, as you offered on Wednesday, to have him become my official counsel.

**THE COURT:**  All right.  Then you want Mr. Steele no longer to be standby, but to be your main -- your counsel here in court; is that correct?

**DEFENDANT EGLI:**  That is correct.  I still would prefer greatly that I get someone from the outside.

**THE COURT:**  All right.

**DEFENDANT EGLI:**  And perhaps that could be done at a later day, but for the moment, it is true that I do not have the legal training to proceed properly, and so perhaps it would be better to maintain Mr. Steele for now, and then we can hopefully replace him with someone on a future date.

**THE COURT:**  Mr. Steele, what do you think about all this?

**MR. STEELE:**  Your Honor, preparing someone to proceed pro se is different than preparing myself to go forward in the case, and I haven't prepared myself to go forward in the case.

I will do as ordered --

**THE COURT:**  I know you will.

**MR. STEELE:**  -- as you know.  But I think that's a misunderstanding of what I have done.  I mean, I'm not saying

255

that I don't know the case.  I haven't done the things that I need to do to open, to, you know -- anyway.

THE COURT:  All right.  Thank you, sir.

Well, we have a jury here.  They're not here yet; right?

THE COURTROOM DEPUTY:  They're waiting on one. Apparently, there was a wreck on the freeway.

THE COURT:  So they're downstairs?

THE COURTROOM DEPUTY:  They're downstairs, yes.

THE COURT:  Mr. Steele, bearing in mind the fact of what you just told us, you're not prepared to be acting as the main spokesperson, of course, Mr. Egli can confer with you.  I am going to request that you act as opening counsel, and I will give you all the consideration that you need such as giving your opening after the Government's case is presented.

I think, Mr. Egli, that is what you requested, is that right, initially?

DEFENDANT EGLI:  I'm sorry, Your Honor?

THE COURT:  You asked that you be allowed to give your opening after the Government has put on its evidence.

DEFENDANT EGLI:  No, Your Honor.  I asked to give the opening after the Government gave their opening.

THE COURT:  All right.  After the Government gave its opening.

And certainly I will take any time that's feasible

256

for you, Mr. Steele, to prepare your opening remarks.

**MR. STEELE:**  If -- if I'm to go forward as counsel --

**THE COURT:**  Yes, sir.

**MR. STEELE:**  -- I will certainly wait until after the Government's case has been presented to open.

**THE COURT:**  All right.  I'm not sure I've ever done that before.  I'm not sure if that's the best approach, but that's the best approach today.  All right.

Yes, Ms. Behrens?

**MS. BEHRENS:**  Um, Your Honor, I guess I would like to lodge an objection, myself, to the Court's ruling for the record.  Given Mr. Steele's statements that he cannot be prepared, that he's not done this before and doesn't feel this is in the best interest of Mr. Egli, this is very troubling to the Government.

**THE COURT:**  What would you wish, then, that Mr. Egli go ahead representing himself with the assistance of Mr. Steele?

**MS. BEHRENS:**  I think -- Your Honor, may I have a few minutes with my boss?

**THE COURT:**  Sure.

**MS. BEHRENS:**  By the way, Your Honor, we still have Mr. Brock on the stand to finish.

*(Sotto voce discussion was held*

*between Ms. Behrens and Ms. Trina Higgins.)*

MS. BEHRENS:  Your Honor?

THE COURT:  Yes?

MS. BEHRENS:  Having talked with Ms. Trina Higgins, who is the U.S. Attorney, obviously, of this district, it would be the Government's position that we would respectfully request a continuance at this time of the trial in order that Mr. Steele could properly prepare a defense on Mr. Egli's behalf.  The jury has not been sworn in.  Jeopardy has not attached.  This has just become a situation where in trying to ensure that all parties have a fair trial, I'm terribly concerned, and this has escalated to a point where I believe a continuance would be warranted.

THE COURT:  We've been as -- we have been discussing the continuance issue for a very long time now.  We went over that.  And what do you think would happen during that continuance, Ms. Behrens?

MS. BEHRENS:  I think that Mr. Steele would have an opportunity to familiarize himself with the case, to raise issues that maybe Mr. Egli has not been aware of, maybe I'm not aware of, to prepare an opening, to prepare a closing, to be able to examine the testimony, the reports of witnesses that the Government intends to call and prepare adequate cross-examinations for those witnesses.

I think to ask Mr. Steele to be Mr. Egli's attorney in a full capacity as a defense attorney on such short notice

when we're getting ready to bring the jury in is essentially asking Mr. Steele to -- not ad-lib, that's the wrong word, but basically to just do his entire defense thinking on his feet without the adequate preparation.

THE COURT: Right.

MS. BEHRENS: Even if we consider the fact, Your Honor, I have continually provided discovery to Mr. Egli, which I have --

THE COURT: I know you have.

MS. BEHRENS: -- there's extensive -- and so Mr. Egli has had the opportunity to review this information, but quite frankly, the forensic report has a lot of information in it, and I know Mr. Steele has not had the opportunity to review that in the detail he would were he appointed -- actually preparing as the attorney of record in this case.

THE COURT: Thank you.

What kind of time do you need, Mr. Steele, to prepare?

MR. STEELE: It's a matter of weeks, Your Honor.

THE COURT: Ah.

MR. STEELE: So that would -- and I suppose -- I suppose as early as next week.

THE COURT: As early as next week?

MR. STEELE: But that wouldn't be ideal, but I could do that.

THE COURT:  What would you propose we do with those who have been selected for the jury but have yet to be sworn?

MR. STEELE:  Your Honor, boy, I have never faced that.

THE COURT:  Nor have I, sir.

MR. STEELE:  I suppose if everyone were comfortable with this, and it were set next week, we could keep them.  If it goes any longer than that, I don't think we could keep them.

THE COURT:  And, you know, some have some time constraints, although we have chosen 14.

What do you think, Ms. Behrens?

MS. BEHRENS:  Well, Your Honor, first, I would inform the Court that the case agent in this case is in trial the next two weeks, so would not be available in this court.

With respect to the jury, because they have not been sworn, I hate to start the process all over again because it's a painful process, as we all know, but I do think Mr. Steele's point that we could ask the jury, if we were to pick a date, we could ask the jury whether or not they would be available on that date and willing to return on that date to serve.  If not, I think we would need to impanel a new jury.

THE COURT:  Go through this entire process again?

MS. BEHRENS:  Sadly, yes, Your Honor.

THE COURT:  Is that how you see it, Mr. Steele?

MR. STEELE:  Yes, Your Honor.

THE COURT: All right. Let me just think a bit, and I think best when I'm in the corridor, so let's do that.

MS. BEHRENS: Your Honor, at this time may I excuse the witness, just while we're proceeding through this?

THE COURT: Oh, sure.

Thank you, sir.

(Witness exits the witness stand.)

(Recess taken by the Court at 9:38 a.m.)

THE COURT: All right. Where is Mr. Steele?

All right, Mr. Steele is present. I'm going to, as I said, there might be a decision -- there is a decision on bifurcation as far as supervised release, but we'll deal with that later.

As far as Mr. Egli, you now request to have Mr. Steele be your -- no-longer standby but simply appointed. That is denied. This issue has been dealt with repeatedly during the history of, particularly, in these last few weeks. You made your decision to represent yourself. That is how we are going to proceed. You've made your record. You can make your record later on appeal. You need say nothing now. And we're simply going to go forward as we did before with Mr. Egli representing himself, Mr. Steele as standby, and we will call the jury in and swear them.

THE COURTROOM DEPUTY: We need to give Mr. Egli the opportunity to cross-examine Mr. Brock.

**THE COURT:** Oh, that is absolutely correct.

Mr. Brock, where are you?

Mr. Egli, it is now your opportunity to cross-examine Mr. Brock on the issue of voluntariness.

Go ahead please, sir.

**DEFENDANT EGLI:** Okay.

### CROSS-EXAMINATION

**BY DEFENDANT EGLI:**

**Q.** Mr. Brock, as the supervising agent, would you say that it is something that is told to your -- people who you are supervising, that it is important they answer all your questions when you ask them and answer them truthfully?

**A.** Yes.

**Q.** Okay. So if someone was asked a question by you, one of the people you were supervising, and they were unsure of how they wanted to answer, if they had something that they weren't sure they wanted to say, wouldn't it be reasonable for them to feel that they had already been told they have to answer as if they were in custody?

**A.** Yes. There's a standard condition that you must be truthful with your officer.

**Q.** I understand that.

**A.** That's where that would come from.

**Q.** I understand that. But we're talking about the idea of voluntariness.

In this case, what I am asking, would it not be reasonable for someone to assume that they don't have that option to say, "I don't want to talk about this right now"?

THE COURT:  That is speculative, but can you answer? What do you think, sir?

THE WITNESS:  Yes.  I don't think it would be reasonable.  I've supervised hundreds of people and asked thousands of questions.  And in a situation like yours, and they don't answer, I'm okay with that.  I don't press them, I don't push them, and I don't think it's reasonable to believe it's as if you were in custody.

Q.   (By Defendant Egli) Okay.  Would you --

I understand this is speculative, but I'm asking for his opinion on this?

THE COURT:  Go ahead.

DEFENDANT EGLI:  Excuse me for a second.  My contacts are misbehaving.  Okay.

THE COURT:  Are you ready?  Are your eyes ready?

DEFENDANT EGLI:  Yes.

THE COURT:  Okay.

Q.   (By Defendant Egli) So you have stated that you do tell everyone that they need to be truthful with the officer. Then -- if you say that you have told many people in the past that if they don't answer you're not going to push them about it.  Did you ever tell that to me?

**A.** I don't believe I said I tell them that. That's just what I do.

**Q.** Okay. I will just ask that. In your opinion, is there a way I could have known that?

**THE COURT:** Can you answer that?

**THE WITNESS:** Yeah.

**Q.** (By Defendant Egli) Really? Would you care to enlighten me, how?

**A.** I believe in your circumstance being on supervision so many times, and having several different officers, and going through several different scenarios of maybe having unauthorized devices, things like that, you have had the experience of that several times, so I believe, yeah, you could -- you would understand that you don't have to answer things if you don't want to.

**Q.** Okay. If I didn't understand that?

**THE COURT:** Is that a question?

**DEFENDANT EGLI:** Yes. I'm asking him what would him --

**Q.** (By Defendant Egli) What would be your response in that case if you understood that someone else did not understand that?

**A.** At the time I believed you understood that.

**Q.** Okay. Can I ask why you believe that. You mentioned my past. Is that all or is there more?

**A.**   Again, like the Government stated, I didn't make any threats, any promises, any -- I didn't have any of my weapons displayed.  There is no handcuffing.  So because of those reasons and what the Government outlined is the reason why I believe as well that you were under no coercion to talk to me about anything.

**Q.**   Okay.  I think we'll have to kind of set the word "coercion" aside because I think that word could mean different things to different people, but I will accept some of what you're saying.

So it was your honest belief that I understood that I didn't have to answer?

**A.**   Yes.

**Q.**   Okay.  If you had known at that time that I didn't know, I could effectively say, "No, I don't want to talk about this," would you have informed me that it was okay to not say anything?

**MS. BEHRENS:**  Your Honor, this time I'm going to object.  It does call for speculation, and I do believe we're getting pretty far afield from the issues before the Court.

**THE COURT:**  It is fairly speculative.  So go ahead, Mr. Egli, ask your next question.

**DEFENDANT EGLI:**  All right.

**Q.**   **(By Defendant Egli)** This is difficult for me, I'm trying, but I have said I do not do words well.

265

Given the circumstances, given the fact that as I said I had just woken up, you literally -- I can't remember for sure if it was you woke me up, or if I had been up about one minute before you came into the room, but either way, I had not been awake very long.  We all understand that when we first wake up our minds do not function properly.

So given that, is it not reasonable to believe -- to make it -- how do I say this?

I'm trying here, Your Honor.

**THE COURT:**  I understand.  Take your time.  And you certainly can consult with Mr. Steele if you choose.

**DEFENDANT EGLI:**  Yes.

Would you please?

*(Sotto voce discussion was held*
*between Mr. Egli and Mr. Steele.)*

**THE COURT:**  All right.  Go ahead, please, sir.

**DEFENDANT EGLI:**  All right.

Q.    **(By Defendant Egli)** So Mr. Brock, let me ask you something.  Do you remember ever specifically telling me that I didn't have to answer your questions?

**MS. BEHRENS:**  It's been asked and answered, Your Honor.

**THE COURT:**  You may answer, sir, if you know the answer.

**THE WITNESS:**  I do not specifically remember that.

Q.    (By Defendant Egli) Okay.  Thank you.

Do you routinely tell other people that they don't have to answer?

A.    No.

Q.    Okay.  Then it would seem to me that someone who was not told that they did not have to answer, but was previously told that they do have to answer all questions truthfully, would consider themselves bound, maybe not necessarily in custody, but under the same rules as under custody?

MS. BEHRENS:  Your Honor, I appreciate the questions, and I'm sorry for objecting, but really, Mr. Egli is making argument now as opposed to asking questions.

DEFENDANT EGLI:  I'm sorry, Your Honor.

THE COURT:  Let's just hear what you have to say.

DEFENDANT EGLI:  Just one moment.

THE COURT:  Sure.

Q.    (By Defendant Egli) Mr. Brock, you'll have to help me on this one because my memory is not very good.

I honestly do not remember.  Did I specifically say to you that there was no pornography on the laptop?  I know I said there was no child pornography, which is what I honestly believed, but did I ever say there was no pornography?

A.    I do not recall.

Q.    Okay.

DEFENDANT EGLI:  One moment, Your Honor.

**267**

THE COURT:  Okay.

Q.    (By Defendant Egli) Help me refresh my memory.  I believe I said there was no child porn, but do you recall me saying that?

A.    All I recall is that you told me it was only being used for your father's architectural drawings.  I don't recall you saying what wasn't on the computer or anything else.

Q.    Okay.

DEFENDANT EGLI:  Are we good?

I'm done, Your Honor.

THE COURT:  All right.  Anything further?

MS. BEHRENS:  No, Your Honor.  Thank you.

THE COURT:  All right.

Sir, you may step down.

Argument on voluntary issue?

MS. BEHRENS:  No, Your Honor, the United States stands on its motion in limine.  It's already been briefed and presented to the Court, and we believe the evidence supports the Government's arguments in that case.

THE COURT:  All right.

Mr. Egli?

DEFENDANT EGLI:  Just a moment, Your Honor.

THE COURT:  Sure.

DEFENDANT EGLI:  Your Honor?

THE COURT:  Yes, sir.

**DEFENDANT EGLI:**  At this point I would say that this statement was not voluntary because I was specifically told, and Mr. Brock confirmed that, that we are to answer questions of our probationary officer truthfully.  At no time -- in his testimony, he has stated at no time did he ever tell me that I did not need to answer questions.  So all I could go on was what was previously told to me, which was I must answer questions.

**THE COURT:**  All right.

**MS. BEHRENS:**  The Government's response to that is, I believe the testimony from Mr. Brock, as well as the conditions of release imposed by the Court are not that he answer the question or that he's required to answer questions; it's that if he chooses to answer the question, he answers it truthfully. And that's a big difference, and that's the distinction that the officer was trying to make.

**THE COURT:**  All right.  I'm going to consider this, and take it under advisement.  You said, United States, you didn't plan to discuss it in your opening; am I correct?

**MS. BEHRENS:**  That is correct, Your Honor.

**THE COURT:**  All right.  Let me think about it a bit.

Okay.  Yes, ma'am?

**MS. BEHRENS:**  Your Honor, one of the things that just came up or occurred to me as Mr. Egli was asking questions, I believe that typically, and the case law would support it, is

that when somebody is representing themselves pro se, they are not permitted to use the time of questioning witnesses to get their case in or to make argument.  I would ask the Court to instruct Mr. Egli that he is limited to just asking questions and not formulating opinions from the podium or from his chair about what that evidence means.  That should be saved for closing arguments.

THE COURT:  And you certainly can make objections.

MS. BEHRENS:  I hate to do that, Your Honor, given he's pro se.

THE COURT:  You must remember, you must treat him -- I will treat him always as counsel.

MS. BEHRENS:  I understand.

THE COURT:  You must do the same.

MS. BEHRENS:  Your Honor, before we call the jury in, if I may, I have two binders here.  These are exhibit binders that I've prepared; one for the Defendant, one for the Court. It has the exhibit list listed at the front end identifying the tabs, and exhibits are contained herein, so I'm hoping to avoid the need to have to show any of these exhibits to the Defendant or the Court beforehand.  You'll have them.

THE COURT:  All right.

MS. BEHRENS:  The only ones not contained therein, Your Honor, are the images of child pornography.  When it's time to show the jury those images, I'm happy to discuss with

270

the Court on how you'd like best to handle that.

**THE COURT:**  Yes.  We'll need to discuss that before.

**MS. BEHRENS:**  Thank you.

**THE COURT:**  Okay.  So what I'm seeing now, we'll bring in the jury.

**DEFENDANT EGLI:**  Excuse me, Your Honor.

**THE COURT:**  Yes, sir.

**DEFENDANT EGLI:**  I'm sorry, just one thing.  In this pamphlet that was just handed out, this binder.

**THE COURT:**  Yes, sir.

**DEFENDANT EGLI:**  The standard conditions of supervision, No. 4, says you must truthfully answer questions asked by your probation officer.

**THE COURT:**  Yes.

**DEFENDANT EGLI:**  It's right there in black and white.

**THE COURT:**  Thank you, sir.

Okay.  We'll bring the jury in.  They'll be sworn.  I guess that's the time for my preliminary instructions.

Yes, sir?

**MR. STEELE:**  And I just request, Your Honor, while we're bringing them in, if I might talk to my colleagues --

**THE COURT:**  Sure.

**MR. STEELE:**  -- about some issues.

**THE COURT:**  You want to discuss with your colleagues or with me?

**MR. STEELE:**  With my colleagues.

**THE COURT:**  Absolutely.

Okay.  Let's bring them in, have them sworn.

**DEFENDANT EGLI:**  Your Honor, while we wait on the jury, what would you like me to do with these two notices of appeal that I had mentioned earlier?

**THE COURT:**  You filed them; is that correct?

**DEFENDANT EGLI:**  I created three copies total.  I have two here, and one was sent to the clerk of the court in the mail.

**THE COURT:**  You may just keep it there, and then I will make sure that I get it later.

**DEFENDANT EGLI:**  Ms. Behrens, would you like a copy?

**MS. BEHRENS:**  Yes, thank you.

**THE COURTROOM DEPUTY:**  All rise for the jury.

(Jurors enter the courtroom.)

**THE COURT:**  Please be seated.

Good morning, members of the jury, thank you so much for being so prompt, etc.  Any delay, remember, we were -- we've been here working, and I appreciate your coming, particularly on this rather rainy day.

So Ms. Ford, please administer the oath.

**THE COURTROOM DEPUTY:**  Please raise your right hands, please.

You and each of you do solemnly swear that you will

272

well and truly try the issues in this case now on trial and a true verdict render according to the evidence and instructions of the Court.  If you agree, please say yes.

**ALL JURORS***:  Yes.

**THE COURTROOM DEPUTY:**  Any in the negative?

Thank you.

**THE COURT:**  All right.  I want to give you some preliminary instructions that perhaps will help you during the course of your hearing the evidence and also during your deliberations.

You've been selected and sworn as the jury to try the case of *United States v. Daniel David Egli*.  This is a criminal case, meaning that the Defendant is accused of committing a crime.  You will decide if the Defendant is guilty or not guilty.  I'll give you some instructions now and some later. You are required to consider and follow all of my instructions. Keep an open mind throughout the trial.

At the end of the trial, you will discuss the evidence and reach a verdict.  You have each taken an oath to, quote "well and truly try the issues in the case now on trial," close quote, and render, quote, "a true verdict according to the evidence and instructions that I will give you."  The oath is your promise to do your duty as a member of the jury.  Be alert.  Pay attention.  Follow my instructions.

The Prosecution has filed a document called an

Indictment that contains the charge against the Defendant. There is one charge.  It is possession of child pornography. The Indictment is not evidence of anything.  It is only a method of accusing a defendant of a crime, and I will now read the Indictment.

The Indictment charges Count 1, possession of child pornography.  Beginning on a date unknown and continuing through May 17, 2021, in the District of Utah, Daniel David Egli, defendant herein, did knowingly possess and access with intent to view any material which contains an image of child pornography as defined in 18 U.S.C. § 2256(8) that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, including by computer and attempted to do so all in violation of 18 U.S.C. § 2252A(a)(5)(B).  Signed by the foreperson of the grand jury.

The Defendant has entered a plea of not guilty and denies committing the crime.  Every crime has component parts called elements.  The prosecution must prove each element beyond a reasonable doubt.  Until then, you must presume that the Defendant is not guilty.  The Defendant does not have to prove anything.  He does not have to testify, call witnesses, present evidence, or prove his innocence.

The prosecution has the burden of proving the Defendant guilty beyond a reasonable doubt.  Some of you may have served as jurors in civil cases where you were told that it was only necessary to prove that a fact is more likely true than not true.  In criminal cases the Prosecution's proof must be more powerful than that.  It must be beyond a reasonable doubt.

Proof beyond a reasonable doubt is proof that leaves you firmly convinced of the Defendant's guilt.  There are very few things in this world that we know with absolute certainty, and in criminal cases the law does not require proof that overcomes every possible doubt.

If, based on your consideration of the evidence, you are firmly convinced that the Defendant is guilty of the crime charged, you must find him guilty.

If, on the other hand, you think there's a real possibility that he is not guilty, you must give him the benefit of the doubt and find him not guilty.

Remember, the fact that the Defendant is charged with a crime is not evidence of guilt.  The law presumes that the Defendant is not guilty of the crime charged.  This presumption persists until the Prosecution's evidence convinces you beyond a reasonable doubt that the Defendant is guilty.

So long as a reasonable doubt exists, you must find the Defendant not guilty.

Defendant Daniel Egli has decided to represent himself in this trial and not to use the services of a lawyer. He has a constitutional right to do that.  His decision has no bearing on whether he is guilty or not guilty, and it must not affect your consideration of the case.

Because Daniel Egli has decided to act as his own lawyer, you will hear him speak at various times during the trial.  He may make an opening statement and closing argument and may ask questions of witnesses, make objections, and argue legal issues to the Court.  I want to remind you that when Daniel Egli speaks in these parts of the trial, he is acting as a lawyer in his case, and his words are not evidence.

The only evidence in this case comes from witnesses who testify under oath on the witness stand, and from exhibits that are admitted.  Although Daniel Egli has chosen to represent himself, the Court has appointed Robert Steele to assist Daniel Egli as standby counsel.  This is a standard procedure.

Robert Steele may confer with Daniel Egli and may speak during the trial, just as when Daniel Egli speaks during the trial, when Robert Steele speaks during the trial, his words are not evidence.

There are two kinds of evidence: direct and circumstantial.  Direct evidence is testimony by a witness about what that witness personally saw, heard, or did.

Circumstantial evidence is indirect evidence, that is proof -- it is proof of one or more facts from which one can find another fact.  You may consider both direct and circumstantial evidence in deciding this case.  The law permits you to give equal weight to both but it is for you to decide how much weight to give to any evidence.

Statements and arguments of counsel are not evidence in the case.  But when the parties on both sides agree as to the existence of a fact, you must accept that fact as true.

Unless you're otherwise instructed, anything you may have seen or heard outside of the courtroom is not evidence, and must be entirely disregarded.

During the course of the trial, I may ask a witness a question.  Do not assume that I hold any opinion on the matters to which my questions may have related.  You, as jurors, may consider what evidence you deem relevant.  You are to determine which witnesses to believe, what parts of their testimony you believe, and what weight or value to give to that testimony.

In making these determinations, you may consider some or all of the following:

The demeanor and deportment of the witness;

The witness's interest in the result of the trial;

Any tendency to favor or disfavor one side or the other;

The probability or improbability of events having

occurred the way the witness describes the events;

Whether the witness was actually able to see or hear or otherwise perceive the things described;

Whether this witness can now accurately recall the things the witness observed;

Whether the witness is able to describe what he or she observed accurately and in the form you can understand;

Whether the witness made earlier statements or expressions that are consistent or inconsistent with what is now being said;

Whether or not the witness speaks the truth;

Whatever tests you use, the value of a witness's testimony is for you to determine.

From time to time during the trial, it may become necessary for me to talk with the lawyers out of the hearing of the jury, either by having a conference at the bench when the jury is present in the courtroom, or by calling a recess. Please understand that while you are waiting, we are working. The purpose of these conferences is not to keep relevant information from you, but to decide how certain evidence is to be treated under the rules of evidence and to avoid confusion and error.  We will do what we can to keep the number and length of these conferences to a minimum.

I may not always request for a conference.  Please do not consider my granting or denying a request for a conference

as any indication of my opinion of the case or of what your verdict should be.

At the end of the trial, you will have to make your decision based on what you recall of the evidence.  You will not have a written transcript to consult, so I urge you to pay close attention to the testimony as it is given.

Rules govern what evidence may be presented to you. On the basis of these rules, the lawyers may object to proposed evidence.  If they do, I will rule in one of two ways.  If I sustain the objection, the proposed evidence will not be allowed.  If I overrule the objection, the evidence will be allowed.

When I sustain an objection to a question, ignore the question and do not guess what the answer would have been. Sometimes I might order that evidence be stricken from the record, and that you disregard or ignore the evidence.  When I do so, you must not consider that evidence.

Do not evaluate the evidence on the basis of whether objections are made.  Do not allow yourself to be influenced by my rulings.  If I receive evidence after it is objected to by one of the lawyers, that only means that you may have that evidence for your consideration.  What weight or value you place upon it is still for you to determine.  You must not disfavor lawyers who make legal objections to evidence because that's their job.

I will now explain how the trial will unfold.

The prosecution will give its opening statement. An opening statement gives an overview of the case from one point of view, and summarizes what that lawyer thinks the evidence will show.

Mr. Egli may choose to make an opening statement right after the Prosecutor or wait until after all of the Prosecution's evidence has been presented or not make one at all. You will then hear the Prosecution's evidence.

Evidence is usually presented by calling and questioning witnesses. What they say is called testimony. A witness is first questioned by the lawyer who called that witness, and then by the opposing lawyer. Consider all testimony, whether from direct or cross-examination, regardless of who calls the witness.

After the Prosecution has presented all its evidence, the Defendant may present evidence, though the Defendant has no duty to do so. If the Defendant does present evidence, the Prosecution may then present additional evidence. After both sides have presented all their evidence, I will give you final instructions on the law you must follow in reaching a verdict. You will then hear closing arguments from the lawyers. The Prosecutor will speak first followed by Mr. Egli. Then the Prosecutor speaks last because the Government has the burden of proof.

Finally, you will deliberate in the jury room where you will discuss the case and reach a verdict.  Keep an open mind until then.

From time to time I will call a recess.  It may be for a few minutes or longer.  During recesses do not talk about this case with anyone, not family, not friends, not even each other.  Until the trial is over do not mingle or talk with lawyers, parties, witnesses, or anyone else connected with the case.

Court clerks or bailiffs can answer general questions such as the length of breaks or the location of restrooms, but they cannot comment about the case or anyone involved.  The goal is to avoid the impression that anyone is trying to influence you improperly.  If people involved in the case seem to ignore you outside of court, they are just following this instruction.

Until the trial is over, do not read or listen to any news reports about this case.  Do not do any research or visit any locations related to this case.  If you inadvertently hear or see news stories about the case, or if you observe anything that seems to violate this instruction, report it immediately to a clerk or bailiff.

Jurors have caused serious problems during trials by using computer and electronic communication technology.  You may be tempted to use these devices to investigate the case or

281

share your thoughts about the trial with others.  However, you must not use any of these electronic devices while you're serving as a juror.

You violate your oath as a juror if you conduct your own investigations or communicate about this trial with others.  And you may face serious consequences if you do.  Let me be clear, do not Google the parties, witnesses, issues, or counsel.  Do not tweet or text about the trial.  Do not use your phone to gather or send information on the case.  Do not post updates about the trial on Facebook pages.  Do not use Wikipedia or other internet information sources, etc.  Even using something as seemingly innocent as Google Maps can result in a mistrial.

Please understand the rules of evidence and procedure have developed over hundreds of years in order to ensure the fair resolution of disputes.  The fairness of the entire system depends on you reaching your decisions based on evidence presented to you in court and not on other sources of information.

Post-trial investigations are common and can disclose these improper activities.  If they are discovered, it will be brought to my attention, and the entire case might have to be retried at substantial cost.

If you wish, you may take notes to help you remember what a witness said.  If you do take notes, please keep them to

yourself until you and your fellow jurors go to the jury room to decide the case.  And do not let note-taking prevent you from hearing other answers by the witnesses.  When you leave at night, you must leave your notes in the jury room.  If you do not take notes, you should rely on your own memory of what was said and not be overly influenced by the notes of other jurors.

If you take notes, remember that they are not evidence and may be incomplete.  Do not be overly influenced by your notes.  Rely on your own memory and the collective memory of the members of the jury.

All right.  Opening statement.

**MS. BEHRENS:**  Your Honor, may we approach briefly before we begin opening statement?

**THE COURT:**  You may.

(Sidebar held off the record at 10:34 a.m.)

**THE COURT:**  All right.

**MS. BEHRENS:**  May it please the Court.

**THE COURT:**  Please.

**MS. BEHRENS:**  Mr. Egli, Mr. Steele, members of the jury.

Daniel Egli is a self-admitted pedophile.  He is sexually attracted to young girls between the age of approximately 10 to 14 years old, girls who are near or approaching puberty.

He feeds that attraction by reading sexually graphic

stories that he's found online, stories that describe in tremendous detail fathers molesting their 13-year-old daughters, grown men molesting their 12-year-old female neighbors.

He feeds this attraction by dreaming of a world, he calls it "pedo nation."  A world where pedophiles, the misjudged pedophile can live.  A world where men like Mr. Egli can have sex with 13-year-old girls without being judged by society, without anyone thinking that's abnormal.

And he feeds this attraction by going online, finding images, downloading these images, and looking at images of child pornography.  Images, pictures of young girls engaged in sexually explicit conduct, usually with grown men.

And it's because of the child pornography that we are here today.  Because under the law, understandably, no one, including Mr. Egli, is ever permitted to possess images of child pornography under any circumstances for any reason at any time.  That's why we're here.

Now, as the judge said, this part of trial is called opening statement.  It is my opportunity to tell you what this case is about.  This case is relatively straightforward.  I anticipate that the Government will introduce the testimony of three witnesses.  And collectively what those witnesses are going to establish is that at some point between on or about June of 2020 and May 21, 2021, Daniel Egli was in possession of

**284**

numerous images of child pornography, when by law -- by law he was not permitted to possess those.

You're going to hear from these three witnesses, and in particular you're going to hear first of all from a witness by the name of Charles Brock, who is a probation officer. And he will tell you that he was Mr. Egli's probation officer beginning in June of 2020.

But the story actually begins a little before that, because the very first thing you're going to learn is that Mr. Egli has been at this for a long time. He has already been convicted twice in federal court of the possession of child pornography.

And with respect to the most recent conviction, the Court, as part of Mr. Egli's sentence, directed that Mr. Egli be subjected to a term of supervised release. And supervised release is essentially what it sounds like. It's a period of time when the defendant lives in society, and he is supervised by a probation officer.

So Mr. Brock will explain that supervision to you, and he will tell you that as part of that supervision in February of 2021, he traveled to Mr. Egli's residence where he lived with his parents in South Jordan, and he had an opportunity at that time to meet with Mr. Egli in his bedroom down in the basement of a house. And while there with a colleague of his, Mr. Brock observed a number of things that

concerned him because it appeared to Mr. Brock that Mr. Egli was not complying with his terms of supervision.

For example, Mr. Brock will tell you they saw thumb drives and hard drives in Mr. Egli's room.  Under the terms of Mr. Egli's supervision, he's not permitted to possess those items without approval of the Court.

Another example, Mr. Brock will tell you they found a laptop and a smartphone, neither of which was approved by the probation office.  Moreover, when they opened both of those items, Mr. Brock noticed they were both connected to the internet.  And under the terms of Mr. Egli's probation supervision, he was not permitted to be on the internet without prior authority.

Mr. Brock will also tell you that when they examined those items briefly in Mr. Egli's bedroom, they saw that Mr. Egli had been accessing sites of adult pornography, accessing sites involving incest.  Under the terms of Mr. Egli's supervision, he was not permitted to access sexually explicit sites or look at sexually explicit information.

So what Mr. Brock will tell you is that they took all of these items pursuant to the authority of the Court, and brought them to the courthouse where his office is.  And in further examination of those items, and in further examination of that laptop, established not only was Mr. Egli violating the terms of his supervision in the ways I described, but he was

also violating federal law because there was child pornography found on the laptop.

Now, as a result of that, the Court issued an arrest warrant for Mr. Egli to come into court to address those violations.

Mr. Brock returned to Mr. Egli's home in May of 2021, and Mr. Egli was taken into custody at that time. And an additional search of the residence revealed additional items of unauthorized electronic devices, and the search revealed that the Defendant had been regularly using the family desktop computer, had been accessing the internet through the use of his mother's hotspot on her cell phone, and had once again been accessing sites and looking at information that he was not permitted to do. So more electronic evidence was seized.

At that point in time, in light of the fact that we have images of child pornography now, which is a new criminal violation, Jeff Ross, who is a special agent with the Federal Bureau of Investigation, became involved in the investigation of the child pornography.

The bulk of this electronic evidence was transferred to Mr. Ross, Agent Ross, excuse me, of the FBI, so that he could investigate further the presence of these images of child pornography.

One of the things he did first was give that electronic evidence to a man by the name of Stacey Evans, who

is a forensic examiner with the -- and I always have to kind of think this through -- with the Regional Computer Forensic Lab, the RCFL.  The purpose was to have Mr. Evans do a deep dive into these electronic devices to see whether there was, in fact, child pornography, where it was on the computers, which devices it was on, any and all information that he could find relative to those issues.

And that's exactly what Mr. Evans did, and he will be the second witness you'll hear from.  And Mr. Evans will tell you how he conducted that examination, how he found 496 images of child pornography on that electronic evidence, where he found it on the evidence, the computers, the laptops, etc.  And he will also tell you about other things that he found as he was conducting his search.  He will go through all of that with you.

The last witness you will hear from, is Agent Ross. Because after Mr. Evans completed his investigation, his forensic examination, he provided all that information to Agent Ross, so that Agent Ross could complete his investigation to this issue involving child pornography, and whether, in fact, Mr. Egli possessed those images.

And when he testifies, Agent Ross is going to share with you some things.  He's going to share with you the stories, the sexually graphic stories of adult men molesting young girls.

Agent Ross is going to share with you emails that were found.  Emails where the Defendant was communicating with women about wanting to create a loving, incestuous situation where he could molest their 13-year-old daughters.

Agent Ross will share with you documents found on the evidence about pedo nation, this dream of Mr. Egli's, where he can have sex with these 13-year-old girls and not be judged for that.

Agent Ross will share with you passwords that Mr. Egli used on his internet accounts like, for instance, his WordPress account where his password was "I'd fuck my 14-year-old daughter."

And finally, Agent Ross is going to share with you the images of child pornography.  Not all 496, but he will be showing you some of those, images of young girls engaged in sexual activity with grown men.

Members of the jury, I am confident that once you have heard all of the testimony and seen all the exhibits, you will find beyond a reasonable doubt that Daniel Egli was in possession of child pornography in violation of federal law, images that no one is ever allowed to possess for any reason under any circumstance at any time.  Thank you.

**THE COURT:**  All right.

Does Defense choose to make an opening?

**DEFENDANT EGLI:**  Pardon.

**THE COURT:**  Do you choose to make an opening?

**DEFENDANT EGLI:**  Yes, Your Honor.  Thank you.

Good morning, ladies and gentlemen of the jury.  I just hope that you forgive me.  I do have a cough drop because I do have allergies, so my words are going to be a little slurred.  I also ask for a little bit of patience because I am a social phobe.  This is very uncomfortable for me, but I'm trying to do my best to push through it.

Ms. Behrens has made many statements talking about me, about my past.  I'd love to say that she was making it all up, but I'm not going to lie.  Have I been convicted of child pornography in the past?  Yes, I have.  Twice I pled out.

Have I had supervised release problems?  Yes, I have.

Did I have unauthorized devices?  Yes.

Did I have adult pornography?  Yes.

To say anything else, I would be lying, and I will not lie.

But there's one thing that Ms. Behrens has not mentioned, and that is the heart of my defense.  If you read the section of law that I am accused of violating, it specifically says, Anyone who knowingly possesses this.

I have said from the get-go I did not know.  That's why I turned down the plea agreement.  I took a plea agreement the first two times because I will freely admit I did have child pornography.  I will freely admit I had the stories.  The

stories, while undoubtedly objectionable to many people, are not illegal.  They can be considered against my supervision, but we're not talking about supervision.  We're talking about a single criminal charge of possess --

THE COURT REPORTER:  I'm sorry, will you repeat that please?

DEFENDANT EGLI:  Yes.  I said we are talking not about a violation of supervised release.  We're talking about the charge of possessing visual depictations [sic] of children in sexual situations.  Stories being that they are just simply words, as objectionable as they may be to some people, do not qualify as visual depictations.

As to most of what she said, I would plead guilty.  I did have the emails that she talks about.  There's no way to argue it.  I did have my electronics.  I did have the idea for a separate nation where people could have sex with young girls or with young boys.  It's not something that I'm proud of, but it's true.  It's also not illegal because it is something that is being discussed theoretical, and it was never established that this was actually going to happen.

Now, the Prosecutor will tell you that I had to have known because of this and this, and I'm sure she'll bring up things like dates on various journal entries of mine.  Okay.  I'm not going to argue my journal entries.  I have a couple of journal entries, one that was to be innocuous but sounds bad,

and one that was clearly not very good.  Again, not illegal.

The only evidence that can be considered for whether or not I committed this crime is, one, do the images contain sexual depictions of children under the age of 18 involved in sexual situations.  I have not personally seen the pictures that they plan to bring out.  I was given the opportunity, but I told them I did not want to.  So I can't tell you what those pictures are going to show, but I will say this, as I said before, I did not know.

One of the things that I will be asking the probation people should help to determine that I did not know.  If I did not know, then a key linchpin in the crime is missing.

The judge talked about all various components of the crime.  She specifically said, I believe, that if a component is missing, then the entire thing cannot be held accountable.  That is what I would ask you to understand and what I hope to show you with my testimony.

This is a very sensitive case.  It is a topic that a lot of people have very much a problem with.  I understand that completely.  Honestly, I'm ashamed of what I did, but I won't lie and say I didn't.  That would be a waste of my time.  That would be a waste of your time.  It would be a waste of money.  A waste of the Court's time.  A waste of resources.  I don't like waste.

So as I go through, as they call their witnesses, and

as I cross-examine, and then eventually as will probably happen, I get called up for testimony myself, I'll just ask that you remember the whole point of this is you have to prove I knew what was there, and I didn't.  If I didn't know, then I cannot be held guilty for a new crime.  And that is really about all I have to say, so I thank you.

THE COURT:  All right.

United States, call your first witness.

MS. BEHRENS:  Your Honor, before I call our first witness, I need the ELMO, please.

Your Honor, while we're waiting, is it your preference that I still hand the exhibits to Ms. Ford to provide to the witnesses?  Or may I approach the witness directly and hand them the exhibits.

THE COURT:  Hand them to Ms. Ford, please.

MS. BEHRENS:  Okay.  I have a lot.

THE COURTROOM DEPUTY:  Mr. Brock, if you'll come forward.  I need to swear you in again.  You do solemnly swear that the testimony you will give in the case now before the Court to be the truth, the whole truth, and nothing but the truth?

THE DEFENDANT:  Yes.

THE COURT:  Thank you.  Please be seated.  State and spell your name for the record.

(Witness takes the witness stand.)

THE WITNESS:  My name is Charles Brock. C-H-A-R-L-E-S. B-R-O-C-K.

MS. BEHRENS:  Your Honor, before I begin questioning Mr. Brock, I would like to use this opportunity to admit into evidence Government's Exhibits 1 and 2, these are certified documents that have been certified by the Court, they are self-authenticating and are formal documents of the court in that they're formal judgments.  May I move to admit those into evidence and publish to the jury?

THE COURT:  All right.  Objection, defense?

DEFENDANT EGLI:  No objections.

THE COURT:  Received.

MS. BEHRENS:  Thank you, Your Honor.

*(Government's Exhibits 1 and 2 were received into evidence.)*

THE COURT:  Are those working?

UNKNOWN JUROR:  The one in front of us is not.

THE COURT:  Okay.

Ms. Ford?

THE COURTROOM DEPUTY:  Judge, I can have Mr. Travis Stevens come up during the break?

THE COURT:  Sure.

THE COURTROOM DEPUTY:  So we don't delay any further.

THE COURT:  We'll get everything prepared.

Go ahead, please.

MS. BEHRENS:  Thank you, Your Honor.

So Your Honor, what the Government has before the jury is Government's Exhibit 1.  This is a judgment in a criminal case, in the case of United States against Daniel Egli, Case No. 2:04-cr-00577.  The judgment, Your Honor, indicates that the Defendant pleaded guilty to the count of the Indictment.  And that in particular, the Defendant was convicted of possession of child pornography in this cause of action.

Government's Exhibit 2, similarly is a judgment in a criminal case.  This is a judgment in the case of 2:10-cr-00333.  In this case the Defendant pleaded guilty to Count 1 of a felony Information, and the nature of the offense was possession of child pornography.

May I inquire of the witness, Your Honor?

**THE COURT:**  Yes.

**CHARLES BROCK,**

called as a witness for and on behalf of the Plaintiff, being first duly sworn, was examined and testified as follows:

**DIRECT EXAMINATION**

**BY MS. BEHRENS:**

**Q.**   Could you please state your name?

**A.**   Charles Brock.

**Q.**   By whom are you employed?

**A.**   United States Probation Office.

**Q.**   How long have you been employed with the probation office?

A.    Approximately eight years.

Q.    What is your present assignment with the office?

A.    I'm currently the Location Monitoring Specialist.

Q.    How long have you been in that assignment?

A.    Approximately two years.

Q.    So that's approximately 2022 or so?

A.    Correct.

Q.    Okay.  And what did you do for the probation office prior to being the Location Monitoring Specialist?

A.    Prior to that I was in the Sex Offender Supervision Unit.

Q.    What did that entail?

A.    So it entailed a team of us that supervised primarily those convicted of sex offenses.

Q.    And what does supervision involve typically?

A.    It involves -- I mean, our main thing is to enforce or help enforce the conditions that the judge imposed on the defendant at sentencing.

Q.    Were you doing that in 2020 and 2021?

A.    Yes, I was.

Q.    Do you know a man by the name of Daniel Egli?

A.    I do.

Q.    How do you know him?

A.    I supervised him.

Q.    And do you see him in the courtroom today?

A.    I do.

Q.   Can you please point him out for the jury and describe what he's wearing?

A.   Mr. Egli is over here at the table wearing a blue blazer and a blue shirt.

        MS. BEHRENS:   Your Honor, may the record reflect that the witness has identified the defendant, Daniel Egli?

        THE COURT:   It may.

Q.    (By Ms. Behrens) Do you recall, Mr. Brock, when you started supervising Mr. Egli?

A.   In June of 2020.

Q.   When you started supervising him in June of 2020, did you have the opportunity to meet with him then?

A.   I did.

Q.   When you met with him, did you have the opportunity to review his conditions of release with him?

A.   We did.

Q.   When we say "conditions of release," what are those?

A.   At sentencing, the judge will impose standard and special conditions that they are to abide by while on supervision.

Q.   So those conditions are all determined by the Court?

A.   Correct.

Q.   Okay.

        MS. BEHRENS:   Your Honor, I would like to hand the witness what has been previously identified or marked for identification as Government's Exhibit 3.

THE COURT:  You may.

MS. BEHRENS:  And, again, Your Honor, just for the record, both the Defendant and Your Honor I provided the exhibit binder to, so these exhibits have been provided to Your Honor.

Q.   (By Ms. Behrens) Mr. Brock, I've handed you what's been marked for identification as Government's Exhibit 3.  Do you recognize this exhibit?

A.   Yes.

Q.   What is it?

A.   It's Mr. Egli's judgment and commitment, or specifically his conditions of release.

Q.   When we say, "The conditions of release," are these the conditions that the Court imposed as you were just talking about?

A.   Yes.

Q.   And are these the conditions of release that you discussed with Mr. Egli when you met with him in June of 2020?

A.   Yes.

MS. BEHRENS:  Your Honor, at this time the Government moves to admit Government's Exhibit 3.

THE COURT:  Received.

MS. BEHRENS:  Thank you.

(Government's Exhibit 3 was received into evidence.)

Q.   (By Ms. Behrens) Mr. Brock, I would like to direct your

attention, if you look at the top-right corner of your screen, it says page 4 of 8; do you see that?

A.   Yes.

Q.   Directing your attention to that page, is that the first page of Government's Exhibit 3, actually?

A.   Yes.

Q.   I have highlighted -- well, let me start by asking this: The title of there particular section is "Mandatory Conditions."  Do you see that?

A.   Yes.

Q.   These are conditions I think you said the judge -- some of similar conditions the judge imposed?

A.   Correct.

Q.   I highlighted Condition No. 1.  What is that, please?

A.   "You must not commit another federal, state, or local crime."

Q.   If we turn to the next page, the top of this page is entitled "Standard Conditions of Supervision."  Are these also conditions that the Court has imposed in Mr. Egli's case?

A.   Yes.

Q.   And then in particular, I've highlighted two sections.  If we could, could you please tell the jury what -- it's not very clear right there -- what the Standard Condition No. 6 is?

A.   "You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the

**299**

probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view."

Q.   And let me direct your attention, if I may, to Standard Condition No. 14, at the bottom of the page that's also highlighted.  Can you tell the jury what that is.

A.   "The defendant must submit his or her person, residence office or vehicle to search conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  The defendant must warn any other residents that the premises may be subject to searches pursuant to this condition."

Q.   Turning to the next page, which would be page 6 of 8 of this exhibit.  The title of this section is "Special Conditions of Supervision"; is that correct?

A.   Correct.

Q.   Are these still conditions imposed by the Court in Mr. Egli's case?

A.   Yes.

Q.   Okay.  I've highlighted No. 1.  Can you please tell the members of the jury what that is?

A.   "The defendant shall not access the internet.  The defendant is prohibited from possessing or accessing any

internet-capable devices."

Q.   How about Paragraph No. 6?

A.   "You must not view, access, or possess sexually explicit material in any format."

Q.   Number 7, please?

A.   "You must submit his person, residence, office, or vehicle to a search conducted by a USPO at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition."

Q.   Then can you read the first sentence, please, of Paragraph 8?

A.   "You must immediately report any and all electronic communications service accounts."

Q.   I'm sorry.  Not just what I highlighted.

A.   The whole thing?

Q.   Just through the first sentence.

A.   "As defined in 18 U.S.C. § 2510(15),(17)."

Q.   And those are any accounts used for communication dissemination and/or storage of digital files; is that correct?

A.   Correct.

Q.   And does that include email accounts and social media accounts?

A.    Yes.   It says, "This includes but is not limited to email accounts, social media accounts, and cloud storage accounts."

Q.    Okay.   When you discussed all of these conditions of release with Mr. Egli in June of 2020, did he express any confusion about any of these?

A.    He did not.

Q.    Let me direct your attention now, if I may, to February 27, 2021.   On that date, did you have the opportunity to visit the Defendant's residence?

A.    I did.

Q.    Were you by yourself, or were you with someone else?

A.    I was with someone else.

Q.    Who were you with?

A.    I was with United States Probation Officer Nate Driedger.

Q.    And what was your purpose for going to the residence?

A.    It was a standard home visit, but we also needed to correct a signature for one of our standard supervision forms.

Q.    When you say "standard home visit," what do you mean by that?

A.    We visit all of our people under supervision periodically based on their risk level.   So we go to their house and just do a home visit.

Q.    Does Mr. Egli live at that residence by himself?

A.    He does not.

Q.    Who did he live with?

A.    He lived with his parents.

Q.    When you arrived at the residence, was Mr. Egli home?

A.    He was.

Q.    Did you have the opportunity to meet with him at that time?

A.    I did.

Q.    Where did you meet with him, within the residence?

A.    Down in the basement in the room outside of his bedroom, and then in his bedroom.

Q.    Okay.  And when you were in his bedroom, I assume it was --

        MS. BEHRENS:  Your Honor, at this time may we approach just briefly before I begin?

        THE COURT:  Yes.

        MS. BEHRENS:  Thank you.

        THE COURT:  Does this need to be on the record?

        MS. BEHRENS:  Yes.

        THE COURT:  I'm going to dismiss the jury for a moment.

        THE COURT CLERK:  All rise for the jury.

        Oh, no, don't do that.

        (Courtroom door alarm set off.)

        (Jurors exit the courtroom at 11:08 a.m.)

        MS. BEHRENS:  May I leave to use the restroom?

        THE COURT:  Sure.

**DEFENDANT EGLI:**  Your Honor, forgive me for interrupting.  As long as Ms. Behrens has run out, I would also like to use the restroom.

**THE COURT:**  Certainly.

(Pause in hearing at 11:09 a.m.)

**THE COURT:**  Okay.  Are we ready for me to reach a decision on an issue that I have to decide?

First of all, I am finding that Mr. Egli's statements related to the testimony that Mr. Brock is giving now were voluntary.

I find Mr. Egli was not in custody.  And he was questioned at home.  He was not handcuffed.  He was able to move freely around his bedroom, and there were family members present in the home.  And I'll elaborate on that decision further in a written order done later, probably this afternoon.  And that's an issue, then, that you can certainly appeal to the Tenth Circuit should it come to that point.  All right?

Okay.  I believe -- are we ready to call the jury in?

**MS. BEHRENS:**  Yes, Your Honor.

**THE COURT:**  Okay.

**THE COURT CLERK:**  All rise for the jury.

(Jurors enter the courtroom at 11:18 a.m.)

**THE COURT:**  Okay.  Please be seated.  Go ahead.

**MS. BEHRENS:**  Thank you, Your Honor.

Q.    (By Ms. Behrens) Mr. Brock, I think right before the

break we were talking about you meeting with Mr. Egli on February 27, 2021, at his residence; correct?

A.   Correct.

Q.   And I think the last you said is you met with him in the downstairs basement area both outside of his bedroom, and then in his bedroom?

A.   Correct.

Q.   When you were in his bedroom, did you see anything that concerned you?

A.   Yes.   Initially, it was a flash drive that we saw plugged into his TV.

Q.   Why was that a concern?

A.   As -- to have the conditions of no internet-capable devices or the communication device as a storage, email accounts, things like that, a flash drive would be considered reasonable suspicion that there may be more items like that in the room.

Q.   After you found that flash drive, did you subsequently find a number of other images or a number of other things that gave you concern?

A.   Yes.

Q.   Brock, you're being handed what has previously been marked for identification as Government's Exhibit 5.   Do you recognize this exhibit?

A.   I do.

305

Q.    What is it?

A.    It's a property evidence receipt form.

Q.    And when you say "a property evidence receipt form," when was it prepared or for what was it prepared?

A.    So when we collect evidence at a residence or wherever, we prepare this receipt to give the defendant for anything that we may have taken from the home.

        MS. BEHRENS:    Your Honor, the Government moves to admit Government Exhibit 5.

        DEFENDANT EGLI:    No objections.

        THE COURT:    Received.

    (Government's Exhibit 5 was received into evidence.)

Q.    (By Ms. Behrens) I have now placed on the screen Government's Exhibit 5.  I notice on here it states a date and time during which the evidence that was obtained.  Is that consistent with the date that you met with him on February 27, 2021?

A.    It is.

Q.    And let me direct your attention specifically, if I may, to Item No. 5 on this list.  What is that?

A.    HP laptop.

Q.    Where -- is that an item that you found in Mr. Egli's room?

A.    It is.

Q.    Do you recall where you found that?

**A.**   It was under his bed.

**Q.**   And was that a laptop that was authorized by you or the probation office in general?

**A.**   It was not.

**Q.**   Do you recall whether or not Mr. Egli had anything to say about why he had a laptop?

**A.**   Yeah.  He stated that he just received it the day before through -- his father ordered it through eBay, and he was helping his father set it up.

**Q.**   Okay.  And did he make any mention about having forgotten to tell you about it?

**A.**   Yeah.  So when we found -- we found -- prior to that we found on there the digital hard drive, a couple of hard drives. I asked if there was anything else in the room that was -- that he shouldn't have.

**Q.**   And his response?

**A.**   He said that there wasn't, and we were welcome to look.

**Q.**   And when you looked at found this laptop, what did he have to say about that?

**A.**   Um.

**Q.**   In terms of -- not about the father, because you already mentioned that, but did he say anything about why he didn't mention that to you?

**A.**   He just forgot that he had it.

**Q.**   Did you have an opportunity to look at that laptop?

A.    I did.

Q.    Was it powered on?

A.    It was.

Q.    And did you happen to open the laptop and look at the screen?

A.    I did.

Q.    What was on the screen?

A.    It was open to a pornographic website, adult pornography.

Q.    When you looked at the screen, were you able to determine whether or not that laptop had an internet connection?

A.    Not directly from the screen, but, yes, I was able to go to the settings and see if it was connected to the internet.

Q.    Was it?

A.    It was.

Q.    Did you notice that the laptop was open to numerous internet tabs?

A.    Yes.

Q.    And what were the types of tabs that that laptop was open to; do you recall?

A.    They were all adult pornography websites.

Q.    Now, you mentioned that Mr. Egli was not permitted to access the internet; is that correct?

A.    Correct.

Q.    That was one of his terms of conditions of release; is that right?

308

A.   Correct.

Q.   When you say that you saw imagings of adult pornography on the laptop, is that something Mr. Egli was permitted to do under his conditions of release?

A.   No.

Q.   Did you ask him about how he was able to be connected to the internet?

A.   I did.

Q.   And why did you ask him that?

A.   Previously, we verified that there was no internet connection coming into the home.

Q.   When you asked him how he was on the internet, what did he say?

A.   He stated he was -- he connected through his neighbor's Wi-Fi, and just got lucky by guessing the password.

Q.   Mr. Brock, you've just been handed what's previously been marked for identification as Government's Exhibit 10.  Do you recognize this exhibit?

A.   I do.

Q.   What is it?

A.   It's the HP laptop.

Q.   And when you say "the HP laptop," is that the one that you found in his bedroom?

A.   Yes.

Q.   And it was under his bed?

A.   Correct.

Q.   And how are you able to recognize it as the laptop that you found?

A.   It's -- I'm the one that located it, and I bagged it and tagged it as evidence.  It's got my name on it and my initials.

          MS. BEHRENS:  Your Honor, at this time the Government moves to admit Government Exhibit 10.

          DEFENDANT EGLI:  No objection.

          THE COURT:  Received.

     (Government's Exhibit 10 was received into evidence.)

Q.   (By Ms. Behrens) Now, let me direct your attention, if I may, to Government's Exhibit 5 again, which is still here on the projector.  Item No. 7 mentions a smartphone; is that correct?

A.   Correct.

Q.   Did you find a smartphone in the Defendant's bedroom?

A.   I did.

Q.   Was that an authorized device?

A.   It was not.

Q.   Where did you all find that device?

A.   It was behind a dresser.

Q.   And when you found that device, did Mr. Egli have anything to say about the smartphone?

A.   Yeah.  He said that he, again, forgot that he had that, and then told me that he -- he had actually purchased it

probably two months prior.

Q.   Did you have an opportunity to look at the phone?

A.   I did.

Q.   And did you determine whether or not that phone was connected to the internet?

A.   It was.

Q.   Did Mr. Egli tell you why he wanted to have an unauthorized cell phone?

A.   Yeah.  He stated that he wanted to access an app, I believe it's WhatsApp that was not available on his approved safe phone.

Q.   And were you able to determine whether or not the browser on the cell phone was open?

A.   It was.

Q.   And what was it open to?

A.   Adult pornography.

Q.   Did you find any other files as you looked at that phone of sexually explicit material?

A.   Yes.

Q.   Was Mr. Egli permitted to look at those?

A.   No.

Q.   I'll hand you now what's been previously marked for identification as Government's Exhibit 17.  Do you recognize this exhibit?

A.   I do.

Q.   What is it?

A.   It is the Item No. 7, smartphone.

Q.   Item No. 7 on the -- on your list?

A.   On the receipt, yes.

Q.   And how is it that you recognize that?

A.   Again, it's the one that I found that I bagged as evidence, and tagged it with my name and with my initials.

Q.   All right.

     MS. BEHRENS:   Your Honor, I would move to admit Government's Exhibit 17, please.

     DEFENDANT EGLI:   No argument.

     THE COURT:   Received.

     (Government's Exhibit 7 was received into evidence.)

Q.   (By Ms. Behrens) Now, directing your attention, Mr. Brock, if I may again to Government Exhibit 5, which is on the projector.  I notice there are five other items listed there that you all seized; is that correct?

A.   Correct.

Q.   I'm going to hand you a number of exhibits just for Ms. Ford's ease not having to go back and forth.

     You were handed Government's Exhibits 8, 9, 14, 15, and 16 this time.  If you could just take a sec to look through those, please.

     THE COURTROOM DEPUTY:   Will you give me those numbers again, Ms. Behrens?

MS. BEHRENS:  Yes.  That would be Government's Exhibit 8, 9, 14, 15, and 16.

THE COURTROOM DEPUTY:  Thank you.

Q.   (By Ms. Behrens) If I could direct your attention, first, to Government's Exhibit 8 first.  Do you recognize that exhibit?

A.   I do.

Q.   How do you recognize it?

A.   It's the initial flash drive that I saw in the TV.

Q.   And did you package that item, and are your initials on that item?

A.   Yes and yes.

MS. BEHRENS:  Your Honor, I would move to admit Government's Exhibit 8.

DEFENDANT EGLI:  No objections.

THE COURT:  Received.

*(Government's Exhibit 8 was received into evidence.)*

Q.   (By Ms. Behrens) And just for the record, that is referenced item No. 6 on Government's Exhibit 5, is that correct, on your property receipt?

A.   Sorry, can you repeat that?

Q.   What number is that on your property receipt?

A.   Number 1.

Q.   Actually, can I direct your attention to No. 6?

A.   Yes.  It's No. 6.

**Q.** Okay. And then if you could look at Government's Exhibit 9, please. What is that?

**A.** That's an external hard drive.

**Q.** Is that an item that you found in the Defendant's bedroom?

**A.** It is.

**Q.** Do you recognize -- is -- are your initials on that item, the packaging?

**A.** Yes. I packaged that and initialed it.

**MS. BEHRENS:** Your Honor, I would move to admit Government's Exhibit 9.

**DEFENDANT EGLI:** No objection.

**THE COURT:** Received.

*(Government's Exhibit 9 was received into evidence.)*

**Q.** **(By Ms. Behrens)** And which number is that on the property receipt, if I may ask.

**A.** It says it's the gray -- Western Digital --

**Q.** Western Digital?

**A.** So that would be No. 2.

**Q.** Okay. And please direct your attention to Government's Exhibit 14. Do you recognize that exhibit?

**A.** I do.

**Q.** What is it?

**A.** It's a Toshiba external hard drive.

**Q.** Okay. Is that an item you found in the Defendant's bedroom?

**314**

A.   It is.

Q.   Is that an unauthorized device or an authorized device?

A.   It's a device I didn't know about.

Q.   Okay.  And what number is that on your property receipt?

A.   Number 3.

MS. BEHRENS:  Your Honor, I'd move to admit Government's Exhibit 14.

DEFENDANT EGLI:  No objection.

THE COURT:  It's received.

*(Government's Exhibit 14 was received into evidence.)*

Q.   **(By Ms. Behrens)** Directing your attention to Government's Exhibit 15.  Do you recognize that exhibit?

A.   I do.

Q.   What is it?

A.   It is a PNY flash drive.

Q.   Is this an item that was authorized by you?

A.   No.

Q.   Which number is that on your evidence receipt?

A.   I believe this is number -- let me see.  It's got a y -- it is No. 1.

Q.   Okay.  And then finally Government's Exhibit 16, do you recognize that exhibit?

A.   I do.

Q.   What is that?

A.   It is another flash drive that I found in the Defendant's

315

bedroom.

Q.   Was that authorized by you?

A.   No.

Q.   Which number is that on your property receipt?

A.   Number 4.

Q.   Thank you.

MS. BEHRENS:   Your Honor, at this time I would move to admit Government's Exhibits 14, 15, and 16.

THE COURT:   14, 15, and 16, Mr. Egli, objection?

DEFENDANT EGLI:   None.

MS. BEHRENS:   I believe I've already admitted 8 and 9; is that correct, Ms. Ford?

THE COURTROOM DEPUTY:   Yes.

MS. BEHRENS:   Okay.   Thank you.

*(Government's Exhibits 15 and 16 were received into evidence.)*

Q.   **(By Ms. Behrens)** So all of these items that you have before you, were any of these authorized by you as his probation officer?

A.   No.

Q.   Now, what did you do with all of these unauthorized devices?

A.   We bagged them there at the scene and took them straight back to the probation office, and locked them in our evidence.

Q.   And while they were in the probation office, were they examined further by anyone in the United States Probation

Office?

A.   Yes.

Q.   Who examined them?

A.   We have two officers who are assigned to our forensic lab, and they examined them.

Q.   And did you learn what was found on any of the -- those exams?

A.   Yes.

Q.   Do you know whether or not any images of child pornography or any indication that child pornography was on any of those items?  Do you know whether any such images existed on those items?

A.   Yes.

Q.   And in particular, do you know which item images of child pornography were found on?

A.   I know at least the laptop.

Q.   Okay.  And based upon that, did a judge issue an arrest warrant for Mr. Egli because of the violations, purported violations of supervised release as well as the potential of new images of child pornography that you found?

A.   Yes.

Q.   Mr. Brock, you're being handed what has previously been marked for identification as Government's Exhibit 4.  Do you recognize this exhibit?

A.   I do.

Q.    What is it?

A.    It's an arrest warrant for Mr. Egli.

Q.    Okay.  And directing your attention to May 21st --

        MS. BEHRENS:  Oh, I'm sorry, Your Honor.  At this time may I move to admit Government's Exhibit 4?

        THE COURT:  Mr. Egli, any objection?  Do you have an objection, sir?

        DEFENDANT EGLI:  No objections, Your Honor.

        THE COURT:  Received.

        MS. BEHRENS:  Thank you, Your Honor.

    *(Government's Exhibit 4 was received into evidence.)*

Q.    **(By Ms. Behrens)** Government's Exhibit 4.  Is this the arrest warrant you were just referencing?

A.    Sorry?

Q.    Is this -- what's on the screen, is that the arrest warrant you were just referencing?

A.    Yes.

Q.    Did you have the opportunity to return to Mr. Egli's residence on May 17, 2021?

A.    I did.

Q.    What was the purpose for returning to the residence on that date?

A.    On that date, the marshals were going to affect the arrest warrant.  And we went with them because we had evidence that there may be other items that had been connected to the hard

drive and the other flash drives and the computer.

Q.   On that date was Mr. Egli actually taken into custody at that time?

A.   He was.

Q.   And then did you conduct a further search of the residence?

A.   I did.

Q.   Did you locate any other evidence of electronic or any other electronic devices during that search?

A.   Yes.

Q.   And while you were there conducting the search, did you observe a desktop computer in the family room?

A.   I did.

Q.   Were you aware of whether or not Mr. Egli was using that desktop computer?

A.   Initially, no.

Q.   Did you subsequently learn that he had been using that computer?

A.   Yeah.  His father said that he used it often.

Q.   When you looked at that computer, did you determine whether or not it was connected to the internet?

A.   I did.

Q.   Was it?

A.   It was.

Q.   And were you able to determine how it was connected to the

319

internet?

A.    Yes.

Q.    How is that?

A.    It was connected through an adjacent cell phone.

Q.    Do you know whose cell phone that was?

A.    It was his mother's.

Q.    And when you say it was connected to the internet through the cell phone, how was that accomplished?

A.    It was connected with -- it was hardwired, but I'm not sure if the internet was running through the wire, or if it was wireless.

Q.    When you say wireless, you mean a hotspot?

A.    Hotspot or Bluetooth, yes.

Q.    When you looked at that laptop, were you able to see any email accounts that you believed the Defendant was utilizing?

A.    Yes.  On the desktop there was several tabs that were open.

Q.    Did that include email accounts?

A.    It included -- yes.

Q.    And based upon the terms of his conditions of release, was he permitted to have those email accounts without clearing that with you first?

A.    He was not.

Q.    Do you know what any of the other tabs were that he had opened?  Do you recall any of them?

A.   There were, I believe, some sexually explicit stories, and some communication maybe called sexting or dating apps-type apps.

Q.   Did you find any images of the Defendant on the computer?

A.   I did.

Q.   What were those?

A.   They were pictures that he took of himself nude in the mirror.

Q.   Okay.  Did you take that desktop into custody, or did you seize it?

A.   I did.

Q.   And did you find -- I think -- did you find any other electronic evidence that was unauthorized?

A.   Yeah.  There were multiple items.

Q.   Did you seize those items, too?

A.   I did.

Q.   Mr. Brock, you're being handed what's previously been marked for identification as Government's Exhibit 6.  Do you recognize this exhibit?

A.   I do.

Q.   What is it?

A.   It's another evidence property receipt.

Q.   And is this the property receipt identifying those items that you took from Mr. Egli's residence on May 17, 2021?

A.   It is.

**MS. BEHRENS:** Your Honor, I would move to admit Government's Exhibit 6.

**DEFENDANT EGLI:** No objection.

**THE COURT:** It's received.

*(Government's Exhibit 6 was received into evidence.)*

**Q.** **(By Ms. Behrens)** I've placed on the screen the exhibit. I'd like to talk with you about a few of these items in particular, if I may.

First of all in particular, I would like to show you what's been marked for identification Government's Exhibit 21 and Government's Exhibit 22.

Directing your attention specifically to Government's Exhibit 21, do you recognize that exhibit?

**A.** I do.

**Q.** How do you recognize it?

**A.** Yes.

**Q.** How do you recognize it?

**A.** It was located in his house on that day, and bagged and tagged by me with my initials on it.

**Q.** What is it?

**A.** It's a CD.

**Q.** Is there anything written on that CD?

**A.** Yes. It says "Gentoo minimal, X64, no system d."

**Q.** Did you write that?

**A.** I did not.

Q.   If I could direct your attention to the exhibit that's on the projector or the exhibit that's in front of you, actually Government's Exhibit 6, which item on the log is that.

A.   Item No. 7.

Q.   Okay.  And then if I could direct your attention to Government's Exhibit 22, do you recognize that exhibit?

A.   I do.

Q.   How do you recognize it?

A.   Again, it was found at his house on that date, and I bagged and initialed it.

Q.   And what is it?

A.   It's another CD.

Q.   Does it have any writing on it?

A.   It says "Misc backups."

Q.   Okay.  And is that listed on your evidence log?

A.   It is.

Q.   Which number?

A.   Number 8.

        **MS. BEHRENS:**  Your Honor, I would move to admit Government's Exhibits 21 and 22.

        **DEFENDANT EGLI:**  No objections.

        **THE COURT:**  21 and 22 are received.

*(Government's Exhibits 21 and 22 were received into evidence.)*

Q.    **(By Ms. Behrens)** Mr. Brock, you have now been handed what has previously been marked for identification as Government's

Exhibit 18.  Do you recognize this exhibit?

A.    I do.

Q.    What is it?

A.    It's the desktop computer that we seized.

Q.    And that's the desktop computer that you looked at while you were at his residence on May 17, 2021?

A.    Yes.

MS. BEHRENS:  Your Honor, I would move to admit Government's Exhibit 18 into evidence.

DEFENDANT EGLI:  No argument.

THE COURT:  Received.

*(Government's Exhibit 18 was received into evidence.)*

Q.    (By Ms. Behrens) Which number, if I may ask, is that on your evidence log?  The evidence log is two pages; is that correct?

A.    Correct.  That would be No. 13 on the second page.

Q.    Okay.  It says, "Dell tower"?

A.    Yes.

Q.    And what did you do with all of these items that you seized on May 21st, I'm sorry, May 17, 2021?

A.    We seized them, took them back to the probation office, and provided them to our forensic lab.

Q.    You left Mr. Egli's residence of May 17, 2021, did you have any more contact with him once he was taken into custody?

A.    Yes.

**Q.**    When would you have had contact?

**A.**    I believe from the -- so he was taken into custody at the very beginning of our search, and the search lasted a little while.  Towards the end of it, he called from the jail to talk to his dad.

**Q.**    Okay.  But did you have any more involvement with him as probation officer?

**A.**    No.

**Q.**    Okay.  At some point did the probation office transfer this electronic evidence to the federal bureau of investigation?

**A.**    Yes.

**Q.**    And do you know why that was transferred?

**A.**    Just due to possible illegal things found on all these items.

**Q.**    Okay.  Thank you.

          **MS. BEHRENS:**  Your Honor I have no further questions for this witness.

          **THE COURT:**  Examination, Mr. Egli?

          **DEFENDANT EGLI:**  A moment, Your Honor.

          **THE COURT:**  Sure.

          *(Sotto voce discussion was held*

          *between Defendant Egli and Mr. Steele)*

                              ///

                              ///

**325**

**CROSS-EXAMINATION**

**BY DEFENDANT EGLI:**

Q.   Mr. Brock, at the time the laptop in question was seized, and, in fact, at the time all the devices were seized, did you happen to observe any actual illegal child pornography images on any of these devices?

A.   No.

Q.   Okay.  So you cannot say of your own certain knowledge that these images were present?

A.   At the time, no.

Q.   At the time, no.  That's all I'm asking.  Thank you.

THE COURT:  Anything further?

MS. BEHRENS:  No, Your Honor.  Thank you.

THE COURT:  May this witness be excused?

MS. BEHRENS:  Please, Your Honor.

THE COURT:  You may be executed, sir.

Call your next witness.

(Witness exits the witness stand.)

MS. BEHRENS:  May I approach and grab those exhibits, Your Honor?

MR. ROSS:  I can do that.

THE COURT:  Oh sure.

MS. BEHRENS:  Maybe I'll leave them.  I'll take all of those, thank you.

THE COURTROOM DEPUTY:  Please raise your right hand.

You do solemnly swear that the testimony you shall give in the case now before the Court to be the truth, the whole truth, and nothing but the truth?

**THE WITNESS:** Yes, I do.

**THE COURTROOM DEPUTY:** Thank you. Please be seated.

State and spell your name for the record.

(Witness takes the witness stand.)

**THE WITNESS:** My name is Stacey Evans. S-T-A-C-E-Y. E-V-A-N-S.

**THE COURT:** All right. Can you all hear either Mr. -- or is it Dr. Evans?

**THE WITNESS:** Mister.

**THE COURT:** Can you all hear Mr. Evans?

(Jurors nodding in the affirmative.)

**THE COURT:** Go ahead, please.

**MS. BEHRENS:** Thank you, Your Honor.

**STACEY EVANS,**

called as a witness for and on behalf of the Plaintiff, being first duly sworn, was examined and testified as follows:

**DIRECT EXAMINATION**

BY MS. BEHRENS:

Q.   Would you please state your name again for the jury?

A.   Yes. Stacey Evans.

Q.   Can you pull that microphone just a little closer to you, please, if you don't mind. Thanks.

327

By whom are you employed?

A.   I'm currently employed by the Federal Bureau of Investigations.

Q.   And more specifically where do you work?

A.   Currently assigned to the Intermountain West Regional Computer Forensic's laboratory.

Q.   Is that oftentimes referred to as the RCFL?

A.   Yes.

Q.   How long have you been employed or working at the RCFL?

A.   I've been at the RCFL for, combined, approximately 17 years.

Q.   What do you do for the RCFL?

A.   I do for digital forensic examinations.

Q.   What does that entail?

A.   Digital forensic examinations currently entail receiving any of the digital evidence items in a particular case.  We go through the data, find or examine it for the requested items, and then return that back to the case agents for their review.

THE COURT:  Mr. Evans, do you have water up there?

THE WITNESS:  I do.

THE COURT:  All right.  Don't hesitate to drink.

Go ahead.  Thank you.

THE WITNESS:  Thank you.

Q.   (By Ms. Behrens) Is the RCFL an accredited laboratory?

A.   It is.

Q.   What does that mean to be accredited?

A.   The accreditation process basically means that the standards that are set by the industry are -- are policies and procedures are then created from those, and we ensure that we follow the policies and procedures.

Q.   Do you, yourself, have certifications with regard to forensic examination?

A.   Yes.

Q.   What are those, some of them at least?

A.   Some of them are -- I have an A+ certification, which is the hardware and software that run on computers.  I have the Network+ certification, which involves networking of computers. I have a certifications with the FBI through their training and everything for several of the different software forensic tools that we used.

Q.   As a computer forensic examiner with the RCFL, have you had the opportunity to examine electronic evidence involving child pornography cases?

A.   Yes.

Q.   And is that in your capacity as a forensic examiner?

A.   It is.

Q.   Can you estimate if, you can, can you estimate how many cases in the 17 years you've been with the RCFL that you have worked on that involved child pornography?

A.   Hundreds, if not more.

**Q.**    And over your years of experience in working with those cases, have you developed an understanding of what child pornography is?

**A.**    Yes.

**Q.**    There's a term that's used often called "CSAM," C-S-A-M. What does that stand for?

**A.**    Yes.  It stand for Child Sex Abuse Material.

**Q.**    And does the RCFL sometimes interchange those two terms, CSAM and child pornography, are they interchangeable?

**A.**    Yes.

**Q.**    Okay.  Now, with respect to Mr. Egli, do you recall being asked to conduct a forensic examination on a case concerning Daniel Egli?

**A.**    Yes.

**Q.**    Did you, in fact, conduct that examination?

**A.**    I did.

**Q.**    I'm going to hand you what's previously been marked for identification as Government's Exhibit 13.  I said 13, I meant 23.  I apologize.  Do you recognize there exhibit?

**A.**    Yes, I do.

**Q.**    What is it?

**A.**    It's my report of examination.

**Q.**    And is this a report you prepared after you conducted the forensic examination in Mr. Egli's case?

**A.**    Correct.

**MS. BEHRENS:**  Your Honor, at this time I would move to admit Government's Exhibit No. 23.

**DEFENDANT EGLI:**  No argument.

**THE COURT:**  Received.

*(Government's Exhibit 23 was received into evidence.)*

**MS. BEHRENS:**  Thank you.

Q.    **(By Ms. Behrens)** Mr. Evans, do you recall how many electronic devices you examined in this case?

A.    It was submitted with ten items.

Q.    Okay.  And directing your attention to Government's Exhibit 23, are those items listed on your report?

A.    Yes.

Q.    Okay.  I've placed it on the projector right now.  I notice that -- one, two, three, four, five six -- there are seven here on page 1 of Government's Exhibit 23.

A.    Yes.

Q.    And then there are what look like, and we'll talk about it, but five --

A.    Correct.

Q.    -- that were indented; right?

A.    Correct.

Q.    But you started with ten items; is that right?

A.    Yes.

Q.    Okay.  When you're looking at this exhibit down the left-hand column, there seems to be a series of numbers there?

331

A.   Yes.

Q.   What are those numbers, and how did they get it there?

A.   Those are unique identification numbers that are assigned to each piece of evidence that we receive.

Q.   Okay.  That's done by the lab; is that right?

A.   Yes.

Q.   And then when you were given these items to examine, were you also -- were you looking for anything in particular?

A.   Yes.  We were -- I was looking for the items that the case agent, Special Agent Ross, had requested that we look for.

Q.   Let me direct your attention, if I may, to page 2 of this exhibit, toward the middle section of it, if I may.  And I think you state under summary that "SA," that's Special Agent Ross, specifically requested the following.

A.   Yes.

Q.   Those bullet points that are listed there, the five of them, are those the things that Agent Ross asked you to look for?

A.   Correct.

Q.   Were you limited to just those things, or were you also looking for anything that may relate to the possession of child pornography?

A.   Well, it says, "Search for evidence of child sex abuse material" or child pornography, so it's any items related to that also, yes.

Q.   Now, did you find any of those specific things that you were looking for?

A.   Yes.

Q.   And I noticed throughout your report, if I may, that you -- let me direct your attention to, let's say, the paragraph starting at 496.

A.   Yes.

Q.   This paragraph right here where it says, "496 graphic files containing possible CSAM were located."

That second sentence says, "The digital forensic report is contained on the examination results disk."

A.   Correct.

Q.   And you mentioned the examination results disk several times; what is that?

A.   The examination results disk is the digital format that we produce that contains the files and the data that were actually on the hard drives that are included in that report.  They're not printable.

Q.   And so everything that you found, that you listed in your report, which is Government's Exhibit 23, the basis for that information, or the actual information that you found on the -- during your forensic examine is contained on the digital examination disk; is that accurate?

A.   Yes.  Yes.

Q.   If I may, I'm going hand you --

MS. BEHRENS:  And, Your Honor, I don't know if I moved to admit Government's Exhibit 23.

THE COURTROOM DEPUTY:  You did.

MS. BEHRENS:  Thank you.

Q.    (By Ms. Behrens) Now I'll hand you what's been previously marked for identification as Government's Exhibit 24.  Do you recognize this?

A.    Yes.

Q.    What is it?

A.    That is the -- the examination results page that is written in HTML or a web page that we create to point to the evidence items and the evidence that's contained on the disk.

Q.    So this is just basically like an index or a directory to your digital examination disk?

A.    Yes.

Q.    This is a two-page document.  This is not the entire report; correct?

A.    Correct.

Q.    What I would like to do is talk about some of the items, if I may, that you examined.

But first, Your Honor, I would move to admit Government's Exhibit 24.

THE COURT:  Objection, Mr. Egli?

DEFENDANT EGLI:  No objection, Your Honor.

THE COURT:  Received, 24.

**MS. BEHRENS:**  Thank you.

*(Government's Exhibit 24 was received into evidence.)*

Q.    **(By Ms. Behrens)** Mr. Evans, I believe in front of you there is electronic evidence sitting there to your left.

A.    Yes.

Q.    Can you please look through that and find Government's Exhibit 21?  It has already been admitted into evidence, and it should be a yellow tab.  Do you have that?

A.    I do.

Q.    Do you recognize that exhibit?

A.    Yes.

Q.    How do you recognize it?

A.    It has our laboratory unique identification number affixed to the packaging.  It also has my initial and date.

Q.    And is that one of the items that you examined?

A.    Yes.

Q.    I'm putting Government's Exhibit 23 back on the projector. Is Government's Exhibit 21 reflected in your report, Government's Exhibit 23, as one of the items that you looked at?

A.    It is.

Q.    What is the number assigned to that?

A.    It is IWR093026.

Q.    026?

A.    Yes.

Q.   26?   Oh, Government's Exhibit 26 -- I'm sorry.   Give me one second so I can make sure that I'm not confused here. Thank you.   I'm sorry.   You're right, and I'm not.

A.   Thank you.

Q.   3026.   Again, that's the number assigned by your lab; is that correct?

A.   Yes.

Q.   Okay.   Is there any handwriting on that exhibit?

A.   There is.

Q.   And did you write that?

A.   No, I did not.

Q.   What does the handwriting say as best as you can determine?

A.   The handwriting on it says, "Gentoo minimal X64 no system d."

Q.   Were you able to examine the contents that have disk?

A.   Yes.

Q.   And what did you find when you examined the contents of that disk?

A.   The contents of this particular disk is a -- the disk is a bootable disk that allows you to boot to the Gentoo Linux operating system.   It will load a full Linux operating system onto the computer that its booted to, and then you can perform all the functions of the computer on it.

Q.   When you say "bootable," what do you mean?

**A.**   I mean, it doesn't require the Windows operating system because Linux is its own operating system.  And the computer sets aside a particular portion of the drive so that it says, look at this drive, and it can be booted to, and then it automatically starts that operating system.

**Q.**   So just in more simple terms for my sake.  From a practical standpoint, if I had that disk?

**A.**   Yes.

**Q.**   And I had a laptop?

**A.**   Yes.

**Q.**   Would I insert that disk into the laptop?

**A.**   Yes.

**Q.**   And then I would upload it to the laptop, or what?

**A.**   No.

**Q.**   Okay.

**A.**   No.  No.  Once the disk is inserted into the disk tray, you can then tell the computer to utilize that particular drive to boot into that operating system without going into any other operating system on the computer.

**Q.**   So if -- sorry, continue.

**A.**   This particular Linux disk will allow you to do all of, you know, some system administration-type stuff or a lot of other different things on the computer without being involved in any of the operating system on the hard drive or any other devices that are attached to the system.

337

So basically you can boot to the Linux disk and there's nothing -- there's no residual items left behind on the computer.

Q.   And when you say that, does that mean that then when you turn the computer off or when you remove this disk, is anything left on that laptop that you inserted the disk into, to show anything that you may have been doing?

A.   Not unless you specifically tell it to.

Q.   So from a practical standpoint, if I were -- had a laptop, and I had inserted that disk, and then I wanted to look at images of Hawai'i, and do research on Hawai'i and things like that --

A.   Uh-huh.

Q.   Once I was done with all of my searching and looking at pictures et cetera, and I turn the computer off and remove that disk, when you go back onto that laptop without the disk, is there anything on that laptop that would show those -- what I had done about Hawai'i?

A.   No.

Q.   Okay.  And do you, based upon your years of experience in the forensics lab, have you seen this program before?

A.   This particular flavor of Linux, no.  But we do -- in our laboratory, we use Linux boot disks to do forensic things.

Q.   Okay.  And you do that because?

A.   I'm sorry?

Q.   You do that because?  You don't want to leave --

A.   Well, it's because we don't want to touch the original evidence and make any changes, so we're able to do that with the Linux boot disk.

Q.   And so once you remove that disk, it's as though you were never on that system?

A.   Correct.

Q.   If I may, let me direct your attention, please, to Government's Exhibit 22.

A.   Yes.

Q.   Do you recognize that exhibit?

A.   I do.

Q.   And is that one of the exhibits you examined?

A.   I'm sorry?

Q.   Is that one of the items that you examined?

A.   Yes.

Q.   Okay.  When you look at your Government's Exhibit 23 exhibit, your report examination, which number was assigned to that particular exhibit?

A.   Our laboratory number that was assigned to it is IWR093027.

Q.   Just for ease, if I refer to just the last two numbers?

A.   Yes, that's fine.

Q.   Because three weren't any duplicates on this; is that correct?

**A.**    (Non-verbal answer.)

**Q.**    All right.  And so looking at your report at the bottom of page 3, you state at the very last line, "Other documents of interest and files of interest related to the request are found on item ending in 27"; is that right?

**A.**    Yes.

**Q.**    That's the exhibit that you're looking at; correct?

**A.**    Correct.

**Q.**    And then you go on to say that those items are located on the examination disk result?

**A.**    Yes.

**Q.**    Sorry, examine results disk.

**A.**    Results disk, uh-huh.

**Q.**    Let me put back on the projector Government's Exhibit 34 -- sorry, 24 -- which you said was kind of a directory, if you will, about your digital examination disk.  I notice on there, the second item is an item ending in number 27, which is what we're talking about; correct?

**A.**    Yes.

**Q.**    Which is the Memorex CD.  Now, under that you list two things:  documents of interest and files of interest.

**A.**    Correct.

**Q.**    Is that correct?

**A.**    Yes.

**Q.**    And so if you were on the digital format of this report,

and you clicked on Documents of Interest, would that take you to a page listing the documents of interest?

A.    Yes.

Q.    I am going to hand you what has previously been marked for identification as Government's Exhibit 56.  Looking at page 1 of 56, it's a two-page document.  First of all, do you recognize this exhibit or the information contained on this exhibit?

A.    Yes.

Q.    On page 1, it states at the top, "Documents of Interest"; is that correct?  To the right?

A.    Yes.

Q.    And are these the documents of interest that would show up if you clicked on Government's Exhibit 24, Documents of Interest?

A.    Yes, they are.

Q.    And then page 2 says, "Files of Interest"; is that correct?

A.    Correct.

THE COURT:  Has this been received?

MS. BEHRENS:  Oh, no, Your Honor.  May I move to admit Government's 56.

THE COURT:  Mr. Egli, any objection?

DEFENDANT EGLI:  No, Your Honor.

THE COURT:  It's received.

**341**

*(Government's Exhibit 56 was received into evidence.)*

Q.    **(By Ms. Behrens)** It says, "Files of Interest"; correct?

A.    Correct.

Q.    And those are things that you found on that CD, Government's Exhibit --

A.    Yes.

Q.    -- 22?

Now, beginning with the documents of interest, there's a list -- I wish there were a way to make this a little more clear for the jury.  All righty.

There's a "Name" column; is that correct?

A.    Yes.

Q.    And do you know -- I think underneath, there are seven items.  Did you have an opportunity to review any of those items?

A.    Yes.

Q.    And can you tell the members of the jury what generally those seven items are?

A.    Generally, they were text files or -- it appeared to have been stories that were written that involved the sex abuse of children.

Q.    And you listed those because those were one of the things, I assume, that Agent Ross asked you to look for?

A.    Correct.

Q.    And are those on the digital examination --

A.    Yes, they are.

Q.    -- disk.

Okay.  If I could have you turn to Government's Exhibit -- the same exhibit but page 2.  And these are files of interest that I think you mentioned?

A.    Yes.

Q.    One in particular I want to ask you about is the third one on the list, which is VeraCrypt?

A.    Yes.

Q.    What is that?

A.    VeraCrypt is used to encrypt information on a computer.

Q.    What does that mean?

A.    It means that it obfuscates or mixes up the data into what appears to be basic computer gibberish.  Unless you have the actual code that decrypts that, I mean, it puts it back into a readable format for the computer or a person.

Q.    Are you able to encrypt anything other than things on the computer?  Like could you insert a thumb drive or a disk or anything like that and encrypt that with VeraCrypt?

A.    Yes.  It handles all digital media.

Q.    And so with VeraCrypt, anything you wanted to encrypt so nobody could see it, you could do that with that file?

A.    Yes.  With that program.

Q.    With that program.  And this is one of the programs that was on the disk that we've been talking about ending in 27; is

that right?

A.    Yes.

Q.    Are you able, with any -- are you able to ever decrypt that without the password from a Defendant -- or from a person, excuse me.  Is that an easy thing to do?

A.    It is something that we -- that we can work on, but it takes anywhere from hours to millennia to decrypt, depending on which type of encryption is used, and if we have a possible password or not.

Q.    So not an easy process if you don't have the possible password?

A.    No.

Q.    I'd like to direct your attention, if I may, to Government's Exhibit 9, which should be before you.  Electronic evidence.

A.    Yes.

Q.    Do you recognize that exhibit?

A.    I do.

Q.    Is that one of the electronic devices that you examined?

A.    Yes.

Q.    What is it?

A.    It is a Western Digital External hard drive.

Q.    And you reflected that in your report, which is Government's Exhibit 23; is that correct?

A.    Yes.

**344**

Q.   Some of the items.  What's the number that's associated with that, if I may?

A.   It is IWR093029.

Q.   Okay.  So the fourth item on the list.  Were you able to find anything on this exhibit?

A.   No.

Q.   Why not?

A.   This particular drive is encrypted.

Q.   And so that's not something you can access without some form of password?

A.   Correct.

Q.   Let me direct your attention, if I may, to Government's Exhibit 14.

A.   Yes.

Q.   Do you recognize that exhibit?

A.   I do.

Q.   And what is that?

A.   It's another external hard drive.

Q.   Is this one of the items that you examined?

A.   Yes.

Q.   And is it referenced in your report, Government's Exhibit 23?

A.   It is.

Q.   Which number is assign to that?

A.   This is IWR093030.

Q.   So that is the fifth item on this list?

A.   Yes.

Q.   Is it a hard drive?

A.   Correct.

Q.   Were you able to find anything on this hard drive?

A.   No.

Q.   Why not?

A.   It is also encrypted.

Q.   And so you can't access that unless you have some form of password?

A.   Yes.

Q.   Looking at your digital examination report, which is Government's Exhibit 24, this directory, you referenced both of these two hard drives; is that correct?

A.   Yes.

Q.   Here where I'm pointing the Exhibit 3029; correct?

A.   Yes.

Q.   I'm sorry, your number.  And you state underneath that, that the device is encrypted; correct?

A.   Yes.

Q.   And the next item is 3030, the Toshiba hard drive, and you reference there that the device is encrypted?

A.   Yes.

Q.   You should have on the desk there Government's Exhibit 10, which is the laptop.

A.    Yes.

Q.    Do you recognize that exhibit?

A.    I do.

Q.    And is that one of the exhibits that you -- one of the items that you examined?

A.    It is.

Q.    On your report, Government Exhibit 3 --

THE COURT:  Which items are you offering?

MS. BEHRENS:  I think they've already been admitted into evidence, Your Honor.

THE COURT:  All right.  Go ahead.

Q.    (By Ms. Behrens) Government's 10, which has been admitted into evidence, you recognize it as something that you examined?

A.    Yes.

Q.    If you could look at the report, Government's Exhibit No. 23, also admitted into evidence, do you list the laptop there?

A.    Yes.

Q.    And what number do you have assigned to that?

A.    The lab-assigned number to this one is IWR093033.

Q.    So that's the top number listed here on page 2 of your report?

A.    Correct.

Q.    Are you able to look at Government's Exhibit 10?  I know it's in the wrapper, but are you able to look at it in the

**347**

wrapping and determine where that laptop was manufactured?

A.   Yes.

Q.   Can you tell the jury where you found that information on the laptop, or point to it?  Just show it to them.

A.   It's very small lettering on the back.

Q.   And where is it manufactured?

A.   Made in China.

Q.   Now, on your report, if I could direct your attention to the screen, on your report you listed computer rap top which is assigned number 3033?

A.   Yes.

Q.   Underneath that there's an indented number, which ends in 49 --

A.   Correct.

Q.   -- correct?  What is that?

A.   That is a subitem that is listed that is attached or part of the submitted item.

Q.   In this particular case --

A.   In this particular case, it was the hard drive or the storage drive of the laptop computer.

Q.   I'm handing you what's previously been marked for identification as Government's Exhibit 12.  Do you recognize that exhibit?

A.   Yes.

Q.   Did you take this picture?

A.   I did.

Q.   Was that as part of your forensic analysis?

A.   Yes.

Q.   And what --

        MS. BEHRENS:   Your Honor, I would move to admit Government's Exhibit 12.

        DEFENDANT EGLI:   No objection.

        THE COURT:   Received 12.

   (Government's Exhibit 12 was received into evidence.)

Q.   (By Ms. Behrens) What are we looking at when we look at Government's Exhibit 12?

A.   The inside of the computer of this laptop computer with the back removed.  This shows the location of the -- of the drive.

Q.   All right.  And, generally, where is the location of that drive if you were to do squadrons?

A.   Right center.

Q.   Right center.  Okay.  So are you saying approximately in this area?

A.   Yes.

Q.   Okay.  That's the hard drive of this laptop; is that correct?

A.   Yes.

Q.   What is the model or make of this hard drive?

A.   The make of the hard drive is an Intel.

Q.    Okay.  And where is the hard drive now?  You got the laptop, but where's the laptop?

A.    Back inside the laptop.

Q.    Is that standard procedure to return it to the laptop after you've examined it?

A.    Yes.

Q.    I'm going to hand you more close-up exhibit, if I could, Government's Exhibit 13.  Do you recognize this exhibit?

A.    Yes.

Q.    What is it?

A.    It's a photograph of close-up of the actual drive that was in the laptop computer.

Q.    Did you take this photograph as well?

A.    I did.

        MS. BEHRENS:  Your Honor, I would move to admit Government's Exhibit 13.

        DEFENDANT EGLI:  I believe it's already been admitted.  No objections.

        MS. BEHRENS:  I thought 12 had been.  I move to have it admitted if it hasn't been admitted previously.

        DEFENDANT EGLI:  Okay.  I'm looking at the wrong one. No objections to it.

        THE COURT:  13 is received.

        MS. BEHRENS:  Thank you, Your Honor.

    (Government's Exhibit 13 was received into evidence.)

Q.    (By Ms. Behrens) Does this picture reflect where the hard drive of the laptop was manufactured?

A.    Yes.

Q.    Where was it manufactured?

A.    Made in China.

Q.    Okay.  And are you focusing specifically on this area right here?

A.    I am.

Q.    Okay.  You now have, if I may, to your far left a desktop computer.  That has already been admitted into evidence.

A.    Yes.

Q.    That's been admitted into evidence as Government's Exhibit 18.  Is this one of the electronic devices that you examined?

A.    Yes.

Q.    And is it reflected on your report, Government's Exhibit 23?

A.    It is.

Q.    What number is assigned to the desktop?

A.    It is IWR093035.

Q.    So the desktop number for the lab ends in 35; is that correct?

A.    Yes.

Q.    And, again, we have an indented number right underneath that.  What is that?

A.   That is the hard drive that's contained within this computer.

Q.   Did you have the opportunity to examine the hard drive as well?

A.   Yes.

Q.   And is your examination of both the desktop and the hard drive obviously reflected in this report?

A.   Yes.

Q.   What number is assigned to the hard drive, if I may ask?

A.   It is IWR021050.

Q.   If I could ask you to look at the desktop, please, if it's possible.  I don't know if it's covered up or not, but are you able to look at that desk top and tell where it's manufactured? This is Government's Exhibit 18.

A.   Yes.

Q.   Where do you find that information?

A.   On the tag down here at the bottom.

Q.   And where is it manufactured?

A.   It says it's assembled in Mexico.

Q.   Okay.  Mr. Evans, I'm now handing you what's previously been marked for identification as Government's Exhibit 19.  Do you recognize this exhibit?

A.   I do.

Q.   What is it?

A.   It is a photograph that I took of the hard drive in this

computer.

MS. BEHRENS:  Your Honor, I would move to admit Government's Exhibit 19, please?

DEFENDANT EGLI:  No argument.

THE COURT:  Received.

(Government's Exhibit 19 was received into evidence.)

Q.    (By Ms. Behrens) And, again, that hard drive is located inside that desktop computer right now?

A.    Yes.

Q.    Is that where you put it back after you conducted your examination?

A.    Yes.

Q.    That's standard procedure?

A.    That is.

Q.    And if I could give you what's been previously marked for identification as Government's Exhibit 20.  This is a close-up picture of the hard drive; is that correct?

A.    Yes, it is.

Q.    Is this another photograph that you took?

A.    Yes.

MS. BEHRENS:  Your Honor I would move to admit Government's Exhibit 20?

DEFENDANT EGLI:  No argument.

THE COURT:  It's received.

(Government's Exhibit 20 was received into evidence.)

Q.    (By Ms. Behrens) And are you able to determine from this photograph that you took where the hard drive was manufactured?

A.    Made in China.

Q.    Tell the members of the grand jury the steps you took --

THE COURT:    Or the jury.  That's all right.

MS. BEHRENS:    Your Honor, I apologize.  Thank you for the correction.

Q.    (By Ms. Behrens) Please tell the members of the jury what steps you took to evaluate that laptop.  As physically, what's the process you went through?

A.    Oh, okay.  So the first thing that we do after it's been brought in to the laboratory is I go in and go through the evidence control facility, and I change the custody from our evidence control facility to myself.

I then take it in, and as you've seen, photograph the condition of the laptop computer, and then do a physical inspection to see if there's any significant damage done to it that would prevent it from functioning.

We then, as you saw the picture, identify where the hard drive is, remove the hard drive out of the computer, and then we take a forensic image of that particular device.

So during the process of creating the forensic image, we attach the original evidence item, or the hard drive that was taken out of the computer, to a write-blocking device, which means that whatever we do with it on our computers, do

**354**

not allow any changes to the original drive.

We then use a forensic software tool to create a bit-for-bit copy of the data that's on that drive to another drive or basically to another drive.  And then we conduct the examination on the forensic image file and not the original evidence.

Q.    Why is it you do that?

A.    Why do we do that?

Q.    Uh-huh?

A.    So that none of the original evidence is ever changed.

Q.    Okay.  And directing your attention to the desktop computer, Government Exhibit 18, is that the same process you followed in examining that item?

A.    Yes.  That is part of the digital forensics process that we go through with all digital media.

Q.    Once you created these forensic images of these two items, what did you do then to evaluate those items and determine what information is contained on those hard drives or on those electronic devices?

A.    Sure.  So the next step after we get the forensic images is we process those forensic images using forensic software.  And what that does is it basically takes this bathtub of data that you really can't read, and it sorts it out, and identifies file types both by the file extension and also file headers so that it puts it into a format that we humans can read.

**355**

Q.   And what's --

A.   Then we can look through whatever it is that the request was that we're looking for.

Q.   And once you ran it through those programs, you were able to then basically collect all of this information and analyze it; is that correct?

A.   Yes.

Q.   I'd like to direct your attention, if I could, to your report again, which is Government's Exhibit 23.  And in particular, I'm directing your attention to page 3.  And I'd like to direct your attention specifically to the paragraph that starts: "Examination of the graphics files."  Do you see that?

A.   Yes.

Q.   So it says there you conducted an examination.  You found 496 graphic files containing possible CSAM.

A.   Correct.

Q.   And CSAM, again, is child sexual abuse material?

A.   Yes.

Q.   Okay.  You mentioned that they were located and bookmarked.  When you say "bookmarked," what do you mean?

A.   That's the process in the forensic software that we use that says these files are what we're looking for.  Puts a marker on those files, basically, so that we can then generate a report of just those items.

Q.   And were those items then bookmarked eventually placed, basically, in the digital examination disk --

A.   Yes.

Q.   -- for Agent Ross to look at, at a later point?

A.   Correct.

Q.   Now, you mentioned that there were 496 graphic files containing possible CSAM that are contained on items ending in 49 and 50; is that correct?

A.   Yes.

Q.   That's what the report says?  49, again, is the hard drive of the laptop?

A.   Yes.

Q.   And 50 is the hard drive of the desk top?

A.   Right.

Q.   These 496 files were found on those two items?

A.   Yes.

Q.   And on both of them?

A.   Yes.

Q.   And then you mentioned that those files are found on the two hard drives in the thumbcache file.

A.   Yes.

Q.   What's a thumbcache?

A.   So in the Windows' operating system are actually several of the operating systems, but Windows specifically -- the thumbcache file is created so that when you click on a folder

on your desktop or in your documents or whatever, instead of seeing the items in a listed view with just file names, it will give a representation.  The thumbcache file has a little thumbnail image of whatever the contents of that file is.

So when you click on the thumbnail view in Windows, it gives that graphical representation of whatever the contents of that file are.  So if it's a picture, you see a smaller picture.  If it's a document, you might see a document icon.

Then there are several different sizes as of Windows 8 that allow it to be placed in these different thumbcache file sizes.

Q.   What's the purpose of the thumbcache?

A.   The purpose of it was the development of Windows so that somebody could do just that.  They could, say, looking for pictures of Hawai'i, they could bring it up on the screen. Rather than scrolling through image names and trying to find it that way, they can actually view the pictures on the screen so that they can find what they're looking for very quickly.

Q.   And when you say "they can find what they're looking for very quickly," is it also there to make the program work more quickly?

A.   Oh, yes.

Q.   Explain that.

A.   Yes.  So once the thumbnail is placed in the thumbcache file, it remains there for some time.  And as long as the

358

file's on the system, it will eventually get removed if it's over written or anything like that because of the other things that are taking up the space.  But the thumbcache will -- will stay there.  And then when Windows sees the thumbcache file, it knows it's already these thumbnails.  It doesn't have to view the file again to then generate that little thumbnail again.  So it just increases the performance of the operating system.

Q.   So you're going to have to explain it a little more simply to me.  I'm sorry.  So let's use the example of the Hawai'i pictures.

A.   Uh-huh.

Q.   If I went on the internet with a laptop, and I looked online at an image of Hawai'i.  I turn my computer off.  Would that image that I looked at online be in the thumbcache?

A.   Not necessarily.

Q.   Okay.  Why?

A.   Because you would have had to have looked at the location where that file was actually saved to in the temporary internet files.

Q.   So that's something different, temporary files?

A.   That's something different.

Q.   Okay.  Let me ask you this:  If I go to Hawai'i, I take 100 pictures.  I come home and put them on my computer.

A.   Yes.

Q.   And I go through my Hawai'i pictures, all 100 of them.

A.   Yes.

Q.   Will those -- my going through and looking at those 100 pictures, pulling them up on the computer, will that create a thumbcache photo?

A.   Yes.  If you viewed the whole folder or that drive or folder, if you copied them over to your computer, if you then view that in the thumbnail view, it will put all of those files into the thumbcache file, and they will remain there so it can speed up that whole process.

Q.   So if pictures are found in the thumbcache, does that mean those pictures were on the computer at some point?

A.   Yes.

Q.   Even if you can't find the pictures on the computer anymore?

A.   Correct.

Q.   Is there any way for a picture to be in the thumbcache that somebody hadn't looked at --

A.   No.

Q.   -- on the computer?

And so if you say in your report that there were 496 graphic files containing possible CSAM in the thumbcache, what does it mean about whether or not those 496 files had to be on the computer at some point in time?

A.   It means that they had to be on that computer at some point in time, and they were viewed in the thumbnail gallery of

the contents of that folder.

Q.   They couldn't magically appear in the thumbcache?

A.   No.

THE COURT:  Counsel, about how much longer?  The reason I ask is I understand your lunches are here.

MS. BEHRENS:  Judge, I have a little while longer.  This is a good time to break.  That's fine.

THE COURT:  Okay.

Ms. Ford, does that work?

THE COURTROOM DEPUTY:  Yes.

THE COURT:  All right.  So members of the jury, your lunches are here.  They should be back in the jury room.

Am I correct, Ms. Ford?

THE COURTROOM DEPUTY:  If they're not there now, it will be just momentarily.

THE COURT:  And then we will adjourn for lunch.  And then I, also after lunch, I have another matter I have to take care of.

So, Ms. Ford, when would you think we could start again?

THE COURTROOM DEPUTY:  We have a 1:30 here in the courtroom, which should be pretty brief.  And you're welcome to leave your materials, and we'll instruct the other attorneys coming in that, you know, don't disturb them.

And then we probably -- I would say we can be back in

session here no later than 2:00.

THE COURT:  All right.  Okay.  I'm sorry that we have to come and go, but I've got other things I have to take care of.  So we will be in recess until approximately 2:00.

MS. BEHRENS:  Thank you, Your Honor.

THE COURTROOM DEPUTY:  All rise for the jury.

(Jurors exit the courtroom at 12:29 p.m.)

THE COURT:  Okay.  We'll be in recess, and then back around 2:00.

MS. BEHRENS:  Thank you, Your Honor.  I assume the witness is free to leave?

THE COURT:  Yes.

THE WITNESS:  Thank you.

THE COURT:  Remember.  Do not discuss anything.

MS. BEHRENS:  I won't talk to him.  Yes, Your Honor, thank you for that admonition.

(Lunch recess taken at 12:30 p.m.)

THE COURTROOM DEPUTY:  All rise for the jury.

(Jurors enter the courtroom at 1:58 p.m.)

THE COURT:  As I said.  Welcome back.  You had lunch.  Was it from Apple Spice Junction?

ALL JURORS:  Yes.

THE COURT:  Was it edible?

ALL JURORS:  Yes.

THE COURT:  I think so, too.

All right.  Go ahead, please.

MS. BEHRENS:  Thank you, Your Honor.

**DIRECT EXAMINATION (CONTINUED)**

Q.   **(By Ms. Behrens)** Mr. Evans, I think when we left off, we were just finishing testimony regarding the 496 images of potential CSAM that you found pursuant to your investigation. And that, I believe, you testified that you found those in the thumbcache; is that correct?

A.   Yes.

Q.   And I think the last question I asked you was if there were 496 images of CSAM in the thumbcache, based on your expertise, did those 496 files have to be on the computer at some point?

A.   Yes.

Q.   Is there any way they could have been in the thumbcache if they hadn't been on the computer?

A.   Correct.

Q.   Okay.  Now, you also mentioned in your report, and again, I'm referring to Government's Exhibit 23.  You mentioned in this last paragraph or second-to-last paragraph, an examination of shortcuts, and then in parentheses you got an L-N-K?

A.   Yes.

Q.   And is that usually referred to as a LNK file?

A.   Yes.

Q.   So you said you did an examination of LNK files, jump

files, etc., and that that was conducted; is that correct?

A.   Yes.

Q.   What's a LNK file?

A.   A LNK file is a file that's on the operating system that helps the operating system find that file quickly.

Q.   Explain that.  How does something get into the LNK file?

A.   One way that you can get a LNK file is to right-click on a file in the Windows operating system, and then you tell it to create a shortcut like to your desktop so that link is now on the desktop.  That's the -- they call it a shortcut there, but it is actually a LNK file with a L-N-K file extension on it. And it just says open this file when you double the icon.

Another way that LNK files get there is through double-clicking on the file, and then the operating system will build a LNK file to that file, which then enables it that if its clicked on again or double-clicked, it knows where to go to very quickly and what programs to open it with.

Q.   So when you see these files that you can double-click on, again, just to simplify it for me, where are those files that you're double-clicking on?

A.   Some of them show up on the desktop or in that area. Other LNK files can be spread throughout the device, depending on where you double-click on it from and that kind of thing.

Q.   What about if you double-click on an internet link -- or like you're on the internet, and you're just researching, and

**364**

you click on something, would that create something of a LNK file?

A.    No.    These LNK files are on the system.

Q.    So if something is in the LNK files?

A.    Yes.

Q.    And you found them as part of your examination, does that mean that you had to have double-clicked on something that was on the computer?

A.    Yes.

Q.    Whether it's the laptop or the desktop?

A.    Correct.

Q.    And you mentioned you found a number of these LNK files; is that correct?

A.    Yes.

Q.    And did you contain -- did you include those LNK files in the examination disk?

A.    Yes.

Q.    Mr. Evans, I just handed to you what has been previously marked for identification as Government's Exhibit 61.  Do you recognize this exhibit?

A.    Yes.

Q.    How do you recognize it?

A.    It comes from the Bookmark page.

Q.    And are these the bookmarks you were referring to when you said in your report, Government Exhibit 23, that you did an

examination of the LNK files, and you found some and they were located in Bookmark?

A.    Yes.

Q.    Are these the LNK files that you bookmarked?

A.    Yes.

Q.    So let's begin with --

        **MS. BEHRENS:**  Your Honor, at this time may I move to admit Government's Exhibit 61?

        **DEFENDANT EGLI:**  No argument.

        **THE COURT:**  Received.

    *(Government's Exhibit 61 was received into evidence.)*

Q.    **(By Ms. Behrens)** Let's look at the very first one, if we can, so you can explain what we're looking at.  "LNK Files of Interest."  That's what the top of the page says.

A.    Yes.

Q.    So it says "File Name."  Where do you get that?

A.    That is the file name from the LNK file.  That's the title of the LNK file.

Q.    Is that the title of the document that a person had to double-click on in order to end up in the LNK files?

A.    Yes.

Q.    If you drop down to "Create a Date," what does that mean?

A.    That would be the date that that LNK file was created on the system.

Q.    When you say, "on the system," do you mean on the laptop

hard drive, or the computer hard drive?

A.    This would be on the computer hard drive.

Q.    If it says "modified date," what does that mean?

A.    That means if that file is changed or updated in any way, that the information that's changed, it's changed on that date and time.

Q.    How does that data get changed, or how does that information get changed usually?  Is it from going back and re-double-clicking on it?

A.    It could be, yes.

Q.    Okay.  And drop down to, if you could, to the line that's just right under "path."  Do you see that?

A.    Yes.

Q.    And underneath that is a number.  IWR021050.

A.    Yes.

Q.    One of the identifiers on the exhibits that we've been talking about?

A.    Correct.

Q.    And in particular, do you recall the identifier for Item No. 50?  Is that a hard drive?

A.    Yes.  That is the hard drive that's contained in the computer.

Q.    In the desktop?

A.    In the desktop computer.

Q.    So this is a LNK file that you would have found on the

desktop computer?

A.   Yes.

Q.   And this is a LNK file that's created because somewhere on the desk computer -- just to so I'm understanding -- somewhere on this desk computer somebody clicked on the file, and that created a LNK file?

A.   Yes.  And the full path of where that comes from was -- that LNK file was in the recent documents file or path.

Q.   Okay.  Say that again?

A.   It's in the recent documents for that particular user.

Q.   What does that mean?  When you say "recent," you're talking about this particular part here where it says "recent"?

A.   Yes.

Q.   Let me show you over here.  Does this say "Dan" over here?

A.   Yes, it does.

Q.   When you're talking about the full path, the user was Dan in this particular instance?

A.   Yes.

Q.   And there LNK file was in "recent."

A.   Yes.

Q.   What does "recent" mean?

A.   "Recent" is an area that's located when you click on the Start menu, you can go back to recent documents, recent files.

Q.   Okay.

A.   It would show up in there as one of the recent files that

had been used.

Q.    Okay.  And then the title of the document here, I think, at the very top line, the name says -- it's four exclamation points and R-E-T-O bro-sis 8-to-11-year-old girl and boy; is that correct?

A.    Yes.

Q.    Now, is there a name associated with each of the files in the LNK files?

A.    Yes.

Q.    For instance, if we were to drop down to the next LNK file that you found, the name of that document says PTHC.  Do you know, based upon your years of experience, what PTHC is short for?

A.    Preteen hardcore.

Q.    All right.  And then it says 12YO.  Are you familiar with what Y-O usually means?

A.    Year old.

Q.    So we've got, "Preteen hardcore 12yo Kristina short blond hair blue eyes nice pussy very willing girl."  Is that what we've got?

A.    Yes.

Q.    And that's the name of the file that was on a computer, on this computer?

A.    Yes.

Q.    The desktop?

**369**

**A.**    The desktop.

**Q.**    That somebody double-clicked on?

**A.**    Yes.

**Q.**    That created this LNK file; is that correct?

**A.**    Yes.

**Q.**    Okay.  And if we were to go through all of Government's Exhibit 61.  For instance, this one that starts "PEDO mom 10yo."  These would each be analyzed in the same way on this exhibit; is that correct?

**A.**    Correct.

**Q.**    Each one would give you the name of that file; is that right?

**A.**    Yes.

**Q.**    Each one means that you've got where it was located. Fifty would be the desktop hard drive?

**A.**    Yes.

**Q.**    Forty-nine the laptop?

**A.**    Yes.

**Q.**    You got user Dan; is that correct?

**A.**    Yes.

**Q.**    And again this is a recent file.  I think you mentioned it means --

**A.**    Yes.

**Q.**    Say that again for me.  Recent means he had looked at it recently or somebody looked at it recently?

A.    Yes.

Q.    And somebody had to double-click on this file, 10yo Natasha, in order for it to appear in this file?

A.    Yes.

Q.    Now, is it possible if this image is not on the computer ever, ever, would it be possible to have a LNK file there?

A.    No.

Q.    And if somebody looked at an image of child pornography, this image let's say, or whatever it is, let's say they looked at this and deleted it, does the LNK file still remain if they double-clicked on it?

A.    Yes.

Q.    So somebody could delete an image thinking they were getting rid of any indication that they had been looking at images; is that correct?

A.    Yes.

Q.    But it's still going to show up here LNK file?

A.    It would.

Q.    Now, you also mentioned in Government's Exhibit 23 that you did jump list files as well.  What are jump list files?

A.    Jump list files are the files that you see when an application is open or available on your task bar.  And when you click on that, it will bring up the last set of files or whatever it is that you were -- that you were using.

Q.    In order for it to bring up the last set of files you were

Q. using, do those files have to have been on the computer at some point?

A. Yes.

Q. Okay. So if you have jump list files similar to what we just saw in the LNK files with those types of names and descriptions, does that mean that in order for the jump list file to be on either the laptop or the desktop hard drive, that item had to have been on the computer at some point?

A. It had to have been attached to the computer.

Q. What does that mean?

A. So if something was stored on a thumb drive or an external drive, and you opened it up with that application, it would show up in the jump list, but it would tell you, you know, you would have to have access to that drive that it was on. But the file name would still be there.

Q. And you examined some of those hard drives and thumb drives; correct?

A. Yes.

Q. Some you were not able to get into?

A. Correct.

Q. Is that right?

So we don't know what's on those files?

A. No, I don't know.

Q. But it's possible that if we have information in these jump lists, the actual image that created that jump list

bookmark or shortcut or whatever you call it --

A.    Yes.

Q.    -- it was somewhere --

A.    Yes.

Q.    -- affiliated with that computer?

A.    Yes.  With that computer.

        THE COURT:  Are you all able to hear the witness?

        ALL JURORS: Yes.

Q.    (By Ms. Behrens) Now, you mentioned also in your report in the same paragraph that you found 29 entries located in the MRU open/saved files of the Window registry.  What does that mean, "MRU opened/satisfied"?

A.    Those are the most recently used.

Q.    And that means what?

A.    The computer will keep track of a number of recently used items so it can get back to the things you were utilizing quicker.

Q.    And you found 29 of those entries that were similar to what we just looked at with respect to the LNK files in terms of names?

A.    Correct.

Q.    Those long detailed titles of documents?

A.    Yes.

Q.    In order for an image of CSAM to be in the MRU opened/saved files of the Window registry, does an image have

to be on the computer or affiliated with the computer in order to be in that file?

A.    It does.

Q.    And you mentioned also MR -- there were 140 entries related to the request in the MRU recent files and folders of the Windows registry.  What is the MRU recent files and folders?

A.    Those are once again the most recently used.

Q.    In order for a -- I call it an artifact.  What's an artifact?  In order for there to be some remnant in the MRU recent files, or some indication --

A.    Yes.

Q.    Am I using that right?

A.    Yes.

Q.    Does that mean that those 140 entries are tied to images of CSAM that were at some point on that computer or affiliated with that computer?

A.    Yes.

Q.    And then you also mentioned that you found 148 entries related to the request, which were located in the windows ActivitiesCache.db.  What is the Windows ActivitiesCache.db?

A.    The Windows cache.db is a file that was created for Windows 10 for the little timeline utility.  I don't know how widely it's used, but its no longer available in Windows 11.  But in Windows 10 it allowed you to click on that -- it almost

looks like a little film strip icon in the task bar, and what it does, it saves about the last 30 -- well, approximately three weeks of place holders that are very similar to the LNK files.

But it shows you a document that you were working on, a video that you watched, a spreadsheet that you were working on, and it will show those in little icons across the desktop, and then you can click on one of those and it will take you right back to the program or the application that opened that file and show you that file that was there.

Q.   And if there's an entry in that Windows activities cache, does that mean when you say it takes you right back to where you were?

A.   Uh-huh.

Q.   Does that mean that something had to be on the computer in the first instance in order for the Windows activity cache to take you back to it?

A.   Yes.

Q.   Okay.  Now, I'm going to hand you what's been previously marked for identification as Government's Exhibit 58.

One of the things you say in your report, which is on the screen, is that the examination of the email files was conducted, and you found 138 emails containing the requested email address or data related to the request.  This document 58, do you recognize it?

375

A.   Yes.

Q.   What is it?

A.   It is part of a digital report that shows the emails of interest that I bookmarked.

Q.   And these emails of interest, when you say there were emails that contain the requested email address, what do you mean by that, "the requested email address"?

A.   In the service request in front, it says evidence or use of the email address account dan@pedonation.xyz.

Q.   Okay.

        MS. BEHRENS:   So, Your Honor, at this time may I move to admit Government's Exhibit 58?

        DEFENDANT EGLI:   No argument.

        THE COURT:   Received.

   *(Government's Exhibit 58 was received into evidence.)*

Q.   **(By Ms. Behrens)** So you were asked to see if there were any emails on these electronic devices that involved the email dan@pedonation.xyz?

A.   Yes.

Q.   And those are contained or at least identified in Government's Exhibit 56; is that correct?

A.   Fifty-eight.

Q.   Fifty-eight.   Thank you so much.   Is that right?

A.   Yes.

Q.   Okay.   And are you able to tell from the emails whether

they are found in the desktop, or whether they're found in the laptop?

A.    Yes.

Q.    Are they found in both?

A.    It appears mostly on the laptop.

Q.    Okay.  And so on the screen I just kind of highlighted -- not highlighted but focused in on one of them.

A.    Uh-huh.

Q.    Is it the same thing we discussed before under the path, the very first thing that you see is a number.

A.    Correct.

Q.    And is that the number that are affiliated with the particular items that we're talking about?

A.    Yes.  It's the laptop partner.

Q.    Okay.  So No. 49 would be the laptop; correct?

A.    Yes.

Q.    Ending in 49?  Okay.  And when you look at the file comments under name, it says entry 0000033.eml.  That doesn't tell you what the substance is; right?

A.    No, it does not.

Q.    You would have to click on each one of the emails to look at it to see --

A.    Correct.

Q.    Okay.  But you found 138 that used the email dan@pedonation.xyz or I think you said -- or involved data

related to the request, and by request you mean by what Mr. --

I'm sorry -- Agent Ross asked you to look for when you were

conducting your forensic examine?

A.   Yes.

Q.   Mr. Evans, I'm now handing you what's been marked for

identification as Government's Exhibit 60.  Do you recognize

this exhibit?

A.   I do.

Q.   And what is it?

A.   It is the bookmarked page for the applications of

interest.

Q.   When you say "applications of interest," what do you mean?

A.   Programs that would be of interest in this type of

investigation.

Q.   And this is part of the report that you created; is that

right?

A.   Yes, it is.

        MS. BEHRENS:  Your Honor, I move to admit

Government's Exhibit 60.

        THE COURT:  Mr. Egli, any objections?

        DEFENDANT EGLI:  No objections.

        THE COURT:  Received.

        MS. BEHRENS:  Thank you.

   (Government's Exhibit 60 was received into evidence.)

Q.   (By Ms. Behrens) I put it up on the projector.  Let's

just look at that first one, if we could.  You mentioned an application of interest called Shareaza.exe?

A.    Yes.

Q.    What is that?

A.    Shareaza is a peer-to-peer file-sharing program.  So basically is what it does is it allows someone to find a file of interest that they would like to download, and then it goes out and finds all locations where this file is stored and starts to download little chunks from all of these different places and puts it together, and downloads the file to your computer.

Q.    And based on your many years of experience in forensic examination, where do you find a common use of Shareaza? Illegal use, let's put it that way?

A.    It's commonly used in child pornography or child sex abuse material investigations.

Q.    Why is that, do you know?

A.    Because you don't -- well, for one thing, you don't have to have the entire file on your system for it to recognize that you have a piece, and so it can download it.  And then there's also somewhat of an anonymous use to it.

Q.    And is the Shareaza application, is that found, based upon your report, found on the desktop or the laptop hard drives?

A.    On the desktop.

Q.    And if I could direct your attention to the bottom of the

**379**

exhibit.  You mention a Tor browser application.  What is a Tor browser?

A.    Tor browser is a utility that's used in a Windows browser that connects to -- Tor stands for The Onion Router, and it allows you access to websites that are not normally available.  Some people also refer to that as the dark web.

Q.    How does the Tor browser do that in simple terms, do you know?  How does that work?

A.    I'm not sure of the whole workings of the Tor browser.

Q.    Does somebody have to download or have the Tor browser application on the computer?  So do they have to go out and actually --

A.    To access these other things, yes.

Q.    Okay.  So once they have the application, so there has to be an affirmative effort to get this Tor browser --

A.    Correct.

Q.    -- onto your computer?

A.    Yes.

Q.    And after that, someone who has the Tor browser can utilize that browser to search for items, and I think you said kind of with a certain level of anonymity?

A.    Uh-huh.

Q.    I'm sorry, again, did you say the Tor browser is typically affiliated with the dark web, or did I just make that up?

A.    No, no, it is.

Q.    Is that what you said, okay.

A.    Yeah.  It also allows you to download torrent files.

Q.    What are torrent files?

A.    They are collections of -- it's a file that will point you to the direction of another file that contains numerous files much like a compressed file or a zip file, but this Tor will go out, and everything that's listed in the torrent file, it will go out on the web and find all of these files and download them to your system.

Q.    And is that also affiliated with the dark web?

A.    It can be, yes.

Q.    Okay.  And then finally, if I could, I'll hand you what's previously been marked previously for identification as Government's Exhibit 69.  Do you recognize this exhibit?

A.    Yes.

Q.    What is it?

A.    It is the bookmarks of the documents of interest.

Q.    Okay.  And under the bookmarks of documents of interest, have you listed -- it looks like six --

A.    Yes.

Q.    -- six different documents that you found.

A.    Yes.

Q.    Where did you -- let's start with the first one.

        MS. BEHRENS:  Oh, Your Honor, first of all, may I move to admit Government's Exhibit 59?

381

THE COURT:  Mr. Egli, any objection?

DEFENDANT EGLI:  which number, I'm sorry.

THE COURT:  Fifty-nine.

DEFENDANT EGLI:  Fifty-nine?  No objection.

*(Government's Exhibit 59 was received into evidence.)*

Q.    **(By Ms. Behrens)** Let's look at this first one.  The first one's name is 2021-02-14.  Do you recall off the top of your head what that document was?

A.    Off the top of my head, I would recall it is some type of a journal entry for a journal document.

Q.    Okay.  And just for your recollection, I'm going to hand you what's previously been marked for identification as Government's Exhibit 33.  And is that the journal entry?

A.    Yes.

Q.    Okay.  And is that journal entry dated February 14, 2021?

A.    Yes.

Q.    So is that the document that's referenced in Government Exhibit 59?

A.    Yes.

Q.    Document of interest?

So here's my questions for you on that.  Are you able to look at Government's Exhibit 59, which is shown here, this particular section about this journal entry, are you able to look at this information that you have in your report, and tell me when that document was created?

A.    February 14, 2021.

Q.    When you say it was created on that date, was it created on -- let's see, we're looking at Exhibit 49 [sic], correct, the laptop hard drive?

A.    Correct.

Q.    Are you saying it was created on February 14, 2021, on the laptop?

A.    Yes.

Q.    Is it possible that it was created on February 14, 2021, somewhere else, but put on the laptop later?

A.    No.  That's the created date on that system.

Q.    Okay.  So if somebody said on February 27th, that they had a laptop, and that they just got that laptop the day before on February 26th, but this information was found in your examination; is that -- is that accurate?  Is the person who says he got it on February 26th accurate that that's the day he got the laptop if this document existed on it and he created this document?

A.    Well, no, that's the created date that the file system noted that that file came into existence on that drive.

Q.    After you completed all of your examination, I think you said you prepared this report, Government's Exhibit 23?

        THE COURTROOM DEPUTY:  Counsel, did you move to admit Exhibit 33?

        MS. BEHRENS:  I'm not going to move to admit that

yet.  Thank you.

Q.    (By Ms. Behrens) You provided that report as well as your digital examination disk to Special Agent Ross; is that correct?

A.    Yes.

Q.    Is that the extent of your involvement in this case other than your testimony today?

A.    Yes.

Q.    Okay.

MS. BEHRENS:  Your Honor, I have no further questions for this witness.

THE COURT:  All right.

Cross-examination?

**CROSS-EXAMINATION**

BY DEFENDANT EGLI:

Q.    Okay, sir.

A.    Yes.

Q.    Sorry, tell me your name again?

A.    Stacey Evans.

Q.    Mr. Evans, something that you said that puzzles me.  You said that if I was copied, it would receive a new date?

A.    Yes.

Q.    Because that is not my understanding of how Windows works.  My understanding is that if I have a file, I create the file, then I copy it onto a hard drive or a thumb drive or even just

another directory, all three dates created, access, modified would remain the same unless I then changed the file afterwards, in which the modification date will change.

So you leave me a little bit confused because I'm not trying to say that you're intentionally saying anything wrong. I'm sure it's an honest mistake or something, but are you absolutely, positively certain that if I was to take a file from computer A --

A.    Uh-huh.

Q.    Put it on to a thumb drive --

A.    Uh-huh.

Q.    -- using a simple copy, drag and drop.  Or even better, let's suppose I made a zip file.  What is a zip file?  You saw a zip file before.  Tell me what is a zip file?

A.    A zip file is a compressed, a compressed file of one file or many files.  It's given a single file name and it becomes a container of its own.

Q.    All right.  So does the zip file maintain modification date and time of the file; do you know?

A.    That, I don't know right off the top of my head.

Q.    Okay.  So would you say it is possible from the knowledge you have right now to make a zip file of a particular directory, have it copy everything in that directory and everything below it.  Then extract that zip file onto a different computer, and have the file dates being the same?

**A.**   I don't believe so, but I don't know for positive.

**Q.**   Okay.  So let me ask you something.  Let's just for a moment assume that it is possible, so the question now becomes can you prove in any way on exactly what computer the file was created?

**A.**   I'm not sure that I understand the question.

**Q.**   Let me see if I can explain it differently.  You have right next to you two different computers.  You have a Dell tower?

**A.**   Yes.

**Q.**   And you have a HP laptop?

**A.**   Yes.

**Q.**   If I was to ask you specifically what computer -- which of those two computers created that file, which file -- which computer was in use when that file was very first created. Regardless of where it is currently, whether it was stored on the laptop or stored on the desktop, could you say for certainty which of the two computers the original file was created on?

**A.**   No.

**Q.**   Okay.  Thank you.

           **THE COURT:**  Anything further?

           **MS. BEHRENS:**  No, Your Honor, thank you.

           **THE COURT:**  May this witness be excused?

           **MS. BEHRENS:**  Please, Your Honor.

THE COURT:  All right.

Sir, you may be excused.  Thank you.

(Witness exits the witness stand.)

THE COURT:  All right.  Call your next witness.

MS. BEHRENS:  Your Honor, at this time the United States calls Special Agent Jeff Ross.

THE COURT:  All right, sir, come forward and be sworn.

MS. BEHRENS:  I'll take those from you.  Thanks.

THE COURTROOM DEPUTY:  Raise your right hand, please.

You do solemnly swear that the testimony you shall give in the case now before the Court to be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

THE COURTROOM DEPUTY:  Thank you.  Please be seated, spell and state your name for the record.

(Witness enters the witness stand.)

THE WITNESS:  All right.  My name is Jeff Ross.  Jeff is spelled J-E-F-F.  Ross is R-O-S-S.

THE COURT:  Again, you heard me tell other witnesses, there is water up there.  Don't hesitate to drink.

THE WITNESS:  I'm one step ahead of you.

MS. BEHRENS:  Judge, if you could bear with me just one minute.  I'm trying to get these exhibits organized that we had, so I can make things go a little smoother.

**SPECIAL AGENT JEFF ROSS,**

called as a witness for and on behalf of the Plaintiff, being

first duly sworn, was examined and testified as follows:

**DIRECT EXAMINATION**

**BY MS. BEHRENS:**

Q.    All right.  Would you please state your name again for me?

A.    Jeff Ross.

Q.    By whom are you employed?

A.    The FBI.

Q.    How long have you been employed with the FBI?

A.    Almost 26 years.

Q.    And what is your present assignment with the FBI?

A.    Currently splitting time between working at the regional

computer forensics lab, and then I'm also working on the child

exploitation task force.

Q.    When did you start splitting your time?

A.    Around July of this year.

Q.    Prior to July, what were you doing?

A.    For about 20 -- 21, 20 -- since April 2003 working all

matters of online sexual exploitation of children, working

those investigations.

Q.    You said you've been doing that full-time for, since when?

A.    Around 2002, 2003.

Q.    Okay.  And when you say you do all manner of

investigations concerning sexual exploitation, does that

include cases that concern child pornography?

A.   It does.

Q.   Now, there's another term that we hear referenced is "CSAM."  C-S-A-M.  What is that?

A.   It stands for Child Sex Abuse Material.

Q.   And in your job, do you tend to use those words interchangeably?

A.   I try not to.

Q.   What does that mean?

A.   There's a -- the preferred term is "sexually explicit images of children," or "child sex abuse material."  We're moving away from using the term "child pornography" because of the connotations that go along with it, suggesting that somehow it's consensual or on the same par with adult pornography when it most certainly isn't.

Q.   So you continue to use "child pornography" though because that's in the statutes; is that correct?

A.   Correct.  It's still in the law as child pornography.

Q.   Did you -- let me ask you this before I get started into the specifics of this investigation.  How many, in all the years you've been doing this, how many investigations would you say that you have been a part of in involving child exploitation?

A.   I would say it's in the thousands.  Easily several hundred.

Q.   Okay.

A.   But I would guess, if I had to estimate every case I've been involved in, it's well over a thousand.

Q.   Do you recall becoming involved in an investigation concerning a man by the name of Daniel David Egli in 2021?

A.   I do.

Q.   Do you recall how you became involved in that investigation?

A.   I was contacted by U.S. Probation after they had conducted a home visit and had found digital media that contained stuff that they believed would contain child pornography, or did contain child pornography.

Q.   I'm sorry?

A.   Or did contain child pornography.

Q.   Do you know why the probation office contacted you?

A.   I work with the Federal Probation Office quite a bit because they're authorized to investigate violations of supervised release.  So when they're monitoring someone of their supervised release, they have the authority to, you know, conduct that investigation.  But if the investigation involves new violations of law, that's when they call me in.

Q.   And in this particular case, did you, in fact, conduct an investigation to new violations of law involving child pornography, or CSAM, involving Daniel Egli?

A.   Yes.

**Q.**   Do you recall at some point after you became involved in the investigation, did you obtain the bulk of the electronic evidence that the probation office had taken from Mr. Egli's residence?

**A.**   Yes.

**Q.**   And once you obtained all of that electronic evidence, what was your next step in conducting your investigation?

**A.**   The first thing that I did before I even obtained all this stuff is I looked through the forensic examination that federal probation had done, and gone through and found sexually explicit images of children through that first examination.

Then took the evidence items that they had seized from Mr. Egli's house, and I obtained a search warrant and I had them searched in a far more deeper dive of forensics.

**Q.**   Okay.  I'm going to hand you what's previously been marked for identification as Government's Exhibit 7.  Can you look at that, please, and tell me whether you recognize it?

**A.**   I do recognize it.

**Q.**   What is it?

**A.**   It's a search warrant authorized by Judge Bennett that was issued on May 24, 2023, and it's for the -- it's not specifically described on this face page, but it's referenced in the top left, and it's the digital media that was seized from the residence of Daniel Egli.

**Q.**   Did this give you the authority to do this deeper dive

391

that you were just referring to?

A.   Yes.

         MS. BEHRENS:   Your Honor, I move to admit Government's Exhibit 7.

         DEFENDANT EGLI:   No argument.

         THE COURT:   Seven is received.

    (Government's Exhibit 7 was received into evidence.)

         MS. BEHRENS:   Thank you.

Q.   (By Ms. Behrens) Once you had the authority to do the deeper dive into these items, what did you do next for purposes of your investigation?

A.   I took the items to the RCFL and submitted them.

Q.   When you say RCFL --

A.   Sorry.  Regional Computer Forensics Lab.

Q.   Why did you submit them to the RCFL?

A.   Because they had the specialized tools and training to do a complete forensic examination of digital media that I don't necessarily have the ability to do on my own.

Q.   When you submitted them, did you submit them with a service request?

A.   I did.

Q.   What's a service request?

A.   When you submit items to the lab, there's two things that you're required to provide to the lab in addition to the evidence items that you want to have searched.  One is the

legal authority to search it, which is the search warrant here.

And then the second thing is requesting specifically from the lab as far as what you want them to do during the examination.

Q.   I'm going to put on the projector what's already been admitted as Government's Exhibit 23.  This is a report that Stacey Evans prepared.  You just sat through his testimony.  He lists in this middle section that "SA Ross specifically requested the following."  Are these the items that you listed in the service request?

A.   Yes.

Q.   The first thing you list was for items of CSAM, child sexual abuse materials; is that correct?

A.   Yes.

Q.   And that would encompass images of child pornography.  They're interchangeable technically; right?

A.   Yes.

Q.   All right.  Then you also mentioned several other things that you wanted Stacey Evans to review.  Why did you include those things?

A.   During the initial examination that was conducted by federal probation, they located an email, a conversation between dan@pedonation.xyz and another individual, where they were discussing the possibility of meeting up so that Dan could meet the other individual's minor female daughter.

Q.    And what about the evidence pertaining to the website Pedo Nation.

A.    Pedonation.xyz, I just figured there might be a website associated with it, and that Mr. Egli might have something to do with it, seeing that he had an email account under that domain.

Q.    And then you mentioned, "evidence, artifacts like shortcuts, LNK, jump list files, etc."  Why did you ask for that information?

A.    Because those are evidence artifacts that often will point to the fact that someone is using a computer or item of digital media to view sexually explicit images of children, even though those images and videos might no longer exist there.

So specifically asking for the examiner to go through and examine those artifacts, you will find, oftentimes, evidence of someone playing a video that had the name that would be synonymous to the sexual abuse of children or opening a file or moving a folder or playing files from external media. And you might not have the videos or pictures on the computer, but you can sure re-create all that by just examining all the different artifacts.

Q.    So if somebody were looking at images of child pornography knowing that they ought not to be, they delete the images thinking they had taken care of getting rid of it, you're saying that this other evidence, these artifacts, are important

to show the presence of those images?

A.    Most definitely.

Q.    Most definitely.

Now, Mr. Evans provided this report, I assume you had an opportunity to review Government's Exhibit 23; is that correct?

A.    Is 23 on the screen?

Q.    It is.

A.    Correct.

Q.    Did he also provide you with a digital result disk?

A.    A thumb drive, yes.

Q.    And did that contain all of this information that he's identified on this report, this report that he prepared for you?

A.    Yes.

(Clearing throat.)

MS. BEHRENS:    I'm sorry, Your Honor.

Q.    (By Ms. Behrens) I'm going to show you on the projector what's already been admitted into evidence as Government's Exhibit 56.  Do you recognize this?

A.    Yes.  These were the files of interest that were located during the examination of the white CD that was labeled by the RCFL with the number IWR093027.

Q.    And did you have -- if you were on your digital examine, the actual digital report, and each of these names, these seven

names down the left side that look like they're slightly in blue, if you would have clicked on one of those, would you be able to access the actual document that that's referencing?

A.   Yes.

Q.   Okay.  And did you, in fact, do that?

A.   Yes.

Q.   Mr. Ross -- I'm sorry -- Agent Ross.  I apologize.

A.   You can call me either.

Q.   I am going to hand you what has previously been marked for identification as Government's Exhibits 25, 26, 27, 28, 29, 30 and 31.  Excuse me.  I've got the sniffles now.

          **THE COURTROOM DEPUTY:**  Are there tissues there.

          **MS. BEHRENS:**  There are, yes.

          I'm going to keep Government's Exhibit 31 in the file folder because it's not stapled.  Thank you.

Q.    **(By Ms. Behrens)** Will you take a minute to look through those.

A.   Sure.

Q.   Alrighty.  Let me know when you've looked through them all or skim them?

A.   All of them you want me to skim or one at a time?

Q.   Just skim them all, and see if you just generally recognize -- you don't have to look at them in detail.  I just want to see if you recognize them just to expedite things.

A.   Okay.  All right.  Alrighty.

Q.    Alrighty.  Do you recognize each of these seven exhibits?

A.    Yes.  Well, six.

Q.    I'm sorry, did I give you six?

A.    You did give me the big one, didn't you.

Q.    Do I have seven?  31, I do have 31, too.  Alrighty.

A.    So, yes.

Q.    You recognize these seven exhibits?

A.    Yes.

Q.    And are these the exhibits that are associated with Government's Exhibit 56 as the documents of interest that's marked here?

A.    Yes.

Q.    Alrighty.  Let's start first, if we can, with Government's Exhibit 25.

        THE COURT:  Are they received?

        MS. BEHRENS:  Yes, Your Honor.  May I please move to admit Government's Exhibits 25, 26, 27, 28, 29, 30, and 31.

        THE COURT:  Mr. Egli?

        DEFENDANT EGLI:  No objections.

    (Government's Exhibits 25, 26, 27, 28, 29, 30, and 31
            were received into evidence.)

Q.    (By Ms. Behrens) Starting with Government's Exhibit 25. You said you recognized this exhibit, and this is one of the documents listed.  Which document would this be that's listed on the documents of interest?

**A.**    The top one that is A-C01.txt.

**Q.**    When you look at the actual document that's associated with, can you tell the members of the grand jury [sic] what the title of --

**THE COURT:**    Just the jury.

**MS. BEHRENS:**    Gosh, darn it.  I'm so sorry, Your Honor.  I don't know why I keep doing that.  I apologize.  They are grand.  I'm sorry.

**Q.**    **(By Ms. Behrens)** Any how, can you please tell the members of the jury what the title of the document is.

**A.**    "Amanda and Christine: Deflowering Christine, by Chris Cummings."

**Q.**    And when you look at the first paragraph of that document, can you tell the members of the jury what that says?

**THE COURT:**    You mean read it for them?

**MS. BEHRENS:**    I'd like him to read that one sentence, the first sentence, Your Honor.

**THE WITNESS:**    "Accepting an invitation to check out her best friend's new hot tub, Christine and her dad are invited to do evening more than that."

**Q.**    **(By Ms. Behrens)** You've had an opportunity to review this document; is that correct?

**A.**    Yes.

**Q.**    Can you tell the members of the jury what this story is about generally?

**A.**    It's a story about the father engaging in sexual activity with his daughter and her friend in a hot tub, and I think the mom is involved -- the mom of the friend is involved in it, too.  Several pages.  I didn't read the entire thing.

**Q.**    Can I please direct your attention to the next document, which is Government's Exhibit 26, and this is associated with which item on the documents of interest found from that?

**A.**    This one is associated with the document on the CD titled "Allison.txt."

**Q.**    Is that also the title of this exhibit as well?

**A.**    Yes.

**Q.**    Can you please read the first sentence of that exhibit underneath the title, what it says?

**A.**    "Every father thinks that there is something very special about any daughter of his."

**Q.**    And does it continue on, then, to describe -- maybe just go through that first description of what this story is about, if you would.

**A.**    It's a story about a man who's -- basically, his daughter is taking the place of his wife.  And it's very explicit in regards to sexual activity as far as the girl -- that the daughter, the sexual activity that he's engaging in with her.

**Q.**    When you go back to the beginning of the first paragraph, it talks about a love between a daughter and his father; correct?

A.    Yes.

Q.    Her father, excuse me.  A love, I believe, which says, "Which goes further to the point when a greater physical love plays a part.  This story reaches that point and beyond." Right?

A.    And it does, yes.

Q.    Okay.  If I could direct your attention, please, to Government's Exhibit 27.  Which document is this on this list of documents of interest?

A.    This is the one that's on the CD that's titled "Angel.txt."

Q.    Does it have -- does it have a longer title on the actual document itself?

A.    Yes.  It's "Touched By an Angel by Tiger and Daphne."

Q.    Did you have an opportunity to review this exhibit?

A.    I did.

Q.    And can you give the members of the jury a broad view of what this is about?

A.    It's erotic literature about a man traveling on a plane, and the girl sitting next to him is a child.  And then at some point in time there's a problem with the plane.  They get diverted to, I think, Fargo, and then they're put up in a hotel, and he engages in sexual activity with her at the hotel and also on the plane while they're flying.

Q.    So he's a stranger, and she's a minor?

A.    Yes.

Q.    Let me direct your attention to Government's Exhibit 28. Which item is this on the document of interest list?

A.    This is "Blackfam1.txt."

Q.    Is that the name of the document when you pull it up?

A.    Actually, it's "Black Family Love by Ebony Love," when you click on that link and bring up that document.

Q.    Then directing your attention to the second full paragraph, I guess, under "Author's note," can you say what that says?

A.    Under "Author's note"?

Q.    Uh-huh.

A.    "This story contains sex between family members and sex with children.  If this is offends you or it is illegal for you to read, then you should leave now."

Q.    Can you summarize what that story is about for the members of the jury?

A.    It's pretty explicit in regards to a prepubescent female daughter being, for all intents and purposes, sexually abused by her father all while being encouraged by her mom.  There's more to it, but that's --

Q.    Let's turn to Government's Exhibit 29, please.  Which document is this on the Document's of Interest list?

A.    This would be Brenda01.txt.

Q.    What's the title of the document?

A.    "Brenda and the Preacher by Brenda Reynolds."

Q.    Can you read that first sentence for me?

A.    "Brenda describes the summer after her 12th birthday.  The summer of her first sexual experience."

Q.    How old was the person with whom she had that first sexual experience pursuant to the --

A.    It was an adult.  I think 25.  A preacher for the church that she was attending.

Q.    Okay.

A.    It's pretty explicit in regards to what took place in this particular story.

Q.    Between this grown man and a 12-year-old girl?

A.    Yes.

Q.    Let me direct your attention now to Government's Exhibit 30.

A.    All right.

Q.    Which document of interest is that on this list?

A.    On the CD it's referred to at camptrip.txt.  But if you click on it, it brings you to this document, which is "A Camping Trip by Christopher Berg."

Q.    Tell the members of the jury what that document is about.

A.    It's another document about children engaging in sexual activity with other children and adults.

Q.    And then --

A.    Specifically --

Q.    Okay.

A.    One of the girls in the story is engaging in sexual activity with her daddy.

Q.    All right.  And then finally can I direct your attention to the last exhibit, which is Government's Exhibit 31.

A.    Yes.

Q.    Approximately, how many pages is that?

A.    When I print it out, it's close to a 100 -- 160.

Q.    All right.  Have you had an opportunity to review that document?

A.    I skimmed through it, yes.

Q.    What's the title?

A.    "Clayton's Children, the baby-sitter."

Q.    And can you tell the members of the jury what that is about, generally.

A.    It says "Warning.  This story contains descriptions of sex between an adult male and pre-teen children.  If this is not your cup of tea, stop reading now."

Q.    All right.

      One of the things you mentioned that you looked at both the report that Stacey Evans prepared as well as the digital disk; is that correct?

A.    I did.

Q.    And on that digital disk, did you find an entry for what are called "FireFox logins"?

A.    Yes.

Q.    What's a FireFox -- what's FireFox?

A.    FireFox is a web browser similar to Google Chrome or Internet Explorer or Microsoft Edge, or whatever you want to call it.  It's just another browser.

Q.    And when you mentioned FireFox logins, when someone refers to FireFox logins, what does that mean?

A.    So on a typical browser, anytime you go to log in to your bank, or log into your insurance or your healthcare website, you have option oftentimes, "Do you want Google to save this log-in information," so it's easier the next time, and you're not digging through trying to remember the password.  Those are stored in the browser somewhere in a file where you can -- we can retrieve that forensically, or you can oftentimes kind of review it yourself and change stuff around.

So it's oftentimes an evidence artifact that we will find cases that gives us potential lead information or establishes, perhaps, who the user of the computer is.

Q.    Let me direct your attention to what I've handed to you, which is what's been marked as Government's Exhibit 57.  Do you recognize this exhibit?

A.    I do.

Q.    And what is it?

A.    So this is an Excel spreadsheet that was exported during the forensic exam by Stacey Evans, and it is all of -- not all

of it -- it's just a screen capture because there were several entries.

Q.    When you say "screen capture," are you the one who created that screen capture?

A.    I did last night.

Q.    And this is what it looks like?

A.    Yes.

MS. BEHRENS:  Your Honor, at this time I would like to move to admit Government's Exhibit 57.

DEFENDANT EGLI:  No argument.

THE COURT:  And a screen, what is a screen capture?

THE WITNESS:  You could do it on your computer right now with just a Snip tool.  You clip Snip, drag it, it takes a capture of your screen, whatever you want to have in the window, and then you save it, print it out, whatever.

THE COURT:  All right.

*(Government's Exhibit 57 was received into evidence.)*

Q.    **(By Ms. Behrens)** So this is a document that you had actually pulled up the digital examine first --

A.    Yes.

Q.    -- to this page; is that correct?

A.    Yes.

Q.    And then created the screen capture to show what was on your computer at that time?

A.    A representation.

Q.    A representation.

A.    Yes.

Q.    And when I'm looking at this to the far left, it's got numbers 5 through 50 to the bottom?

A.    Yes.

Q.    Is that all of the numbers that you had for these FireFox logins?

A.    There were more.

Q.    This is just a representation?

A.    It's a sampling.

Q.    So from this document?

        THE COURT:    All right.    And did you move to --

        MS. BEHRENS:    I thought I had already admitted 57, Your Honor.    Yes.    Thank you.

        THE COURT:    Go ahead.

Q.    (By Ms. Behrens) From this document are you able to determine what the particular, like, website or account or whatever it is, tell me what we're looking at.    Let's just do that.

A.    So on this particular document the first three rows of data, the first is the URL where you would enter this information.

        The second row is the username that someone would use to log into that particular site.

        And then the third row is the password that's stored

in the browser.

Q.    All right.  I'm putting this onto the computer.  Let's start off with No. 5 on the projector.

A.    Okay.

Q.    So we can start there.  So let's go through some of these and explain it.  Let's start with the first one.  Google.com, that's an account you looked at in the first column or the URL?

A.    This is stored in the FireFox log-in, one of the Google log-ins.

Q.    Okay.  The second column, "mysociety74 gmail," that's what, you said the user name?

A.    Yes.

Q.    And then the third column where it says, "fuck my girls."

A.    That's the password.

Q.    Okay.  So that's the password that was used for this particular account.

        How about you just -- let's look at No. 12, "Wordpress.org."  Is WordPress something you find online?

A.    Sure.

Q.    And the user name is what, this is No. 12 we're looking at.

A.    "Funky Dan."

Q.    And what is the password that Funky Dan used to access this WordPress account?

A.    "I'd fuck my 14-year-old daughter."

**407**

Q.   All right.  Let's look at No. 13 where the URL is www.new idea test.site."  What's the username for that one?

A.   "Dan at new idea test.site."

Q.   And what's the password?

A.   "This is my dream."

Q.   Let's drop down to the github.com at No. 20.

A.   All right.

Q.   Who is the user on that, the username?

A.   "Dan at new idea test.site.

Q.   What's the password?

A.   "Fuck my g1rls."  Girls, the "I" is spelled with a "1."

Q.   How about "dashboard.stripe.com at No. 24?  User?

A.   Dan@pedonation.xyz.

Q.   Password?

A.   "I'd fuck my 14-year-old daughter."

Q.   So these are all passwords that these particular users used; is that correct?

A.   Yes.

Q.   That were saved in the computer?

A.   Yes.

Q.   In the FireFox?

A.   Yes.

Q.   Okay.  I'm going to put on the projector, Agent Ross, what's already been admitted as Government's Exhibit 58.

A.   Okay.

Q.   You see this exhibit?  I think you were here when Mr. Evans testified that he found a number of emails of interest, and he put those in this -- this part of his report. Do you recall that testimony?

A.   Yes.

Q.   Did you happen to go through -- let's just so we're clear -- are you able to, when you're looking at the digital examination, are you able to click on these emails so you can see what the substance of the emails is?

A.   Yes.

Q.   And did you do that for the emails?

A.   For every single one of them, no; but enough times, yeah.

Q.   Okay.  I'm going to hand you what has previously been marked for identification as Government's Exhibits 35, 36, 37, 38, 39, and 40.  Can you take a minute to look through each of those exhibits, please.

A.   Sure thing.

Q.   Do you recognize each of those exhibits?

A.   I do.

Q.   Are these exhibits that were found on the digital examination disk that you looked at?

A.   Specifically, they were found either on the laptop or the desktop computer that were seized from his house.

Q.   And these are some of the exhibits, or some of the emails that were referenced in Government's Exhibit No. 58, is that

correct, these are email of interest that Stacey Evans had bookmarked for you?

A.   Yes.

Q.   Let's start first --

MS. BEHRENS:  Your Honor, at this time I would move to admit Government's Exhibit 35 through 40.

DEFENDANT EGLI:  Your Honor, I do not have 39 or 40. So I'm missing 38, 39, and 40.

MS. BEHRENS:  Your Honor, do you have those exhibits?

THE COURT:  I do.

MS. BEHRENS:  Okay.  I apologize.

THE COURT:  Do you wish to give them to Mr. Egli?

MS. BEHRENS:  Yes, I will, Your Honor, thank you.

THE COURT:  What time is it now?

THE COURTROOM DEPUTY:  3:04, Judge.

THE COURT:  And when you get them, you would like to review them; am I right?

DEFENDANT EGLI:  I would, Your Honor.

THE COURT:  Is this a good time to break for the day?

MS. BEHRENS:  I think it is, Your Honor.

THE COURT:  All right.  Okay.

We're going to end for the day.  I hope -- I don't know what the weather is doing, but I hope you have a safe trip home.  And you-all are coming back at what time?  8:30?  Is that too early?  Can you make it?

Yes, ma'am.

**UNKNOWN JUROR:**  I have kids to drop off in the morning to school.

**THE COURT:**  At what time?

**UNKNOWN JUROR:**  Well, their school starts at 8:30.

**THE COURT:**  So without speeding or breaking the law or not risking the law, what's the earliest you can get here?

**UNKNOWN JUROR:**  Probably 9:15.

**THE COURT:**  Let's have it at 9:15.  If you would be in the jury room.

And the rest of you, if you could come as early as possible.

I think, Ms. Ford, there's snacks in there, aren't there?

**THE COURTROOM DEPUTY:**  Yes.  And there are also snacks down in the JAR.  In the Jury Assembly Room.

**THE COURT:**  Which is the Jury Assembly Room downstairs.  Okay.  Thank you.  And we'll be in recess.

**THE COURTROOM DEPUTY:**  Please rise for the jury.

(Jurors exit the courtroom at 3:05 p.m.)

**THE COURT:**  All right.  Please be seated.

**MS. BEHRENS:**  Can he be excused, Your Honor?

**THE COURT:**  Yes, you may, sir.

(Witness exits the witness stand.)

**THE COURT:**  While we're here meeting outside the

presence of the jury, do you anticipate displaying for the jury what the Government contends is child pornography tomorrow?

**MS. BEHRENS:** Yes, Your Honor. That's one of the things I was hoping we could discuss.

**THE COURT:** All right. Let me hear what you have to say.

And certainly anything you have to say, Defense.

My thought is, and I may be entirely off base, but is there a way to -- since your defense, Mr. Egli, your defense centers on the knowing element, whether you knowingly possessed the material.

**DEFENDANT EGLI:** Yes.

**THE COURT:** Is there any chance that the parties could reach a stipulation that the material contained in exhibit -- what is it, 61?

**MS. BEHRENS:** Your Honor, 15 exhibits. In fact, Your Honor, I hadn't made the determination yet, but it's Government's Exhibits 41 to 55.

**THE COURT:** 41 -- that the material in Government's proposed exhibits 41 to 55 is child pornography as described in the statute. And then we could work on a stipulation so that the jury would not be shown the material thereby preserving what you need to preserve, each of you, for the cases that you have, and not showing it to the jury.

What do you think about it, Counsel?

**MS. BEHRENS:** Your Honor, I think that would, first of all, have to be Defendant's agreement to start with. So I think we should start with him about whether or not he's willing to do that.

**THE COURT:** All right.

**MS. BEHRENS:** And then if he is, I'll address any further thoughts I have.

**THE COURT:** All right.

**DEFENDANT EGLI:** Give me just a minute, Your Honor.

**THE COURT:** Absolutely.

**DEFENDANT EGLI:** Your Honor, we would agree to a stipulation that they do not need to be shown to the jury.

**THE COURT:** All right.

**DEFENDANT EGLI:** But we will stipulate that the images in question did, in fact, contain child pornography.

**THE COURT:** Come on up and tell me again slowly so I can --

**DEFENDANT EGLI:** I'm sorry, Your Honor. I said the Defense would agree to not showing the images.

**THE COURT:** Okay.

**DEFENDANT EGLI:** But explaining the stipulation to the jury that it is a forgone conclusion that the images, even though they're not being shown, do contain child pornography.

**THE COURT:** So it would be a two-prong -- I want it in writing from all -- that, A, it would be something like the

material in Exhibits 41 to -- what is that again?

MS. BEHRENS:  55, Your Honor.  But I would still --

THE COURT:  41 to 55 are child pornography as described in law.  They do not have to be shown to the jury. Is that the essence of your stipulation?

DEFENDANT EGLI:  Yes, Your Honor.

THE COURT:  All right.

MS. BEHRENS:  Well, Your Honor, I apologize.  Because I was asking the Court first to see if it's anything Mr. Egli would consider before we got into a discussion.  But it is the position of the Government that it is an element of our offense that we need to show the jury.

THE COURT:  Is it that you need to show the jury? I'm looking at the elements, but the elements or the offense, as I gathered, that it was child pornography.

MS. BEHRENS:  Correct, Your Honor, but there's more than that that's established in these images.  Under Old Chief, we're not required to enter into a stipulation on the images of child pornography.  I believe that there is evidence contained in these images that we do need to show the jury, because it ties into a lot of this other stuff that we've been introducing to the jury.

In addition to that, Your Honor, we can do a lot of things that limit it.  We can show just a few pictures.  We can have Agent Ross just describe the pictures after we've shown

one or two.  I don't need to show all 15.  I mean, there are ways we can limit it.  But we do have, I believe, the right to present this evidence to the jury.

THE COURT:  You do have a right.

MS. BEHRENS:  And I think that's the way we want to proceed, Your Honor.  I'll just be very aware of the -- of what we're showing the jury, how we do it, and we'll try to minimize that the best we can.

THE COURT:  All right.

And do you understand, Mr. Egli, what the Government is agreeing to and not agreeing to?  They would agree that not all 15 -- is that correct?  Are there 15 of them?

MS. BEHRENS:  15, Your Honor, yes.

THE COURT:  Not all 15 images, which the Government contends are child pornography, all 15 need not be shown to the jury, but that --

How many do you think need be shown, United States?

MS. BEHRENS:  Your Honor, I hate to commit to that without going back through the images, but we have a couple of different series that I'm aware of.  I think -- boy, I hate to say without having some time to think about it, Your Honor.  I think we do limit it to probably at least under five -- five or less.

THE COURT:  Five or less.  They would show -- the Government proposes to show five or less.  And correct me if

I'm making a mistake, five or less images that they contend are child pornography.

Then in some form, perhaps through the testimony of the special agent or otherwise you would need to describe the materials for the jury; am I correct?

**MS. BEHRENS:** Yes, Your Honor, and I guess then the follow-up question to that would be, if I have Agent Ross describe them, he needs to look at the exhibits to describe them. I would still like to move to admit them. The jury can decide what to do with those in the jury room, but they would not be shown anything more than these limited images.

**THE COURT:** But they would go back with the jury?

**MS. BEHRENS:** I think that the evidence does -- first of all, the images we show would need to go back to the jury. And so I would ask that we submit all of them back to the jury to do with them what they feel they need to, to reach a verdict.

**THE COURT:** All right.

Do you need a moment to think about that?

**MR. STEELE:** If we could have a moment, Your Honor.

**THE COURT:** All right. Okay.

*(Sotto voce discussion was held between Defendant Egli and Mr. Steele.)*

**THE COURT:** Okay. Mr. Egli, what are you thinking?

**DEFENDANT EGLI:** Okay, Your Honor, I do have

**416**

potential problems with showing the images to the jury. They -- I haven't seen them, so I can't say of certainty what they are.  But I can imagine a lot of the jury will be offended by them.

THE COURT:  Correct.

DEFENDANT EGLI:  I would prefer that they not be shown to the jury at all.  However, if they must be shown to the jury --

THE COURT:  Yes.

DEFENDANT EGLI:  -- then I would be willing to accept the maximum of five provided that only those images that are shown in the courtroom actually go back to the jury.

THE COURT:  Okay.  Did you hear what Mr. Egli said?

MS. BEHRENS:  Your Honor, I'm going to apologize.  I did not.  I am so sorry.

THE COURT:  What Mr. Egli just said is he is willing --

And correct me if I'm wrong, Mr. Egli.

He's willing to stipulate -- first of all, he would rather not have any of the images shown to the jury.

DEFENDANT EGLI:  That is correct, Your Honor.

THE COURT:  Secondly, he is willing to agree that perhaps only five be shown to the jury.

And as far as going back to the jury when they are -- when they go back to deliberate, he would require that only

417

those five go back and not all 15.

MS. BEHRENS:  Your Honor, I appreciate what Mr. Egli is saying, and I do, but the fact of the matter is the prosecution carries the burden in this case.  I have to prove each of the elements.  I have to prove knowledge.  These pictures, what's contained in these pictures, dovetail precisely with all of the evidence that the jury has heard today and go to his knowledge.  And it is the Government's position that I will reduce the number of images that we show the jury here in the courtroom --

THE COURT:  To what?

MS. BEHRENS:  To the five that we discussed.  But I do intend at this point to bring in the additional images to have Agent Ross describe those images as well, and that can change by tomorrow, Your Honor.  I haven't had enough time to think about it, but this is what I'm thinking at this point.  But they would be admitted as well, and everything would be sent back.

THE COURT:  You mean all 15 would be admitted, only five at this time would be shown --

MS. BEHRENS:  Yes.

THE COURT:  -- to the jury.  And then the Special Agent would describe the remaining ten?

MS. BEHRENS:  Correct.

THE COURT:  That's what you're saying so far.

**MS. BEHRENS:** And I will say, Your Honor, the first image of child pornography is actually not an image of child pornography, but it is being used to show the age of the girls, and then the subsequent images from that series are the images. So really we're talking about 14 images, not that it makes a big difference but just to make sure that the record is clear on that. But that's the Government's position at this point in time, Your Honor.

What I would like to do, and I certainly think it's within the purview of our case is to kind of assess that as we go along tomorrow. Sometimes you have to kind of read a room or get a sense -- you know, you can't just make those kinds of determinations now, whether I can reduce it further, and I would be asked not to do that.

**THE COURT:** When do you contemplate that will come up?

**MS. BEHRENS:** When I'm showing the images to the jury, Your Honor.

**THE COURT:** And when might that be?

**MS. BEHRENS:** Tomorrow morning. It's going to be introduced through Jeff Ross.

**THE COURT:** And first thing in the morning?

**MS. BEHRENS:** I have a few more items to go over with Mr. Ross, and then I am going to start with the images of child pornography, yes.

**419**

THE COURT: And if you -- if I were to accept your stipulation, and that's not meaning that I am, but I'm just exploring, and then I'll explore yours.

Special Agent Ross, when he gets to the images that is contended are images of child pornography, he would -- you would set the foundation, and he would testify to the number -- finding the five somewhere on one of the devices that was in the possession of the Defendant; right?

MS. BEHRENS: Correct.

THE COURT: And then he would go on to describe, but without showing them to the jury, ten other images.

Q.   Possibly, yes.

A.   Possibly.  But maybe not?

Q.   Well, that's what I'm saying, Your Honor.  I may make that determination once I go back through the exhibits tonight and I'm evaluating them.  Or tomorrow, if we show the first picture, and we -- I mean, I don't know how much to say.  If we have a reaction that -- I don't know.  I just cannot foresee it at this point.

THE COURT: When you have a reaction with the jury?

MS. BEHRENS: Perhaps.  A reaction, like, you know what?  I don't think it's a good idea to show any more pictures.  I just don't know.  I really don't at this point.

THE COURT: All right.

Mr. Egli.  Hearing what the Government has said, you

would like none of the images shown to the jury, but you would agree to a stipulation that the 15 or so images that they're pointing to are what is legally described child pornography under the statute, and none would go back.  Am I quoting you correctly?

**DEFENDANT EGLI:**  What I had proposed, Your Honor, is almost that.

**THE COURT:**  Tell me what it is then.

**DEFENDANT EGLI:**  What I proposed -- what I had originally said, I would be willing to accept was the idea of showing no more than five pictures.

**THE COURT:**  Five.

**DEFENDANT EGLI:**  And when the jury goes back to deliberate, those five could be part of the evidence that they would look at, but the other remaining pictures are not.

If it will -- and, obviously, this sounds like it's something that we're going to have to finalize tomorrow, and I'm okay with that.  But in the meantime, just as kind of a counteroffer --

**THE COURT:**  Sure.

**DEFENDANT EGLI:**  -- I would be willing to have the idea of a few pictures, no more than five actually being shown.

**THE COURT:**  Yes.

**DEFENDANT EGLI:**  Have Agent Ross describe as many others as possible as he feels they need to.  Don't show them

to the jury, but he can just say, "Well, this looks like a girl who is about this age and this is what she's doing."

THE COURT:  Right.

DEFENDANT EGLI:  And then those descriptions can go back with the jury.  But the pictures that were not shown would not.

THE COURT:  All right.

And you understand, Mr. Egli's stipulation?

MS. BEHRENS:  I do, Your Honor.  I guess I start from the position this is the Government's case.  We carry the burden.  Mr. Egli does not and should not be able to dictate how we present our case.

THE COURT:  He's not dictating.  He's dictating what he'll stipulate to.

MS. BEHRENS:  I understand that, but it's not the Government's position to stipulate.  When I say stipulate, I don't even know that we need a written stipulation.  I mean, I'm telling the Court -- and it's worth noting to start with, first of all, we have 496 images.

THE COURT:  Right.

MS. BEHRENS:  We have reduced that.

THE COURT:  You certainly can ask Mr. Ross that.

MS. BEHRENS:  Correct.  It's already been knocked down to 14 images plus one.

THE COURT:  Yes.

MS. BEHRENS:  In addition to that, as the Court knows, and you get the stipulation to these are images of child pornography.

THE COURT:  Yes.

MS. BEHRENS:  But you don't have a stipulation saying he knew these were images of child pornography.

THE COURT:  He's not going to stipulate to that.

MS. BEHRENS:  Of course he's not.  The point is the Government needs to utilize these exhibits in order to meet its burden on all three of the elements, well, two of the three elements that we have to prove to this jury.  And these pictures are within our purview to use and present to the jury, and I feel very strongly that while we are willing to at this point reduce the number of images to five, and to allow Jeff Ross to describe the others, and admit those through his description.

At this point in time, Your Honor, I am really sorry. I just cannot agree to reduce the Government's case any further than that.  And I feel I have done my best to take into consideration the fact that Mr. Egli is representing himself, and that we have those issues that we've been trying to deal with, but this is not one of them that impacts his self-representation or impacts his defense.

THE COURT:  I'm thinking about the sensibilities of the jurors.

MS. BEHRENS:  And I understand that, Your Honor. Believe me, I am not unaware of that.  I am fully aware of the impact seeing these types of images is going to have on the jury.  I guess that's what I'm saying to the Court.  I'm aware of it.  I will evaluate it.  I will do my best to take that into consideration.  But until I'm in a position where I can assess that, I simply cannot agree to anything else.

THE COURT:  All right.  I understand, and certainly I could not nor would I coerce any party into any sort of stipulation.  So I think what we'll do, unless there's something else you need to take up with me, we will adjourn for the day.

Jury instructions.  Have you -- where are we on -- I have my copy of jury instructions.  Have you submitted yours, United States?

MS. BEHRENS:  Yes, Your Honor.  I provided those to the Court a while ago.  I also provided them to Mr. Egli, and I resubmitted them to the Court, I think, last week.

THE COURT:  Okay.

*(Sotto voce discussion was held*

*between Judge Campbell and Mr. Freeman.)*

THE COURT:  As Mr. Freeman reminds me, I think we gave the Government and Defense the copies of what we propose to give as jury instructions.  But there's one more limiting instruction that we since received from the Government.

MS. BEHRENS:  That is correct, Your Honor.  It was the limiting instruction under the 414.

THE COURT:  Yes.

MS. BEHRENS:  The Court has said we could introduce the evidence of the exhibits, I'm sorry the prior convictions. So that's going to be up to Mr. Egli to determine whether he wants the Court to give that instruction, or whether he feels that would draw more attention than necessary to that instruction.  I defer to him on that.

THE COURT:  Have you given it to him?

MS. BEHRENS:  Oh, yes, Your Honor, I have.  Actually, I gave it to Mr. Steele, and Mr. Steele provided it.

THE COURT:  All right.

DEFENDANT EGLI:  Give me just a minute to review this, Your Honor.

THE COURT:  Of course.

(Pause in hearing at 3:28 p.m.)

DEFENDANT EGLI:  Your Honor?

THE COURT:  Yes, sir.

DEFENDANT EGLI:  Having discussed this with my standby counsel, we agree with the limiting instruction, and we ask that it be included.

THE COURT:  All right.  Thank you.  That's helpful.

Yes?

MS. BEHRENS:  Oh, I'm sorry.  Were you finished with

the instructions, Your Honor?

**THE COURT:**  Yes, and we'll include the limiting instruction.

**MS. BEHRENS:**  The only thing I was going to ask for consideration for everybody to think about tonight, and for the Court to think about tonight, is how do you want to handle these monitors.  When we do show the images of child pornography, and how we can best do that so that people in the gallery cannot see them.

**THE COURT:**  That's sort of a logistical thing.

**MS. BEHRENS:**  Correct.  Just to put that on the Court's radar.

**THE COURT:**  I don't know.  Do we have IT?

**THE COURTROOM DEPUTY:**  We can turn off the gallery monitors.

**THE COURT:**  Yes, and turn off that one.  And they have that.  We just turn our screens so that the people in the gallery do not see them.  Okay.

Yes, ma'am?

**MS. BEHRENS:**  There was nothing, Your Honor.  I was standing in case you recessed.

**THE COURT:**  We'll come back to discuss further the issues of showing five versus what, make sure we have that. Jury instruction conference.

I think I discussed with you -- do you want to have

me give the jury instructions before closing or after?  It's deadly dull, as you know, and if I give it to the jury afterwards, you can refer to them during your closing.

But what do you think, Mr. Egli?

**DEFENDANT EGLI:**  Your Honor, we would prefer to have the instructions and then closing.

**THE COURT:**  You want instructions and then closings?  Okay.  All right.  Then it will be up to you to rouse them from their slumber.  And we'll be in recess.

Come on in, if you would, please, 8:15 a.m.  How about 8:30.  Come on in and be ready to come in at 8:30.

**MS. BEHRENS:**  Thank you, Your Honor.

**THE COURT:**  8:30, did you hear that Mr. Egli, and those who are responsible.

**DEFENDANT EGLI:**  I'm sorry, Your Honor, I wasn't listening.

**THE COURT:**  Be here at 8:30.

**DEFENDANT EGLI:**  I'm sorry.  I can't hear you.

**THE COURT:**  I know, I mutter.  8:30.

**DEFENDANT EGLI:**  8:30 tomorrow.  Okay.

**THE COURT:**  Yes, sir.  Okay.  Thank you.

(Recess taken by the Court at 3:33 p.m.)

C E R T I F I C A T E

STATE OF UTAH        )
                     )
                     )   ss.
                     )
COUNTY OF SALT LAKE )


        This is to certify that the proceedings in the

foregoing matter were reported by me, Michelle Gonsalves, RPR,

CRR, CBC, CSR, in stenotype and thereafter transcribed into

written form;

        That said proceedings were taken at the time and

place herein named;

        I further certify that I am not of kin or otherwise

associated with any of the parties of said cause of action and

that I am not interested in the event thereof.

        In witness whereof I have subscribed my name this

16thth day of January of 2025.



*Michelle Gonsalves*
_____
Michelle Gonsalves, RPR, CRR, CBC, CSR

DEFENDANT EGLI: [116]  234/19
234/24 235/3 235/6 235/11 235/14
236/25 237/2 237/5 237/12 237/15
238/10 238/13 238/19 238/25 239/12
239/16 239/19 239/23 241/20 250/12
250/21 251/4 251/11 251/14 251/20
252/19 252/21 253/6 253/22 254/4
255/3 255/9 255/12 256/18 256/21
262/6 263/16 263/19 264/18 265/23
266/12 266/17 267/13 267/15 267/25
268/9 268/22 268/24 269/1 271/6 271/8
271/11 271/15 272/4 272/8 272/13
289/25 290/2 291/7 294/11 304/1
306/10 310/8 312/11 313/15 314/11
315/8 316/10 318/8 322/3 323/21
324/10 325/20 331/3 334/24 341/24
349/7 350/17 350/21 353/4 353/23
366/9 376/13 378/21 382/2 382/4 392/5
397/19 405/10 410/7 410/18 412/12
413/9 413/11 413/14 413/18 413/21
414/6 416/25 417/6 417/10 417/21
421/6 421/9 421/13 421/21 421/24
422/4 425/14 425/18 425/20 427/5
427/15 427/18 427/20
MR. ROSS: [1]  326/21
MR. STEELE: [14]  255/19 255/24 257/2
257/4 259/19 259/21 259/24 260/3
260/6 260/25 271/20 271/23 272/1
416/20
MS. BEHRENS: [164]  231/10 233/19
233/22 234/12 237/22 240/4 240/22
242/1 242/16 243/23 250/10 250/25
251/5 257/10 257/19 257/22 258/1
258/3 258/17 259/6 259/10 260/12
260/23 261/3 265/18 266/21 267/10
268/12 268/16 269/10 269/20 269/23
270/9 270/13 270/15 270/23 271/3
272/14 283/12 283/17 283/19 293/9
293/16 294/3 294/13 294/25 297/5
297/23 298/2 298/20 298/23 303/12
303/15 303/17 303/24 304/19 304/24
306/8 310/6 312/9 313/1 313/13 314/9
315/6 316/7 316/11 316/14 318/4
318/10 322/1 323/19 324/8 325/17
326/13 326/15 326/19 326/23 327/16
331/1 331/6 334/1 334/4 335/1 341/21
347/9 349/5 350/15 350/19 350/24
353/2 353/21 354/6 361/6 362/5 362/10
362/15 363/2 366/7 376/11 378/18
378/23 381/24 383/25 384/10 386/23
386/25 387/5 387/9 387/23 392/3 392/8
395/17 396/13 397/16 398/6 398/16
405/8 406/13 410/5 410/9 410/11
410/13 410/20 411/22 412/3 412/16
413/1 413/6 414/2 414/8 414/16 415/5
415/13 415/18 416/6 416/13 417/14
418/2 418/12 418/21 418/24 419/1
419/17 419/20 419/23 420/9 420/21
422/9 422/15 422/21 422/23 423/1
423/5 423/8 424/1 424/16 425/1 425/4
425/11 425/25 426/4 426/11 426/20
427/12
THE COURT CLERK: [2]  303/20
304/21
THE COURT REPORTER: [1]  291/5
THE COURT: [293]
THE COURTROOM DEPUTY: [29]
235/4 242/10 242/12 256/6 256/9

261/24 272/15 272/23 273/5 293/17
294/19 294/22 312/24 313/3 316/13
327/5 334/3 361/10 361/14 361/21
362/6 362/18 383/23 387/15 396/12
410/15 411/15 411/19 426/14
THE DEFENDANT: [1]  293/22
THE WITNESS: [15]  242/14 245/9
263/6 264/6 266/25 294/1 327/8 327/12
328/20 328/23 362/13 387/18 387/22
398/18 405/12
UNKNOWN JUROR: [4]  294/16 411/2
411/5 411/8

.

...less [1]  232/1

**0**

0000033.eml [1]  377/18
00333 [1]  295/11
00577 [1]  295/4
026 [1]  335/24
093031 [1]  229/13

**1**

10 [9]  283/23 309/17 310/7 310/10
346/24 347/12 347/24 374/23 374/25
100 [4]  359/23 359/25 360/2 403/8
10:34 [1]  283/15
10yo [2]  370/8 371/2
11 [1]  374/24
110 [1]  227/16
111 [1]  227/4
11:08 a.m [1]  303/23
11:09 [1]  304/5
11:18 a.m [1]  304/22
12 [9]  229/23 348/22 349/6 349/8 349/9
349/11 350/19 407/17 407/20
12-year-old [2]  284/3 402/12
12:29 p.m [1]  362/7
12:30 [1]  362/17
12th birthday [1]  402/3
12YO [2]  369/15 369/18
13 [9]  229/24 324/16 330/18 330/18
350/8 350/16 350/23 350/25 408/1
13-year-old [4]  284/2 284/8 289/4 289/7
138 [2]  375/23 377/24
14 [18]  260/10 283/23 300/5 312/21
313/2 314/20 315/7 315/10 316/8 316/9
345/13 382/7 382/15 383/1 383/6 383/9
419/5 422/24
14-year-old [3]  289/12 407/25 408/15
140 [2]  374/4 374/15
148 [1]  374/19
15 [18]  229/13 301/20 312/21 313/2
315/12 316/8 316/9 316/15 412/16
415/1 415/12 415/12 415/13 415/14
415/15 418/1 418/19 421/2
1526 [1]  227/11
16 [7]  229/14 312/22 313/2 315/21
316/8 316/9 316/15
160 [1]  403/8
16thth [1]  428/16
17 [11]  229/16 301/20 311/23 312/10
318/19 321/24 324/6 324/20 324/23
328/10 329/23
18 [11]  231/17 274/11 274/17 292/4
301/20 324/1 324/9 324/12 351/13
352/14 355/12
1800 [1]  227/4

19 [3]  352/21 353/3 353/6
1930 [1]  361/21
1:58 p.m [1]  362/19

**2**

2-0-1-9 [1]  231/24
20 [7]  230/1 353/16 353/22 353/25
388/19 388/19 408/6
2003 [2]  388/19 388/23
2019 [1]  231/24
2020 [7]  284/25 285/7 296/18 297/10
297/11 298/18 302/4
2021 [22]  229/16 243/12 244/2 250/6
274/8 284/25 285/21 287/6 296/18
302/8 305/2 306/17 318/19 321/24
324/6 324/20 324/23 382/15 383/1
383/6 383/9 390/5
2021-02-14 [1]  382/7
2022 [2]  240/7 296/6
2023 [2]  230/7 391/21
2024 [2]  226/15 231/1
2025 [1]  428/16
21 [10]  229/17 284/25 322/10 322/13
323/20 323/22 323/23 335/7 335/18
388/19
21st [1]  318/3
22 [7]  322/11 323/6 323/20 323/22
323/23 339/9 342/7
2252A [1]  274/17
2256 [1]  274/11
226 [1]  226/17
23 [22]  330/19 331/2 331/5 331/11
331/15 333/20 334/2 335/17 335/19
339/17 344/24 345/22 347/16 351/17
356/9 363/19 365/25 371/19 383/22
393/6 395/5 395/7
24 [11]  229/21 230/7 334/6 334/22
334/25 335/2 340/15 341/14 346/13
391/21 408/12
25 [6]  396/10 397/14 397/17 397/20
397/22 402/7
2510 [1]  301/20
26 [7]  336/1 336/1 388/11 396/10
397/17 397/20 399/6
27 [12]  244/2 250/6 302/8 305/2 306/16
340/5 340/18 343/25 396/10 397/17
397/20 400/8
27th [2]  248/9 249/2
28 [4]  396/10 397/17 397/20 401/2
29 [9]  226/15 230/12 231/1 373/10
373/18 396/10 397/17 397/20 401/22
295 [1]  228/6
2:00 [3]  362/1 362/4 362/9
2:04-cr-00577 [1]  295/4
2:04CR0577-TC [1]  229/3
2:10-cr-00333 [1]  295/11
2:10-cr-333 [1]  231/15
2:10CR0333-TC [1]  229/5
2:22-cr-00210-TC [1]  226/7

**3**

30 [6]  230/13 375/2 396/10 397/17
397/20 402/15
3026 [1]  336/5
3029 [1]  346/16
3030 [1]  346/21
3033 [1]  348/10
31 [8]  230/14 396/11 396/14 397/5
397/5 397/17 397/20 403/5

**3**

316 [2]  229/13 229/14
323 [1]  229/17
326 [1]  228/6
33 [2]  382/13 383/24
333 [1]  231/15
335 [1]  229/21
34 [1]  340/15
342 [1]  229/22
349 [1]  229/23
35 [3]  351/21 409/14 410/6
350 [1]  229/24
351 [1]  226/21
353 [1]  230/1
3583 [4]  231/17 232/1 232/7 232/17
3585 [1]  235/6
36 [2]  236/5 409/14
363 [1]  228/8
37 [1]  409/14
38 [2]  409/15 410/8
382 [1]  230/5
39 [3]  409/15 410/7 410/8
397 [3]  230/12 230/13 230/14
3:04 [1]  410/15
3:05 p.m [1]  411/20
3:28 [1]  425/17
3:33 [1]  427/22

**4**

40 [4]  409/15 410/6 410/7 410/8
41 [5]  412/18 412/19 412/20 414/1
 414/3
414 [1]  425/2
427 [1]  226/17
46 [1]  227/16
49 [6]  348/13 357/8 357/10 377/15
 377/17 383/3
496 [13]  288/10 289/14 333/6 333/8
 356/16 357/6 357/15 360/20 360/22
 363/5 363/11 363/12 422/19

**5**

50 [4]  357/8 357/13 367/20 406/4
524-5682 [1]  227/5
524-5877 [1]  227/17
55 [4]  412/18 412/20 414/2 414/3
56 [8]  229/22 341/5 341/6 341/22 342/1
 376/21 395/20 397/10
5682 [1]  227/5
57 [4]  404/20 405/9 405/17 406/13
58 [6]  375/20 375/25 376/12 376/15
 408/24 409/25
5877 [1]  227/17
588 [1]  231/23
59 [5]  230/5 381/25 382/5 382/18
 382/22

**6**

60 [3]  378/6 378/19 378/24
61 [5]  365/19 366/8 366/11 370/7
 412/15
634 [1]  231/23
657 [1]  231/23
659 [1]  232/4
69 [1]  381/14

**7**

7.431 [1]  226/21
72 [1]  236/4

**8**

801 [2]  227/5 227/17
801.783.8657 [1]  226/21
84095 [1]  227/12
84101 [2]  226/21 227/16
84111 [1]  227/4
8:15 a.m [1]  427/10
8:30 [9]  231/1 410/24 411/5 427/11
 427/11 427/13 427/17 427/19 427/20
8:56 [1]  237/23

**9**

93032 [1]  229/14
95-pound [1]  251/16
9:15 [2]  411/8 411/9
9:38 [1]  261/8

**A**

a.m [8]  231/1 237/23 261/8 283/15
 303/23 304/5 304/22 427/10
abide [1]  297/19
ability [2]  251/14 392/18
able [34]  247/9 258/21 278/2 278/6
 304/12 308/9 308/11 309/6 310/2
 311/12 319/25 320/14 336/16 339/3
 343/17 344/3 344/3 345/4 346/5 347/24
 347/25 352/13 354/1 356/4 372/19
 373/7 376/25 382/21 382/23 396/3
 406/16 409/7 409/8 422/11
abnormal [1]  284/9
about [106]  231/12 233/25 237/20
 240/23 244/25 245/5 245/22 246/20
 246/24 247/6 247/25 248/6 249/5 251/7
 251/25 255/1 255/17 262/24 263/3
 263/24 265/6 265/15 266/3 269/21
 270/6 271/23 276/25 281/5 281/12
 281/18 281/20 282/1 282/5 282/8
 282/10 284/21 284/24 288/13 289/3
 289/6 290/9 290/10 291/3 291/3 291/8
 291/8 291/14 292/13 293/6 298/15
 301/2 302/5 305/1 307/6 307/10 307/11
 307/19 307/21 307/22 309/6 310/23
 315/3 322/7 331/17 334/19 338/18
 340/16 340/18 343/7 343/25 360/22
 361/4 364/24 367/17 368/12 368/16
 375/2 377/13 382/23 388/19 394/1
 398/25 399/1 399/15 399/17 399/19
 399/24 400/18 400/19 401/16 402/21
 402/22 403/15 407/17 408/12 412/25
 413/3 415/21 416/19 418/16 419/5
 422/2 423/24 426/5 426/6 427/11
absolute [1]  275/10
absolutely [5]  252/25 262/1 272/2 385/7
 413/10
abuse [9]  330/7 332/23 342/20 356/18
 379/15 389/5 389/11 393/13 394/17
abused [1]  401/19
accept [5]  265/9 277/9 417/10 420/1
 421/10
Accepting [1]  398/18
access [19]  235/23 235/24 247/6 248/7
 248/7 274/9 286/18 300/24 301/3
 308/22 311/9 345/9 346/9 372/14 380/5
 380/13 385/1 396/3 407/23
accessing [6]  233/3 286/16 286/17
 287/11 287/13 300/25
accomplished [1]  320/8
according [2]  273/2 273/21
accordingly [1]  236/19
account [7]  289/11 376/9 394/5 406/17
 407/7 407/18 407/24
accountable [1]  292/15
accounts [12]  289/10 301/16 301/21
 301/24 301/25 302/2 302/2 302/2
 305/15 320/15 320/18 320/21
accreditation [1]  329/2
accredited [2]  328/24 329/1
accurate [3]  333/23 383/15 383/16
accurately [2]  278/4 278/7
accused [3]  232/6 273/13 290/20
accusing [1]  274/4
across [1]  375/7
act [3]  239/8 256/13 276/6
acting [2]  256/11 276/11
action [2]  295/8 428/13
activities [2]  282/21 375/11
ActivitiesCache.db [2]  374/21 374/21
activity [8]  289/16 375/16 399/1 399/21
 399/22 400/23 402/23 403/3
actual [10]  237/13 326/5 333/21 343/15
 350/11 372/25 395/25 396/3 398/2
 400/12
actually [22]  248/6 259/14 278/2 285/8
 291/20 299/5 310/25 313/24 319/2
 323/2 333/16 357/23 358/17 359/18
 364/11 380/12 401/6 405/19 417/12
 419/2 421/22 425/11
ad [1]  259/2
ad-lib [1]  259/2
addition [3]  392/24 414/23 423/1
additional [5]  232/20 280/19 287/8
 287/8 418/13
Additionally [2]  236/3 236/17
address [7]  240/25 287/4 375/24 376/6
 376/7 376/9 413/6
adequate [2]  258/22 259/4
adjacent [1]  320/4
adjourn [2]  361/16 424/11
adjourned [1]  236/15
administer [1]  272/22
administration [1]  337/22
administration-type [1]  337/22
admit [36]  290/24 290/25 294/4 294/8
 298/21 306/9 310/7 312/9 313/13 314/9
 315/6 316/8 318/5 322/1 323/19 324/8
 331/2 334/2 334/21 341/22 349/5
 350/15 353/2 353/21 366/8 376/12
 378/18 381/25 383/23 383/25 392/3
 397/17 405/9 410/6 416/9 423/15
admitted [18]  276/15 283/21 316/11
 335/7 347/9 347/12 347/16 350/18
 350/20 350/20 351/10 351/12 393/6
 395/19 406/13 408/24 418/17 418/19
admonition [1]  362/16
adult [10]  286/16 288/24 290/15 308/8
 308/20 309/2 311/16 389/14 402/7
 403/17
adults [1]  402/23
advice [1]  236/8
advisement [1]  269/18
affect [2]  276/5 318/23
affecting [1]  274/15
affiliated [6]  373/5 374/1 374/16 377/12
 380/24 381/10
affirmative [2]  327/14 380/15
affixed [1]  335/13
afield [1]  265/20
after [26]  234/4 256/15 256/20 256/22

A

after... [22] 256/23 257/4 279/20 280/7 280/7 280/16 280/19 288/17 305/18 330/23 350/5 353/10 354/11 355/20 361/17 380/19 383/21 390/9 391/1 402/3 414/25 427/1

afternoon [1] 304/15

afterwards [2] 385/3 427/3

again [43] 240/4 240/20 241/21 242/22 247/16 248/4 249/23 260/16 260/22 265/1 287/12 292/1 293/18 298/2 310/12 310/24 312/6 312/15 312/25 323/9 327/22 336/5 351/24 353/7 356/9 356/18 357/10 359/6 359/6 361/20 363/18 364/16 364/19 368/9 370/21 370/24 374/8 380/23 384/18 387/20 388/6 413/16 414/1

against [4] 239/24 274/1 291/2 295/3

age [4] 283/22 292/4 419/3 422/2

agent [31] 260/13 262/9 287/17 287/21 288/16 288/19 288/19 288/22 289/1 289/5 289/9 289/13 332/10 332/10 332/13 332/17 342/23 357/4 378/2 384/3 387/6 388/1 396/7 408/23 414/25 416/4 416/7 418/14 418/23 420/4 421/24

Agent Ross [19] 287/21 288/16 288/19 288/19 288/22 289/1 289/5 289/9 289/13 332/17 342/23 357/4 378/2 396/7 408/23 414/25 416/7 418/14 421/24

agents [1] 328/18

ago [1] 424/17

agree [11] 252/15 273/3 277/8 413/11 413/19 415/11 417/22 421/2 423/18 424/7 425/21

agreeing [2] 415/11 415/11

agreement [3] 290/23 290/23 413/2

agrees [1] 232/15

Ah [1] 259/20

ahead [18] 237/4 241/17 241/18 241/25 247/16 257/17 262/5 263/15 265/21 266/16 294/24 304/23 327/15 328/22 347/11 363/1 387/22 406/15

alarm [1] 303/22

alert [1] 273/24

Alison.txt [1] 230/9

all [203] 231/4 231/4 233/17 234/17 234/24 235/6 235/10 237/9 237/11 237/20 240/2 240/5 241/12 241/14 241/16 249/15 251/4 251/19 251/23 252/17 253/17 253/21 254/2 255/2 255/6 255/11 255/17 256/3 256/14 256/23 257/6 257/8 258/10 260/16 260/17 261/1 261/9 261/10 262/11 264/25 265/23 266/5 266/16 266/17 267/7 268/5 268/11 268/13 268/20 269/6 269/9 269/17 269/21 270/22 272/15 273/4 273/7 273/16 274/16 277/20 280/7 280/9 280/13 280/16 280/20 283/11 283/16 285/4 286/20 288/6 288/14 288/18 289/14 289/18 289/18 289/23 290/10 292/13 293/6 293/7 294/10 297/20 301/15 302/3 302/20 303/20 304/8 304/17 304/21 308/20 310/20 312/8 312/17 316/16 316/20 322/9 324/19 325/14 326/4 326/11 326/23 327/10 327/10 327/13 328/21 336/24 337/21 338/14 340/2

341/6 342/10 343/20 347/11 349/15 354/5 355/15 356/5 359/25 360/7 361/11 362/2 362/6 362/18 362/22 362/24 363/1 369/15 370/6 373/7 373/8 379/8 379/9 381/8 381/24 383/21 384/12 385/1 385/18 387/1 387/4 387/7 387/18 388/6 388/19 388/24 389/20 391/6 391/8 393/18 394/20 394/20 395/12 396/19 396/21 396/22 396/25 401/19 401/20 402/16 403/4 403/9 403/19 404/25 404/25 405/16 406/6 406/12 407/2 408/1 408/7 408/16 410/21 410/24 411/21 412/5 413/2 413/5 413/8 413/13 413/25 414/7 415/1 415/9 415/12 415/14 415/15 416/14 416/15 416/18 416/21 417/7 417/19 418/1 418/7 418/19 420/24 422/7 422/19 423/10 424/8 425/13 425/23 427/8

allegation [1] 231/7

allegations [1] 231/13

alleged [2] 232/14 233/6

allergies [1] 290/5

Allison [1] 227/3

allison.behrens [1] 227/5

Allison.txt [1] 399/9

allow [7] 235/12 279/19 299/24 337/21 355/1 358/10 423/14

allowed [5] 256/19 279/11 279/12 289/21 374/25

allows [4] 336/21 379/6 380/5 381/2

almost [3] 374/25 388/11 421/7

along [2] 389/13 419/11

already [18] 238/13 253/9 254/25 262/18 268/17 285/10 307/21 316/11 335/7 347/9 350/17 351/10 359/5 393/5 395/19 406/13 408/24 422/23

Alrighty [5] 396/19 396/25 397/1 397/5 397/13

also [47] 232/15 232/23 233/12 234/6 235/9 235/11 235/23 236/20 240/15 240/19 252/9 252/14 273/9 286/14 287/1 288/13 290/6 291/18 299/18 300/5 302/16 304/2 332/8 332/20 332/25 335/14 346/8 347/16 355/24 358/20 361/17 363/18 371/19 373/9 374/4 374/19 379/21 380/6 381/2 381/10 388/14 393/18 395/10 399/10 400/24 411/15 424/17

although [3] 251/5 260/10 276/15

always [3] 270/12 278/24 288/1

am [27] 235/14 252/7 253/3 254/4 256/13 263/1 269/19 289/17 290/6 290/20 304/8 341/4 351/8 361/13 374/13 396/9 410/17 416/5 417/15 419/24 420/2 421/4 423/17 424/2 424/2 428/12 428/14

Amanda [2] 230/8 398/11

Amendments [1] 236/14

AMERICA [1] 226/5

amount [1] 241/8

analysis [1] 349/2

analyze [1] 356/5

analyzed [1] 370/8

Angel [1] 400/14

Angel.txt [2] 230/10 400/11

anonymity [1] 380/21

anonymous [1] 379/21

another [19] 253/1 277/3 286/7 299/15

315/25 321/22 323/12 345/18 353/19 355/3 353/4 361/17 364/17 381/5 385/1 389/3 393/23 402/22 404/5

answer [29] 249/4 249/8 249/11 262/11 262/12 262/16 262/18 263/4 263/9 263/24 264/5 264/14 265/12 266/20 266/23 266/24 267/3 267/6 267/7 269/3 269/6 269/7 269/12 269/13 269/14 271/12 279/14 281/10 340/1

answered [1] 266/21

answers [2] 269/14 283/3

anticipate [2] 284/22 412/1

any [124] 232/20 233/9 233/10 233/23 235/7 235/24 235/25 236/7 236/22 237/7 239/14 245/4 245/22 246/2 246/14 246/20 247/25 248/8 248/16 248/23 248/24 249/1 249/7 249/10 249/10 249/11 249/13 249/15 251/24 252/16 252/24 253/1 254/9 255/1 256/25 260/8 265/1 265/2 265/2 265/2 270/20 272/19 273/5 274/10 274/13 277/6 277/14 277/23 279/1 281/17 281/18 281/19 282/2 284/17 284/17 284/17 288/6 289/21 289/22 289/22 294/22 299/24 300/1 300/12 300/25 301/4 301/11 301/15 301/21 302/4 302/5 307/10 311/17 316/17 317/6 317/9 317/10 317/10 317/11 318/6 319/8 319/8 320/14 320/24 320/25 321/4 321/12 323/13 324/24 325/6 326/5 326/6 328/16 332/24 333/1 336/8 337/18 337/24 337/24 339/3 339/24 341/23 342/14 344/3 354/17 355/1 360/16 363/15 367/4 371/14 376/17 378/20 382/1 386/4 398/9 399/15 412/13 413/6 417/20 420/22 423/18 424/9 424/9 428/13

anymore [1] 360/14

anyone [9] 251/21 251/21 281/6 281/8 281/12 281/13 284/9 290/21 316/25

anything [41] 239/4 239/24 244/23 246/22 247/12 247/19 265/6 265/17 268/7 268/11 274/3 274/24 277/10 281/20 290/16 305/8 306/6 307/5 307/14 307/22 310/22 322/22 326/12 332/8 332/21 338/5 338/7 338/17 343/17 343/19 343/21 345/5 346/5 359/2 362/14 385/5 386/22 412/7 414/9 416/11 424/7

anytime [1] 404/8

anyway [1] 256/2

anywhere [2] 250/20 344/7

apart [1] 241/6

apologize [7] 330/19 354/6 396/7 398/7 410/11 414/8 417/14

app [1] 311/9

Apparently [1] 256/7

appeal [5] 236/20 241/22 261/20 272/6 304/16

appear [3] 232/19 361/2 371/3

APPEARANCES [1] 226/22

appeared [2] 286/1 342/19

appears [2] 343/14 377/5

Apple [1] 362/21

application [8] 371/22 372/12 375/9 379/2 379/22 380/1 380/11 380/14

applications [3] 230/4 378/10 378/12

appoint [3] 241/1 253/1 254/3

appointed [11] 237/15 238/16 239/11

**A**

appointed... [8]  239/12 239/15 239/17 239/20 254/17 259/14 261/15 276/16
appointing [1]  241/3
appreciate [4]  251/6 267/10 272/20 418/2
approach [9]  250/20 250/24 252/2 257/7 257/8 283/12 293/13 303/13 326/19
approaching [1]  283/24
approval [1]  286/6
approved [2]  286/8 311/10
approximately [11]  243/3 243/8 283/23 296/1 296/5 296/6 328/10 349/18 362/4 375/2 403/7
apps [3]  248/7 321/2 321/3
apps-type [1]  321/2
April [1]  388/19
April 2003 [1]  388/19
architectural [1]  268/6
are [188]  231/19 231/20 232/10 232/25 232/25 233/18 234/3 236/1 239/10 239/17 242/24 250/18 251/24 254/23 261/19 262/2 262/10 263/17 263/18 263/18 268/9 269/3 269/12 270/1 270/16 270/19 270/24 273/16 275/9 275/14 276/12 276/15 276/22 276/23 277/7 277/16 278/9 278/18 278/18 279/19 281/15 282/20 282/21 283/7 283/23 284/14 284/23 290/5 291/1 291/7 291/10 292/8 294/5 294/6 294/7 294/15 295/23 297/17 297/19 297/20 298/13 298/17 299/11 299/18 300/19 301/21 304/6 304/18 310/2 312/16 313/10 314/6 317/4 323/22 328/1 329/3 329/3 329/3 329/4 329/9 329/10 330/9 331/11 331/14 331/17 332/2 332/3 332/3 332/16 332/17 333/17 337/25 340/4 340/9 341/13 341/16 342/4 342/13 342/18 342/25 343/1 343/4 343/17 344/3 344/3 347/8 347/24 347/25 349/10 349/18 351/6 352/12 354/1 356/23 357/7 357/19 357/23 358/7 358/9 359/3 360/10 361/5 361/12 364/19 365/3 365/24 366/4 369/15 371/20 371/21 373/7 373/13 374/8 374/15 375/3 376/20 376/25 377/1 377/4 377/12 380/5 381/3 381/4 382/21 382/23 383/6 385/6 388/8 393/9 394/10 394/25 396/12 396/13 397/9 397/9 397/15 398/8 398/19 403/25 404/12 405/3 406/16 408/16 409/7 409/8 409/20 409/24 410/1 410/24 411/15 414/3 415/1 415/12 415/15 416/1 416/24 417/3 417/11 417/24 419/4 420/5 421/3 421/15 423/2 423/12 423/13 424/13 427/14
area [6]  252/23 305/5 349/19 351/6 364/21 368/22
aren't [1]  411/13
argue [4]  254/9 276/9 291/15 291/24
argument [15]  241/17 241/23 267/12 268/15 270/3 276/8 312/11 324/10 331/3 353/4 353/23 366/9 376/13 392/5 405/10
arguments [5]  233/10 268/19 270/7 277/7 280/22
armed [1]  248/19
around [6]  247/16 304/13 362/9 388/17

388/23 404/15
Around 2002, 2003 [1]  388/23
arrest [8]  229/15 248/8 287/3 317/17 318/2 318/13 318/15 318/23
arrived [2]  244/14 303/2
artifact [3]  374/9 374/10 404/16
artifacts [5]  394/7 394/10 394/15 394/21 394/25
as [190]  232/1 232/12 232/12 232/23 233/3 238/7 239/8 239/8 239/8 239/12 241/2 242/19 242/20 248/4 249/14 252/16 252/22 252/24 253/2 253/7 253/23 254/6 254/14 254/17 254/18 255/4 255/22 255/24 256/11 256/13 256/14 257/2 258/13 258/25 259/15 259/22 259/22 259/23 259/23 260/17 261/10 261/12 261/12 261/14 261/14 261/21 261/22 262/9 262/18 263/11 265/5 266/1 267/9 267/12 269/11 269/11 269/24 270/12 273/11 273/23 274/11 275/3 275/24 276/6 276/11 276/17 276/20 277/8 277/9 277/15 279/1 279/6 281/11 282/3 282/4 282/12 282/12 284/19 285/14 285/20 287/3 288/13 291/11 291/11 291/12 291/13 292/8 292/25 292/25 293/1 293/1 295/17 295/18 297/25 298/7 298/14 301/20 304/2 304/2 305/13 305/14 305/23 309/17 310/2 310/5 311/17 311/23 312/6 316/17 317/19 317/19 317/23 321/18 323/25 325/6 327/18 327/19 328/7 329/16 329/20 330/18 334/6 335/19 336/12 336/12 339/5 341/5 347/13 348/22 349/2 350/13 351/12 352/3 352/21 353/16 354/9 354/15 354/19 358/9 358/25 358/25 362/20 363/23 365/6 365/19 368/25 371/20 375/20 378/6 380/6 381/13 382/12 384/2 384/2 388/2 388/3 389/18 391/16 393/3 393/3 393/6 395/19 396/10 397/10 399/10 399/21 399/21 403/21 403/21 404/20 408/24 409/14 411/11 411/11 412/20 414/3 414/15 417/24 417/24 418/14 418/17 419/10 421/18 421/24 421/25 421/25 423/1 424/22 424/24 427/2
ashamed [1]  292/20
aside [2]  265/8 337/3
ask [42]  235/7 235/9 246/1 247/4 247/5 247/11 250/22 250/23 251/2 251/7 252/22 258/24 260/18 260/19 262/12 264/3 264/24 265/22 266/18 270/3 276/9 277/13 290/6 292/16 293/2 309/6 309/9 314/15 324/13 343/7 352/9 352/11 359/22 361/5 386/2 386/13 389/19 394/8 416/15 422/22 425/22 426/4
asked [18]  240/13 246/22 247/7 256/19 256/21 262/14 263/7 266/21 271/13 307/14 309/12 330/12 332/17 342/23 363/10 376/16 378/2 419/14
asking [14]  254/2 254/4 259/2 263/1 263/13 264/18 267/12 269/24 270/4 292/10 299/7 326/11 394/14 414/9
assembled [1]  352/19
Assembly [2]  411/16 411/17
assess [2]  419/10 424/7
assign [1]  345/24
assigned [12]  317/4 328/5 332/3 335/22

336/5 339/18 339/20 347/19 347/20 348/10 351/19 352/9
assignment [4]  243/4 296/2 296/4 388/12
assist [2]  241/11 276/17
assistance [3]  240/17 254/15 257/17
assisted [1]  236/7
associated [8]  345/1 369/7 394/4 397/9 398/2 399/6 399/8 428/13
assume [9]  234/9 248/11 263/2 277/14 303/10 342/23 362/10 386/3 395/4
attach [2]  232/3 354/23
attached [5]  251/16 258/9 337/25 348/16 372/9
attempted [1]  274/16
attending [1]  402/8
attention [39]  244/2 273/24 279/6 282/22 299/1 299/4 300/4 302/7 306/19 310/11 312/14 313/4 313/24 314/19 315/11 318/3 322/12 323/1 323/5 331/10 332/11 333/5 339/8 344/13 345/12 348/8 355/11 356/8 356/10 356/11 379/25 399/5 400/7 401/2 401/8 402/14 403/4 404/19 425/8
attorney [7]  240/16 241/1 254/17 258/4 258/24 258/25 259/15
ATTORNEY'S [1]  227/3
attorneys [1]  361/23
attracted [1]  283/22
attraction [3]  283/25 284/5 284/10
audience [1]  252/23
authenticating [1]  294/7
Author's [2]  401/9 401/11
authority [6]  286/13 286/21 390/19 391/25 392/9 393/1
authorized [12]  245/19 246/12 247/13 247/23 307/2 310/18 315/2 315/16 316/2 316/17 390/17 391/20
authorizes [1]  231/17
automatically [1]  337/5
available [6]  260/14 260/19 311/10 371/22 374/24 380/5
Avenue [1]  227/11
avoid [3]  270/19 278/21 281/13
awake [1]  266/5
aware [8]  232/23 258/19 258/20 319/14 415/6 415/20 424/2 424/4
away [1]  389/12

**B**

B-R-O-C-K [2]  242/15 294/2
baby [1]  403/13
baby-sitter [1]  403/13
Babysitter [1]  230/14
back [40]  238/6 252/11 312/20 316/23 324/21 328/18 335/17 338/16 340/14 343/15 348/5 349/13 350/3 353/10 361/12 361/25 362/8 362/20 367/8 368/23 373/16 375/9 375/12 375/17 399/23 410/24 415/19 416/12 416/14 416/15 417/12 417/24 417/25 418/1 418/18 420/15 421/4 421/13 422/5 426/22
backups [2]  229/18 323/14
bad [2]  254/10 291/25
bagged [5]  310/4 312/6 316/22 322/18 323/10
bailiff [1]  281/22
bailiffs [1]  281/10

B

bank [1] 404/9
bar [2] 371/22 375/1
base [1] 412/8
based [17] 231/21 232/4 233/7 233/10 275/13 279/4 282/17 300/9 301/8 302/21 317/17 320/20 338/20 363/11 369/12 379/12 379/22
basement [4] 244/18 285/24 303/8 305/5
basic [1] 343/14
basically [12] 253/16 259/3 329/2 334/13 338/1 355/4 355/22 356/5 356/24 357/2 379/6 399/19
basis [5] 236/10 236/11 279/8 279/18 333/20
bathroom [1] 249/14
bathtub [1] 355/22
be [186] 232/23 234/14 235/7 235/9 236/14 237/16 238/16 238/22 239/15 240/11 241/7 242/4 242/7 242/10 252/8 252/12 252/14 254/8 254/19 255/7 255/7 255/12 255/15 256/11 256/19 257/12 258/5 258/12 258/20 258/24 259/24 260/2 260/14 260/19 261/11 261/15 262/17 262/20 263/1 263/6 263/22 264/20 270/6 271/17 272/17 273/23 275/6 275/6 277/12 278/21 279/2 279/7 279/10 279/11 279/15 279/19 281/4 281/25 282/6 282/21 282/22 283/6 283/8 283/8 285/15 286/12 288/8 289/7 289/14 290/5 290/16 291/2 291/11 291/25 292/2 292/10 292/15 292/21 292/22 292/22 293/5 293/20 293/23 300/12 300/13 300/15 301/10 301/12 303/16 304/23 305/15 305/16 309/6 313/1 314/18 318/25 324/16 326/14 326/16 327/2 327/5 329/1 331/25 335/8 337/4 343/14 344/14 358/10 359/14 360/16 360/22 360/24 361/12 361/15 361/22 361/25 362/4 362/8 363/12 364/22 366/23 367/2 367/10 370/8 370/15 371/6 372/7 372/15 373/24 374/1 374/2 374/10 375/15 377/15 378/13 380/15 381/11 386/24 387/2 387/7 387/12 387/15 394/3 394/17 394/23 396/2 397/24 401/24 411/9 411/18 411/21 411/22 412/8 412/22 413/2 413/12 413/24 413/25 414/4 415/6 415/15 415/17 416/7 416/11 417/3 417/6 417/7 417/10 417/23 418/17 418/17 418/19 418/20 419/14 419/19 419/20 421/10 421/14 421/21 422/11 425/6 425/22 427/8 427/9 427/11 427/17
bear [1] 387/23
bearing [2] 256/10 276/4
became [3] 287/18 390/7 391/1
because [55] 231/11 234/15 238/15 239/1 239/7 240/14 241/5 247/7 253/18 253/23 254/6 260/15 260/16 265/3 265/8 267/18 269/2 276/6 279/24 280/24 284/14 284/15 285/9 286/1 287/1 288/17 290/4 290/6 290/24 291/18 291/22 307/21 317/18 318/24 337/2 338/24 339/1 339/2 339/24 342/22 359/2 359/17 368/3 379/18 384/23 385/4 389/12 389/16 390/17 392/16 394/10 396/15 405/1 414/8

414/20
become [3] 255/5 258/9 278/14
becomes [2] 385/16 386/3
becoming [1] 390/4
bed [2] 307/1 309/25
bedroom [18] 244/18 244/19 244/20 244/22 285/23 286/15 303/8 303/9 303/10 304/13 305/5 305/6 305/8 309/23 310/16 314/4 314/25 316/1
been [108] 231/22 234/15 235/15 235/16 235/19 235/23 236/16 241/5 241/17 243/1 243/7 252/21 253/9 253/11 254/25 257/5 258/8 258/13 258/13 258/19 260/2 260/15 261/16 262/18 266/3 266/5 266/21 268/17 272/20 273/11 274/11 274/14 279/14 280/8 285/10 285/10 286/16 287/10 287/11 287/12 290/11 294/6 295/25 296/4 297/24 298/4 298/6 305/22 309/16 309/16 311/22 317/22 318/25 319/17 321/17 322/10 323/24 323/25 328/9 328/10 329/23 330/17 334/5 335/7 338/7 341/4 341/20 342/20 343/25 347/9 347/12 348/21 350/17 350/19 350/20 351/10 351/12 352/21 353/15 354/11 363/15 363/16 365/18 367/16 369/1 371/14 372/1 372/8 372/9 375/19 378/5 381/13 382/12 388/10 388/22 389/21 389/22 390/3 391/15 393/5 395/19 396/9 404/20 408/24 409/13 414/21 422/23 423/21
before [42] 226/12 231/8 233/16 234/16 236/5 236/5 237/10 238/7 238/18 240/7 241/15 242/7 252/1 257/7 257/13 261/21 265/20 266/4 270/15 271/2 283/13 285/8 292/9 293/9 293/19 294/3 295/1 303/13 304/25 307/7 316/17 327/2 338/21 344/14 377/9 383/13 385/14 387/12 389/19 391/8 414/10 427/1
beforehand [1] 270/21
began [1] 231/9
begin [4] 283/13 294/3 303/13 366/6
beginning [5] 274/7 285/7 325/3 342/8 399/23
begins [1] 285/8
behalf [5] 242/19 258/8 295/17 327/18 388/2
behind [3] 248/14 310/21 338/2
Behrens [13] 227/3 228/6 228/8 231/5 257/9 257/25 258/16 260/11 272/13 290/9 290/18 304/2 312/25
being [24] 239/7 242/19 264/9 268/5 272/19 278/10 284/8 291/10 291/19 295/17 296/9 305/22 317/22 321/17 327/18 330/11 337/23 385/25 388/2 401/19 401/20 413/23 419/3 421/22
belief [1] 265/11
believe [35] 237/17 239/24 240/7 240/9 250/7 258/11 263/10 264/1 264/9 264/13 264/24 265/5 265/19 266/7 268/2 268/18 269/11 269/25 277/17 277/18 292/14 304/18 311/10 315/19 316/11 321/1 325/2 335/3 350/17 363/7 386/1 400/2 414/19 415/2 424/2
believed [4] 264/23 267/22 320/15 390/11
below [1] 385/24
bench [2] 252/5 278/16

benefit [1] 275/18
Bennett [1] 391/20
Berg [1] 402/20
besides [1] 236/8
best [13] 240/15 257/7 257/8 257/14 261/2 271/1 290/8 336/12 398/19 415/8 423/19 424/5 426/8
better [4] 254/9 254/20 255/15 385/12
between [18] 234/23 250/15 252/5 254/12 254/21 257/25 266/15 283/22 284/24 325/23 388/13 393/23 399/24 401/13 402/12 403/17 416/23 424/21
beyond [9] 231/22 232/18 274/22 275/2 275/6 275/8 275/22 289/19 400/4
bifurcate [1] 237/25
bifurcated [1] 235/9
bifurcation [1] 261/12
big [3] 269/15 397/4 419/6
binder [2] 271/9 298/4
binders [2] 270/16 270/16
binding [1] 236/1
birthday [1] 402/3
bit [8] 236/8 261/1 269/21 290/6 355/3 355/3 385/4 390/16
black [2] 271/15 401/6
Blackfam1.txt [2] 230/11 401/4
blazer [2] 243/22 297/3
blocking [1] 354/24
blond [1] 369/18
blue [6] 243/22 243/22 297/3 297/4 369/19 396/2
Bluetooth [1] 320/13
bookmark [3] 365/23 366/2 373/1
bookmarked [11] 230/2 230/3 230/4 230/5 356/21 356/21 357/1 366/4 376/4 378/10 410/2
bookmarks [3] 365/24 381/17 381/18
boot [5] 336/21 337/18 338/1 338/23 339/4
bootable [2] 336/21 336/25
booted [2] 336/23 337/4
boss [1] 257/20
both [17] 233/15 238/1 251/3 277/3 277/5 277/8 280/19 286/9 286/10 298/3 305/5 346/13 352/6 355/24 357/17 377/4 403/21
bottom [5] 300/5 340/2 352/17 379/25 406/4
bound [1] 267/8
boy [3] 260/3 369/4 415/20
boys [1] 291/17
break [5] 237/21 294/20 305/1 361/7 410/19
breaking [1] 411/6
breaks [1] 281/11
Brenda [3] 402/1 402/1 402/3
Brenda01.txt [2] 230/12 401/24
Breyer [1] 231/25
brief [1] 361/22
briefed [1] 268/17
briefly [3] 283/12 286/15 303/13
bring [12] 251/11 259/1 271/5 271/17 272/3 291/22 292/6 358/15 371/23 371/25 401/7 418/13
bringing [1] 271/21
brings [2] 232/5 402/19
bro [1] 369/4
bro-sis [1] 369/4
broad [1] 400/17

B

Broadway [1]  227/16
Brock [41]  242/3 242/4 242/14 242/18
 242/23 257/23 261/25 262/2 262/4
 262/9 266/18 267/17 269/3 269/11
 285/5 285/19 285/25 286/1 286/3 286/7
 286/10 286/14 286/20 287/6 293/17
 294/1 294/4 295/16 295/22 297/8 298/6
 298/25 304/9 304/25 305/22 309/16
 312/15 317/22 321/17 323/24 326/3
brought [4]  250/16 282/22 286/22
 354/12
browser [17]  311/12 380/1 380/2 380/3
 380/3 380/7 380/9 380/10 380/15
 380/19 380/20 380/23 404/3 404/5
 404/8 404/13 407/1
build [1]  364/15
bulk [2]  287/20 391/2
bullet [1]  332/16
burden [5]  275/1 280/24 418/4 422/11
 423/10
bureau [3]  287/18 325/10 328/2

C

C-H-A-R-L-E-S [2]  242/15 294/2
C01.txt [1]  398/1
cache [2]  375/11 375/16
cache.db [1]  374/22
call [18]  258/22 261/22 265/19 270/15
 274/24 281/4 292/25 293/8 293/9
 304/18 326/17 364/10 373/1 374/9
 387/4 390/21 396/8 404/5
called [15]  242/19 273/25 274/21
 280/11 280/12 284/19 293/2 295/17
 321/2 325/4 327/18 330/5 379/2 388/2
 403/25
calling [2]  278/17 280/10
calls [4]  242/2 280/15 284/6 387/6
came [3]  266/4 269/24 383/20
CAMPBELL [5]  226/13 252/5 254/13
 254/22 424/21
Camping [1]  402/20
camptrip.txt [2]  230/13 402/18
can [123]  231/9 234/1 234/4 237/17
 238/1 241/10 243/20 250/18 250/22
 251/17 251/17 253/9 254/6 255/15
 256/12 261/19 263/4 264/5 264/24
 266/11 270/8 277/2 278/4 278/7 278/22
 281/10 282/12 282/20 284/7 284/8
 289/7 291/2 292/2 294/19 297/1 300/6
 300/22 301/13 304/16 313/21 313/24
 326/21 327/10 327/13 327/24 329/22
 329/22 329/22 335/6 336/2 336/12
 336/23 337/4 337/17 338/1 342/17
 344/6 345/9 348/3 355/25 356/2 356/24
 358/17 358/18 358/19 360/8 361/25
 364/7 364/18 364/22 366/13 366/13
 368/23 373/16 375/8 379/20 380/19
 381/11 386/4 386/7 387/25 391/16
 394/20 396/8 397/13 398/3 398/9
 398/14 398/24 399/5 399/12 400/17
 401/9 401/16 402/2 403/4 403/14
 404/13 404/14 404/14 407/5 409/8
 409/15 410/25 411/7 411/22 413/17
 414/23 414/24 414/24 415/2 415/8
 416/9 417/3 418/14 419/13 422/1 422/4
 422/22 424/6 426/8 426/14 427/3
can't [11]  250/20 251/17 253/8 266/2
 292/7 346/9 355/23 360/13 417/2

419/12 427/18
cannot [12]  239/8 241/3 251/16 257/12
 281/12 292/13 293/5 326/8 420/18
 423/18 424/7 426/9
capable [3]  245/3 301/1 305/13
capacity [2]  258/25 329/20
capture [6]  405/1 405/3 405/4 405/11
 405/14 405/23
care [5]  231/6 264/7 361/18 362/3
 394/24
carries [1]  418/4
carry [1]  422/10
case [83]  226/7 229/3 229/4 231/14
 232/12 232/21 235/25 236/1 237/12
 241/9 241/12 241/12 242/7 252/18
 254/10 255/21 255/21 256/1 256/15
 257/5 258/18 259/15 260/13 260/13
 263/1 264/21 268/19 269/25 270/3
 273/1 273/12 273/13 273/20 276/5
 276/12 276/13 277/4 277/8 279/1 280/3
 281/2 281/6 281/9 281/12 281/14
 281/18 281/19 281/20 281/25 282/9
 282/22 283/2 284/21 284/21 292/18
 293/19 295/3 295/3 295/4 295/10
 295/10 295/11 299/19 300/20 327/2
 328/16 328/18 330/12 330/24 331/8
 332/9 348/18 348/19 384/6 387/12
 390/2 390/22 418/4 419/10 422/10
 422/12 423/18 426/21
cases [9]  275/3 275/5 275/11 329/18
 329/23 330/2 389/1 404/17 412/23
cause [2]  295/7 428/13
caused [2]  244/23 281/23
CBC [3]  226/20 428/8 428/19
CD [11]  229/17 229/18 322/21 322/22
 323/12 340/20 342/4 395/22 399/8
 400/10 402/18
cell [6]  287/12 311/8 311/13 320/4
 320/5 320/8
center [2]  349/17 349/18
centers [1]  412/10
CENTRAL [1]  226/3
certain [6]  231/18 252/14 278/20 326/8
 380/21 385/7
certainly [14]  239/2 251/20 253/3
 256/25 257/4 266/11 270/8 304/4
 304/16 389/15 412/7 419/9 422/22
 424/8
certainty [3]  275/10 386/18 417/2
certification [2]  329/10 329/12
certifications [2]  329/6 329/13
certified [2]  294/5 294/6
certify [2]  428/6 428/12
cetera [1]  338/15
chair [1]  270/5
chance [4]  253/16 253/19 253/20
 412/13
change [6]  232/20 232/21 354/13 385/3
 404/15 418/15
changed [7]  355/10 367/4 367/5 367/5
 367/7 367/8 385/2
changes [2]  339/3 355/1
characterization [1]  232/4
characterized [1]  231/25
charge [5]  231/20 274/1 274/2 291/4
 291/9
charged [4]  232/11 275/15 275/19
 275/21
charges [1]  274/6

Charles [8]  242/3 242/14 242/18 242/23
 285/5 294/9 295/16 295/22
check [1]  398/18
chief [2]  233/25 414/17
child [74]  267/21 268/3 270/24 274/2
 274/6 274/10 284/12 284/14 284/17
 285/1 285/11 287/1 287/16 287/19
 287/22 288/5 288/11 288/20 289/14
 289/20 290/11 290/25 295/7 295/13
 317/9 317/10 317/14 317/20 326/5
 329/18 329/24 330/2 330/7 330/9
 332/21 332/23 332/24 356/18 371/8
 379/15 379/15 388/14 389/1 389/5
 389/11 389/12 389/16 389/18 389/22
 390/11 390/12 390/14 390/23 393/12
 393/15 394/22 400/20 412/2 412/20
 413/15 413/23 414/3 414/15 414/19
 415/15 416/2 419/2 419/2 419/24 420/5
 421/3 423/2 423/6 426/7
children [14]  230/14 291/9 292/4 342/21
 388/20 389/11 391/11 394/12 394/17
 401/14 402/22 402/23 403/13 403/17
China [3]  348/7 351/5 354/3
choose [4]  266/11 280/6 289/24 290/1
chooses [1]  269/14
chosen [3]  254/16 260/10 276/15
Chris [1]  398/11
Christine [4]  230/8 398/11 398/11
 398/19
Christopher [1]  402/20
Chrome [1]  404/3
chunks [1]  379/9
church [1]  402/7
Circuit [2]  254/14 304/17
circumstance [2]  264/9 289/22
circumstances [2]  266/1 284/17
circumstantial [3]  276/24 277/1 277/3
citation [2]  231/23 232/3
City [4]  226/21 227/4 227/16 231/1
civil [4]  235/21 236/18 239/7 275/3
claim [1]  254/15
claimed [1]  254/15
Clayton's [2]  230/14 403/13
clear [7]  241/24 252/9 282/7 299/23
 342/10 409/7 419/6
clearing [2]  320/21 395/16
clearly [1]  292/1
clerk [2]  272/9 281/22
clerks [1]  281/10
click [17]  357/25 358/5 364/7 364/18
 364/23 364/24 365/1 366/20 368/22
 371/2 371/23 374/25 375/8 377/21
 401/7 402/19 409/8
clicked [9]  341/1 341/14 364/16 364/16
 365/7 368/5 370/2 371/11 396/2
clicking [3]  364/14 364/20 367/9
clip [1]  405/13
close [7]  234/15 273/21 279/6 350/7
 350/11 353/16 403/8
close-up [3]  350/7 350/11 353/16
closer [1]  327/24
closing [7]  258/20 270/7 276/8 280/22
 427/1 427/3 427/6
closings [1]  427/7
clothing [1]  236/9
cloud [1]  302/2
code [1]  343/15
coerce [1]  424/9
coercion [2]  265/5 265/8

**C**

colleague [1] 285/25
colleagues [3] 271/21 271/24 272/1
collect [3] 244/8 306/5 356/5
collected [1] 236/5
collections [1] 381/4
collective [1] 283/9
collectively [1] 284/23
column [5] 331/25 342/11 407/7 407/10 407/13
combined [1] 328/10
come [18] 235/1 238/6 242/4 262/23 287/4 293/17 294/20 304/17 359/23 362/3 387/7 411/11 413/16 419/15 426/22 427/10 427/11 427/11
comes [4] 237/21 276/13 365/23 368/7
comfortable [1] 260/6
coming [4] 272/20 309/11 361/24 410/24
comment [1] 281/12
commentators [1] 232/5
comments [2] 253/15 377/18
commerce [2] 274/13 274/16
commission [1] 233/1
commit [2] 299/15 415/18
commitment [2] 229/6 298/11
committed [4] 232/11 232/24 233/8 292/3
committing [2] 273/13 274/20
common [2] 282/20 379/13
commonly [1] 379/15
communicate [1] 282/5
communicating [1] 289/2
communication [4] 281/24 301/21 305/14 321/2
communications [3] 244/17 250/5 301/16
competent [1] 254/17
complete [3] 238/23 288/19 392/17
completed [2] 288/17 383/21
completely [2] 253/17 292/20
complying [1] 286/2
component [2] 274/20 292/14
components [1] 292/13
compressed [3] 381/6 385/15 385/15
computer [95] 229/19 245/25 268/7 274/13 274/16 281/24 287/11 288/2 319/1 319/12 319/15 319/18 319/20 321/4 324/4 324/5 328/6 329/16 336/23 336/24 337/2 337/17 337/19 337/23 338/3 338/5 338/15 343/11 343/14 343/16 343/18 348/9 348/20 349/12 349/12 350/12 351/10 352/2 353/1 353/8 354/16 354/20 354/24 355/12 359/13 359/23 360/3 360/6 360/11 360/13 360/19 360/23 360/24 363/12 363/16 365/8 367/1 367/2 367/22 367/24 368/1 368/4 368/5 369/22 369/23 371/5 372/1 372/8 372/9 373/5 373/6 373/15 374/1 374/1 374/16 374/17 375/15 379/11 380/11 380/17 385/8 385/25 386/4 386/13 386/15 388/14 392/14 394/11 394/19 404/18 405/12 405/24 407/2 408/19 409/23
computers [8] 288/5 288/12 329/11 329/12 354/25 386/8 386/14 386/18
concealed [2] 248/21 248/22
concern [5] 233/19 244/23 305/12 305/20 389/1

concerned [3] 258/11 286/1 305/9
concerning [3] 330/12 388/23 390/5
concerns [2] 235/5 240/5
conclusion [1] 413/22
concur [1] 251/8
concurring [1] 231/25
condition [9] 262/20 299/14 299/23 300/5 300/11 300/14 301/9 301/12 354/16
conditions [29] 231/14 233/2 233/13 234/7 245/2 269/11 271/11 296/16 297/15 297/17 297/19 297/20 298/12 298/13 298/14 298/17 299/9 299/11 299/12 299/18 299/19 300/2 300/16 300/19 302/3 305/13 308/24 309/4 320/20
conduct [8] 282/4 284/13 319/5 330/12 330/15 355/4 390/20 390/22
conducted [10] 288/10 300/8 301/7 330/23 353/10 356/15 364/1 375/23 390/9 393/21
conducting [4] 288/14 319/11 378/3 391/7
confer [2] 256/12 276/19
conference [6] 231/8 252/5 278/16 278/24 278/25 426/24
conferences [2] 278/19 278/23
confident [1] 289/17
Confine [1] 252/10
confirmed [1] 269/3
confused [2] 336/2 385/4
confusion [2] 278/21 302/5
connect [1] 247/9
connected [14] 247/2 247/7 281/8 286/10 308/12 309/6 309/14 311/5 318/25 319/21 319/25 320/4 320/7 320/9
connection [2] 308/10 309/11
connects [1] 380/4
connotations [1] 389/13
consensual [1] 389/14
consequences [3] 240/11 241/11 282/6
consider [13] 238/20 240/13 259/6 267/8 269/17 273/16 277/3 277/16 277/19 278/25 279/17 280/13 414/10
consideration [7] 256/14 275/13 276/5 279/22 423/20 424/6 426/5
considered [3] 291/2 292/2 305/15
consistent [3] 234/1 278/9 306/16
constitutional [2] 236/16 276/3
constitutionally [2] 236/12 236/19
constraints [1] 260/10
consult [2] 266/11 279/5
Cont'd [1] 228/8
contact [2] 324/24 325/1
contacted [2] 390/9 390/15
contacts [1] 263/16
contain [9] 292/3 365/15 376/6 390/11 390/12 390/14 395/12 413/15 413/23
contained [15] 270/19 270/23 333/11 333/22 334/12 341/7 352/1 355/18 357/7 367/21 376/20 390/10 412/14 414/19 418/6
container [1] 385/17
containing [5] 333/9 356/16 357/7 360/21 375/23
contains [6] 274/1 274/10 333/16 381/5 401/13 403/16
contemplate [1] 419/15

contend [1] 416/1
contended [1] 420/5
contends [2] 412/2 415/15
contents [6] 336/16 336/18 336/20 358/4 358/6 361/1
continually [1] 259/7
continuance [5] 240/23 258/6 258/12 258/14 258/16
continue [4] 247/17 337/20 389/16 399/16
continued [2] 236/15 363/3
continuing [1] 274/7
contraband [2] 300/10 301/8
control [2] 354/13 354/14
conversation [2] 247/5 393/22
conversations [2] 247/25 248/3
convict [1] 233/11
convicted [4] 285/11 290/11 295/7 296/13
conviction [1] 285/13
convictions [1] 425/5
convinced [2] 275/9 275/14
convinces [1] 275/22
copied [2] 360/6 384/21
copies [2] 272/8 424/23
copy [8] 237/5 237/6 272/13 355/3 384/25 385/12 385/23 424/14
corner [1] 299/1
correct [121] 239/19 244/4 249/19 249/20 249/20 249/21 255/8 255/9 262/1 269/19 269/20 272/7 296/7 297/21 299/13 300/17 300/18 301/22 301/23 302/17 305/2 305/3 305/7 308/22 308/23 309/1 310/1 310/14 310/15 312/17 312/18 313/20 316/12 324/15 324/16 330/25 331/19 331/21 332/19 333/12 334/17 334/18 336/6 339/7 339/25 340/7 340/8 340/18 340/22 340/23 341/11 341/18 341/19 342/2 342/3 342/11 342/24 344/24 345/11 346/4 346/14 346/16 346/19 347/23 348/14 348/15 349/22 351/22 353/17 356/6 356/17 357/5 357/8 360/15 361/13 363/8 363/17 364/1 365/11 365/13 367/18 369/5 370/4 370/9 370/10 370/19 371/15 372/17 372/20 373/21 376/21 377/11 377/15 377/23 380/16 383/3 383/5 384/4 389/17 389/18 393/13 395/6 395/9 398/22 399/25 403/22 405/21 408/17 410/1 414/16 415/12 415/25 416/5 417/5 417/18 417/21 418/24 420/9 422/23 425/1 426/11
correction [1] 354/7
correctly [2] 240/24 421/5
corridor [1] 261/2
cost [1] 282/23
cough [1] 290/4
could [68] 234/13 234/14 234/19 235/1 237/18 240/24 241/1 242/22 245/8 255/12 258/7 259/24 260/7 260/8 260/18 260/19 264/4 264/14 265/8 265/15 269/6 287/22 288/6 288/19 289/4 291/16 295/21 299/22 299/22 312/22 313/4 314/1 323/1 323/5 343/3 343/18 343/22 343/22 347/15 348/8 350/7 352/11 353/15 356/8 358/14 358/14 358/15 361/19 363/15 367/10 367/11 371/13 379/1 379/25 381/12

**C**

could... [13] 386/17 387/23 393/24 400/7 405/12 411/11 412/4 412/14 412/21 416/20 421/14 424/9 425/4
couldn't [2] 248/7 361/2
counsel [42] 227/13 236/3 236/7 237/13 237/15 238/4 238/5 238/14 238/15 238/16 238/21 239/6 239/6 239/7 239/9 239/11 239/13 239/14 239/20 240/14 240/19 252/22 252/24 253/1 253/4 253/11 253/18 253/18 253/24 254/15 255/5 255/7 256/13 257/2 270/12 276/17 277/7 282/8 361/4 383/23 412/25 425/21
counsels [1] 254/7
count [3] 274/6 295/5 295/12
Count 1 [2] 274/6 295/12
counteroffer [1] 421/19
COUNTY [1] 428/4
couple [7] 234/24 235/12 252/9 253/12 291/24 307/13 415/19
course [6] 239/10 256/12 273/9 277/13 423/8 425/16
court [66] 226/1 231/8 231/16 232/15 233/8 233/15 235/17 235/18 235/20 236/17 237/23 240/18 240/19 240/24 241/1 241/4 241/15 242/7 243/21 251/7 251/15 254/3 255/8 260/13 260/14 261/8 265/20 268/18 269/12 270/3 270/17 270/21 271/1 272/9 273/3 276/10 276/16 281/10 281/15 282/18 283/17 285/11 285/14 286/6 286/21 287/3 287/4 293/20 294/6 294/7 297/20 298/14 299/19 300/19 327/2 387/12 414/9 422/18 423/1 424/4 424/17 424/18 425/4 425/7 426/6 427/22
Court's [3] 257/11 292/23 426/12
courthouse [2] 226/20 286/22
courtroom [17] 242/5 243/18 272/16 277/11 278/17 296/24 303/22 303/23 304/22 326/25 361/22 362/7 362/19 387/10 411/20 417/12 418/10
covered [1] 352/12
cr [4] 226/7 231/15 295/4 295/11
create [9] 289/3 334/11 355/2 360/3 364/9 365/1 366/22 384/24 394/20
created [26] 272/8 329/4 355/16 357/25 366/23 368/3 368/6 370/4 372/25 374/22 378/15 382/25 383/2 383/2 383/6 383/9 383/11 383/17 383/19 385/1 386/5 386/14 386/15 386/19 405/3 405/23
creating [1] 354/22
crime [16] 232/11 232/14 233/2 233/8 273/14 274/4 274/20 274/20 275/14 275/20 275/21 292/3 292/12 292/14 293/5 299/16
criminal [11] 229/3 229/4 233/25 235/21 273/12 275/5 275/11 287/16 291/4 295/3 295/10
cross [10] 228/6 258/23 261/25 262/3 262/7 280/14 293/1 326/1 384/13 384/14
cross-examination [6] 228/6 262/7 280/14 326/1 384/13 384/14
cross-examinations [1] 258/23
cross-examine [3] 261/25 262/3 293/1
CRR [3] 226/20 428/8 428/19
CSAM [14] 330/5 330/9 333/9 356/16

356/18 357/7 360/21 363/6 363/11 373/24 374/16 389/4 390/24 393/12
CSR [3] 226/20 428/8 428/19
Cummings [1] 398/12
cup [1] 403/18
current [1] 233/9
currently [7] 243/5 296/3 328/2 328/5 328/15 386/16 388/13
custody [11] 262/19 263/11 267/8 267/9 287/7 304/11 319/2 321/9 324/24 325/2 354/13

**D**

dad [2] 325/5 398/19
daddy [1] 403/3
damage [1] 354/17
damaging [1] 251/14
dan [13] 368/14 368/16 370/19 376/9 376/18 377/25 393/23 393/24 407/22 407/23 408/3 408/9 408/13
DANIEL [23] 226/8 227/10 231/13 243/14 273/12 274/8 276/1 276/6 276/11 276/15 276/17 276/19 276/20 283/21 284/25 289/19 295/3 296/20 297/6 330/13 390/5 390/24 391/24
Daphne [1] 400/14
dark [3] 380/6 380/24 381/10
darn [1] 398/6
dashboard.stripe.com [1] 408/12
data [9] 328/17 333/16 343/13 355/3 355/22 367/7 375/24 377/25 406/21
date [24] 248/11 255/16 260/18 260/20 260/20 274/7 302/8 306/14 306/16 318/22 318/23 319/2 323/9 335/14 366/22 366/23 367/3 367/5 383/2 383/11 383/19 384/21 385/3 385/19
dated [2] 230/7 382/15
dates [3] 291/23 385/1 385/25
dating [1] 321/2
daughter [10] 289/12 393/25 399/2 399/15 399/19 399/22 399/24 401/19 407/25 408/15
daughters [2] 284/3 289/4
DAVID [7] 226/8 227/10 231/13 243/14 273/12 274/8 390/5
day [15] 244/3 244/5 245/12 248/19 249/22 255/13 272/21 307/7 322/18 383/13 383/16 410/19 410/22 424/12 428/16
deadly [1] 427/2
deal [4] 238/2 238/2 261/12 423/21
dealt [2] 237/10 261/16
December [1] 240/7
decide [6] 273/14 277/5 278/20 283/2 304/7 416/10
decided [2] 276/1 276/6
deciding [1] 277/4
decision [10] 236/21 238/20 254/23 261/11 261/11 261/18 276/3 279/4 304/7 304/14
decisions [1] 282/17
decrypt [2] 344/3 344/7
decrypts [1] 343/15
deem [1] 277/16
deep [1] 288/3
deeper [3] 391/14 391/25 392/10
defendant [53] 226/9 227/9 227/13 228/6 231/13 232/6 234/23 240/5 240/24 243/24 246/1 250/15 270/17

270/20 273/13 273/14 274/1 274/4 274/9 274/18 274/23 274/23 275/2 275/14 275/19 275/21 275/23 275/25 276/1 280/17 280/17 280/18 285/17 287/10 289/2 295/5 295/6 295/11 296/17 297/6 298/3 300/7 300/12 300/24 300/25 301/11 306/6 320/15 321/4 325/23 344/4 416/23 420/8
Defendant's [7] 275/9 302/9 310/16 314/4 314/24 315/25 413/2
DEFENDER [1] 227/15
Defender's [2] 237/16 239/20
Defenders [6] 237/19 253/3 253/24 254/1 254/5 254/7
defense [14] 235/15 237/19 258/7 258/25 259/3 289/24 290/19 294/10 412/7 412/9 412/9 413/19 423/23 424/23
defer [1] 425/9
defined [2] 274/11 301/20
definitely [2] 395/2 395/3
Deflowering [1] 398/11
delay [2] 272/19 294/22
delete [2] 371/13 394/23
deleted [1] 371/10
deliberate [3] 281/1 417/25 421/14
deliberation [1] 233/16
deliberations [1] 273/10
Dell [2] 324/17 386/8
demeanor [1] 277/21
denied [7] 235/15 235/16 235/19 235/23 239/7 249/16 261/16
denies [1] 274/20
deny [3] 237/9 237/10 238/4
denying [1] 278/25
depending [2] 344/7 364/22
depends [1] 282/17
depictations [3] 291/9 291/12 292/4
deportment [1] 277/21
DEPUTY [3] 242/5 326/25 387/10
describe [15] 243/20 253/2 278/6 284/1 297/1 399/16 414/25 416/4 416/8 416/8 418/14 418/23 420/10 421/24 423/15
described [6] 278/3 286/25 391/22 412/20 414/4 421/3
describes [2] 278/1 402/3
description [2] 399/17 423/16
descriptions [3] 372/6 403/16 422/4
desire [1] 238/16
desk [5] 346/24 352/13 357/13 368/4 368/5
desktop [35] 229/19 229/25 230/1 287/10 319/12 319/15 320/16 321/9 324/4 324/5 351/9 351/19 351/21 352/6 352/11 353/8 355/11 358/1 364/9 364/10 364/21 365/10 367/23 367/24 368/1 369/25 370/1 370/15 372/7 375/7 377/1 379/23 379/24 386/17 409/23
detail [4] 240/10 259/14 284/2 396/23
detailed [1] 373/22
determination [2] 412/17 420/15
determinations [2] 277/19 419/13
determine [17] 232/10 233/4 277/16 278/13 279/23 292/11 308/9 311/4 311/12 319/20 319/25 336/13 348/1 354/1 355/17 406/17 425/6
determined [1] 297/20
developed [2] 282/15 330/2
development [1] 358/13

deviation [1]  233/9
device [14]  245/11 246/12 305/14
 310/18 310/20 310/22 315/2 315/2
 315/3 346/19 346/22 354/21 354/24
 364/22
devices [24]  245/3 245/3 246/3 249/5
 264/12 281/25 282/2 287/9 288/4 288/6
 290/14 301/1 305/14 316/21 319/9
 326/4 326/6 331/8 337/25 344/19
 351/13 355/19 376/17 420/7
dictate [1]  422/11
dictating [2]  422/13 422/13
did [187]  240/6 241/7 243/9 244/14
 244/16 244/17 244/22 245/4 245/14
 245/22 246/1 246/4 246/8 246/9 246/10
 246/14 246/17 246/20 246/25 247/4
 247/5 247/11 247/17 247/18 247/19
 247/21 247/25 248/8 248/14 248/17
 248/23 249/1 249/4 249/7 249/10
 249/10 249/22 250/2 261/21 263/25
 264/21 267/6 267/19 267/22 269/5
 269/6 274/9 276/25 287/24 288/8
 290/14 290/15 290/22 290/24 291/14
 291/15 291/15 292/7 292/9 292/11
 292/11 292/20 296/8 296/11 297/11
 297/13 297/14 297/16 302/4 302/6
 302/8 302/10 302/25 303/4 303/6 303/7
 305/8 305/18 307/10 307/18 307/22
 307/25 308/1 308/4 308/6 308/15 309/6
 309/8 309/9 309/12 310/16 310/17
 310/20 310/22 311/2 311/3 311/4 311/7
 311/17 313/10 316/20 317/6 317/17
 318/18 318/20 319/5 319/7 319/8
 319/11 319/13 319/17 319/20 319/22
 320/18 321/4 321/5 321/9 321/9 321/11
 321/12 321/12 321/15 321/16 322/24
 322/25 324/19 324/23 325/6 325/9
 326/4 330/15 330/16 332/2 333/1 334/3
 336/10 336/11 336/18 342/14 348/25
 349/1 350/13 350/14 352/3 355/17
 363/12 363/25 365/15 365/15 365/25
 371/20 380/23 380/24 381/23 383/23
 388/16 389/19 390/11 390/14 390/22
 391/2 391/8 391/25 392/10 392/15
 392/19 392/21 393/19 394/8 395/10
 395/12 395/24 396/5 397/3 397/4
 400/15 400/16 403/23 403/24 405/5
 406/12 409/6 409/11 413/15 417/13
 417/15 427/13
didn't [15]  244/25 264/16 265/1 265/2
 265/12 265/14 266/20 269/19 292/21
 293/4 293/4 307/22 315/3 397/4 399/4
difference [2]  269/15 419/6
different [17]  255/20 264/10 264/11
 265/8 265/9 329/14 337/23 358/9
 358/10 359/20 359/21 379/9 381/21
 385/25 386/8 394/21 415/20
differently [1]  386/7
difficult [2]  251/18 265/24
digging [1]  404/12
digital [37]  229/11 229/21 230/3 301/22
 307/13 314/16 314/17 328/13 328/15
 328/16 333/10 333/15 333/22 334/14
 340/16 340/25 342/25 343/20 344/22
 346/12 355/14 355/15 357/2 376/3
 384/3 390/10 391/23 392/17 394/11
 395/10 395/24 395/25 403/22 403/24
 405/19 409/7 409/20

direct [38]  228/6 228/8 242/21 244/1
 252/8 276/23 276/24 277/3 280/14
 295/19 298/25 300/4 302/7 306/19
 310/11 313/4 313/24 314/19 323/1
 323/5 327/20 332/11 333/5 339/8
 344/13 345/12 348/8 356/8 356/11
 363/3 379/25 388/4 399/5 400/7 401/2
 402/14 403/4 404/19
directed [1]  285/14
directing [9]  299/4 312/14 315/11 318/3
 322/12 331/10 355/11 356/10 401/8
direction [1]  381/5
directly [2]  293/14 308/11
directory [6]  334/13 340/16 346/13
 385/1 385/23 385/23
disagreement [1]  252/16
disclose [1]  282/20
discover [1]  246/10
discovered [1]  282/21
discovery [4]  235/16 236/4 253/13
 259/7
discuss [9]  269/19 270/25 271/2 271/24
 273/18 281/2 362/14 412/4 426/22
discussed [8]  252/1 291/19 298/17
 302/3 377/9 418/12 425/20 426/25
discussing [2]  258/13 393/24
discussion [13]  234/5 234/22 241/4
 250/14 251/8 254/12 254/21 257/24
 266/14 325/22 414/10 416/22 424/20
disfavor [2]  277/23 279/24
disk [39]  229/21 333/11 333/13 333/15
 333/23 334/12 334/14 336/16 336/19
 336/20 336/20 336/21 337/7 337/11
 337/16 337/16 337/21 338/1 338/5
 338/6 338/10 338/16 338/16 339/4
 339/5 340/10 340/12 340/13 340/16
 343/2 343/18 343/25 357/2 365/16
 384/3 395/10 403/22 403/24 409/21
disks [1]  338/23
dismiss [1]  303/18
display [1]  248/21
displayed [1]  265/3
displaying [1]  412/1
disputes [1]  282/16
disqualify [1]  236/21
disregard [1]  279/16
disregarded [1]  277/12
disrupts [1]  252/17
dissemination [1]  301/22
distinction [1]  269/15
district [5]  226/1 226/2 227/15 258/4
 274/8
disturb [1]  361/24
dive [4]  288/3 391/14 391/25 392/10
diverted [1]  400/22
DIVISION [1]  226/3
do [308]
document [42]  230/8 273/25 334/16
 341/6 358/8 358/8 366/19 369/2 369/11
 375/5 375/24 382/8 382/10 382/17
 382/20 382/25 383/17 383/18 396/3
 397/24 398/2 398/10 398/13 398/22
 399/5 399/8 400/8 400/13 401/3 401/5
 401/7 401/23 401/25 402/17 402/19
 402/21 402/22 403/10 405/18 406/11
 406/16 406/20
Document's [1]  401/23
documents [26]  229/22 230/5 289/5
 294/6 294/7 340/3 340/21 341/1 341/2

341/10 341/13 341/14 342/8 358/1
 368/8 368/16 368/23 373/22 381/17
 381/18 381/21 397/10 397/24 397/25
 399/7 400/9
does [62]  232/19 237/18 265/19 274/23
 274/24 275/11 280/18 289/24 296/14
 301/24 302/23 302/24 303/16 323/13
 328/14 329/1 330/6 330/8 336/12 338/4
 343/12 351/1 355/22 360/10 360/22
 361/9 364/6 365/6 366/22 367/3 367/7
 367/7 368/11 368/14 368/15 368/21
 371/10 372/6 372/10 373/11 373/25
 374/3 374/15 375/2 375/12 375/15
 377/20 379/6 380/7 380/8 380/10
 385/18 388/25 389/2 389/9 399/16
 400/6 400/12 400/12 404/7 416/13
 422/11
doesn't [4]  257/13 337/1 359/5 377/18
doing [9]  243/7 296/18 338/7 388/18
 388/22 389/21 398/7 410/23 422/2
domain [1]  394/6
don't [69]  234/15 239/2 239/2 239/21
 239/24 241/3 241/4 241/6 250/23
 251/21 253/1 253/8 253/9 253/16
 253/19 253/19 254/9 254/24 255/1
 256/1 260/8 263/2 263/3 263/6 263/9
 263/9 263/10 263/10 263/24 264/1
 264/14 264/15 265/15 267/2 268/6
 292/23 294/22 303/21 327/25 328/21
 334/1 339/1 339/2 344/10 352/12
 361/24 372/22 372/23 374/23 379/18
 379/18 385/20 386/1 386/1 387/21
 392/17 396/23 398/7 410/22 415/1
 420/17 420/18 420/22 420/23 420/23
 421/25 422/17 423/5 426/13
done [17]  234/15 241/10 251/22 252/20
 255/12 255/25 256/1 257/6 257/13
 268/10 304/15 332/5 338/14 338/18
 354/17 391/10 423/19
door [1]  303/22
double [14]  232/7 364/12 364/14 364/16
 364/18 364/20 364/23 364/24 365/7
 366/20 367/9 370/2 371/2 371/11
double-click [5]  364/18 364/23 364/24
 366/20 371/2
double-clicked [4]  364/16 365/7 370/2
 371/11
double-clicking [2]  364/14 364/20
doubt [11]  231/23 232/18 274/22 275/2
 275/7 275/8 275/12 275/18 275/23
 275/24 289/19
dovetail [1]  418/6
down [16]  244/18 249/15 251/17 268/14
 285/24 290/23 303/8 331/24 352/17
 366/22 367/11 369/10 396/1 408/6
 411/16 422/24
download [6]  379/7 379/9 379/20
 380/10 381/2 381/8
downloading [1]  284/11
downloads [1]  379/10
downstairs [4]  256/8 256/9 305/5
 411/18
Dr. [1]  327/11
Dr. Evans [1]  327/11
drag [2]  385/12 405/13
draw [2]  248/24 425/8
drawings [1]  268/6
dream [2]  289/6 408/5
dreaming [1]  284/5

dresser [1] 310/21
Driedger [4] 244/13 244/19 245/17 302/14
drink [3] 249/15 328/21 387/21
drive [80] 229/10 229/11 229/12 229/13 229/14 229/23 229/24 229/25 230/1 244/24 245/4 245/5 245/18 245/19 245/23 305/10 305/15 305/18 307/13 313/9 314/3 314/23 315/15 315/25 319/1 337/3 337/4 337/17 337/24 343/18 344/22 345/8 345/18 346/3 346/5 346/21 348/19 348/20 349/14 349/16 349/21 349/24 349/25 350/1 350/11 351/2 352/1 352/3 352/7 352/9 352/25 353/7 353/17 354/2 354/20 354/20 354/23 355/1 355/3 355/4 355/4 357/10 357/13 360/5 367/1 367/1 367/2 367/20 367/21 370/15 372/7 372/11 372/12 372/14 383/4 383/20 384/25 384/25 385/10 395/11
drives [11] 286/4 286/4 307/13 319/1 333/17 346/14 355/18 357/20 372/16 372/17 379/23
drop [7] 290/4 366/22 367/11 369/10 385/12 408/6 411/2
due [3] 235/16 236/13 325/14
dull [1] 427/2
duly [4] 242/20 295/18 327/19 388/3
duplicates [1] 339/24
during [28] 231/8 233/15 248/23 249/2 249/13 249/16 258/15 261/17 273/8 273/9 276/7 276/20 276/20 276/21 277/13 278/14 281/5 281/23 294/20 306/15 319/9 333/22 354/22 393/3 393/21 395/22 404/24 427/3
duty [3] 236/18 273/23 280/18

E

E-V-A-N-S [1] 327/9
each [16] 272/25 273/19 274/21 281/6 332/4 369/7 370/8 370/11 370/14 377/21 395/25 397/1 409/15 409/18 412/23 418/5
earlier [3] 247/8 272/6 278/8
earliest [1] 411/7
early [4] 259/22 259/23 410/25 411/11
ease [2] 312/20 339/22
easier [2] 235/2 404/11
Easily [1] 389/24
easy [2] 344/5 344/10
eBay [1] 307/8
Ebony [1] 401/6
Edge [1] 404/4
edible [1] 362/23
effective [2] 253/18 254/10
effectively [1] 265/15
effort [1] 380/15
EGLI [145] 226/8 227/10 228/6 229/15 231/5 231/14 232/11 232/16 232/24 233/10 233/13 234/18 234/23 238/5 240/10 240/13 240/18 241/8 243/14 243/18 243/22 244/3 244/20 245/2 245/4 245/22 246/1 246/14 247/4 247/6 247/11 247/25 248/8 248/14 248/16 248/23 248/24 249/1 249/4 249/13 249/16 249/22 250/6 250/15 250/18 250/19 251/7 254/24 256/12 256/16 257/14 257/16 258/19 259/7 259/10

261/14 261/21 261/24 262/3 265/22 266/15 267/11 268/21 269/24 270/4 273/12 274/9 276/1 276/6 276/11 276/15 276/17 276/19 276/20 280/6 280/23 283/19 283/21 284/7 284/16 284/25 285/10 285/14 285/23 286/1 286/16 286/24 287/4 287/7 288/21 289/10 289/19 295/4 296/20 297/3 297/6 297/9 298/18 302/4 302/23 303/2 304/11 305/1 307/5 308/21 309/3 310/22 311/7 311/20 316/9 317/18 318/2 318/6 319/2 319/14 325/19 325/23 330/11 330/13 334/23 341/23 378/20 382/1 390/5 390/24 391/24 394/4 397/18 410/12 412/9 414/9 415/10 416/23 416/24 417/13 417/16 417/18 418/2 420/25 422/11 423/20 424/17 425/6 427/4 427/13
Egli's [31] 229/6 229/8 229/9 233/3 233/7 244/5 244/14 258/7 258/24 285/6 285/14 285/21 286/4 286/5 286/11 286/15 286/18 287/6 289/6 298/11 299/19 300/20 304/8 306/22 318/18 321/24 324/23 330/24 391/3 391/13 422/8
eight [4] 243/3 296/1 376/22 376/23
either [7] 238/1 266/4 278/16 327/10 372/7 396/8 409/22
elaborate [1] 304/14
electronic [24] 245/11 281/24 282/2 287/9 287/14 287/20 287/25 288/4 288/11 301/15 319/8 319/9 321/13 325/10 329/17 331/8 335/4 344/14 344/19 351/13 355/19 376/17 391/2 391/6
electronics [1] 291/15
element [3] 274/21 412/10 414/11
elements [6] 274/21 414/14 414/14 418/5 423/10 423/11
ELMO [1] 293/10
else [15] 245/14 246/22 247/12 247/16 247/19 264/21 268/7 281/8 290/16 302/11 302/12 307/14 383/10 424/7 424/11
elsewhere [1] 299/25
email [16] 301/24 302/1 305/14 320/15 320/18 320/21 375/22 375/24 376/6 376/7 376/9 376/17 377/24 393/22 394/5 410/1
emails [16] 230/3 289/1 289/2 291/14 375/23 376/3 376/5 376/6 376/17 376/25 377/21 409/2 409/8 409/9 409/11 409/24
employed [9] 242/24 243/1 295/23 295/25 328/1 328/2 328/9 388/8 388/10
enables [1] 364/15
encompass [1] 393/15
encouraged [1] 401/20
encrypt [4] 343/11 343/17 343/19 343/21
encrypted [4] 345/8 346/8 346/19 346/22
encryption [1] 344/8
end [6] 270/18 273/18 279/3 325/4 366/20 410/22
ending [5] 340/5 340/17 343/25 357/7 377/17
ends [2] 348/12 351/21
enforce [2] 296/15 296/16

engaged [2] 284/12 289/15
engages [1] 400/23
engaging [4] 399/1 399/22 402/22 403/2
enhancement [1] 235/8
enlarged [1] 230/1
enlighten [1] 264/7
enough [2] 409/12 418/15
ensure [3] 258/10 282/15 329/4
entail [3] 296/11 328/14 328/15
entailed [1] 296/12
enter [5] 272/16 304/22 362/19 406/21 414/18
entered [1] 274/19
enters [2] 242/11 387/17
entire [8] 259/3 260/22 282/16 282/22 292/15 334/16 379/19 399/4
entirely [2] 277/12 412/8
entitled [1] 299/18
entries [9] 291/23 291/24 291/25 373/10 373/18 374/4 374/15 374/19 405/2
entry [7] 375/11 377/18 382/10 382/13 382/15 382/23 403/24
equal [1] 277/5
erotic [1] 400/19
error [1] 278/22
escalated [1] 258/11
especially [1] 232/25
essence [1] 414/5
essentially [2] 259/1 285/16
establish [1] 284/24
established [4] 231/22 286/24 291/19 414/17
establishes [1] 404/18
estimate [3] 329/22 329/22 390/2
et [1] 338/15
et cetera [1] 338/15
etc [5] 272/19 282/11 288/12 364/1 394/8
evaluate [5] 241/8 279/18 354/9 355/17 424/5
evaluating [1] 420/16
evaluation [1] 240/25
Evans [26] 287/25 288/3 288/8 288/9 288/17 327/8 327/11 327/13 327/17 327/23 328/19 331/7 335/3 352/20 363/4 365/18 378/5 384/19 384/20 393/7 393/19 395/4 403/21 404/25 409/2 410/1
even [10] 259/6 281/6 282/11 360/13 384/25 385/12 391/8 394/12 413/22 422/17
evening [1] 398/20
event [1] 428/14
events [2] 277/25 278/1
eventually [3] 293/1 357/1 359/1
ever [12] 248/17 257/6 263/25 266/19 267/22 269/5 284/16 289/21 344/3 355/10 371/6 371/6
every [5] 274/20 275/12 390/2 399/14 409/12
everybody [1] 426/5
everyone [2] 260/6 263/22
everything [9] 238/21 241/10 294/23 329/14 333/19 381/7 385/23 385/24 418/17
evidence [147] 229/7 231/21 232/20 235/22 256/20 268/18 270/6 273/2 273/9 273/19 273/22 274/3 274/25

**E**

evidence... [134]  275/13 275/20 275/22 276/12 276/13 276/22 276/23 276/24 277/1 277/1 277/4 277/6 277/7 277/11 277/16 278/20 278/21 279/4 279/7 279/9 279/10 279/11 279/15 279/16 279/17 279/18 279/20 279/22 279/24 280/4 280/8 280/9 280/10 280/16 280/17 280/18 280/19 280/20 282/14 282/17 283/8 287/14 287/20 287/25 288/11 288/12 289/6 292/2 294/5 294/9 294/14 298/24 300/10 301/9 306/2 306/3 306/5 306/12 306/15 310/5 310/10 312/7 312/13 313/17 314/13 315/10 315/18 316/15 316/23 318/11 318/24 319/8 321/13 321/22 322/5 323/15 323/23 324/9 324/12 324/14 324/14 325/10 328/16 329/17 331/5 332/4 332/23 334/12 334/12 335/2 335/4 335/7 339/3 342/1 344/15 347/10 347/13 347/16 349/9 350/25 351/10 351/12 353/6 353/25 354/13 354/14 354/23 355/6 355/10 366/11 376/8 376/15 378/24 382/5 391/3 391/6 391/12 392/7 392/25 394/1 394/7 394/10 394/16 394/25 395/19 397/21 404/16 405/17 414/19 415/3 416/13 418/7 421/14 425/5
exactly [3]  253/7 288/8 386/4
exam [1]  404/25
examination [61]  228/6 228/6 228/8 229/20 229/21 242/21 251/2 262/7 280/14 286/23 286/23 288/10 288/18 295/19 325/19 326/1 327/20 329/7 330/12 330/15 330/22 330/24 333/11 333/13 333/15 333/23 334/10 334/14 339/18 340/10 340/16 342/25 346/12 352/6 353/11 355/5 356/12 356/15 357/2 363/3 363/20 363/25 365/6 365/16 366/1 375/22 379/13 383/15 383/21 384/3 384/13 384/14 388/4 391/9 391/11 392/17 393/4 393/21 395/22 409/8 409/21
examinations [3]  258/23 328/13 328/15
examine [15]  258/21 261/25 262/3 293/1 328/17 329/17 332/7 333/22 336/16 340/12 352/3 378/3 394/15 395/24 405/19
examined [21]  242/20 286/14 295/18 316/25 317/3 317/5 327/19 331/8 334/20 335/15 336/18 339/13 339/15 344/19 345/19 347/5 347/13 350/5 351/14 372/16 388/3
examiner [4]  288/1 329/16 329/20 394/14
examining [2]  355/13 394/20
example [3]  286/3 286/7 359/9
exams [1]  317/7
Excel [2]  230/15 404/24
exceptional [1]  240/16
exclamation [1]  369/3
excuse [7]  261/3 263/16 271/6 287/21 344/5 396/11 400/2
excused [4]  326/14 386/24 387/2 411/22
executed [1]  326/16
exercise [1]  253/17
exhibit [210]
Exhibit 1 [1]  295/2
Exhibit 10 [4]  309/17 310/7 346/24 347/24
Exhibit 12 [3]  348/22 349/6 349/11
Exhibit 13 [3]  330/18 350/8 350/16
Exhibit 14 [1]  345/13
Exhibit 16 [1]  315/21
Exhibit 17 [2]  311/23 312/10
Exhibit 18 [4]  324/9 351/13 352/14 355/12
Exhibit 19 [2]  352/21 353/3
Exhibit 2 [1]  295/9
Exhibit 20 [2]  353/16 353/22
Exhibit 21 [4]  322/10 322/13 335/7 335/18
Exhibit 22 [3]  322/11 323/6 339/9
Exhibit 23 [15]  331/11 331/15 333/20 334/2 335/17 335/19 339/17 344/24 345/22 351/17 356/9 371/19 383/22 393/6 395/5
Exhibit 24 [4]  334/6 334/22 341/14 346/13
Exhibit 25 [2]  397/14 397/22
Exhibit 26 [2]  336/1 399/6
Exhibit 27 [1]  400/8
Exhibit 28 [1]  401/2
Exhibit 29 [1]  401/22
Exhibit 3 [5]  297/25 298/7 298/21 299/5 347/7
Exhibit 30 [1]  402/15
Exhibit 31 [2]  396/14 403/5
Exhibit 33 [1]  382/13
Exhibit 34 [1]  340/15
Exhibit 35 [1]  410/6
Exhibit 4 [2]  317/23 318/12
Exhibit 49 [1]  383/3
Exhibit 5 [6]  305/23 306/9 306/14 310/12 312/15 313/19
Exhibit 56 [4]  341/5 376/21 395/20 397/10
Exhibit 57 [2]  404/20 405/9
Exhibit 58 [3]  375/20 376/12 408/24
Exhibit 59 [2]  382/18 382/22
Exhibit 6 [2]  321/18 322/2
Exhibit 60 [2]  378/6 378/19
Exhibit 61 [3]  365/19 366/8 370/7
Exhibit 69 [1]  381/14
Exhibit 7 [2]  391/16 392/4
Exhibit 8 [3]  313/2 313/5 313/14
Exhibit 9 [3]  314/2 314/10 344/14
exhibits [40]  270/19 270/20 276/14 289/18 293/12 293/14 294/5 294/14 298/4 312/19 312/21 316/8 316/15 323/20 323/23 326/19 339/13 347/4 367/16 387/24 396/10 397/1 397/7 397/9 397/17 397/20 409/14 409/16 409/18 409/20 409/24 410/9 412/16 412/18 412/20 414/1 416/8 420/15 423/9 425/5
Exhibits 25 [1]  397/17
exist [1]  394/13
existed [2]  317/11 383/17
existence [2]  277/9 383/20
exists [1]  275/24
exit [3]  303/23 362/7 411/20
exits [4]  261/7 326/18 387/3 411/24
expedite [1]  396/24
experience [7]  264/13 330/1 338/20 369/12 379/12 402/4 402/6
expertise [1]  363/12
explain [8]  280/1 285/19 358/23 359/8 364/6 366/13 386/7 407/6
explained [1]  240/9
explaining [1]  413/21
explicit [12]  284/13 286/19 286/19 301/3 311/18 321/1 389/10 391/11 394/12 399/20 401/18 402/10
exploitation [4]  388/15 388/20 388/25 389/23
explore [1]  420/3
Explorer [1]  404/4
exploring [1]  420/3
exported [1]  404/24
express [1]  302/4
expressions [1]  278/9
extension [2]  355/24 364/11
extensive [2]  240/6 259/10
extent [2]  250/5 384/6
external [10]  229/11 229/12 245/18 245/19 314/3 314/23 344/22 345/18 372/11 394/18
extract [1]  385/24
eyes [2]  263/18 369/19

**F**

face [2]  282/6 391/22
Facebook [1]  282/10
faced [1]  260/3
facility [2]  354/13 354/14
fact [22]  237/25 246/20 256/10 259/6 266/1 275/4 275/19 277/3 277/9 277/9 287/15 288/5 288/21 326/4 330/15 390/22 394/11 396/5 412/16 413/15 418/3 423/20
facts [2]  231/22 277/2
factual [1]  231/20
Failure [2]  300/11 301/9
fair [4]  237/18 253/25 258/10 282/16
fairly [1]  265/21
fairness [1]  282/16
familiar [1]  369/15
familiarize [1]  258/18
family [7]  244/18 281/6 287/10 304/13 319/12 401/6 401/13
far [10]  261/12 261/14 265/20 351/9 391/14 393/3 399/21 406/3 417/24 418/25
Faretta [1]  240/6
Fargo [1]  400/22
father [11]  253/14 253/15 307/8 307/9 307/21 319/19 399/1 399/14 399/24 400/2 401/20
father's [3]  236/4 246/18 268/6
fathers [1]  284/2
favor [1]  277/23
FBI [5]  287/21 329/13 388/9 388/10 388/12
fd.org [1]  227/17
feasible [1]  256/25
February [16]  244/2 248/9 248/17 249/2 250/6 285/21 302/8 305/2 306/16 382/15 383/1 383/6 383/9 383/12 383/14 383/16
February 14 [4]  382/15 383/1 383/6 383/9
February 26th accurate [1]  383/16
February 26th, but [1]  383/14
February 27 [4]  250/6 302/8 305/2 306/16

**F**

February 27th [2] 248/9 249/2
February 27th, did [1] 248/17
February 27th, that [1] 383/12
federal [23] 227/15 234/3 235/20
 235/21 235/21 237/16 237/19 239/20
 253/3 253/24 254/1 254/5 254/7 285/11
 287/1 287/17 289/20 299/15 325/10
 328/2 390/16 391/9 393/22
feeds [3] 283/25 284/5 284/10
feel [9] 238/22 238/22 251/14 251/25
 257/13 262/18 416/16 423/13 423/19
feeling [1] 239/25
feels [2] 421/25 425/7
feet [1] 259/3
fell [1] 241/6
fellow [1] 283/1
felony [1] 295/12
female [3] 284/3 393/25 401/18
few [8] 257/19 261/17 275/10 281/5
 322/7 414/24 419/23 421/22
Fi [2] 247/9 309/15
fifth [2] 236/13 346/1
Fifty [5] 370/15 376/22 376/23 382/3
 382/4
Fifty-eight [2] 376/22 376/23
Fifty-nine [2] 382/3 382/4
figured [1] 394/3
file [99] 343/22 355/5 355/24 355/24
 355/24 357/20 357/25 358/2 358/3
 358/4 358/7 358/11 358/25 359/4 359/6
 359/18 360/8 363/23 364/3 364/4 364/4
 364/5 364/6 364/7 364/8 364/11 364/11
 364/12 364/14 364/15 364/15 365/2
 366/16 366/17 366/17 366/18 366/23
 367/4 367/25 368/3 368/5 368/6 368/8
 368/8 368/19 369/10 369/22 370/4
 370/11 370/21 371/2 371/3 371/6
 371/10 371/17 372/7 372/15 374/2
 374/22 375/10 375/10 377/17 379/5
 379/6 379/8 379/10 379/19 381/4 381/5
 381/6 381/6 381/7 383/19 383/20
 384/24 384/24 385/2 385/7 385/13
 385/13 385/14 385/14 385/15 385/15
 385/15 385/16 385/18 385/19 385/22
 385/24 385/25 386/4 386/14 386/14
 386/15 386/18 394/18 396/14 404/13
file's [1] 359/1
file-sharing [1] 379/5
filed [4] 236/24 237/1 272/7 273/25
files [69] 230/2 245/24 301/22 311/17
 333/9 333/16 340/4 340/21 341/17
 342/2 342/19 343/4 356/12 356/16
 356/23 356/24 357/6 357/15 357/19
 359/19 359/20 360/7 360/21 360/22
 363/12 363/25 364/1 364/13 364/18
 364/19 364/22 365/3 365/4 365/12
 365/15 366/1 366/4 366/13 366/20
 368/23 368/25 369/7 369/8 371/20
 371/20 371/21 371/21 371/23 371/25
 372/1 372/4 372/5 372/22 373/11
 373/19 373/25 374/5 374/6 374/11
 375/4 375/22 381/2 381/3 381/5 381/8
 385/16 394/8 394/18 395/21
film [1] 375/1
final [4] 231/8 232/22 234/9 280/20
finalize [1] 421/17
finally [5] 281/1 289/13 315/21 381/12
 403/4

find [38] 232/17 236/10 245/14 247/19
 247/21 275/15 275/18 275/24 277/2
 288/6 289/19 304/11 305/19 310/16
 310/20 311/17 321/4 321/12 321/12
 328/17 333/1 335/6 336/18 345/5 346/5
 352/16 358/16 358/18 358/19 360/13
 364/5 379/6 379/13 381/8 394/15
 403/24 404/17 407/18
finding [9] 231/22 232/19 232/23 233/8
 233/13 238/1 284/10 304/8 420/7
findings [1] 231/20
finds [1] 379/8
fine [3] 251/12 339/23 361/7
finish [1] 257/23
finished [1] 425/25
finishing [1] 363/5
firearm [1] 248/21
FireFox [9] 403/25 404/2 404/2 404/3
 404/6 404/7 406/6 407/8 408/21
firmly [2] 275/9 275/14
first [62] 235/6 242/20 252/17 260/12
 266/5 280/12 280/23 285/4 285/9
 287/24 290/24 293/8 293/9 295/18
 299/4 301/13 301/19 304/8 313/4 313/5
 320/22 322/9 327/19 334/21 341/6
 354/11 366/12 375/16 377/10 379/1
 381/23 381/24 382/6 382/6 386/15
 388/3 391/8 391/11 393/12 397/13
 398/13 398/17 399/12 399/17 399/23
 402/2 402/4 402/5 405/19 406/20
 406/21 407/6 407/7 410/4 413/1 414/9
 416/13 417/19 419/1 419/22 420/16
 422/19
five [23] 231/18 237/21 312/16 331/14
 331/18 332/16 415/22 415/22 415/24
 415/25 416/1 417/11 417/23 418/1
 418/12 418/20 420/7 421/11 421/12
 421/14 421/22 423/14 426/23
flash [9] 229/10 244/24 305/10 305/15
 305/18 313/9 315/15 315/25 319/1
flavor [1] 338/22
floor [1] 245/18
flying [1] 400/24
focus [1] 232/14
focused [1] 377/7
focusing [1] 351/6
folder [6] 357/25 360/5 360/6 361/1
 394/18 396/15
folders [2] 374/5 374/7
follow [5] 273/16 273/24 280/21 329/5
 416/7
follow-up [1] 416/7
followed [2] 280/23 355/13
following [4] 277/20 281/15 332/14
 393/9
follows [4] 242/20 295/18 327/19 388/3
foot [1] 251/16
forbade [1] 245/2
force [1] 388/15
Ford [10] 251/2 272/22 293/12 293/15
 294/18 316/12 361/9 361/13 361/19
 411/13
Ford's [1] 312/20
foregoing [1] 428/7
foreign [2] 274/12 274/15
forensic [32] 259/12 288/1 288/2 288/18
 317/4 324/22 328/13 328/15 329/7
 329/14 329/16 329/20 330/12 330/24
 333/10 333/22 338/23 349/2 354/21

 354/22 355/2 355/5 355/16 355/20
 355/21 355/21 356/22 378/3 379/12
 391/9 392/17 404/25
Forensic's [1] 328/6
forensically [1] 404/14
forensics [5] 338/21 355/14 388/14
 391/14 392/14
foreperson [1] 274/18
foresee [1] 420/18
forgive [2] 290/4 304/1
forgone [1] 413/22
forgot [4] 246/24 248/4 307/24 310/24
forgotten [2] 246/21 307/10
form [11] 229/7 232/13 232/22 244/9
 278/7 306/2 306/3 345/10 346/9 416/3
 428/9
formal [2] 294/7 294/8
format [6] 249/25 301/4 333/15 340/25
 343/16 355/25
forms [1] 302/17
formulating [1] 270/5
forth [2] 237/8 312/20
Forty [1] 370/17
Forty-nine [1] 370/17
forward [8] 238/25 242/4 255/20 255/21
 257/2 261/21 293/18 387/7
found [68] 229/10 231/20 245/12
 245/15 245/16 246/23 250/3 284/1
 286/7 287/2 288/10 288/12 288/13
 289/2 289/5 305/18 306/22 306/25
 307/12 307/12 307/13 307/18 309/23
 310/3 310/22 312/6 314/4 314/24
 315/25 317/6 317/15 317/20 323/9
 325/14 333/19 333/21 340/4 342/4
 348/3 356/15 357/15 357/19 360/10
 363/6 363/7 365/6 365/12 366/1 367/25
 369/11 373/10 373/18 374/19 375/23
 377/1 377/1 377/4 377/24 379/22
 379/23 381/21 383/14 390/10 391/10
 399/7 409/2 409/20 409/22
foundation [1] 420/6
four [2] 331/14 369/3
Fourteenth [1] 236/13
fourth [1] 345/4
frankly [1] 259/12
free [1] 362/11
freely [3] 290/24 290/25 304/13
Freeman [7] 250/16 252/6 254/13
 254/14 254/22 424/21 424/22
freeway [1] 256/7
friend [2] 399/2 399/3
friend's [1] 398/19
friends [1] 281/6
front [5] 270/18 294/16 323/2 335/3
 376/8
fuck [5] 289/11 407/13 407/25 408/11
 408/15
full [6] 258/25 336/22 368/7 368/16
 388/22 401/8
full-time [1] 388/22
fully [1] 424/2
function [1] 266/6
functioning [2] 252/24 354/18
functions [1] 336/24
funds [1] 239/18
Funky [2] 407/22 407/23
further [21] 236/22 237/7 250/10 268/11
 286/23 286/23 287/22 294/22 304/15
 316/25 319/5 325/17 326/12 384/10

**F**

further... [7]  386/22 400/3 413/7 419/13 423/18 426/22 428/12
future [1]  255/16

**G**

g1rls [1]  408/11
gallery [4]  360/25 426/9 426/14 426/18
gather [1]  282/9
gathered [1]  414/15
gave [5]  256/22 256/23 305/20 424/23 425/12
general [2]  281/10 307/3
generally [6]  342/17 342/19 349/15 396/22 398/25 403/15
generate [2]  356/24 359/6
gentlemen [1]  290/3
Gentoo [4]  229/17 322/23 336/14 336/21
get [32]  234/12 237/18 239/25 241/11 249/7 249/11 251/22 255/10 270/2 272/12 290/22 293/2 294/23 332/2 355/20 359/1 364/6 364/7 364/13 366/16 367/7 367/8 372/19 373/16 380/15 387/24 389/19 400/21 410/16 411/7 419/12 423/2
get-go [1]  290/22
gets [1]  420/4
getting [4]  259/1 265/20 371/14 394/24
gibberish [1]  343/14
girl [6]  369/4 369/19 399/21 400/20 402/12 422/1
girls [12]  283/22 283/23 284/8 284/12 288/25 289/7 289/15 291/16 403/2 407/13 408/11 419/3
github.com [1]  408/6
give [36]  242/7 251/1 256/14 256/19 256/21 261/24 273/7 273/15 273/22 275/17 277/4 277/6 277/18 280/2 280/20 287/24 293/19 306/6 312/24 327/2 336/1 353/15 358/3 370/11 387/12 391/25 397/3 397/4 400/17 410/12 413/9 424/24 425/7 425/14 427/1 427/2
given [11]  238/21 257/12 266/1 266/1 266/7 270/9 279/6 292/6 332/7 385/16 425/10
gives [4]  254/8 280/3 358/6 404/17
giving [3]  236/8 256/14 304/9
gmail [1]  407/10
go [69]  234/3 237/4 239/6 241/16 241/18 241/25 247/16 249/14 252/9 255/20 255/21 257/2 257/17 260/22 261/21 262/5 263/15 265/21 266/16 269/6 283/1 288/14 290/22 292/25 294/24 302/21 304/23 308/11 312/20 327/15 328/16 328/22 338/16 340/9 347/11 354/12 354/12 355/15 359/22 359/25 362/3 363/1 364/16 368/23 370/6 380/11 381/6 381/8 387/25 389/13 394/14 399/17 399/23 404/8 406/15 407/5 409/6 416/12 416/14 417/12 417/25 418/1 418/8 419/11 419/23 420/10 420/15 421/4 422/4
goal [1]  281/13
goes [5]  253/18 260/8 379/7 400/3 421/13
going [67]  237/24 238/4 238/21 238/25 241/16 251/7 251/11 252/8 253/1 253/3

255/3 256/13 261/10 261/19 261/21 263/24 264/10 265/18 269/17 284/10 284/24 285/3 285/4 285/9 288/22 288/23 289/1 289/13 290/5 290/11 291/20 291/24 292/8 302/15 303/18 312/19 318/23 330/17 333/25 337/18 341/4 350/7 359/8 360/2 367/8 371/17 375/19 382/11 383/25 391/15 393/5 395/18 396/9 396/14 408/23 409/13 410/22 415/19 417/14 417/24 419/20 419/24 421/17 423/7 424/3 425/6 426/4
gone [2]  238/6 391/10
gonsalves [5]  226/20 226/21 428/7 428/19 428/19
good [11]  231/4 240/16 241/5 267/18 268/9 272/18 290/3 292/1 361/7 410/19 420/22
Google [5]  282/7 282/12 404/3 404/10 407/8
Google.com [1]  407/6
Gosh [1]  398/6
got [18]  247/10 248/6 309/15 310/5 315/19 350/1 362/3 363/21 369/18 369/20 370/14 370/19 383/13 383/16 383/17 396/11 406/3 414/10
govern [1]  279/7
Government [37]  232/13 232/20 233/4 233/6 233/12 235/17 235/19 238/2 256/20 256/22 256/23 257/15 258/22 265/1 265/4 280/24 284/22 295/1 298/20 306/8 306/9 310/6 310/7 312/15 347/7 355/12 365/25 382/17 412/2 414/11 415/10 415/14 415/25 420/25 423/9 424/23 424/25
Government's [159]  241/12 256/15 257/5 258/5 268/19 269/10 294/5 294/14 295/2 295/9 297/25 298/7 298/21 298/24 299/5 305/23 306/12 306/14 309/17 310/10 310/12 311/23 312/10 312/13 312/21 313/1 313/5 313/14 313/17 313/19 314/1 314/10 314/13 314/19 315/7 315/10 315/11 315/21 316/8 316/15 317/23 318/5 318/11 318/12 321/18 322/2 322/5 322/10 322/11 322/12 323/3 323/6 323/20 323/23 323/25 324/9 324/12 330/18 331/2 331/5 331/10 331/15 333/20 334/2 334/6 334/22 335/2 335/6 335/17 335/18 335/19 336/1 339/9 339/17 340/14 341/5 341/14 341/22 342/1 342/5 343/3 344/14 344/24 345/12 345/21 346/13 346/24 347/12 347/15 347/24 348/22 349/6 349/9 349/11 350/8 350/16 350/25 351/12 351/16 352/14 352/21 353/3 353/6 353/16 353/22 353/25 356/9 363/19 365/19 366/8 366/11 370/6 371/19 375/20 376/12 376/15 376/21 378/6 378/19 378/24 381/14 381/25 382/5 382/13 382/22 383/22 391/16 392/4 392/7 393/6 395/5 395/19 396/10 396/14 397/10 397/13 397/17 397/20 397/22 399/6 400/8 401/2 401/22 402/14 403/5 404/20 405/9 405/17 408/24 409/14 409/25 410/6 412/18 412/19 418/8 419/7 422/10 422/16 423/18
grab [1]  326/19
grand [6]  232/8 235/7 274/18 354/4

398/3 398/8
grant [1]  237/24
granting [1]  278/25
graphic [6]  283/25 288/24 333/8 356/16 357/6 360/21
graphical [1]  358/6
graphics [1]  356/12
gray [1]  314/16
greater [1]  400/3
greatly [1]  255/10
ground [1]  237/7
grounds [4]  236/23 239/21 300/12 301/10
grown [4]  284/3 284/13 289/16 402/12
guaranteed [2]  236/12 236/19
guarantees [1]  241/22
guess [11]  233/19 241/14 254/19 257/10 271/18 279/14 390/2 401/9 416/6 422/9 424/4
guessing [2]  247/10 309/15
guilt [2]  275/9 275/20
guilty [18]  273/14 273/15 274/19 274/23 275/2 275/14 275/15 275/17 275/18 275/21 275/23 275/25 276/4 276/4 291/13 293/5 295/5 295/11

**H**

had [91]  237/17 240/18 241/8 245/2 245/5 245/6 245/9 245/22 246/15 246/20 247/8 248/4 248/6 254/6 259/11 259/13 262/16 262/18 264/12 265/14 266/2 266/3 266/4 272/6 274/11 274/14 285/22 286/16 287/10 287/11 287/12 290/13 290/25 291/21 307/5 307/6 307/24 308/10 310/24 310/25 318/24 318/25 319/17 320/24 325/1 329/17 332/10 337/7 337/9 338/9 338/10 338/18 350/19 359/17 360/22 360/24 362/20 365/7 366/19 369/1 370/24 371/2 371/14 372/8 372/9 375/15 383/12 387/25 390/2 390/9 390/10 391/3 391/10 391/12 391/14 392/9 392/16 394/5 394/16 394/24 395/4 398/21 402/5 403/9 405/18 406/6 406/13 410/1 418/15 421/6 421/9
hadn't [3]  360/17 363/16 412/17
hair [1]  369/19
hand [22]  242/5 275/16 293/12 293/14 293/15 297/23 311/22 312/19 326/25 330/17 331/25 333/25 334/5 341/4 350/7 375/19 381/12 382/11 387/10 391/15 396/9 409/13
Handbook [1]  235/22
handcuffed [1]  304/12
handcuffing [1]  265/3
handcuffs [1]  248/17
handed [10]  271/9 298/6 305/22 309/16 312/21 317/22 321/17 323/24 365/18 404/19
handing [3]  348/21 352/20 378/5
handle [2]  271/1 426/6
handles [1]  343/20
hands [2]  252/17 272/23
handwriting [3]  336/8 336/12 336/14
happen [6]  258/15 291/20 293/2 308/4 326/5 409/6
happy [1]  270/25
hard [55]  229/11 229/12 229/23 229/24 229/25 230/1 245/18 245/19 245/23

# H

hard... [46] 286/4 307/13 307/13 314/3 314/23 318/25 333/17 337/24 344/22 345/18 346/3 346/5 346/14 346/21 348/19 349/21 349/24 349/25 350/1 351/1 352/1 352/3 352/6 352/9 352/25 353/7 353/17 354/2 354/20 354/20 354/23 355/18 357/10 357/13 357/20 367/1 367/1 367/2 367/20 367/21 370/15 372/7 372/16 379/23 383/4 384/25
hardcore [2] 369/14 369/18
hardware [1] 329/11
hardwired [1] 320/9
harm [1] 251/21
harming [1] 251/21
Hart [1] 227/3
has [65] 234/15 236/7 236/10 238/6 241/8 243/24 250/16 254/14 254/14 254/25 256/20 257/5 258/8 258/8 258/9 258/11 258/19 259/11 259/12 259/13 261/16 269/5 270/18 273/25 274/19 274/20 275/1 276/1 276/3 276/3 276/6 276/15 276/16 280/8 280/16 280/17 280/24 285/10 285/10 290/9 290/18 295/1 297/6 297/24 299/19 304/2 305/22 317/22 323/25 335/7 335/13 335/14 341/4 341/20 347/12 351/10 358/3 365/18 380/14 380/19 396/9 409/13 418/7 420/25 425/4
hasn't [1] 350/20
Hatch [1] 226/20
hate [4] 260/16 270/9 415/18 415/20
have [300]
haven't [4] 255/21 256/1 417/2 418/15
having [13] 231/6 240/13 241/14 245/2 258/3 264/10 264/11 277/25 278/16 307/10 312/20 415/21 425/20
Hawai'i [8] 338/11 338/11 338/18 358/15 359/9 359/13 359/22 359/25
Haymond [5] 231/16 232/5 232/10 232/17 233/10
he [163] 233/8 233/25 236/10 239/8 239/12 240/16 245/5 245/6 245/7 245/9 245/9 245/22 245/24 246/2 246/6 246/6 246/14 246/17 246/18 246/18 246/20 246/20 246/23 246/23 247/8 247/9 247/12 247/16 248/4 248/4 248/4 248/4 248/5 248/5 248/6 249/4 250/1 252/23 252/23 253/13 257/12 259/14 259/14 269/5 269/5 269/12 269/14 269/14 270/4 274/24 275/17 276/3 276/4 276/8 276/11 278/6 283/21 283/25 284/5 284/5 284/10 285/1 285/6 285/6 285/10 285/17 285/20 285/21 285/21 285/22 286/12 286/18 286/25 287/13 287/21 287/24 288/6 288/8 288/10 288/10 288/11 288/13 288/13 288/13 288/14 288/18 288/22 289/4 289/6 289/14 300/2 302/4 302/6 302/24 302/25 303/1 303/3 304/11 304/12 304/12 307/6 307/7 307/7 307/8 307/10 307/15 307/17 307/18 307/22 307/22 307/24 307/24 309/6 309/12 309/12 309/14 309/14 309/14 310/24 310/24 310/24 310/25 310/25 311/7 311/9 311/9 319/4 319/17 319/19 320/21 320/23 320/24 321/7 324/24 325/2 325/4 370/24 383/16 383/16 383/17 393/7 394/5

395/10 395/13 400/23 409/2 409/3 411/22 413/6 416/8 417/16 417/19 417/22 417/23 420/4 420/5 420/6 420/10 421/25 422/1 423/6 425/6 425/7
he'll [1] 422/14
he's [20] 235/4 238/14 253/9 253/11 257/13 269/13 270/10 284/1 286/5 288/23 297/2 395/12 399/22 400/25 413/3 417/19 422/13 422/13 423/7 423/8
head [3] 382/8 382/9 385/20
headers [1] 355/24
healthcare [1] 404/9
hear [21] 231/9 235/2 249/22 267/14 276/7 278/2 280/9 280/22 281/19 285/3 285/4 288/9 288/16 327/10 327/13 373/7 389/3 412/5 417/13 427/13 427/18
heard [7] 239/22 253/15 276/25 277/11 289/18 387/20 418/7
hearing [8] 235/8 240/7 273/9 278/15 283/3 304/5 420/25 425/17
heart [1] 290/19
held [14] 231/16 234/22 250/14 252/5 254/12 254/21 257/24 266/14 283/15 292/15 293/5 325/22 416/22 424/20
help [9] 252/18 254/6 254/18 267/17 268/2 273/8 282/24 292/11 296/16
helpful [1] 425/23
helping [2] 246/18 307/9
helps [1] 364/5
her [13] 287/12 300/7 398/19 398/19 399/2 399/22 400/2 400/23 401/20 401/20 402/3 402/4 403/3
here [43] 231/4 231/19 232/10 235/12 240/22 241/4 252/15 255/7 256/4 256/4 266/9 270/16 272/9 272/20 284/15 284/18 297/3 306/14 310/12 331/15 333/8 336/2 346/16 347/21 351/7 352/17 361/5 361/12 361/21 362/1 368/12 368/14 368/14 369/2 371/17 382/22 393/1 397/11 409/1 411/7 411/25 418/10 427/17
here's [1] 382/21
herein [3] 270/19 274/9 428/11
hesitate [2] 328/21 387/21
Higgins [2] 257/25 258/3
highlighted [8] 299/7 299/14 299/21 300/6 300/22 301/17 377/6 377/7
him [62] 233/11 239/9 240/14 241/2 241/11 241/11 243/16 243/17 243/20 243/20 244/15 245/2 246/18 246/22 247/7 248/5 248/17 249/7 249/7 249/10 249/10 249/11 251/8 253/4 253/8 253/9 254/24 255/5 255/16 264/18 264/19 270/11 270/12 275/15 275/17 275/18 276/7 286/1 296/22 296/23 296/24 297/1 297/11 297/12 297/14 297/15 298/18 303/4 303/7 305/4 306/16 309/6 309/9 309/12 324/24 325/6 362/15 398/16 400/20 413/3 425/9 425/10
himself [9] 240/12 257/17 258/18 261/22 276/2 276/16 302/23 321/7 423/20
his [89] 231/14 232/24 233/13 234/7 240/15 240/25 244/18 244/19 244/22 245/7 245/24 245/24 246/5 246/7 246/18 247/6 247/9 247/12 247/15 248/7 259/3 259/3 263/14 269/4 270/5

274/25 276/3 276/6 276/12 276/12 276/12 285/22 285/23 285/25 286/2 286/22 286/25 287/12 288/14 288/17 288/17 288/19 289/10 289/10 289/11 297/15 298/12 300/7 301/6 303/1 303/8 303/9 303/10 304/13 305/2 305/5 305/6 305/8 305/11 307/1 307/8 307/9 307/16 308/24 309/4 309/14 309/23 309/25 311/10 316/17 319/19 320/6 320/20 322/18 323/9 324/6 325/5 393/7 399/2 399/15 399/19 399/20 399/24 409/3 409/23 418/8 423/15 423/22 423/23
history [1] 261/17
hold [2] 239/4 277/14
holders [1] 375/3
holding [1] 253/14
home [14] 244/8 287/6 299/25 302/16 302/18 302/22 303/2 304/12 304/14 306/7 309/11 359/23 390/10 410/24
Homecoming [1] 227/11
honest [2] 265/11 385/6
honestly [3] 267/19 267/21 292/20
Honor [176] 233/20 234/24 235/3 235/11 236/21 237/3 237/12 237/22 238/10 239/23 240/4 241/20 242/1 242/2 242/16 243/23 250/11 250/25 251/5 252/3 252/19 253/6 254/4 255/4 255/19 256/18 256/21 257/10 257/19 257/22 258/1 259/7 259/19 260/3 260/12 260/23 260/25 261/3 265/18 266/9 266/22 267/10 267/13 267/25 268/10 268/12 268/16 268/22 268/24 269/20 269/23 270/9 270/15 270/24 271/6 271/20 272/4 283/12 290/2 293/9 293/11 294/3 294/13 294/25 295/1 295/4 295/14 297/5 297/23 298/2 298/3 298/5 298/20 303/12 304/1 304/19 304/24 306/8 310/6 312/9 313/13 314/9 315/6 316/7 318/4 318/8 318/10 322/1 323/19 324/8 325/17 325/20 326/13 326/15 326/20 327/16 331/1 334/1 334/21 334/24 341/21 341/24 347/10 349/5 350/15 350/24 353/2 353/21 354/6 362/5 362/10 362/15 363/2 366/7 376/11 378/18 381/24 384/10 386/23 386/25 387/5 392/3 395/17 397/16 398/7 398/17 405/8 406/14 410/5 410/7 410/9 410/13 410/18 410/20 411/22 412/3 412/16 412/17 413/1 413/9 413/11 413/18 414/2 414/6 414/8 414/16 414/23 415/6 415/13 415/18 415/21 416/6 416/20 416/25 417/14 417/21 418/2 418/15 419/1 419/8 419/18 420/14 421/6 422/9 423/17 424/1 424/16 425/1 425/11 425/15 425/18 426/1 426/20 427/5 427/12 427/15
HONORABLE [1] 226/12
hooked [1] 245/17
hope [4] 290/4 292/16 410/22 410/23
hopefully [1] 255/16
hoping [2] 270/19 412/4
hot [2] 398/19 399/2
hotel [2] 400/23 400/23
hotspot [3] 287/12 320/12 320/13
hour [1] 234/15
hours [4] 234/14 236/4 236/5 344/7
house [7] 247/8 285/24 302/21 322/18 323/9 391/13 409/23

## H

how [67]  231/12 232/20 233/4 233/14
234/13 243/1 243/7 243/16 245/7 245/9
247/7 260/24 261/18 262/15 264/8
266/8 271/1 277/5 278/20 280/1 288/10
288/10 295/25 296/4 296/22 301/2
309/6 309/12 310/2 312/5 313/8 319/25
320/3 320/8 322/15 322/17 323/8 328/9
329/22 331/7 332/2 335/12 361/4 364/6
365/22 367/7 367/7 374/23 380/7 380/8
384/23 388/10 389/20 389/21 390/7
398/9 402/5 403/7 407/17 408/12 415/7
415/17 420/17 422/12 426/6 426/8
427/10
however [4]  234/6 252/8 282/1 417/7
HP [5]  229/8 306/21 309/21 309/22
386/11
HTML [1]  334/11
hub [1]  245/17
huh [10]  338/13 340/13 355/9 359/11
375/14 377/8 380/22 385/9 385/11
401/12
humans [1]  355/25
hundred [1]  389/25
hundreds [3]  263/7 282/15 329/25

## I

I'd [10]  289/11 290/10 315/6 322/7
344/13 356/8 356/10 398/16 407/25
408/15
I'll [12]  273/15 293/2 304/14 311/22
326/23 326/23 334/5 381/12 387/9
413/6 415/6 420/3
I'm [130]  231/11 235/3 236/14 236/17
237/24 238/4 238/12 239/7 239/16
239/19 240/16 241/7 242/22 243/5
249/20 251/20 251/22 253/1 253/22
254/9 255/25 256/18 257/2 257/6 257/7
258/10 258/19 261/2 261/10 263/9
263/13 264/18 265/18 265/24 266/9
267/11 267/13 268/10 269/17 270/19
270/25 271/4 271/8 290/7 290/11 291/5
291/17 291/22 291/24 292/20 296/3
301/17 303/18 310/4 312/19 318/4
320/9 324/20 326/11 328/2 330/17
333/25 335/17 336/1 336/2 336/3 336/3
338/25 339/14 346/16 346/18 348/21
350/7 350/21 352/20 356/10 359/9
362/2 363/19 368/4 375/19 378/2 378/5
380/9 380/23 382/2 382/11 383/25
385/4 385/6 386/6 387/22 387/24
388/14 390/13 391/15 393/5 395/17
395/18 396/7 396/14 397/3 398/6 398/8
406/3 407/2 408/23 409/13 410/8
413/18 414/14 415/20 416/1 417/14
417/18 418/16 419/17 420/2 420/14
420/16 421/18 422/18 423/24 424/4
424/4 424/6 425/5 425/25 427/15
427/18
I've [25]  235/14 235/16 235/19 235/23
237/10 237/17 238/13 239/9 241/5
241/14 254/6 257/6 263/7 270/17 298/6
299/21 300/22 316/11 322/6 328/10
331/13 362/3 390/2 396/11 404/19
icon [3]  358/8 364/12 375/1
icons [1]  375/7
idea [8]  262/24 291/15 408/2 408/3
408/9 420/22 421/10 421/22
ideal [1]  259/24

identification [25]  297/25 298/7 305/23
309/17 311/23 317/23 321/18 322/10
323/25 330/18 332/3 334/6 335/13
341/5 348/22 352/21 353/16 365/19
375/20 378/6 381/13 382/12 391/16
396/10 409/14
identified [5]  243/24 297/6 297/24
376/20 395/13
identifier [1]  367/19
identifiers [1]  367/16
identifies [1]  355/23
identify [1]  354/19
identifying [2]  270/18 321/23
ignore [3]  279/13 279/16 281/15
ignored [1]  235/17
illegal [7]  291/2 291/18 292/1 325/14
326/5 379/14 401/14
image [17]  274/10 354/21 354/22 355/5
358/4 358/16 359/13 359/14 371/5
371/8 371/9 371/13 372/25 373/24
373/25 419/2 419/2
images [75]  270/24 270/25 274/13
284/11 284/11 284/11 284/12 284/16
285/1 287/16 287/22 288/10 288/21
289/14 289/15 289/21 292/3 305/19
317/9 317/11 317/14 317/20 321/4
326/5 326/9 338/11 355/16 355/20
355/21 363/5 363/11 371/15 374/15
389/11 391/11 393/15 394/12 394/13
394/22 394/23 395/1 413/15 413/19
413/22 414/17 414/18 414/20 415/14
415/19 416/1 416/11 416/14 417/1
417/11 417/20 418/9 418/13 418/14
419/4 419/4 419/5 419/17 419/24 420/4
420/5 420/11 421/1 421/2 422/19
422/24 423/2 423/6 423/14 424/3 426/7
imagine [1]  417/3
imagings [1]  309/2
immediately [2]  281/21 301/15
impact [1]  424/3
impacts [2]  423/22 423/23
impanel [1]  260/21
important [4]  232/25 250/16 262/11
394/25
impose [2]  253/3 297/18
imposed [6]  269/12 296/16 298/14
299/12 299/19 300/19
impression [2]  251/6 281/13
improbability [1]  277/25
improper [1]  282/21
improperly [1]  281/14
inadequately [1]  236/11
inadvertently [1]  281/19
incest [1]  286/17
incestuous [1]  289/3
include [6]  301/24 320/18 365/15 389/1
393/19 426/2
included [3]  320/19 333/17 425/22
includes [1]  302/1
including [5]  232/7 235/20 274/13
274/16 284/16
incomplete [1]  283/8
inconsistent [1]  278/9
increases [1]  359/7
indeed [1]  252/4
indented [3]  331/20 348/12 351/24
index [2]  229/21 334/13
indicates [1]  295/5
indication [4]  279/1 317/10 371/14

374/11
indictment [7]  232/11 235/7 274/1 274/3
274/5 274/6 295/6
indirect [1]  277/1
individual [1]  393/23
individual's [1]  393/25
industry [1]  329/3
ineffective [5]  253/10 253/23 253/24
254/7 254/15
influence [1]  281/14
influenced [3]  279/19 283/6 283/8
inform [1]  260/12
information [29]  259/11 259/12 278/20
282/9 282/11 282/19 286/19 287/13
288/6 288/18 295/12 333/21 333/21
341/7 343/11 348/3 352/16 355/18
356/5 367/5 367/8 372/24 382/24
383/14 394/9 395/12 404/11 404/17
406/22
informed [3]  238/14 248/5 265/16
initial [4]  233/19 313/9 335/14 393/21
initialed [2]  314/8 323/10
initially [4]  244/24 256/17 305/10 319/16
initials [5]  310/5 312/7 313/10 314/6
322/19
innocence [1]  274/25
innocent [1]  282/12
innocuous [1]  291/25
inquire [2]  242/16 295/14
ins [1]  407/9
insert [2]  337/11 343/18
inserted [3]  337/16 338/6 338/10
inside [3]  349/12 350/3 353/8
insist [1]  241/20
inspection [1]  354/17
instance [5]  289/10 368/17 369/10
370/7 375/16
instead [1]  358/1
instruct [3]  233/15 270/4 361/23
instructed [1]  277/10
instruction [13]  232/12 234/8 234/9
234/13 281/16 281/21 424/25 425/2
425/7 425/9 425/21 426/3 426/24
instructions [22]  232/13 232/22 232/22
232/25 233/16 233/24 238/9 271/18
273/2 273/8 273/15 273/16 273/22
273/24 280/21 424/13 424/14 424/24
426/1 427/1 427/6 427/7
insurance [1]  404/9
Intel [3]  229/23 229/24 349/25
intend [1]  418/13
intends [1]  258/22
intent [1]  274/10
intention [1]  251/21
intentionally [1]  385/5
intents [1]  401/19
interchange [1]  330/8
interchangeable [2]  330/9 393/16
interchangeably [1]  389/7
interest [40]  229/22 230/4 230/6 240/15
257/14 277/22 340/4 340/4 340/21
340/21 341/1 341/2 341/10 341/13
341/15 341/17 342/2 342/8 343/5
366/14 376/4 376/5 378/11 378/12
378/13 379/2 379/7 381/17 381/18
382/20 395/21 397/10 397/25 399/7
400/9 401/3 401/23 402/17 409/3 410/1
interested [1]  428/14
Intermountain [1]  328/5

**I**

internet [34] 233/4 234/6 245/3 246/3 247/2 247/6 247/7 247/8 250/4 282/11 286/11 286/12 287/11 289/10 300/24 301/1 305/13 308/10 308/12 308/16 308/22 309/7 309/10 309/12 311/5 319/21 320/1 320/7 320/10 359/12 359/18 364/24 364/25 404/4
internet-capable [2] 301/1 305/13
interrupting [1] 304/2
interstate [2] 274/12 274/15
introduce [2] 284/22 425/4
introduced [2] 254/25 419/21
introducing [1] 414/21
investigate [3] 281/25 287/22 390/17
investigation [16] 287/18 287/18 288/17 288/19 325/11 363/6 378/14 389/20 390/4 390/8 390/20 390/20 390/23 391/2 391/7 392/11
investigations [7] 282/5 282/20 328/3 379/16 388/21 388/25 389/21
invitation [1] 398/18
invited [1] 398/20
involve [1] 296/14
involved [16] 240/11 281/12 281/14 287/18 292/4 329/24 337/23 342/20 376/17 377/25 390/3 390/4 390/7 391/1 399/3 399/3
involvement [2] 325/6 384/6
involves [3] 296/15 329/12 390/20
involving [6] 286/17 288/20 329/17 389/22 390/23 390/24
is [607]
isn't [1] 389/15
issue [13] 232/9 238/3 238/5 238/8 241/19 258/14 261/16 262/4 268/15 288/20 304/7 304/16 317/17
issued [2] 287/3 391/21
issues [13] 231/6 240/25 254/18 258/19 265/20 271/23 273/1 273/20 276/10 282/7 288/7 423/21 426/23
it [492]
it's [113] 234/1 235/1 240/15 241/5 251/8 252/21 253/8 253/9 259/19 260/16 263/10 263/11 266/21 268/17 269/13 270/24 271/15 284/14 285/16 291/17 291/18 291/18 298/11 299/22 306/2 309/21 310/4 310/5 311/10 312/6 313/9 313/25 314/16 314/23 315/3 315/9 315/19 318/2 321/22 322/4 322/21 323/12 324/4 330/22 332/24 339/2 339/5 341/6 341/25 345/18 347/25 348/5 350/11 350/17 352/11 352/12 352/13 352/19 353/24 354/11 358/7 358/8 359/1 359/5 365/10 367/5 368/10 369/3 371/17 372/24 374/24 377/14 379/15 381/4 385/6 385/16 389/14 389/18 389/24 390/3 391/20 391/21 391/21 391/22 391/23 396/15 399/1 399/19 399/20 400/14 400/19 401/6 401/18 402/10 402/18 402/22 403/8 404/5 404/11 404/16 405/1 406/3 406/10 412/17 414/9 419/9 419/20 420/22 421/16 422/15 422/18 422/23 427/1
item [29] 306/20 306/22 310/13 312/2 312/3 313/10 313/11 313/19 314/4 314/6 314/24 315/16 317/14 323/3 323/4 340/5 340/17 340/17 345/4 346/1

346/21 348/17 354/23 355/13 367/19 372/8 394/11 399/7 401/3
items [60] 245/13 286/6 286/10 286/15 286/21 286/23 287/8 300/1 305/16 312/16 316/16 317/11 317/12 318/25 321/14 321/15 321/23 322/7 324/19 325/15 328/16 328/17 331/9 331/11 331/22 332/7 332/9 332/24 334/12 334/19 335/15 335/19 338/2 339/15 340/9 342/14 342/15 342/18 345/1 345/19 347/5 347/8 355/16 355/17 356/25 357/1 357/7 357/15 358/2 373/16 377/13 380/20 391/12 392/10 392/12 392/23 392/25 393/9 393/12 419/23
its [13] 232/21 236/18 256/20 256/23 268/17 280/2 280/16 336/23 337/2 364/16 374/24 385/17 423/9
itself [1] 400/13
IWR [2] 229/13 229/14
IWR021050 [2] 352/10 367/14
IWR093026 [1] 335/23
IWR093027 [2] 339/21 395/23
IWR093029 [1] 345/3
IWR093030 [1] 345/25
IWR093033 [1] 347/20
IWR093035 [1] 351/20

**J**

J-E-F-F [1] 387/19
jail [1] 325/4
January [1] 428/16
JAR [1] 411/16
Jeff [8] 287/17 387/6 387/18 387/18 388/1 388/7 419/21 423/14
jeopardy [2] 232/7 258/8
job [2] 279/25 389/6
Jordan [2] 227/12 285/22
journal [8] 291/23 291/24 291/25 382/10 382/10 382/13 382/15 382/23
judge [20] 226/13 231/21 240/7 240/9 252/5 254/13 254/22 284/19 292/13 294/19 296/16 297/18 299/11 299/12 317/17 361/6 387/23 391/20 410/15 424/21
judged [2] 284/8 289/7
judgment [8] 229/3 229/4 229/6 295/2 295/4 295/9 295/10 298/11
judgments [1] 294/8
July [3] 238/6 388/17 388/18
jump [10] 363/25 371/20 371/20 371/21 372/4 372/6 372/13 372/25 372/25 394/8
Junction [1] 362/21
June [7] 240/19 284/25 285/7 297/10 297/11 298/18 302/4
juror [2] 282/3 282/4
jurors [17] 272/16 273/4 275/3 277/15 281/23 283/1 283/6 303/23 304/22 327/14 362/7 362/19 362/22 362/24 373/8 411/20 423/25
jury [129] 226/12 228/3 231/9 231/22 232/2 232/8 232/12 232/13 232/17 232/21 232/22 232/23 233/8 233/11 233/12 233/15 235/7 252/15 252/18 254/25 256/4 258/8 259/1 260/2 260/15 260/18 260/19 260/21 261/23 270/15 270/25 271/5 271/17 272/5 272/15 272/18 273/11 273/23 274/18 278/16

278/17 281/1 283/1 283/4 283/10 283/20 289/17 290/3 294/9 295/2 297/1 299/22 300/6 300/23 303/18 303/20 304/18 304/21 327/22 342/10 342/17 348/3 354/4 354/5 354/8 361/11 361/12 362/6 362/18 398/3 398/5 398/10 398/14 398/24 400/17 401/17 402/21 403/14 411/10 411/16 411/17 411/19 412/1 412/1 412/22 412/24 413/12 413/22 414/4 414/12 414/13 414/20 414/22 415/3 415/7 415/16 416/5 416/9 416/10 416/12 416/14 416/15 417/1 417/3 417/7 417/8 417/12 417/20 417/23 417/24 418/7 418/10 418/22 419/18 420/11 420/20 421/1 421/13 422/1 422/5 423/11 423/12 424/4 424/13 424/14 424/24 426/24 427/1 427/2
jury's [1] 255/1
just [111] 234/3 235/12 237/8 238/7 246/18 247/9 248/4 250/3 250/12 251/22 253/12 256/11 258/9 259/3 261/1 261/4 264/1 264/3 266/2 267/14 267/15 268/22 269/23 270/4 271/8 271/9 271/20 272/11 276/20 281/15 290/4 291/10 293/2 298/2 298/14 301/17 301/19 302/21 303/13 307/7 307/24 309/15 309/16 312/19 312/22 313/18 318/13 318/16 325/14 327/24 332/20 334/13 337/6 339/22 339/22 348/4 356/25 358/2 358/14 359/7 361/15 363/5 364/12 364/19 364/25 365/18 367/12 368/4 372/5 373/19 377/6 379/1 380/24 382/11 383/13 384/25 386/2 387/23 392/1 393/7 394/3 394/20 396/22 396/22 396/23 396/24 398/5 399/16 404/5 405/1 405/13 406/9 406/18 407/17 409/6 413/9 414/24 414/25 415/6 417/16 419/6 419/12 420/2 420/18 420/23 421/18 422/1 423/18 425/14 426/11 426/17
justice [3] 231/25 236/11 238/23

**K**

keep [11] 260/7 260/8 272/11 273/17 278/19 278/22 281/2 282/25 373/15 396/14 398/7
key [1] 292/12
kids [1] 411/2
kin [1] 428/12
kind [12] 235/8 259/17 265/7 288/1 340/15 364/23 377/6 380/21 404/14 419/10 419/11 421/18
kinds [2] 276/23 419/12
knew [2] 293/4 423/6
knocked [1] 422/23
know [64] 234/15 241/3 241/4 241/6 243/14 244/25 250/3 255/23 255/24 256/1 256/2 259/9 259/13 260/9 260/17 265/14 266/23 267/20 275/10 290/22 292/9 292/11 292/12 293/4 296/20 296/22 315/3 317/9 317/11 317/14 317/16 320/5 320/24 325/13 334/1 337/22 342/13 347/24 352/12 361/24 369/12 372/13 372/22 372/23 374/23 379/17 380/8 385/19 385/20 386/1 390/15 390/19 396/19 398/7 410/23 419/12 420/17 420/18 420/21 420/23 422/17 426/13 427/2 427/19

**K**

knowing [2]  394/23 412/10
knowingly [3]  274/9 290/21 412/10
knowledge [5]  239/3 326/8 385/21
 418/5 418/8
known [3]  264/4 265/14 291/22
knows [3]  359/5 364/16 423/2
Kristina [1]  369/18

**L**

L-N-K [2]  363/21 364/11
lab [13]  288/2 317/4 324/22 332/5 336/5
 338/21 347/20 351/21 388/14 392/14
 392/23 392/24 393/3
lab-assigned [1]  347/20
labeled [1]  395/22
laboratory [6]  328/6 328/24 335/13
 338/23 339/20 354/12
ladies [1]  290/3
Lake [5]  226/21 227/4 227/16 231/1
 428/4
laptop [67]  229/8 246/10 246/15 246/21
 246/25 267/20 286/8 286/24 287/2
 306/21 307/2 307/6 307/18 307/25
 308/4 308/10 308/15 308/18 309/3
 309/21 309/22 310/2 317/16 320/14
 326/3 337/9 337/11 337/13 338/6 338/9
 338/16 338/17 346/25 347/16 348/1
 348/4 348/20 349/12 349/21 350/2
 350/2 350/3 350/4 350/12 351/2 354/9
 354/16 357/11 359/12 365/10 366/25
 370/17 372/7 377/2 377/5 377/14
 377/15 379/23 383/4 383/7 383/10
 383/13 383/13 383/17 386/11 386/17
 409/22
laptops [1]  288/12
last [16]  237/2 261/17 280/24 288/16
 305/4 339/22 340/3 363/10 363/20
 363/20 371/23 371/25 375/2 403/5
 405/5 424/18
lasted [1]  325/3
later [10]  249/22 255/13 261/13 261/20
 272/12 273/15 304/15 357/4 362/1
 383/10
law [19]  235/24 236/1 269/25 275/11
 275/20 277/4 280/21 284/15 285/1
 285/1 287/1 289/20 290/20 389/18
 390/21 390/23 411/6 411/7 414/4
lawyer [6]  276/2 276/7 276/12 280/4
 280/12 280/13
lawyers [6]  278/15 279/8 279/21 279/24
 280/22 281/8
lead [1]  404/17
learn [3]  285/9 317/6 319/17
least [5]  255/4 317/16 329/9 376/20
 415/22
leave [10]  248/14 283/3 283/4 303/24
 326/23 339/1 361/23 362/11 385/4
 401/15
leaves [1]  275/8
left [13]  248/11 248/12 249/18 324/23
 331/25 335/4 338/2 338/6 351/9 363/4
 391/23 396/1 406/3
left-hand [1]  331/25
legal [6]  235/23 235/25 255/14 276/10
 279/24 393/1
legally [1]  421/3
length [2]  278/23 281/11
less [4]  415/23 415/24 415/25 416/1

let [27]  247/5 261/1 266/18 269/21
 282/6 283/2 299/7 300/4 302/7 306/19
 310/11 315/19 332/11 333/5 339/8
 340/14 345/12 359/22 368/14 386/2
 386/7 389/19 396/19 401/2 402/14
 404/19 412/5
let's [32]  231/6 237/20 241/18 251/10
 261/2 267/14 272/3 333/5 359/9 366/6
 366/12 371/9 371/9 378/25 379/14
 381/23 382/6 383/3 385/13 386/2
 397/13 401/22 406/18 407/2 407/5
 407/6 407/17 408/1 408/6 409/6 410/4
 411/9
lettering [1]  348/5
level [2]  302/21 380/21
lib [1]  259/2
library [1]  235/24
lie [3]  290/11 290/17 292/21
light [1]  287/15
like [59]  232/1 232/2 233/24 233/25
 237/13 237/14 240/6 251/9 251/15
 257/10 263/8 264/12 265/1 271/1 272/5
 272/13 284/7 285/16 289/10 291/23
 292/24 294/4 297/23 298/25 304/3
 305/15 305/16 322/7 322/9 331/17
 334/13 334/19 338/11 343/18 343/19
 344/13 356/8 356/11 359/2 364/9
 364/25 375/1 379/7 381/6 381/19 394/7
 396/1 398/16 405/6 405/8 406/17
 410/16 413/25 416/9 419/9 420/21
 421/1 421/16 422/1
likely [1]  275/4
limine [1]  268/17
limit [3]  414/24 415/2 415/22
limited [5]  235/20 270/4 302/1 332/20
 416/11
limiting [4]  424/24 425/2 425/21 426/2
linchpin [1]  292/12
line [3]  340/3 367/11 369/3
link [3]  364/9 364/24 401/7
Linux [8]  336/21 336/22 337/2 337/21
 338/1 338/22 338/23 339/4
list [22]  270/18 306/20 312/3 340/20
 342/9 343/8 345/4 346/1 347/16 371/20
 371/20 371/21 372/4 372/6 372/13
 372/25 393/12 394/8 400/8 401/3
 401/23 402/17
listed [16]  270/18 312/16 323/15 331/11
 332/16 333/19 342/22 347/21 348/9
 348/16 358/2 381/7 381/19 393/9
 397/24 397/24
listen [1]  281/17
listened [2]  245/7 245/10
listening [1]  427/16
listing [1]  341/2
lists [2]  372/25 393/8
literally [2]  253/12 266/2
literature [1]  400/19
little [17]  236/8 285/8 290/5 290/6 325/3
 327/24 342/9 358/3 359/6 359/8 361/6
 374/23 375/1 375/7 379/9 385/4 387/25
live [3]  284/7 302/23 302/25
lived [2]  285/22 303/1
lives [1]  285/17
LM [1]  243/5
LNK [38]  230/2 363/23 363/25 364/3
 364/4 364/6 364/7 364/11 364/13
 364/15 364/22 365/1 365/3 365/4
 365/12 365/15 366/1 366/4 366/13

366/17 366/18 366/20 366/23 367/25
 368/3 368/6 368/8 368/19 369/8 369/10
 370/4 371/6 371/10 371/17 372/5
 373/19 375/3 394/8
LNK file [7]  364/3 364/4 364/15 368/19
 369/10 370/4 371/10
load [1]  336/22
local [1]  299/15
locate [1]  319/8
located [13]  310/4 322/18 333/9 340/9
 353/7 356/20 366/2 368/22 370/14
 373/10 374/20 393/22 395/21
location [7]  243/6 281/11 296/3 296/9
 349/13 349/15 359/17
locations [2]  281/19 379/8
locked [1]  316/23
lodge [1]  257/11
log [10]  323/3 323/15 324/14 324/14
 404/8 404/9 404/11 406/24 407/8 407/9
log-in [2]  404/11 407/8
log-ins [1]  407/9
logins [4]  403/25 404/6 404/7 406/7
logistical [1]  426/10
long [14]  234/13 243/1 243/7 258/14
 266/5 275/24 285/10 295/25 296/4
 304/2 328/9 358/25 373/22 388/10
longer [11]  238/14 252/23 255/7 260/8
 261/15 281/5 361/4 361/6 374/24
 394/13 400/12
look [48]  246/7 246/8 246/25 247/16
 286/19 299/1 307/17 307/25 308/4
 311/2 311/20 312/22 314/1 331/17
 332/10 332/17 335/6 337/4 338/10
 339/17 342/23 347/15 347/24 347/25
 349/10 352/11 352/13 356/2 357/4
 366/12 377/17 377/21 378/2 379/1
 382/6 382/22 382/24 391/16 396/1
 396/16 396/23 398/2 398/13 407/17
 408/1 409/15 416/8 421/15
looked [21]  307/18 308/9 311/17 319/20
 320/14 324/5 335/19 359/12 359/14
 359/17 360/17 370/24 370/25 371/8
 371/9 373/19 391/9 396/19 403/20
 407/7 409/21
looking [30]  247/17 284/11 287/13
 331/24 332/8 332/9 332/21 333/2
 338/14 340/2 340/7 341/5 346/12
 349/10 350/21 356/3 356/23 358/14
 358/18 358/19 360/2 366/13 371/14
 383/3 394/22 406/3 406/18 407/20
 409/7 414/14
looks [4]  375/1 381/19 405/6 422/1
lot [9]  233/23 237/17 259/12 292/19
 293/16 337/22 414/21 414/23 417/3
love [6]  290/10 399/24 400/2 400/3
 401/6 401/6
loving [1]  289/3
lucky [2]  247/10 309/15
lunch [4]  361/16 361/17 362/17 362/20
lunches [2]  361/5 361/12
lying [1]  290/16

**M**

ma'am [3]  269/22 411/1 426/19
made [15]  236/22 241/14 241/23
 249/13 253/15 261/18 261/19 278/8
 279/19 290/9 348/7 351/5 354/3 385/13
 412/17
magically [1]  361/2

M

mail [3] 235/25 237/2 272/10
mailed [2] 274/12 274/14
mailing [1] 235/25
main [4] 227/4 255/7 256/12 296/15
maintain [2] 255/15 385/18
make [40] 233/12 245/4 245/22 246/14
 246/20 249/10 249/10 252/9 252/14
 252/16 261/19 265/1 266/8 269/16
 270/3 270/8 272/12 276/8 276/9 279/3
 279/24 280/6 280/8 289/24 290/1
 307/10 336/2 339/3 342/9 349/24
 349/25 358/20 380/24 385/22 387/25
 410/25 419/6 419/12 420/14 426/23
makes [2] 251/18 419/5
making [4] 267/11 277/19 290/10 416/1
male [1] 403/17
man [8] 239/8 243/14 287/25 296/20
 390/5 399/19 400/19 402/12
mandatory [2] 231/17 299/8
manner [3] 300/9 301/8 388/24
manufactured [7] 348/1 348/6 351/2
 351/4 352/13 352/18 354/2
many [13] 263/23 264/10 290/9 291/1
 329/22 331/7 379/12 385/16 389/20
 389/21 403/7 415/17 421/24
Maps [1] 282/12
marked [27] 229/17 229/18 297/24
 298/7 305/22 309/17 311/22 317/23
 321/18 322/10 323/25 330/17 334/6
 341/4 348/21 352/21 353/15 365/19
 375/20 378/5 381/13 382/12 391/15
 396/9 397/11 404/20 409/14
marker [1] 356/24
MARSHAL [3] 252/2 252/6 252/7
marshals [2] 251/24 318/23
mass [1] 245/2
material [15] 235/19 274/10 301/4
 311/18 330/7 332/24 356/18 379/16
 389/5 389/11 412/11 412/14 412/19
 412/22 414/1
materials [8] 235/16 235/24 236/4
 253/13 274/14 361/23 393/13 416/5
matter [6] 236/11 237/25 259/19 361/17
 418/3 428/7
matters [2] 277/14 388/20
maximum [1] 417/11
may [105] 229/16 230/7 232/21 233/10
 242/16 243/23 243/25 250/23 252/2
 252/4 257/19 261/3 266/23 268/14
 270/16 272/11 274/8 275/2 276/8 276/9
 276/19 276/19 277/3 277/10 277/13
 277/15 277/15 277/19 278/14 278/24
 279/7 279/8 279/21 280/6 280/17
 280/19 281/4 281/25 282/6 282/24
 283/8 283/12 283/14 283/17 284/25
 287/6 291/11 293/13 294/8 295/14
 297/5 297/7 298/1 300/4 300/11 300/13
 301/10 301/11 302/7 303/12 303/24
 305/16 306/7 306/19 310/12 312/15
 314/15 318/3 318/5 318/19 318/25
 321/24 322/8 324/6 324/13 324/20
 324/20 324/23 326/14 326/16 326/19
 332/11 332/12 332/21 333/4 333/25
 334/20 338/7 339/8 341/21 344/13
 345/2 345/12 351/9 352/9 366/7 376/11
 381/24 386/24 387/2 391/21 397/16
 411/23 412/8 420/14
May 17 [5] 318/19 321/24 324/6 324/20
 324/23
May 17, 2021 [1] 274/8
May 21 [1] 284/25
May 21st [1] 318/3
May 21st, I'm [1] 324/20
May 24 [1] 391/21
maybe [8] 258/19 258/19 264/11 267/8
 321/2 326/23 399/16 420/13
me [102] 231/9 233/25 235/2 235/12
 236/7 236/8 237/18 238/1 238/5 241/4
 247/5 250/1 253/7 254/6 254/8 261/1
 263/16 263/25 264/8 265/5 265/16
 265/24 266/3 266/18 266/19 267/5
 267/17 268/2 268/3 268/5 269/5 269/7
 269/21 269/24 271/6 271/25 272/5
 278/15 282/6 287/21 290/4 290/7
 290/10 299/7 300/4 302/7 304/1 304/6
 306/19 310/11 310/25 312/24 315/19
 322/19 332/11 333/5 336/1 339/8
 340/14 344/5 345/12 359/9 359/22
 364/19 368/14 370/24 382/25 384/18
 384/20 385/4 385/14 386/2 386/7
 387/20 387/23 388/6 389/19 390/21
 391/17 396/8 396/11 396/19 396/21
 397/4 400/2 401/2 402/2 402/14 404/19
 406/18 412/5 413/9 413/16 415/25
 417/18 421/8 424/2 424/11 424/22
 425/14 427/1 428/7
mean [37] 245/1 255/25 265/8 296/15
 302/18 320/12 329/1 336/25 337/1
 338/4 343/12 343/15 356/21 360/10
 360/22 365/7 366/22 366/25 367/3
 368/11 368/21 372/6 372/10 373/12
 374/15 375/12 375/15 376/7 378/1
 378/12 389/9 398/15 404/7 415/1
 418/19 420/17 422/17
meaning [2] 273/13 420/2
meaningful [2] 235/24 236/8
means [16] 238/7 252/25 253/4 270/6
 274/13 279/21 329/2 343/13 354/25
 360/24 367/4 369/16 370/14 370/22
 370/24 373/14
meant [1] 330/18
meantime [1] 421/18
media [9] 301/24 302/2 343/20 355/15
 390/10 391/23 392/17 394/12 394/18
medical [1] 240/25
meet [6] 285/23 297/12 303/4 303/7
 393/25 423/9
meeting [4] 248/16 305/1 393/24 411/25
meetings [1] 240/14
member [1] 273/23
members [19] 272/18 283/10 283/19
 289/17 300/23 304/13 342/17 354/4
 354/8 361/11 398/3 398/9 398/14
 398/24 400/17 401/13 401/16 402/21
 403/14
memorandum [1] 236/21
Memorex [1] 340/20
memory [6] 241/1 267/18 268/2 283/5
 283/9 283/9
men [5] 284/3 284/7 284/13 288/24
 289/16
mention [4] 246/20 307/10 307/23 380/1
mentioned [24] 240/18 264/24 272/6
 290/19 307/22 308/21 333/13 343/5
 356/20 357/6 357/19 363/18 363/19
 365/12 370/21 371/19 373/9 374/4
 374/19 379/1 393/18 394/7 403/20
mentions [1] 310/13
menu [1] 368/23
message [2] 250/1 250/2
met [5] 240/14 297/14 298/18 305/4
 306/16
method [1] 274/4
Mexico [1] 352/19
michelle [5] 226/20 226/21 428/7
 428/19 428/19
microphone [1] 327/24
Microsoft [1] 404/4
middle [2] 332/12 393/8
might [11] 234/14 261/11 271/21 279/15
 282/22 358/8 394/3 394/4 394/13
 394/19 419/19
millennia [1] 344/7
mind [5] 255/1 256/10 273/17 281/3
 327/25
minds [1] 266/6
mine [1] 291/23
mingle [1] 281/7
minimal [2] 322/23 336/14
minimize [1] 415/7
minimum [2] 231/17 278/23
minor [2] 393/25 400/25
minute [6] 266/4 387/24 396/16 409/15
 413/9 425/14
minutes [3] 237/21 257/20 281/5
mirror [1] 321/8
misbehaving [1] 263/17
Misc [2] 229/18 323/14
misjudged [1] 284/7
missing [3] 292/12 292/15 410/8
mistake [2] 385/6 416/1
Mister [1] 327/12
mistrial [1] 282/13
misunderstanding [1] 255/25
mixes [1] 343/13
model [1] 349/24
modification [2] 385/3 385/18
modified [2] 367/3 385/1
molest [1] 289/4
molesting [3] 284/2 284/3 288/24
mom [4] 370/7 399/3 399/3 401/20
moment [11] 234/20 250/12 255/13
 267/15 267/25 268/22 303/19 325/20
 386/3 416/19 416/20
momentarily [1] 361/15
moments [1] 235/12
money [1] 292/22
monitoring [4] 243/6 296/3 296/9 390/18
monitors [2] 426/7 426/15
months [3] 248/6 253/12 311/1
more [29] 232/2 251/17 264/25 275/4
 275/6 277/2 287/14 305/16 324/24
 325/6 328/4 329/25 337/6 342/10 350/7
 358/20 359/8 391/14 398/20 401/21
 406/8 414/16 416/11 419/23 420/22
 421/11 421/22 424/24 425/8
Moreover [1] 286/9
morning [6] 231/5 272/18 290/3 411/3
 419/20 419/22
most [7] 285/13 291/13 373/13 374/8
 389/15 395/2 395/3
mostly [1] 377/5
mother's [3] 245/25 287/12 320/6
motion [5] 235/17 237/24 238/4 252/10
 268/17

**M**

motions [1]  237/9
move [33]  251/16 252/23 294/8 304/13
 312/9 313/13 314/9 315/6 316/7 318/5
 322/1 323/19 324/8 331/1 334/21
 341/21 349/5 350/15 350/19 353/2
 353/21 366/7 376/11 378/18 381/25
 383/23 383/25 392/3 397/16 405/9
 406/12 410/5 416/9
moved [1]  334/2
moves [3]  298/21 306/8 310/7
moving [2]  389/12 394/18
Mr [24]  229/6 229/8 229/9 229/15
 234/23 247/6 249/1 250/15 250/19
 255/2 259/17 262/3 265/22 266/15
 286/20 294/19 327/11 365/18 374/4
 378/1 391/13 416/23 416/24 417/16
Mr. [230]
Mr. Brock [31]  242/4 257/23 261/25
 262/2 262/4 262/9 266/18 267/17 269/3
 269/11 285/19 285/25 286/1 286/3
 286/7 286/10 286/14 287/6 293/17
 294/4 297/8 298/6 298/25 304/9 304/25
 309/16 312/15 317/22 321/17 323/24
 326/3
Mr. Driedger [1]  244/19
Mr. Egli [108]  231/5 232/11 232/16
 232/24 233/10 233/13 234/18 238/5
 240/10 240/13 240/18 241/8 243/18
 243/22 244/3 244/20 245/2 245/4
 245/22 246/1 246/14 247/4 247/11
 247/25 248/8 248/14 248/16 248/23
 248/24 249/4 249/13 249/16 249/22
 250/6 250/18 251/7 254/24 256/12
 256/16 257/14 257/16 258/19 259/7
 259/10 261/14 261/21 261/24 267/11
 268/21 269/24 270/4 280/6 280/23
 283/19 284/7 284/16 285/10 285/14
 285/23 286/1 286/16 286/24 287/4
 287/7 288/21 289/10 297/3 297/9
 298/18 302/4 302/23 303/2 304/11
 305/1 307/5 308/21 309/3 310/22 311/7
 311/20 316/9 317/18 318/2 318/6 319/2
 319/14 325/19 330/11 334/23 341/23
 378/20 382/1 394/4 397/18 410/12
 412/9 414/9 415/10 417/13 417/18
 418/2 420/25 422/11 423/20 424/17
 425/6 427/4 427/13
Mr. Egli's [27]  233/3 233/7 244/5 244/14
 258/7 258/24 285/6 285/14 285/21
 286/4 286/5 286/11 286/15 286/18
 287/6 289/6 298/11 299/19 300/20
 304/8 306/22 318/18 321/24 324/23
 330/24 391/3 422/8
Mr. Evans [14]  288/3 288/8 288/9
 288/17 327/13 328/19 331/7 335/3
 352/20 363/4 378/5 384/20 395/4 409/2
Mr. Freeman [6]  250/16 254/13 254/14
 254/22 424/21 424/22
Mr. Ross [4]  287/21 396/7 419/24
 422/22
Mr. Steele [37]  231/5 234/19 238/14
 239/8 239/10 240/15 241/3 241/18
 252/22 253/16 253/23 254/17 254/19
 254/23 254/25 255/6 255/15 255/17
 256/10 257/1 257/18 258/7 258/17
 258/24 259/2 259/13 260/24 261/9
 261/10 261/15 261/22 266/11 266/15
 283/19 325/23 425/12 425/12

Mr. Steele's [2]  257/12 260/17
MRU [6]  373/11 373/12 373/24 374/5
 374/6 374/10
Ms [9]  228/6 228/8 257/25 257/25
 258/3 304/2 316/12 361/9 361/13
Ms. [16]  231/5 251/2 257/9 258/16
 260/11 272/13 272/22 290/9 290/18
 293/12 293/15 294/18 312/20 312/25
 361/19 411/13
Ms. Behrens [8]  231/5 257/9 258/16
 260/11 272/13 290/9 290/18 312/25
Ms. Ford [7]  251/2 272/22 293/12
 293/15 294/18 361/19 411/13
Ms. Ford's [1]  312/20
much [10]  235/2 236/7 251/17 272/18
 277/5 292/19 361/4 376/23 381/6
 420/17
multiple [1]  321/14
music [4]  245/6 245/7 245/9 245/10
must [32]  232/23 233/14 262/20 269/7
 270/11 270/11 270/14 271/12 274/21
 274/22 275/5 275/6 275/15 275/17
 275/24 276/4 277/9 277/12 279/17
 279/23 280/21 282/2 283/4 299/15
 299/24 299/25 300/7 300/12 301/3
 301/6 301/15 417/7
mutter [1]  427/19
muttering [1]  231/11
my [89]  233/19 233/24 236/3 236/4
 236/9 236/12 236/15 236/18 238/14
 238/20 239/4 239/6 239/7 239/8 239/25
 240/5 241/21 242/14 250/4 251/14
 251/16 252/22 253/11 253/13 253/15
 253/18 254/10 254/23 255/5 257/20
 263/16 264/24 265/2 267/18 268/2
 271/18 271/21 272/1 273/16 273/24
 277/15 278/25 279/1 279/20 282/22
 284/20 289/11 290/5 290/8 290/10
 290/19 291/2 291/15 291/24 292/17
 292/21 294/1 310/5 310/5 312/7 312/7
 322/19 327/8 330/22 335/14 337/6
 338/14 359/13 359/23 359/25 360/2
 382/9 382/21 384/23 384/24 385/20
 387/18 392/18 407/13 407/25 408/5
 408/11 408/15 412/8 423/19 424/5
 424/14 425/20 428/15
myself [6]  251/15 255/20 255/21 257/11
 293/2 354/14
mysociety74 [1]  407/10

**N**

name [37]  242/12 242/14 242/22
 243/14 285/5 287/25 293/24 294/1
 295/21 296/20 310/5 312/7 327/6 327/8
 327/22 342/11 366/16 366/17 369/3
 369/7 369/11 369/22 370/11 372/15
 377/18 382/7 384/18 385/16 387/16
 387/18 388/6 390/5 394/16 401/5
 407/11 407/20 428/15
named [1]  428/11
names [6]  358/2 358/16 372/5 373/20
 395/25 396/1
Natasha [1]  371/3
Nate [2]  244/13 302/14
Nathan [1]  252/6
nation [4]  284/6 289/6 291/16 394/2
nature [2]  239/5 295/12
near [1]  283/23
necessarily [3]  267/8 359/15 392/18

necessary [3]  275/4 278/15 425/8
need [34]  233/9 233/22 234/7 234/12
 239/6 253/25 256/2 256/14 259/17
 260/21 261/20 261/24 263/22 269/6
 270/20 271/2 293/10 293/18 303/16
 412/23 413/12 414/12 414/13 414/20
 415/1 415/15 415/17 416/4 416/14
 416/16 416/19 421/25 422/17 424/11
needed [1]  302/16
needing [1]  249/14
needs [2]  416/8 423/9
negative [1]  273/5
neighbor's [2]  247/9 309/14
neighbors [1]  284/4
neither [1]  286/8
Network [1]  329/12
networking [1]  329/12
never [3]  260/3 291/19 339/6
new [16]  232/2 232/5 233/2 233/8 234/3
 238/4 260/21 287/16 293/5 317/20
 384/21 390/21 390/23 398/19 408/3
 408/9
news [2]  281/18 281/20
next [20]  245/16 251/12 259/22 259/23
 260/7 260/13 265/22 299/17 300/15
 326/17 346/21 355/20 369/10 386/8
 387/4 391/7 392/10 399/5 400/20
 404/11
nice [2]  239/8 369/19
night [3]  237/2 283/4 405/5
nine [3]  370/17 382/3 382/4
no [151]  226/7 229/13 229/14 229/17
 229/21 229/22 229/23 229/24 230/1
 230/5 230/12 230/13 230/14 231/15
 233/9 237/25 238/14 238/15 245/13
 245/21 246/13 247/8 247/24 248/10
 248/18 248/25 249/3 249/6 249/9
 249/12 249/17 250/10 250/21 251/21
 252/23 253/4 254/8 254/15 255/6
 256/21 261/15 265/3 265/5 265/15
 267/4 267/20 267/21 267/22 268/3
 268/12 268/16 269/4 269/5 271/12
 276/3 280/17 284/15 289/21 291/14
 294/11 295/4 299/14 299/23 300/5
 300/22 301/2 303/21 305/13 306/10
 309/5 309/10 310/8 311/21 312/2
 312/11 313/15 313/24 313/25 314/11
 314/18 315/8 315/17 316/3 316/19
 318/8 319/16 322/3 322/23 323/4
 323/21 324/10 324/16 325/8 325/17
 326/7 326/10 326/11 326/13 331/3
 334/24 336/11 336/14 337/14 337/16
 337/16 338/2 338/19 338/22 341/21
 341/24 344/12 345/6 346/6 347/16
 349/7 350/18 350/22 353/4 353/23
 360/18 361/3 362/1 365/3 366/9 371/7
 372/23 374/24 376/13 377/15 377/20
 378/21 380/25 380/25 382/4 383/11
 383/19 384/10 386/20 386/23 392/5
 394/13 397/19 405/10 407/3 407/17
 407/20 408/12 409/12 409/25 421/11
 421/22
no-longer [1]  261/15
No. [9]  306/20 310/13 312/3 313/19
 315/20 331/2 367/20 408/1 408/6
No. 1 [1]  315/20
No. 13 [1]  408/1
No. 20 [1]  408/6
No. 23 [1]  331/2

**N**

No. 5 [1]  306/20
No. 50 [1]  367/20
No. 6 [1]  313/19
No. 7 [2]  310/13 312/3
nobody [1]  343/22
nodding [1]  327/14
Non [1]  340/1
Non-verbal [1]  340/1
none [4]  316/10 355/10 421/1 421/4
normally [1]  380/5
not [259]
note [3]  283/2 401/9 401/11
note-taking [1]  283/2
noted [2]  241/17 383/20
notes [7]  282/24 282/25 283/4 283/5
 283/6 283/7 283/9
nothing [9]  242/8 246/23 247/16 261/20
 293/20 327/3 338/2 387/13 426/20
notice [8]  236/24 237/1 258/25 306/14
 308/15 312/16 331/14 340/17
noticed [3]  245/17 286/10 333/4
notices [1]  272/5
noting [1]  422/18
now [74]  236/20 238/17 238/18 238/19
 238/20 239/9 241/2 242/7 243/16
 251/10 253/11 255/15 258/14 261/14
 261/20 262/3 263/3 267/12 271/4 273/1
 273/15 273/20 274/4 278/4 278/10
 280/1 284/19 287/3 287/16 291/21
 293/19 302/7 304/9 306/13 308/21
 310/11 311/22 312/14 316/20 323/24
 327/2 330/11 331/13 333/1 334/5
 340/20 342/8 348/8 350/1 351/9 352/20
 353/8 357/6 361/14 363/18 364/9 369/7
 371/5 371/19 373/9 375/19 378/5
 385/22 386/3 387/12 389/3 395/4
 396/11 401/15 402/14 403/18 405/13
 410/14 419/13
nude [1]  321/7
number [48]  229/2 278/22 285/25 301/5
 305/19 305/19 312/19 313/22 313/23
 314/14 315/4 315/5 315/18 315/19
 316/4 316/5 323/17 323/18 324/13
 335/13 335/22 336/5 339/18 339/20
 340/17 345/1 345/24 346/18 347/19
 347/20 347/21 348/10 348/12 351/19
 351/21 351/24 352/9 365/12 367/14
 373/15 377/10 377/12 382/2 395/23
 409/2 418/9 420/6 423/14
numbers [7]  312/24 331/25 332/2 332/3
 339/22 406/4 406/6
numerous [3]  285/1 308/15 381/5

**O**

oath [5]  272/22 273/19 273/22 276/14
 282/4
Oberg [2]  240/7 240/9
obfuscates [1]  343/13
object [5]  236/22 237/7 238/10 265/19
 279/8
objected [1]  279/20
objecting [1]  267/11
objection [18]  257/11 279/10 279/11
 279/13 294/10 310/8 314/11 315/8
 316/9 318/6 318/7 322/3 334/23 334/24
 341/23 349/7 382/1 382/4
objectionable [2]  291/1 291/11
objections [15]  241/17 270/8 276/9

279/19 279/24 294/11 306/10 313/15
 318/8 323/21 350/18 350/22 378/20
 378/21 397/19
obligation [1]  236/18
observe [4]  244/22 281/20 319/12
 326/5
observed [4]  245/4 278/5 278/7 285/25
observes [1]  300/2
obtain [1]  391/2
obtained [4]  306/15 391/6 391/8 391/13
obviously [6]  233/22 234/4 234/8 258/4
 352/7 421/16
occur [1]  244/17
occurred [2]  269/24 278/1
OCTOBER [2]  226/15 230/19
off [14]  283/15 303/22 338/5 338/15
 359/13 363/4 382/7 382/9 385/20 407/3
 411/2 412/8 426/14 426/16
offended [1]  417/3
Offender [3]  243/10 243/11 296/10
offends [1]  401/14
offense [4]  232/2 295/12 414/11 414/14
offenses [1]  296/13
offered [3]  240/18 240/20 255/4
offering [1]  347/8
office [32]  227/3 234/1 234/16 237/16
 239/20 242/25 243/2 245/20 247/23
 251/24 253/3 253/25 254/6 254/8 286/9
 286/22 295/24 295/25 296/2 296/8
 300/8 300/8 301/6 307/3 316/23 316/24
 317/1 324/21 325/9 390/15 390/16
 391/3
officer [17]  242/3 243/5 244/13 245/17
 262/21 263/22 269/4 269/16 271/13
 285/5 285/6 285/18 299/24 300/1
 302/14 316/18 325/7
Officer Charles [1]  242/3
Officer Nate [2]  244/13 302/14
officers [2]  264/10 317/4
official [1]  255/5
officially [2]  238/15 238/17
often [3]  319/19 330/5 394/10
oftentimes [5]  328/7 394/15 404/10
 404/14 404/16
oh [14]  237/20 246/24 261/5 262/1
 303/21 318/4 326/22 336/1 341/21
 354/11 358/22 381/24 425/11 425/25
okay [146]  231/11 235/1 235/5 237/4
 237/21 238/12 238/24 245/16 246/1
 248/8 250/5 251/3 251/13 252/20
 254/23 262/6 262/14 263/9 263/12
 263/17 263/20 264/3 264/16 264/24
 265/7 265/14 265/16 267/1 267/5
 267/24 268/1 268/8 269/22 271/4
 271/17 272/3 291/23 293/16 294/17
 296/8 297/22 300/22 302/3 303/10
 304/6 304/18 304/20 304/23 307/10
 314/1 314/19 314/24 315/4 315/21
 316/14 317/17 318/3 321/9 323/5
 323/15 324/17 325/6 325/9 325/16
 326/8 330/11 331/10 331/13 331/24
 332/5 336/8 337/15 338/20 338/24
 339/17 343/3 345/4 349/18 349/21
 350/1 350/21 351/6 351/9 352/20
 354/11 355/11 356/20 359/16 359/22
 361/8 362/2 362/8 363/18 367/11 368/9
 368/24 369/2 370/6 372/4 375/19
 376/10 376/25 377/6 377/15 377/17
 377/24 380/14 381/1 381/12 381/18

382/11 382/15 383/12 384/9 384/16
 385/21 386/2 386/21 388/24 390/1
 391/15 396/5 396/25 400/7 402/9 403/1
 407/4 407/10 407/15 408/23 408/25
 409/13 410/11 410/21 411/18 413/20
 416/21 416/24 416/25 417/13 421/18
 424/19 426/18 427/8 427/20 427/21
old [14]  283/23 284/2 284/3 284/8 289/4
 289/7 289/12 369/4 369/17 402/5
 402/12 407/25 408/15 414/17
once [14]  287/12 289/17 324/24 337/16
 338/14 339/5 355/16 356/4 358/24
 374/8 380/14 391/6 392/9 420/15
one [93]  237/5 237/5 256/6 262/14
 266/3 267/15 267/18 267/25 269/23
 270/17 270/17 271/8 272/9 274/2 277/2
 277/2 277/23 279/9 279/21 280/3 280/8
 284/15 287/24 289/21 290/18 291/25
 292/1 292/3 292/10 294/16 302/17
 308/24 309/22 310/4 312/6 331/14
 335/15 335/19 336/2 339/13 339/15
 342/22 343/7 343/7 343/24 344/19
 345/19 347/4 347/4 347/20 350/21
 351/13 364/7 366/12 367/16 368/25
 370/7 370/11 370/14 375/8 375/21
 377/7 377/21 379/1 379/18 381/23
 382/6 385/15 387/22 387/24 392/25
 396/2 396/21 397/4 397/23 398/1
 398/16 399/8 400/10 403/2 403/20
 405/3 407/6 407/8 408/2 409/12 412/3
 415/1 420/7 422/24 423/22 424/24
 426/16
one's [1]  382/7
ones [1]  270/23
Onion [1]  380/4
online [6]  284/1 284/10 359/13 359/14
 388/20 407/18
only [16]  236/3 236/5 245/11 268/5
 270/23 274/3 275/4 276/13 279/21
 286/24 292/2 417/11 417/23 417/25
 418/19 426/4
open [15]  256/2 257/5 273/17 281/2
 308/4 308/8 308/15 308/18 311/13
 311/15 320/17 364/12 364/17 371/22
 373/11
open/saved [1]  373/11
opened [6]  286/9 320/25 372/12 373/12
 373/25 375/9
opened/satisfied [1]  373/12
opened/saved [1]  373/25
opening [19]  256/13 256/15 256/20
 256/22 256/22 256/24 257/1 258/20
 269/19 276/8 280/2 280/3 280/6 283/11
 283/13 284/20 289/24 290/1 394/17
operating [15]  336/22 336/22 337/1
 337/2 337/5 337/18 337/19 337/24
 357/23 357/24 359/7 364/4 364/5 364/8
 364/14
opinion [5]  231/25 263/14 264/3 277/14
 279/1
opinions [1]  270/5
opportunity [28]  233/24 235/15 244/15
 246/25 247/11 258/18 259/11 259/13
 261/25 262/3 284/20 285/23 292/6
 294/4 297/12 297/14 302/8 303/4
 307/25 311/2 318/18 329/17 342/14
 352/3 395/5 398/21 400/15 403/9
opposed [1]  267/12
opposing [2]  253/7 280/13

## O

option [2]  263/3 404/10
order [15]  236/12 258/6 279/15 282/15
 304/15 366/20 371/3 371/25 372/6
 373/24 374/1 374/9 374/10 375/16
 423/9
ordered [2]  255/22 307/8
ordinary [1]  232/1
organized [1]  387/24
original [6]  339/2 354/23 355/1 355/5
 355/10 386/18
originally [1]  421/10
Orrin [1]  226/20
other [42]  239/20 253/2 267/2 275/16
 277/24 281/7 282/11 282/18 283/3
 283/6 288/13 300/12 301/11 305/19
 305/19 311/17 312/16 318/25 319/1
 319/8 319/9 320/24 321/12 337/18
 337/23 337/24 340/3 343/17 359/2
 361/23 362/3 364/22 380/13 384/6
 387/20 393/18 393/25 394/25 402/23
 414/21 420/11 421/15
others [4]  282/1 282/5 421/25 423/15
otherwise [5]  232/20 277/10 278/3
 416/4 428/12
ought [1]  394/23
our [22]  234/1 234/16 266/6 269/4
 293/9 296/15 302/17 302/20 316/23
 317/4 324/22 325/3 335/13 338/22
 339/20 354/13 354/25 414/11 419/10
 422/12 423/12 426/17
out [23]  235/25 237/2 240/6 241/21
 243/20 254/6 254/14 271/9 278/15
 290/12 292/6 297/1 304/2 354/20
 354/24 355/23 379/8 380/11 381/7
 381/8 398/18 403/8 405/15
outlined [1]  265/4
outside [9]  228/3 241/6 254/5 255/10
 277/11 281/15 303/8 305/5 411/25
over [14]  235/8 258/14 260/16 281/7
 281/17 282/15 297/3 330/1 359/2 360/6
 368/14 368/14 390/3 419/23
overcomes [1]  275/12
overly [2]  283/6 283/8
overrule [1]  279/11
overview [1]  280/3
own [8]  276/6 282/5 283/5 283/9 326/8
 337/2 385/17 392/18

## P

P R O C E E D I N G S [1]  231/2
p.m [6]  362/7 362/17 362/19 411/20
 425/17 427/22
package [1]  313/10
packaged [1]  314/8
packaging [2]  314/7 335/14
page [32]  228/2 229/2 230/4 230/5
 299/2 299/4 299/5 299/17 299/17 300/5
 300/15 300/15 324/16 331/15 332/11
 334/10 334/11 334/16 340/3 341/2
 341/5 341/6 341/10 341/17 343/4
 347/21 356/10 365/23 366/14 378/10
 391/22 405/21
pages [5]  226/17 282/10 324/14 399/4
 403/7
painful [1]  260/17
pamphlet [1]  271/9
par [1]  389/14
paragraph [11]  301/2 301/14 333/6

333/8 356/11 363/20 363/20 373/10
 398/13 399/23 401/9
Paragraph 8 [1]  301/14
Pardon [2]  236/25 289/25
parentheses [1]  363/21
parents [2]  285/22 303/1
part [16]  232/4 234/7 284/19 285/14
 285/20 348/16 349/2 355/14 365/6
 368/12 376/3 378/15 389/22 400/4
 409/3 421/14
particular [36]  247/21 285/4 295/6
 299/8 299/21 317/14 322/8 322/9
 328/16 332/8 336/20 337/3 337/17
 337/21 338/22 339/19 343/7 345/8
 348/18 348/19 354/21 356/10 367/19
 368/10 368/12 368/17 377/13 382/23
 385/22 390/22 402/11 406/17 406/20
 406/24 407/16 408/16
particularly [3]  252/15 261/17 272/21
parties [7]  232/9 258/10 277/8 281/8
 282/7 412/13 428/13
partner [1]  377/14
parts [3]  274/20 276/11 277/17
party [1]  424/9
password [16]  247/10 289/11 309/15
 344/4 344/9 344/11 345/10 346/10
 404/12 406/25 407/14 407/15 407/23
 408/4 408/10 408/14
passwords [2]  289/9 408/16
past [6]  238/20 240/22 263/23 264/25
 290/10 290/12
path [5]  367/12 368/7 368/8 368/16
 377/9
patience [1]  290/6
Pause [2]  304/5 425/17
pay [2]  273/24 279/5
peace [1]  239/4
pedo [4]  284/6 289/6 370/7 394/1
pedonation.xyz [6]  376/9 376/18 377/25
 393/23 394/3 408/13
pedophile [2]  283/21 284/7
pedophiles [1]  284/6
peer [2]  379/5 379/5
people [17]  254/10 262/10 262/15 263/7
 263/23 265/9 267/2 281/14 291/1
 291/11 291/16 292/11 292/19 302/20
 380/6 426/8 426/17
perceive [1]  278/3
perform [2]  236/18 336/23
performance [1]  359/7
performed [1]  236/10
perhaps [11]  240/8 240/25 251/7
 254/18 255/12 255/14 273/8 404/18
 416/3 417/23 420/21
period [1]  285/16
periodically [1]  302/20
permit [1]  299/25
permits [1]  277/4
permitted [11]  270/2 284/16 285/2
 286/5 286/12 286/18 287/14 308/21
 309/3 311/20 320/21
persists [1]  275/22
person [8]  251/22 300/7 301/6 343/16
 344/4 366/19 383/15 402/5
personal [2]  239/24 245/24
personally [2]  276/25 292/5
pertaining [1]  394/1
phobe [1]  290/7
phone [13]  248/7 250/3 282/9 287/12

311/2 311/4 311/8 311/11 311/13
 311/17 320/4 320/5 320/8
photo [5]  229/23 229/24 229/25 230/1
 360/4
photograph [6]  350/11 350/13 352/25
 353/19 354/2 354/15
physical [2]  354/16 400/3
physically [2]  249/1 354/9
pick [2]  253/13 260/18
picture [8]  348/25 351/1 353/17 354/19
 358/7 358/8 360/16 420/17
pictures [25]  284/12 292/5 292/8 321/7
 338/15 358/15 358/17 359/10 359/23
 359/25 360/3 360/10 360/11 360/13
 394/19 414/24 414/25 418/6 418/6
 420/23 421/11 421/15 421/22 422/5
 423/12
piece [2]  332/4 379/20
place [6]  248/17 279/23 375/3 399/20
 402/10 428/11
placed [6]  306/13 322/6 331/13 357/1
 358/10 358/24
places [1]  379/10
plain [1]  300/2
Plaintiff [6]  226/6 227/2 242/19 295/17
 327/18 388/2
plan [2]  269/19 292/6
plane [3]  400/19 400/21 400/24
plans [1]  233/6
playing [2]  394/16 394/18
plays [1]  400/4
plea [3]  274/19 290/23 290/23
plead [1]  291/13
pleaded [2]  295/5 295/11
please [66]  237/4 240/13 242/5 242/10
 242/17 243/20 245/8 251/2 262/5
 266/13 266/16 272/17 272/22 272/23
 272/24 273/3 278/18 278/24 282/14
 282/25 283/17 283/18 291/6 293/10
 293/15 293/23 294/24 295/21 297/1
 299/14 299/22 300/22 301/5 301/13
 304/23 312/10 312/23 314/2 314/19
 326/15 326/25 327/5 327/15 327/22
 327/25 335/6 339/8 352/11 353/3 354/8
 363/1 386/25 387/10 387/15 388/6
 391/17 397/16 398/9 399/5 399/12
 400/7 401/22 409/16 411/19 411/21
 427/10
pled [1]  290/12
plugged [2]  245/6 305/10
plus [1]  422/24
PNY [1]  315/15
podium [3]  252/10 252/12 270/5
point [55]  234/10 238/13 240/6 240/9
 240/23 241/2 241/21 243/20 248/8
 248/12 248/16 248/23 249/1 249/7
 249/18 249/22 250/17 251/6 251/9
 252/21 253/22 258/11 260/18 269/1
 280/3 284/24 287/15 293/3 297/1
 304/17 325/9 334/11 348/4 357/4
 360/11 360/23 360/25 363/13 372/2
 372/8 374/16 381/4 391/1 394/10 400/3
 400/4 400/21 418/13 418/16 419/7
 420/19 420/23 423/8 423/14 423/17
pointed [1]  254/14
pointing [2]  346/16 421/3
pointless [1]  253/17
points [2]  332/16 369/4
policies [3]  234/1 329/3 329/5

## P

porn [1] 268/3
pornographic [1] 308/8
pornography [72] 267/20 267/21 267/22
 270/24 274/2 274/7 274/11 284/12
 284/14 284/17 285/1 285/12 286/16
 287/1 287/16 287/19 287/23 288/5
 288/11 288/20 289/14 289/20 290/12
 290/15 290/25 295/7 295/13 308/8
 308/20 309/2 311/16 317/9 317/10
 317/15 317/20 326/5 329/18 329/24
 330/3 330/9 332/22 332/24 371/8
 379/15 389/1 389/12 389/14 389/16
 389/18 390/11 390/12 390/14 390/24
 393/15 394/22 412/2 412/20 413/15
 413/23 414/3 414/15 414/19 415/15
 416/2 419/2 419/3 419/25 420/5 421/3
 423/3 423/6 426/8
portion [1] 337/3
position [9] 241/15 241/15 258/5 414/11
 418/9 419/7 422/10 422/16 424/6
positive [1] 386/1
positively [1] 385/7
possess [7] 274/9 284/16 285/2 286/5
 289/21 291/4 301/3
possessed [2] 288/21 412/10
possesses [1] 290/21
possessing [2] 291/9 300/25
possession [13] 236/4 246/2 247/12
 248/1 274/2 274/6 284/25 285/11
 289/20 295/7 295/13 332/21 420/8
possibility [2] 275/17 393/24
possible [17] 275/12 325/14 333/9
 344/8 344/10 352/12 356/16 357/7
 360/21 371/5 371/6 372/24 383/9
 385/21 386/3 411/12 421/25
possibly [3] 241/10 420/12 420/13
post [2] 282/10 282/20
Post-trial [1] 282/20
postponed [1] 236/15
potential [4] 317/19 363/6 404/17 417/1
pound [1] 251/16
powered [1] 308/2
powerful [1] 275/6
practical [2] 337/7 338/9
pre [1] 403/17
pre-teen [1] 403/17
preacher [2] 402/1 402/7
precedent [1] 236/1
precisely [1] 418/7
prefer [3] 255/10 417/6 427/5
preference [1] 293/12
preferred [1] 389/10
preliminary [9] 232/12 232/21 233/15
 233/23 234/8 234/12 238/8 271/18
 273/8
premises [2] 300/13 301/11
preparation [1] 259/4
prepare [10] 233/23 234/8 235/15 257/1
 258/7 258/20 258/20 258/22 259/18
 306/6
prepared [13] 234/13 255/21 256/11
 257/13 270/17 294/23 306/4 306/4
 330/23 383/22 393/7 395/13 403/21
preparing [3] 255/19 255/20 259/15
preponderance [1] 231/21
prepubescent [1] 401/18
presence [4] 228/3 287/22 395/1 412/1
present [14] 243/4 261/10 274/25

278/17 280/17 280/18 280/19 296/2
 304/14 326/9 388/12 415/3 422/12
 423/12
presented [10] 238/5 256/15 257/5
 268/18 279/7 280/8 280/10 280/16
 280/20 282/18
preserve [1] 412/23
preserving [1] 412/22
press [1] 263/9
presume [1] 274/22
presumes [1] 275/20
presumption [1] 275/21
Preteen [2] 369/14 369/18
pretrial [1] 231/8
pretty [5] 234/2 265/20 361/22 401/18
 402/10
prevent [2] 283/2 354/18
previously [25] 267/6 269/7 297/24
 305/22 309/10 309/16 311/22 317/22
 321/17 323/25 330/17 334/5 341/4
 348/21 350/20 352/20 353/15 365/18
 375/19 381/13 381/13 382/12 391/15
 396/9 409/13
primarily [2] 232/10 296/12
print [2] 403/8 405/15
printable [1] 333/18
prior [10] 243/9 243/10 248/6 286/13
 296/8 296/10 307/12 311/1 388/18
 425/5
Prisoner's [1] 235/22
privy [1] 241/7
pro [6] 227/11 235/22 240/5 255/20
 270/1 270/10
probability [1] 277/25
probably [6] 293/1 304/15 311/1 361/25
 411/8 415/22
probation [35] 242/2 242/25 243/2
 243/5 244/13 245/19 247/23 271/13
 285/5 285/6 285/18 286/9 286/11
 292/10 295/24 295/25 296/8 299/24
 300/1 300/8 302/14 307/3 316/18
 316/23 316/24 316/25 324/21 325/7
 325/9 390/9 390/15 390/16 391/3
 391/10 393/22
probationary [1] 269/4
problem [2] 292/19 400/21
problems [4] 237/17 281/23 290/13
 417/1
procedure [7] 235/21 235/21 252/17
 276/18 282/14 350/4 353/13
procedures [2] 329/4 329/5
proceed [13] 231/13 233/5 233/25
 234/4 234/6 235/7 235/14 238/7 251/15
 255/14 255/19 261/19 415/6
proceeding [2] 238/2 261/4
proceedings [7] 232/8 233/9 236/2
 236/22 237/7 428/6 428/10
proceeds [1] 232/21
process [14] 235/16 236/13 260/16
 260/17 260/22 329/2 344/10 354/10
 354/22 355/12 355/14 355/21 356/22
 360/9
produce [1] 333/16
produced [1] 274/14
program [6] 338/21 343/23 343/24
 358/20 375/9 379/5
programs [4] 343/24 356/4 364/17
 378/13
prohibited [2] 300/1 300/25

prohibition [2] 233/3 234/7
projector [1] 310/13 312/16 323/2
 331/13 335/17 340/14 378/25 393/5
 395/18 407/3 408/23
promise [1] 273/23
promises [3] 249/10 249/11 265/2
prompt [1] 272/19
prong [1] 413/24
proof [7] 275/5 275/8 275/8 275/11
 277/1 277/2 280/25
proper [1] 239/25
properly [3] 255/14 258/7 266/6
property [11] 229/7 229/16 306/2 306/3
 313/20 313/22 314/14 315/4 316/4
 321/22 321/23
propose [3] 233/14 260/1 424/23
proposed [6] 232/12 279/8 279/10
 412/20 421/6 421/9
proposes [1] 415/25
prosecute [2] 232/16 233/6
prosecution [8] 237/6 273/25 274/21
 275/1 280/2 280/16 280/19 418/4
Prosecution's [4] 275/5 275/22 280/8
 280/9
Prosecutor [4] 280/7 280/23 280/24
 291/21
protect [2] 236/12 236/18
proud [1] 291/17
prove [9] 274/21 274/24 274/25 275/4
 293/3 386/4 418/4 418/5 423/11
provide [4] 236/20 293/13 392/24
 395/10
provided [12] 236/16 259/7 288/18
 298/3 298/4 324/22 384/2 395/4 417/11
 424/16 424/17 425/12
providing [2] 236/9 240/16
proving [1] 275/1
PTHC [2] 369/11 369/12
puberty [1] 283/24
PUBLIC [1] 227/15
publish [1] 294/9
pull [2] 327/24 401/5
pulled [1] 405/19
pulling [1] 360/3
punishment [1] 232/2
purchased [1] 310/25
purported [1] 317/18
purpose [7] 244/7 278/19 288/3 302/15
 318/21 358/12 358/13
purposes [2] 392/10 401/19
pursuant [6] 236/13 286/21 300/13
 301/12 363/6 402/6
purview [2] 419/10 423/12
push [3] 263/10 263/24 290/8
pussy [1] 369/19
put [14] 256/20 340/14 353/10 359/23
 360/7 378/25 379/14 383/10 385/10
 393/5 400/22 408/23 409/3 426/11
puts [4] 343/15 355/25 356/23 379/10
putting [2] 335/17 407/2
puzzles [1] 384/20

## Q

qualified [1] 238/22
qualify [1] 291/12
question [15] 231/12 262/14 264/17
 265/22 269/13 269/14 277/14 279/13
 279/14 326/3 363/10 386/3 386/6
 413/15 416/7

questioned [3]  232/5 280/12 304/12
questioning [3]  270/2 280/11 294/3
questions [26]  232/6 233/17 249/5
 249/8 249/11 250/10 255/1 262/12
 263/8 266/20 267/7 267/10 267/12
 269/3 269/6 269/8 269/13 269/24 270/4
 271/12 276/9 277/15 281/10 325/17
 382/21 384/10
quick [1]  237/21
quicker [1]  373/17
quickly [7]  234/2 234/4 358/18 358/20
 358/21 364/5 364/17
quite [2]  259/11 390/16
quote [4]  232/1 273/20 273/21 273/21
quoting [1]  421/4

R

R-E-T-O [1]  369/4
R-O-S-S [1]  387/19
radar [1]  426/12
rainy [1]  272/21
raise [8]  232/9 233/10 242/5 255/1
 258/18 272/23 326/25 387/10
raised [1]  231/12
ramifications [1]  240/10
ran [1]  356/4
rap [1]  348/9
rather [4]  231/21 272/21 358/16 417/20
RCFL [13]  288/3 328/7 328/9 328/10
 328/12 328/24 329/16 329/23 330/8
 392/12 392/13 392/15 395/23
re [2]  367/9 394/20
re-create [1]  394/20
re-double-clicking [1]  367/9
reach [5]  273/19 281/2 304/6 412/14
 416/16
reaches [1]  400/4
reaching [2]  280/21 282/17
reaction [3]  420/18 420/20 420/21
read [13]  274/4 281/17 290/19 301/13
 355/23 355/25 398/15 398/16 399/4
 399/12 401/15 402/2 419/11
readable [1]  343/16
reading [2]  283/25 403/18
ready [7]  235/14 259/1 263/18 263/18
 304/6 304/18 427/11
real [1]  275/16
really [9]  236/7 241/14 264/7 267/11
 293/5 355/23 419/5 420/23 423/17
reason [7]  248/24 253/2 254/8 265/4
 284/17 289/21 361/5
reasonable [21]  231/23 232/18 262/17
 263/2 263/7 263/10 266/7 274/22 275/2
 275/6 275/8 275/23 275/24 289/19
 300/9 300/9 300/10 301/7 301/8 301/8
 305/16
reasons [2]  237/10 265/4
recall [24]  240/24 244/1 244/5 246/5
 267/23 268/3 268/5 268/6 278/4 279/4
 297/8 306/25 307/5 308/19 320/25
 330/11 331/7 367/19 382/7 382/9 390/4
 390/7 391/1 409/4
receipt [14]  229/7 229/16 306/2 306/3
 306/6 312/4 313/20 313/22 314/15
 315/4 315/18 316/4 321/22 321/23
receive [3]  279/20 332/4 384/21
received [55]  253/24 294/12 294/14
 298/22 298/24 306/11 306/12 307/7

310/9 310/10 312/12 312/13 313/16
313/17 314/12 314/13 315/9 315/10
316/15 318/9 318/11 322/4 322/5
323/22 323/23 324/11 324/12 331/4
331/5 334/25 335/2 341/20 341/25
342/1 349/8 349/9 350/23 350/25 353/5
353/6 353/24 353/25 366/10 366/11
376/14 376/15 378/22 378/24 382/5
392/6 392/7 397/15 397/21 405/17
424/25
receiving [2]  235/25 328/15
recent [16]  285/13 368/8 368/10 368/11
 368/12 368/19 368/21 368/22 368/23
 368/23 368/25 370/21 370/24 374/5
 374/6 374/11
recently [5]  370/25 370/25 373/13
 373/15 374/8
recess [10]  237/23 261/8 278/17 281/4
 362/4 362/8 362/17 411/18 427/9
 427/22
recessed [1]  426/21
recesses [1]  281/5
recognize [48]  298/8 305/23 309/18
 310/2 311/23 312/5 313/5 313/8 314/6
 314/20 315/12 315/22 317/24 321/19
 322/13 322/15 322/17 323/6 323/8
 324/1 330/19 334/7 335/10 335/12
 339/11 341/7 344/17 345/15 347/2
 347/13 348/22 350/8 352/22 365/20
 365/22 375/25 378/6 379/19 381/14
 391/17 391/18 395/20 396/23 396/24
 397/1 397/7 404/21 409/18
recognized [1]  397/23
recollection [1]  382/11
record [19]  237/8 240/5 241/24 242/13
 243/23 257/12 259/15 261/19 261/20
 279/16 283/15 293/24 297/5 298/3
 303/16 313/18 327/6 387/16 419/6
reduce [4]  418/9 419/13 423/14 423/18
reduced [1]  422/21
refer [3]  339/22 380/6 427/3
reference [1]  346/22
referenced [7]  313/19 345/21 346/13
 382/17 389/3 391/22 409/25
referencing [3]  318/13 318/16 396/3
referred [3]  328/7 363/23 402/18
referring [3]  363/19 365/24 392/1
refers [1]  404/6
reflect [3]  243/23 297/5 351/1
reflected [4]  335/18 344/23 351/16
 352/7
refresh [1]  268/2
regard [1]  329/6
regarding [1]  363/5
regardless [2]  280/14 386/16
regards [3]  399/21 401/18 402/10
regional [4]  288/2 328/5 388/13 392/14
registry [3]  373/11 373/25 374/6
regularly [1]  287/10
reiterating [1]  240/4
relate [1]  332/21
related [9]  277/15 281/19 304/9 332/24
 340/4 374/5 374/20 375/24 378/1
relationship [1]  241/5
relative [1]  288/7
relatively [1]  284/21
release [31]  231/7 231/14 231/19 232/6
 232/17 232/24 233/3 233/7 233/14
 234/7 238/3 261/12 269/12 285/15

285/16 290/13 291/8 297/15 297/17
298/12 298/13 298/19 300/11 301/9
302/4 308/24 309/4 317/19 320/20
390/18 390/19
released [2]  239/9 252/22
releasing [1]  253/22
relevant [4]  231/19 235/25 277/16
 278/19
relieved [1]  254/19
rely [2]  283/5 283/9
remain [4]  241/18 360/8 371/10 385/2
remaining [2]  418/23 421/15
remains [1]  358/25
remarks [1]  257/1
remember [13]  245/16 266/2 266/19
 266/25 267/19 270/11 272/19 275/19
 282/24 283/7 293/3 362/14 404/12
remind [2]  240/19 276/10
reminds [1]  424/22
remnant [1]  374/10
remove [4]  338/5 338/15 339/5 354/20
removed [4]  252/8 252/21 349/13 359/1
render [2]  273/2 273/21
repeat [4]  242/22 245/8 291/5 313/21
repeatedly [1]  261/16
replace [1]  255/16
report [48]  229/20 230/3 259/12 281/21
 301/15 330/22 330/23 331/11 333/4
 333/11 333/17 333/20 334/17 335/18
 339/18 340/2 340/25 344/23 345/21
 346/12 347/7 347/15 347/22 348/8
 348/9 351/16 352/7 356/9 356/25
 357/10 360/20 363/18 365/25 373/9
 375/21 376/3 378/15 379/23 382/24
 383/22 384/2 393/6 395/4 395/13
 395/13 395/25 403/21 409/3
reported [2]  226/20 428/7
reports [2]  258/21 281/18
represent [4]  254/16 261/18 276/1
 276/16
representation [7]  239/25 358/3 358/6
 405/25 406/1 406/9 423/23
REPRESENTATIVE [2]  252/2 252/6
representatives [1]  251/24
representing [5]  240/12 257/17 261/22
 270/1 423/20
request [23]  237/13 237/14 237/15
 237/16 249/15 255/4 256/13 258/5
 261/14 271/20 278/24 278/25 340/4
 356/2 374/5 374/20 375/24 376/8 378/1
 378/1 392/20 392/22 393/10
requested [10]  236/3 238/15 256/16
 328/17 332/10 332/14 375/23 376/6
 376/7 393/9
requesting [4]  236/14 236/17 239/19
 393/2
requests [1]  249/13
require [4]  232/19 275/11 337/1 417/25
required [5]  249/4 269/13 273/16
 392/24 414/18
requires [1]  232/17
research [3]  235/23 281/18 338/11
researching [1]  364/25
residence [24]  244/5 244/14 248/11
 248/12 249/18 285/21 287/8 300/7
 301/6 302/9 302/15 302/23 303/2 303/7
 305/2 306/5 318/19 318/21 319/6
 321/24 324/6 324/23 391/4 391/24
residents [2]  300/13 301/11

## R

residual [1]  338/2
resolution [1]  282/16
resources [1]  292/23
respect [5]  246/14 260/15 285/13
 330/11 373/19
respectfully [2]  236/14 258/5
response [5]  246/5 247/15 264/20
 269/10 307/16
responsible [1]  427/14
rest [1]  411/11
restrain [1]  249/1
restrained [3]  235/3 250/18 251/15
restroom [2]  303/24 304/3
restrooms [1]  281/11
resubmitted [1]  424/18
result [5]  277/22 282/12 287/3 340/10
 395/10
results [6]  333/11 333/13 333/15 334/10
 340/12 340/13
retention [1]  241/1
retried [1]  282/23
retrieve [1]  404/14
return [4]  260/20 318/18 328/18 350/4
returned [1]  287/6
returning [1]  318/21
revealed [2]  287/8 287/9
review [14]  236/4 259/11 259/13 297/15
 328/18 342/14 393/19 395/5 398/21
 400/15 403/9 404/15 410/17 425/14
revocation [3]  232/1 300/12 301/10
Reynolds [1]  402/1
rid [2]  371/14 394/24
right [146]  231/4 232/3 232/8 233/17
 234/17 234/24 235/10 236/20 237/9
 237/11 237/20 238/18 239/14 240/2
 240/21 241/16 242/5 251/4 251/19
 251/23 252/20 253/21 254/2 255/2
 255/6 255/11 256/3 256/5 256/17
 256/23 257/6 257/8 259/5 261/1 261/9
 261/10 263/3 265/23 266/16 266/17
 268/11 268/13 268/20 269/9 269/17
 269/21 270/22 271/15 272/23 273/7
 276/3 280/7 283/11 283/16 289/23
 293/7 294/10 299/1 299/23 304/17
 304/25 308/25 312/8 326/25 327/10
 328/21 331/13 331/20 331/22 332/5
 333/8 336/3 340/2 340/5 341/11 344/1
 347/11 349/15 349/17 349/18 351/7
 351/24 353/8 354/5 357/14 361/11
 362/2 363/1 364/7 367/12 369/15
 370/12 372/21 374/13 375/9 375/12
 376/23 377/19 378/16 384/12 385/18
 385/20 385/22 386/8 387/1 387/4 387/7
 387/10 387/18 388/6 393/16 393/18
 396/25 400/5 402/16 403/4 403/9
 403/19 405/12 405/16 406/12 407/2
 408/1 408/7 410/17 410/21 411/21
 412/5 413/5 413/8 413/13 414/7 415/2
 415/4 415/9 416/18 416/21 420/8
 420/24 422/3 422/7 422/20 424/8
 425/13 425/23 427/8
right-click [1]  364/7
rights [5]  236/12 236/16 236/19 239/7
 241/21
righty [1]  342/10
rise [6]  272/15 303/20 304/21 362/6
 362/18 411/19
risk [1]  302/21

risking [1]  411/7
Robert [4]  227/14 276/16 276/19
 276/21
robert.steele [1]  227/17
room [21]  226/21 244/18 246/7 246/8
 246/22 266/4 281/1 283/1 283/4 286/4
 303/8 305/17 306/23 307/14 319/12
 361/12 411/10 411/16 411/17 416/10
 419/11
Ross [36]  287/17 287/21 287/21 288/16
 288/19 288/19 288/22 289/1 289/5
 289/9 289/13 332/10 332/14 332/17
 342/23 357/4 378/2 384/3 387/6 387/18
 387/19 388/1 388/7 393/8 396/7 396/7
 408/23 414/25 416/7 418/14 419/21
 419/24 420/4 421/24 422/22 423/15
rouse [1]  427/8
Router [1]  380/4
routinely [1]  267/2
row [2]  406/23 406/25
rows [1]  406/20
RPR [3]  226/20 428/7 428/19
rule [1]  279/9
rules [9]  235/20 235/21 235/22 236/1
 267/9 278/21 279/7 279/8 282/14
ruling [2]  252/14 257/11
rulings [1]  279/20
run [2]  304/2 329/11
running [1]  320/10

## S

S-T-A-C-E-Y [1]  327/8
SA [2]  332/13 393/8
Sadly [1]  260/23
safe [3]  248/7 311/11 410/23
said [51]  240/24 241/14 246/18 246/24
 247/16 249/18 254/6 261/11 264/1
 265/25 266/2 267/21 268/3 269/18
 278/10 282/25 283/6 284/19 290/22
 291/7 291/13 292/8 292/14 299/11
 305/4 307/17 310/24 319/19 330/18
 340/15 362/20 363/25 365/25 377/25
 380/20 381/1 383/12 383/22 384/20
 384/21 388/22 397/23 407/11 413/18
 417/13 417/16 420/25 421/10 425/4
 428/10 428/13
sake [1]  337/6
Salt [5]  226/21 227/4 227/16 231/1
 428/4
same [13]  232/3 237/10 252/12 267/9
 270/14 343/4 355/12 370/8 373/10
 377/9 385/2 385/25 389/14
sampling [1]  406/10
sat [1]  393/7
satisfied [1]  373/12
Saturday [1]  253/13
save [3]  245/24 404/10 405/15
saved [5]  270/6 359/18 373/11 373/25
 408/19
saves [1]  375/2
saw [9]  276/25 286/3 286/15 305/10
 309/2 313/9 354/19 372/5 385/13
say [81]  239/3 245/1 246/17 250/2
 253/7 253/8 253/25 254/9 261/20 262/9
 262/17 263/3 263/23 265/15 265/16
 266/8 267/14 267/19 267/22 269/1
 273/3 280/11 290/10 290/16 292/8
 292/21 293/6 297/17 298/13 302/18
 306/3 307/5 307/19 307/22 309/2

309/13 309/22 310/23 320/7 320/12
 326/8 333/5 336/12 336/25 338/4 340/9
 356/21 358/14 358/19 360/20 361/25
 366/25 368/9 368/11 368/14 370/24
 371/9 371/9 375/12 375/21 376/5
 378/12 380/23 383/2 385/5 385/21
 386/17 388/24 389/22 389/24 392/13
 401/9 405/3 412/6 412/7 415/21 417/2
 419/1 420/17 422/1 422/16
saying [13]  255/25 265/10 268/3 268/7
 349/18 383/6 385/5 394/25 418/3
 418/25 420/14 423/5 424/4
says [36]  271/12 290/21 299/2 302/1
 314/16 322/23 323/14 324/17 332/23
 333/8 333/10 336/14 337/3 341/17
 342/2 352/19 356/15 356/23 357/10
 364/12 366/14 366/16 367/3 368/12
 369/3 369/11 369/15 376/8 377/18
 383/16 398/14 399/13 400/2 401/10
 403/16 407/13
scenarios [1]  264/11
scene [1]  316/22
school [2]  411/3 411/5
screen [21]  299/1 306/13 308/5 308/7
 308/9 308/11 318/15 322/6 348/9
 358/15 358/17 375/22 377/6 395/7
 405/1 405/3 405/4 405/11 405/11
 405/14 405/23
screens [1]  426/17
Screenshot [1]  230/15
scrolling [1]  358/16
se [6]  227/11 235/22 240/5 255/20
 270/1 270/10
search [19]  230/7 287/8 287/9 288/14
 300/8 300/11 301/7 301/10 319/5 319/9
 319/11 325/3 325/3 332/23 380/20
 391/13 391/20 393/1 393/1
searched [2]  391/14 392/25
searches [2]  300/13 301/12
searching [1]  338/14
seated [7]  242/10 272/17 293/23
 304/23 327/5 387/15 411/21
sec [1]  312/22
second [12]  253/23 263/16 288/9
 324/16 333/10 336/2 340/17 363/20
 393/2 401/8 406/23 407/10
Secondly [2]  252/18 417/22
section [7]  232/1 290/20 299/8 300/16
 332/12 382/23 393/8
Section 3583 [1]  232/1
sections [1]  299/21
see [33]  243/18 253/1 260/24 278/2
 281/20 288/4 296/24 299/2 299/9 305/8
 308/12 315/19 320/14 343/22 354/17
 356/12 358/7 358/8 364/18 367/12
 371/21 376/16 377/10 377/22 383/3
 386/7 396/22 396/24 409/1 409/9 414/9
 426/9 426/18
seeing [4]  271/4 358/2 394/5 424/3
seem [4]  237/18 237/25 267/5 281/14
seemingly [1]  282/12
seems [2]  281/21 331/25
seen [7]  241/5 277/11 289/18 292/5
 338/21 354/15 417/2
sees [2]  233/9 359/4
seize [2]  321/10 321/15
seized [10]  287/14 312/17 324/4 324/20
 324/21 326/3 326/4 391/12 391/23
 409/23

S

selected [2] 260/2 273/11
selection [1] 231/9
self [3] 283/21 294/7 423/23
self-admitted [1] 283/21
self-authenticating [1] 294/7
self-representation [1] 423/23
send [1] 282/9
sense [1] 419/12
sensibilities [1] 423/24
sensitive [1] 292/18
sent [3] 250/1 272/9 418/18
sentence [9] 231/18 285/14 301/13
 301/19 333/10 398/16 398/17 399/12
 402/2
sentencing [4] 233/10 235/8 296/17
 297/18
separate [3] 238/2 254/7 291/16
series [3] 331/25 415/20 419/4
serious [2] 281/23 282/6
serve [1] 260/20
served [1] 275/3
service [5] 301/16 376/8 392/20 392/22
 393/10
services [1] 276/2
serving [2] 243/5 282/3
session [1] 362/1
set [10] 237/8 246/19 260/7 265/7
 303/22 307/9 329/3 371/23 371/25
 420/6
sets [1] 337/3
settings [1] 308/12
seven [8] 331/15 342/13 342/18 392/6
 395/25 397/1 397/5 397/7
several [15] 241/23 245/15 253/11
 264/10 264/11 264/13 320/16 329/14
 333/13 357/23 358/9 389/24 393/18
 399/4 405/1
sex [16] 243/10 243/11 284/8 289/7
 291/16 296/10 296/13 330/7 332/23
 342/20 379/15 389/5 389/11 401/13
 401/13 403/16
sexting [1] 321/2
sexual [17] 289/16 291/10 292/4 292/5
 356/18 388/20 388/25 393/13 394/17
 399/1 399/21 399/22 400/23 402/4
 402/5 402/22 403/2
sexually [13] 283/22 283/25 284/13
 286/18 286/19 288/24 301/3 311/18
 321/1 389/10 391/10 394/12 401/19
shackle [1] 252/8
shackled [1] 235/4
shall [5] 242/6 300/24 301/11 327/1
 387/11
share [7] 282/1 288/22 288/23 289/1
 289/5 289/9 289/13
Shareaza [3] 379/5 379/13 379/22
Shareaza.exe [1] 379/2
sharing [1] 379/5
she [8] 278/7 290/10 291/13 291/14
 292/14 300/2 402/5 402/8
she'll [1] 291/22
she's [2] 400/25 422/2
shipped [2] 274/12 274/14
shirt [2] 243/22 297/4
short [3] 258/25 369/12 369/18
shortcut [3] 364/9 364/10 373/1
shortcuts [2] 363/21 394/8
should [21] 233/11 233/15 239/3 239/3

239/4 239/4 241/4 241/7 270/6 279/2
283/5 292/11 304/17 335/8 344/14
346/24 361/12 361/22 401/15 413/3
422/11
shouldn't [1] 307/15
show [35] 253/9 270/20 270/25 280/5
 292/8 292/17 322/9 338/6 338/17
 341/13 348/4 364/21 368/14 368/25
 371/17 372/13 375/7 375/10 395/1
 395/18 405/23 414/12 414/13 414/20
 414/24 415/1 415/24 415/25 416/14
 418/9 419/3 420/16 420/22 421/25
 426/7
showing [9] 289/15 412/24 413/19
 415/7 417/1 419/17 420/11 421/11
 426/23
shown [18] 382/22 412/22 413/12
 413/23 414/4 414/25 415/15 415/17
 416/11 417/7 417/7 417/12 417/20
 417/23 418/20 421/1 421/22 422/5
shows [3] 349/13 375/5 376/3
sic [3] 291/9 383/3 398/3
side [2] 277/23 396/1
Sidebar [1] 283/15
sides [2] 277/8 280/20
signature [2] 244/8 302/17
Signed [1] 274/17
significant [1] 354/17
signs [1] 252/16
similar [6] 250/3 299/12 372/4 373/18
 375/3 404/3
similarly [1] 295/9
simple [3] 337/6 380/7 385/12
simplify [1] 364/19
simply [9] 233/1 241/16 254/18 254/24
 261/15 261/21 291/10 359/8 424/7
since [7] 250/22 252/22 252/23 388/19
 388/22 412/9 424/25
single [3] 291/4 385/16 409/12
sir [26] 237/1 238/12 251/23 251/25
 256/3 257/3 260/5 261/6 262/5 263/5
 266/16 266/23 268/14 268/25 271/7
 271/10 271/16 271/19 318/7 326/16
 384/16 387/2 387/7 411/23 425/19
 427/21
sis [1] 369/4
sit [3] 249/15 251/17 254/24
site [1] 406/24
sites [4] 286/16 286/17 286/19 287/13
sitter [1] 403/13
sitting [2] 335/4 400/20
situation [3] 258/9 263/8 289/3
situations [2] 291/10 292/5
six [5] 331/14 381/19 381/21 397/2
 397/3
Sixth [1] 236/13
sizes [2] 358/9 358/11
skills [1] 239/2
skim [3] 396/20 396/21 396/22
skimmed [1] 403/11
slightly [1] 396/1
slowly [1] 413/16
slumber [1] 427/9
slurred [1] 290/6
small [1] 348/5
smaller [1] 358/7
smartphone [9] 229/9 247/21 247/23
 248/1 286/8 310/13 310/16 310/23
 312/2

smoother [1] 387/25
snacks [2] 411/13 411/16
sniffles [1] 396/11
Snip [2] 405/13 405/13
so [182] 233/25 235/1 237/7 238/14
 238/24 239/14 249/18 250/3 250/7
 250/18 251/17 252/20 253/22 255/14
 256/8 259/10 259/21 260/14 261/2
 262/14 263/21 264/9 264/13 265/3
 265/11 265/21 266/7 266/18 269/6
 270/19 271/4 272/18 272/19 272/22
 274/16 275/24 279/5 279/17 280/18
 285/19 286/20 287/14 287/21 288/19
 290/5 292/7 292/25 293/6 294/22 295/1
 296/6 296/6 296/12 297/20 298/4
 302/21 306/5 307/12 314/18 316/16
 325/2 326/8 332/24 333/19 334/13
 336/2 337/3 337/6 337/20 338/1 338/9
 339/3 339/5 340/2 340/25 343/21
 343/21 344/10 345/4 345/9 346/1 346/9
 347/21 349/18 351/21 354/11 354/22
 355/10 355/20 355/24 356/15 356/24
 357/23 357/25 358/5 358/7 358/13
 358/17 358/24 359/7 359/8 359/9
 359/20 360/8 360/10 360/20 361/11
 361/19 362/4 362/25 363/25 364/9
 364/18 365/4 366/6 366/13 366/16
 367/25 368/4 369/18 371/13 372/4
 372/11 372/22 373/16 376/11 376/16
 376/23 377/6 377/15 379/5 379/20
 380/11 380/14 380/14 382/17 382/21
 383/12 385/4 385/18 385/21 386/1
 386/2 386/3 387/25 389/16 390/18
 393/24 394/14 394/22 397/6 398/6
 400/25 404/8 404/11 404/16 404/24
 405/18 406/11 406/20 407/5 407/5
 407/15 408/16 409/6 409/8 410/8 411/6
 412/21 413/2 413/16 413/24 416/15
 417/2 417/15 418/25 419/5 421/2
 424/10 425/6 426/8 426/17
social [3] 290/7 301/24 302/2
society [2] 284/9 285/17
software [5] 329/11 329/14 355/2
 355/21 356/22
solely [1] 233/7
solemnly [5] 242/6 272/25 293/18 327/1
 387/11
solid [1] 239/25
some [58] 231/6 233/22 233/23 234/8
 234/9 244/23 248/12 249/18 251/5
 251/9 254/18 260/9 260/9 265/9 271/23
 273/7 273/15 273/15 275/2 277/19
 284/24 288/23 289/15 291/11 299/11
 321/1 321/2 325/9 329/9 329/10 334/19
 337/22 345/1 345/9 346/9 358/25
 360/11 360/23 360/24 363/13 364/21
 366/1 372/1 372/8 372/16 372/19
 374/10 374/11 374/16 380/6 382/9
 391/1 400/20 407/5 409/24 409/24
 415/21 416/3
somebody [12] 270/1 358/14 360/17
 368/5 370/2 370/25 371/2 371/8 371/13
 380/10 383/12 394/22
somehow [1] 389/13
someone [19] 253/25 254/3 254/5
 255/10 255/16 255/19 262/14 263/2
 264/21 267/5 302/11 302/12 379/6
 380/19 390/18 394/11 394/16 404/6
 406/23

**S**

something [30] 250/3 251/2 262/10 262/16 266/19 282/12 291/17 291/18 309/3 344/6 345/9 347/13 359/20 359/21 364/6 365/1 365/1 365/4 365/7 372/11 375/15 384/20 385/6 386/2 394/4 399/14 407/18 413/25 421/17 424/11
sometimes [3] 279/15 330/8 419/11
somewhat [1] 379/21
somewhere [6] 368/3 368/4 373/3 383/10 404/13 420/7
sorry [42] 239/16 242/22 249/20 250/8 256/18 267/11 267/13 271/8 291/5 301/17 313/21 318/4 318/14 324/20 336/1 336/3 337/20 338/25 339/14 340/12 340/15 346/18 359/9 362/2 378/2 380/23 382/2 384/18 390/13 392/14 395/17 396/7 397/3 398/6 398/8 413/18 417/15 423/17 425/5 425/25 427/15 427/18
sort [2] 424/9 426/10
sorts [1] 355/23
Sotto [9] 234/22 250/14 254/12 254/21 257/24 266/14 325/22 416/22 424/20
sounds [3] 285/16 291/25 421/16
source [1] 250/4
sources [2] 282/11 282/18
South [4] 226/21 227/4 227/12 285/22
space [1] 359/3
speak [7] 234/19 235/5 235/12 254/24 276/7 276/20 280/23
speaks [5] 276/11 276/20 276/21 278/11 280/24
special [12] 287/17 297/18 300/16 332/10 332/13 384/3 387/6 388/1 399/14 416/4 418/22 420/4
Specialist [3] 243/6 296/3 296/9
specialized [1] 392/16
specific [5] 232/9 233/2 233/13 235/19 333/1
specifically [24] 244/2 254/5 266/19 266/25 267/19 269/2 290/21 292/14 298/11 306/19 322/12 328/4 332/14 338/8 351/6 356/11 357/24 386/13 391/22 393/2 393/8 394/14 402/25 409/22
specifics [1] 389/20
specified [1] 235/16
speculation [1] 265/19
speculative [3] 263/4 263/13 265/21
speed [1] 360/9
speeding [1] 411/6
spell [4] 242/12 293/24 327/6 387/16
spelled [2] 387/19 408/11
Spice [1] 362/21
splitting [2] 388/13 388/16
spokesperson [1] 256/12
spread [1] 364/22
spreadsheet [3] 230/15 375/6 404/24
spring [1] 243/12
squadrons [1] 349/16
ss [1] 428/3
Stacey [10] 287/25 327/8 327/17 327/23 384/19 393/7 393/19 403/21 404/25 410/1
stand [16] 242/11 250/18 250/23 250/23 251/17 257/23 261/7 276/14 293/25 326/18 327/7 330/6 330/7 387/3

387/17 411/24
standard [14] 244/8 244/9 262/20 271/11 276/17 297/18 299/18 299/23 300/4 302/16 302/17 302/18 350/4 353/13
standards [1] 329/3
standby [10] 227/13 236/3 239/12 253/11 254/18 255/7 261/15 261/22 276/17 425/21
standing [1] 426/21
standpoint [2] 337/7 338/9
stands [5] 250/19 254/19 268/17 380/4 389/5
stapled [1] 396/15
start [16] 260/16 299/7 361/19 368/23 381/23 388/16 397/13 407/3 407/5 407/6 410/4 413/2 413/3 419/24 422/9 422/18
started [4] 297/9 297/11 331/22 389/19
starting [2] 333/6 397/22
starts [5] 337/5 356/12 370/7 379/9 411/5
state [12] 242/12 293/23 295/21 299/15 327/6 327/22 332/13 340/3 346/18 387/16 388/6 428/2
stated [16] 238/16 238/17 238/19 238/19 245/6 245/24 246/6 246/23 247/9 248/4 263/21 265/1 269/5 307/7 309/14 311/9
statement [8] 269/2 276/8 280/2 280/3 280/6 283/11 283/13 284/20
statements [8] 245/5 245/22 246/14 257/12 277/7 278/8 290/9 304/8
states [29] 226/1 226/5 226/20 231/12 231/16 232/15 233/14 233/17 240/3 242/2 242/25 243/1 244/13 250/23 252/7 252/10 268/16 269/18 273/12 293/8 295/3 295/24 302/14 306/14 316/25 341/10 387/6 415/17 424/15
stating [1] 253/16
statute [2] 412/21 421/4
statutes [1] 389/17
stay [1] 359/4
Steele [46] 227/14 231/5 234/19 234/23 238/14 239/8 239/10 240/15 241/3 241/18 250/15 252/22 253/16 253/23 254/17 254/19 254/23 254/25 255/2 255/6 255/15 255/17 256/10 257/1 257/18 258/7 258/17 258/24 259/2 259/13 259/17 260/24 261/9 261/10 261/15 261/22 266/11 266/15 276/16 276/19 276/21 283/19 325/23 416/23 425/12 425/12
Steele's [2] 257/12 260/17
stenotype [1] 428/8
step [4] 268/14 355/20 387/22 391/7
steps [2] 354/4 354/9
Stevens [1] 294/20
still [13] 254/2 255/9 257/22 279/23 293/12 300/19 310/12 371/10 371/17 372/15 389/18 414/2 416/9
stipulate [6] 413/14 417/19 422/14 422/16 422/16 423/7
stipulation [13] 412/14 412/21 413/12 413/21 414/5 414/18 420/2 421/2 422/8 422/17 423/2 423/5 424/10
stop [1] 403/18
storage [5] 245/3 301/22 302/2 305/14 348/20

stored [7] 372/11 379/8 386/16 386/17 404/13 406/25 407/8
stories [10] 281/20 284/1 284/1 288/24 288/24 290/25 291/1 291/10 321/1 342/20
story [11] 285/8 398/24 399/1 399/17 399/19 400/4 401/13 401/16 402/11 403/2 403/16
straight [1] 316/22
straightforward [1] 284/21
stranger [1] 400/25
Street [1] 227/4
strength [1] 241/12
stricken [1] 279/15
strip [1] 375/1
strongly [1] 423/13
stuff [5] 337/22 390/10 391/9 404/15 414/21
subitem [1] 348/16
subject [2] 300/13 301/12
subjected [1] 285/15
submit [8] 300/7 300/11 301/6 301/10 392/15 392/19 392/23 416/15
submitted [6] 232/13 331/9 348/17 392/12 392/19 424/14
subscribed [1] 428/15
subsequent [1] 419/4
subsequently [2] 305/18 319/17
substance [2] 377/19 409/9
substantial [1] 282/23
such [10] 232/19 233/3 233/23 236/15 249/14 252/16 256/14 258/25 281/11 317/11
suggesting [1] 389/13
Suite [2] 227/4 227/16
summarize [1] 401/16
summarizes [1] 280/4
summary [1] 332/13
summer [2] 402/3 402/4
supervised [23] 231/7 231/14 231/18 232/6 232/16 232/24 233/3 233/7 233/14 238/3 243/17 261/12 263/7 285/15 285/15 285/17 290/13 291/8 296/12 296/23 317/19 390/18 390/19
supervising [6] 244/3 262/9 262/11 262/15 297/9 297/11
supervision [22] 243/10 243/11 244/9 264/9 271/12 285/19 285/20 286/2 286/5 286/12 286/18 286/25 291/2 291/3 296/10 296/14 297/19 299/18 300/2 300/17 302/17 302/20
support [1] 269/25
supports [1] 268/18
suppose [4] 259/21 259/22 260/6 385/13
Supreme [1] 231/16
sure [34] 234/11 234/21 235/13 238/12 240/16 250/13 257/6 257/7 257/21 261/5 262/17 266/3 267/16 268/23 271/22 272/12 291/22 294/21 303/25 320/10 325/21 326/22 336/2 355/20 380/9 385/6 386/6 394/20 396/18 407/19 409/17 419/6 421/20 426/23
suspicion [3] 300/10 301/8 305/16
sustain [2] 279/10 279/13
swear [7] 242/6 261/23 272/25 293/18 293/18 327/1 387/11
sworn [12] 242/4 242/20 258/8 260/2 260/16 271/17 272/3 273/11 295/18

## S

sworn... [3]  327/19 387/8 388/3
synonymous [1]  394/17
system [28]  282/16 322/23 336/14
 336/22 336/22 337/1 337/2 337/5
 337/18 337/19 337/22 337/24 337/25
 339/6 357/23 359/1 359/7 364/4 364/5
 364/8 364/14 365/3 366/24 366/25
 379/19 381/9 383/11 383/19
systems [1]  357/24

## T

tab [1]  335/8
table [3]  252/11 252/13 297/3
tabs [5]  270/19 308/16 308/18 320/16
 320/24
tag [1]  352/17
tagged [3]  310/5 312/7 322/19
take [32]  231/6 234/14 237/20 247/11
 256/25 266/10 269/18 282/24 282/25
 283/5 283/7 300/1 312/22 321/9 326/23
 341/1 348/25 350/13 354/15 354/21
 359/22 361/17 362/3 375/8 375/17
 385/7 387/9 396/16 409/15 423/19
 424/5 424/11
taken [15]  237/23 241/15 261/8 273/19
 287/7 306/7 319/2 324/24 325/2 354/24
 362/17 391/3 394/24 427/22 428/10
takes [6]  293/25 327/7 344/7 355/22
 375/12 405/13
taking [3]  283/2 359/3 399/20
talk [14]  233/24 244/15 263/3 265/5
 265/15 271/21 278/15 281/5 281/7
 322/7 325/4 331/17 334/19 362/15
talked [2]  258/3 292/13
talking [17]  234/14 240/23 262/24 290/9
 291/3 291/3 291/7 291/8 298/14 305/1
 340/18 343/25 367/17 368/12 368/16
 377/13 419/5
talks [2]  291/14 399/24
task [3]  371/22 375/1 388/15
TC [3]  226/7 229/3 229/5
tea [1]  403/18
team [1]  296/12
technically [1]  393/16
technology [1]  281/24
teen [1]  403/17
television [1]  229/10
tell [48]  234/13 249/4 263/21 263/25
 264/1 267/2 269/5 284/20 285/6 285/20
 286/3 286/7 286/14 286/20 288/9
 288/13 291/21 292/7 299/22 300/6
 300/22 307/11 311/7 337/17 338/8
 342/17 348/3 352/13 354/4 354/8 364/8
 372/13 376/25 377/19 382/24 384/18
 385/14 387/20 391/17 398/3 398/9
 398/14 398/24 402/21 403/14 406/18
 413/16 421/8
telling [2]  266/19 422/18
Temple [1]  226/21
temporary [2]  359/18 359/20
tempted [1]  281/25
ten [5]  237/21 331/9 331/22 418/23
 420/11
TENA [1]  226/13
tend [1]  389/6
tendency [1]  277/23
Tenth [2]  254/14 304/17
term [5]  285/15 330/5 389/3 389/10

389/12
terms [12]  286/2 286/4 286/11 286/17
 286/25 307/21 308/24 320/20 330/8
 337/6 373/19 380/7
terribly [1]  258/10
test.site [3]  408/2 408/3 408/9
testified [6]  242/20 295/18 327/19 363/7
 388/3 409/2
testifies [1]  288/22
testify [3]  274/24 276/14 420/6
testimony [24]  242/6 258/21 269/5
 269/11 276/24 277/17 277/18 278/13
 279/6 280/11 280/14 284/22 289/18
 292/17 293/2 293/19 304/9 327/1 363/5
 384/7 387/11 393/7 409/4 416/3
tests [1]  278/12
text [4]  250/1 250/2 282/8 342/19
than [19]  231/21 239/20 251/17 253/2
 255/20 260/8 275/5 275/6 343/17
 358/16 362/1 384/7 398/20 414/17
 416/11 421/11 421/22 423/19 425/8
thank [63]  237/22 242/1 242/10 250/11
 251/23 256/3 259/16 261/6 267/1
 268/12 271/3 271/16 272/14 272/18
 273/6 289/22 290/2 293/6 293/23
 294/13 294/25 298/23 303/15 304/24
 313/3 316/6 316/14 318/10 325/16
 326/11 326/13 326/24 327/5 327/16
 328/22 328/23 331/6 334/4 335/1 336/3
 336/4 350/24 354/6 362/5 362/10
 362/13 362/16 363/2 376/23 378/23
 384/1 386/21 386/23 387/2 387/15
 392/8 396/15 406/14 410/13 411/18
 425/23 427/12 427/21
Thanks [3]  252/7 327/25 387/9
that [1188]
that's [91]  237/12 241/6 245/7 245/9
 251/12 253/7 255/24 256/25 257/7
 257/8 259/2 262/23 264/1 269/15
 269/15 271/18 279/25 284/9 284/18
 288/8 290/22 296/6 300/5 304/16 314/3
 323/1 323/2 324/5 326/11 330/5 332/5
 332/13 334/12 336/5 339/23 340/7
 345/1 345/9 347/21 349/21 351/12
 352/1 353/13 354/5 355/3 356/22
 357/10 359/20 359/21 361/7 364/4
 364/10 366/14 366/17 367/5 367/11
 367/21 368/3 368/22 369/22 380/3
 381/7 382/17 383/11 383/16 383/19
 389/17 390/21 396/3 397/10 397/24
 398/2 400/10 400/10 401/21 406/25
 407/7 407/10 407/14 407/15 412/3
 414/17 415/5 418/25 419/7 420/2
 420/14 424/4 425/6 425/23 426/10
their [16]  256/22 270/3 277/17 279/25
 280/20 284/2 284/3 289/4 292/25
 302/21 302/21 328/18 329/13 390/19
 411/5 427/9
them [86]  237/17 237/18 239/21 239/24
 240/1 254/9 260/7 260/8 261/23 262/12
 262/12 262/17 263/9 263/10 263/24
 264/1 270/21 271/21 272/3 272/3 272/7
 282/25 286/22 292/7 293/14 293/15
 316/22 316/22 316/23 317/3 317/5
 318/24 320/25 324/21 324/21 324/22
 326/23 329/9 329/10 332/17 348/4
 357/17 359/23 359/25 360/3 360/6
 361/24 364/21 365/6 377/7 381/8
 391/14 392/12 392/15 392/19 392/19

393/3 396/19 396/20 396/21 396/22
 396/23 396/24 398/13 409/12 410/12
 410/16 410/17 415/12 416/8 416/9
 416/9 416/15 416/16 417/2 417/4
 420/11 420/16 421/25 423/22 424/17
 424/18 426/9 426/18 427/3 427/8
themselves [2]  267/8 270/1
then [122]  233/8 234/4 235/11 237/12
 238/1 238/8 239/7 246/23 247/11 248/5
 248/11 249/18 250/22 252/11 252/12
 253/19 255/4 255/6 255/15 257/16
 263/23 267/5 272/11 274/22 280/9
 280/13 280/19 280/22 280/23 281/3
 292/12 292/15 293/1 293/4 297/12
 299/21 301/13 303/9 304/16 305/5
 310/25 314/1 315/21 319/5 323/5
 328/18 329/4 331/17 332/7 336/23
 337/4 337/13 337/17 338/4 338/10
 340/9 341/17 354/15 354/16 354/19
 354/21 355/2 355/4 355/17 356/2 356/5
 356/24 357/1 357/19 358/9 359/4 359/6
 360/6 361/16 361/17 361/25 362/8
 363/21 364/8 364/14 364/15 369/2
 369/15 374/19 375/8 379/7 379/20
 381/12 384/25 385/2 385/24 388/14
 391/12 393/2 393/18 394/7 399/16
 400/20 400/22 401/8 401/15 402/24
 403/4 405/15 405/23 406/25 407/13
 412/21 413/6 416/3 416/6 417/10
 418/22 419/4 419/24 420/3 420/10
 421/8 422/4 427/6 427/7 427/8
theoretical [1]  291/19
there [110]  235/7 238/1 244/24 246/21
 246/23 247/8 247/12 249/13 251/24
 254/24 256/7 261/11 261/11 264/3
 264/25 265/3 267/20 267/21 267/22
 268/3 271/15 272/11 274/2 275/9
 276/23 285/24 287/1 288/4 293/4 299/8
 299/23 304/13 305/16 307/13 307/14
 307/17 309/10 312/16 312/17 316/22
 318/25 319/11 320/16 321/1 321/14
 322/22 328/19 330/19 331/14 331/17
 331/25 331/25 332/2 332/16 335/4
 335/4 336/8 336/9 338/17 340/17 342/9
 342/13 346/22 346/24 347/17 356/15
 357/6 358/9 358/20 358/25 359/4 360/8
 360/16 360/20 361/14 363/10 363/15
 364/10 364/13 368/19 368/25 369/7
 371/6 372/15 374/4 374/10 375/10
 376/5 376/16 380/14 387/21 387/21
 394/3 394/13 396/12 396/12 396/13
 399/14 405/1 406/8 407/5 411/13
 411/14 411/15 412/9 412/13 414/19
 415/1 415/12 426/20
there's [24]  254/15 259/10 262/20
 275/16 290/18 291/14 330/5 338/2
 338/2 342/9 342/11 348/12 354/17
 375/11 379/20 389/3 389/10 392/23
 400/21 401/20 411/13 414/16 424/10
 424/24
thereafter [1]  428/8
thereby [1]  412/22
therein [1]  270/23
thereof [1]  428/14
these [91]  232/25 236/1 236/10 241/13
 249/5 261/17 270/16 270/20 272/5
 276/11 277/19 278/19 278/23 279/8
 281/25 282/2 282/21 284/11 285/3
 286/21 287/22 288/4 289/7 294/5 298/4

T

these... [66]  298/13 298/17 299/11 299/18 300/19 302/3 302/5 316/16 316/17 316/20 322/7 324/19 325/14 326/6 326/9 332/7 341/13 343/4 346/14 355/16 355/16 356/23 357/15 358/10 359/5 364/18 365/3 365/12 365/24 366/4 370/8 372/24 376/5 376/17 379/9 380/13 381/8 387/24 392/10 393/9 394/25 395/21 395/25 395/25 397/1 397/7 397/9 406/6 407/5 408/16 408/16 409/8 409/20 409/24 410/1 414/17 414/20 416/11 418/5 418/6 423/2 423/6 423/9 423/11 424/3 426/7

they [111]  239/17 260/15 260/19 262/11 262/15 262/16 262/16 262/16 262/17 262/18 262/18 262/19 263/2 263/9 263/22 263/24 267/2 267/6 267/7 270/1 279/9 280/11 281/12 281/15 282/21 283/7 286/3 286/7 286/9 286/10 286/14 286/15 286/20 291/2 291/10 291/11 292/6 292/25 294/6 297/19 308/20 316/24 316/24 317/5 321/7 330/9 332/2 341/16 342/19 343/1 356/20 358/14 358/15 358/17 358/18 358/19 360/8 360/24 360/25 361/2 361/12 363/15 363/16 364/10 366/1 371/9 371/10 371/13 371/14 377/1 377/4 379/7 380/11 380/14 381/4 383/12 383/13 390/9 390/11 390/19 390/21 391/12 392/16 393/22 393/23 394/23 394/23 394/24 397/15 398/7 400/21 409/22 413/12 414/4 415/11 415/24 416/1 416/10 416/12 416/16 416/16 417/2 417/3 417/6 417/7 417/24 417/25 418/17 421/14 421/25 426/16

They'll [1]  271/17

they're [20]  254/10 254/10 256/4 256/6 256/8 256/9 294/8 333/17 358/18 358/19 361/14 377/1 390/17 390/18 393/16 396/1 400/22 400/24 413/23 421/2

they've [1]  347/9

thing [20]  271/8 285/9 290/18 292/15 296/15 301/18 344/5 354/11 364/23 377/9 377/10 379/18 391/8 393/2 393/12 399/4 409/17 419/22 426/4 426/10

things [46]  234/25 239/3 240/11 241/13 251/22 252/9 256/1 264/12 264/15 265/9 269/23 275/10 278/3 278/5 285/25 287/24 288/13 288/23 291/23 292/10 305/15 305/19 325/14 332/17 332/20 333/1 337/23 338/11 338/23 340/21 342/4 342/22 343/17 359/2 362/3 373/16 375/21 380/13 387/25 392/23 393/18 393/20 396/24 403/20 412/4 414/24

think [72]  234/18 240/15 240/15 240/19 240/24 241/10 253/25 254/8 255/17 255/24 256/16 257/19 258/15 258/17 258/24 260/8 260/11 260/17 260/21 261/1 261/2 263/5 263/6 263/10 265/7 265/8 269/21 275/16 288/2 299/11 304/25 305/4 321/12 332/13 342/13 343/5 347/9 361/19 362/25 363/4 363/10 369/2 370/21 377/25 380/20 383/21 399/2 400/22 402/7 409/1 410/20 411/13 412/25 413/1 413/3

415/5 415/17 415/20 415/21 415/22 416/13 416/19 418/16 419/9 420/22 424/10 424/18 424/22 426/5 426/6 426/25 427/4

thinking [8]  253/19 259/3 284/9 371/13 394/24 416/24 418/16 423/24

thinks [2]  280/4 399/14

third [4]  254/8 343/7 406/25 407/13

this [324]

those [113]  240/11 244/17 248/3 258/23 260/1 265/3 270/25 284/23 285/2 286/5 286/9 286/15 286/23 287/4 288/7 288/21 289/15 292/7 294/8 294/15 296/13 297/17 297/20 301/21 311/20 312/23 312/24 317/6 317/10 317/11 320/21 321/6 321/15 321/23 326/19 326/24 329/4 329/9 330/1 330/8 331/11 332/2 332/3 332/16 332/17 332/20 333/1 338/17 340/9 342/4 342/14 342/18 342/22 342/22 342/25 355/17 355/18 355/18 355/21 356/4 356/24 356/25 357/1 357/15 357/19 360/2 360/2 360/7 360/11 360/22 363/7 363/12 364/19 365/15 372/1 372/5 372/16 372/22 373/13 373/18 373/22 374/8 374/15 375/7 375/8 376/20 386/14 387/9 388/21 389/6 393/20 394/10 394/13 394/15 395/1 396/2 396/17 404/12 409/3 409/16 409/18 410/9 416/10 417/11 418/1 418/14 419/12 421/14 422/4 423/15 423/21 424/16 427/14

though [5]  280/17 339/5 389/16 394/12 413/23

thought [3]  350/19 406/13 412/8

thoughts [3]  233/18 282/1 413/7

thousand [1]  390/3

thousands [2]  263/8 389/24

threat [1]  251/20

threaten [1]  249/7

threats [1]  265/2

three [10]  272/8 284/23 285/3 331/14 339/24 375/3 385/1 406/20 423/10 423/10

throat [1]  395/16

through [52]  246/7 246/8 260/22 261/4 264/11 274/8 287/11 288/2 288/14 290/8 292/25 301/19 307/8 307/8 309/14 312/22 320/4 320/7 320/10 328/17 329/13 335/6 354/10 354/12 355/15 356/2 356/4 358/16 359/25 360/2 364/13 370/6 391/9 391/10 391/11 393/7 394/14 396/16 396/19 399/17 403/11 404/12 406/4 407/5 409/6 409/15 410/6 415/19 416/3 419/21 420/15 423/15

throughout [3]  273/17 333/4 364/22

throwing [1]  252/16

thumb [11]  229/13 229/14 245/4 245/5 286/3 343/18 372/11 372/16 384/25 385/10 395/11

thumbcache [19]  357/20 357/22 357/25 358/3 358/11 358/12 358/24 359/3 359/4 359/14 360/4 360/8 360/10 360/16 360/21 361/2 363/8 363/11 363/15

thumbnail [6]  358/4 358/5 358/24 359/6 360/7 360/25

thumbnails [1]  359/5

tied [1]  374/15

ties [1]  414/21

Tiger [1]  400/14

time [92]  233/22 233/23 234/8 234/9 236/15 237/13 238/6 240/9 240/23 241/2 241/8 246/1 246/2 248/16 248/23 249/1 249/7 251/9 256/25 258/6 258/14 259/17 260/9 261/3 264/23 265/14 265/18 266/10 269/4 269/5 270/2 270/25 271/18 278/14 278/14 281/4 281/4 284/18 285/10 285/17 285/23 287/7 287/15 289/22 292/21 292/22 292/23 298/20 299/25 300/9 301/7 303/5 303/12 306/15 310/6 312/22 316/7 318/5 319/3 326/3 326/4 326/10 326/11 331/1 358/25 360/23 360/25 361/7 366/7 367/6 376/11 385/19 387/5 388/13 388/16 388/22 396/21 400/21 404/11 405/8 405/24 410/5 410/14 410/19 410/24 411/4 415/21 418/15 418/20 419/8 423/17 428/10

timeline [1]  374/23

times [7]  241/24 264/10 264/13 276/7 290/24 333/14 409/12

timing [1]  233/19

tissues [1]  396/12

title [12]  299/8 300/16 366/17 366/19 369/2 398/4 398/10 399/10 399/13 400/12 401/25 403/12

titled [2]  399/8 400/10

titles [1]  373/22

today [6]  243/18 257/8 284/15 296/24 384/7 418/8

together [1]  379/10

told [12]  256/11 262/10 262/18 263/23 267/6 267/6 268/5 269/2 269/7 275/3 292/7 310/25

tomorrow [7]  412/2 418/15 419/11 419/20 420/16 421/17 427/20

tonight [3]  420/15 426/5 426/6

too [5]  321/15 362/25 397/5 399/4 410/25

took [14]  286/20 290/23 316/22 321/7 321/24 324/21 352/25 353/19 354/2 354/4 354/9 391/12 392/12 402/10

tool [2]  355/2 405/13

tools [2]  329/14 392/16

top [14]  299/1 299/17 341/10 347/21 348/9 352/13 357/13 366/14 369/3 382/7 382/9 385/20 391/23 398/1

top-right [1]  299/1

topic [1]  292/18

Tor [11]  380/1 380/1 380/3 380/4 380/7 380/9 380/10 380/15 380/19 380/23 381/6

torrent [3]  381/2 381/3 381/7

Toshiba [3]  229/12 314/23 346/21

total [1]  272/8

touch [1]  339/2

Touched [1]  400/14

toward [1]  332/12

towards [2]  252/23 325/4

tower [2]  324/17 386/9

track [1]  373/15

training [4]  239/2 255/14 329/13 392/16

transcribed [1]  428/8

transcript [1]  279/5

transfer [1]  325/9

transferred [2]  287/20 325/13

T

transported [2] 274/12 274/15
traveled [1] 285/21
traveling [2] 244/5 400/19
Travis [1] 294/19
tray [1] 337/16
treat [2] 270/11 270/12
treated [1] 278/21
tremendous [3] 240/10 241/8 284/2
trial [31] 226/12 235/9 236/5 236/6
 236/14 258/6 258/10 260/13 273/1
 273/17 273/18 273/20 276/2 276/8
 276/11 276/20 276/21 276/21 277/13
 277/22 278/14 279/3 280/1 281/7
 281/17 282/1 282/5 282/8 282/10
 282/20 284/19
trials [1] 281/23
Trina [2] 257/25 258/3
trip [2] 402/20 410/23
troubling [1] 257/14
true [7] 255/13 273/2 273/21 275/4
 275/5 277/9 291/18
truly [2] 273/1 273/20
trust [5] 237/17 239/21 253/2 253/8
 253/9
truth [13] 242/7 242/8 242/8 278/11
 293/20 293/20 293/21 327/2 327/3
 327/3 387/12 387/13 387/13
truthful [2] 262/21 263/22
truthfully [5] 262/12 267/7 269/4 269/14
 271/12
try [5] 273/1 273/11 273/20 389/8 415/7
trying [12] 254/9 258/9 265/24 266/9
 269/16 281/13 290/8 358/16 385/5
 387/24 404/12 423/21
tub [2] 398/19 399/2
turn [9] 299/17 338/5 338/15 343/3
 359/13 401/22 426/14 426/16 426/17
turned [1] 290/23
Turning [1] 300/15
TV [3] 245/7 305/11 313/9
tweet [1] 282/8
twice [2] 285/11 290/12
two [33] 235/9 243/8 248/6 254/6
 260/14 270/16 272/5 272/9 276/23
 279/9 290/24 296/5 299/21 311/1 317/4
 324/14 330/8 331/14 334/16 339/22
 340/20 341/6 346/14 355/16 357/15
 357/20 386/8 386/14 386/18 392/23
 413/24 415/1 423/10
two-page [2] 334/16 341/6
two-prong [1] 413/24
type [5] 321/2 337/22 344/8 378/13
 382/9
types [5] 240/11 308/18 355/24 372/5
 424/3
typical [1] 404/8
typically [4] 232/3 269/25 296/14 380/23

U

U.S [5] 231/23 252/2 252/6 258/4 390/9
U.S.C [4] 231/17 274/11 274/17 301/20
uh [10] 338/13 340/13 355/9 359/11
 375/14 377/8 380/22 385/9 385/11
 401/12
uh-huh [10] 338/13 340/13 355/9
 359/11 375/14 377/8 380/22 385/9
 385/11 401/12
Um [4] 239/10 252/25 257/10 307/20

unauthorized [12] 244/25 245/1 245/23
 246/2 249/5 264/12 287/9 290/44 311/8
 315/2 316/20 321/13
unaware [1] 424/2
uncomfortable [1] 290/7
unconstitutional [1] 231/19
under [35] 232/7 232/9 232/17 235/6
 251/6 265/5 267/9 267/9 269/18 276/14
 278/21 284/15 284/17 286/4 286/11
 286/17 289/22 292/4 302/20 307/1
 309/4 309/25 332/13 340/20 367/12
 377/9 377/18 381/18 394/5 401/9
 401/11 414/17 415/22 421/4 425/2
undergo [1] 240/25
underlying [1] 231/20
underneath [6] 342/13 346/18 348/12
 351/24 367/14 399/13
understand [27] 239/11 241/2 241/11
 250/25 253/5 253/6 262/22 262/24
 263/13 264/14 264/16 264/21 266/5
 266/10 270/13 278/7 278/18 282/14
 292/16 292/19 361/5 386/6 415/10
 422/8 422/15 424/1 424/8
understandably [1] 284/15
understanding [5] 239/1 330/2 368/4
 384/23 384/24
understood [5] 252/19 254/11 264/21
 264/23 265/11
undoubtedly [1] 291/1
unfold [1] 280/1
unique [2] 332/3 335/13
Unit [3] 243/10 243/11 296/10
UNITED [27] 226/1 226/5 226/20
 231/12 231/16 232/15 233/14 233/17
 240/3 242/2 242/25 243/1 244/13
 250/23 252/7 252/10 268/16 269/18
 273/12 293/8 295/3 295/24 302/14
 316/25 387/5 415/17 424/15
unknown [1] 274/7
unless [6] 277/10 338/8 343/14 346/9
 385/2 424/10
unshackling [1] 251/8
unsure [1] 262/15
until [11] 236/15 257/4 274/22 275/22
 280/7 281/3 281/7 281/17 283/1 362/4
 424/6
up [56] 232/5 233/4 235/1 235/5 245/17
 246/19 248/5 250/16 250/19 251/12
 251/17 252/17 253/13 266/2 266/3
 266/3 266/6 269/24 290/11 291/22
 293/2 294/20 307/9 328/19 341/13
 343/13 350/7 350/11 352/12 353/16
 358/15 359/3 360/3 360/9 364/21
 366/20 368/25 371/17 371/23 371/25
 372/12 372/13 378/25 380/24 387/21
 393/24 400/22 401/5 401/7 405/19
 413/16 416/7 419/16 424/11 425/6
 427/8
updated [1] 367/4
updates [1] 282/10
uphold [1] 236/17
upload [1] 337/13
upon [13] 236/1 236/11 236/22 253/4
 253/7 279/23 300/9 301/8 317/17
 320/20 338/20 369/12 379/22
urge [1] 279/5
URL [3] 406/21 407/7 408/1
us [6] 227/3 248/5 256/11 294/16
 296/12 404/17

USB [1] 245/17
usdoj.gov [1] 227/5
use [24] 270/2 276/2 278/12 281/25
 282/2 282/8 282/10 287/11 294/4
 303/24 304/3 338/23 355/2 356/22
 359/9 376/8 379/13 379/14 379/21
 386/15 389/6 389/16 406/23 423/12
used [20] 268/5 289/10 301/21 319/19
 329/15 330/5 343/11 344/8 369/1
 373/13 373/15 374/8 374/24 377/24
 379/15 380/3 407/15 407/23 408/17
 419/3
user [8] 368/10 368/16 370/19 404/18
 407/11 407/20 408/8 408/12
username [3] 406/23 408/2 408/8
users [1] 408/16
using [14] 248/6 274/14 281/24 282/12
 287/10 319/14 319/17 355/21 371/24
 372/1 374/13 385/12 389/12 394/11
USPO [1] 301/7
usually [5] 280/10 284/13 363/23 367/8
 369/16
UTAH [9] 226/2 226/21 227/4 227/12
 227/15 227/16 231/1 274/8 428/2
utd.uscourts.gov [1] 226/21
utility [2] 374/23 380/3
utilize [3] 337/17 380/20 423/9
utilizing [2] 320/15 373/16

V

value [3] 277/18 278/12 279/22
various [4] 240/14 276/7 291/23 292/13
vehicle [2] 300/8 301/6
VeraCrypt [4] 343/8 343/11 343/19
 343/21
verbal [1] 340/1
verdict [9] 232/13 232/22 273/2 273/19
 273/21 279/2 280/21 281/2 416/17
verdicts [1] 235/9
verified [2] 247/8 309/10
versus [1] 426/23
very [31] 251/11 251/18 251/18 254/17
 257/14 258/14 266/5 267/18 275/9
 285/9 290/7 292/1 292/18 292/19
 299/22 325/3 340/3 348/5 358/18
 358/20 364/17 366/12 369/3 369/19
 375/3 377/10 386/15 399/14 399/20
 415/6 423/13
video [2] 375/6 394/16
videos [2] 394/13 394/19
view [12] 274/10 280/4 300/3 301/3
 358/2 358/5 358/17 359/5 360/7 360/7
 394/12 400/17
viewed [2] 360/5 360/25
violate [2] 281/21 282/4
violated [2] 231/14 233/13
violating [3] 286/24 287/1 290/20
violation [18] 231/20 232/16 232/18
 232/24 233/1 233/2 233/7 234/4 235/8
 235/15 238/23 241/21 274/17 287/17
 289/20 291/8 300/10 301/9
violations [8] 231/18 232/7 287/5
 317/18 317/19 390/17 390/21 390/23
violent [1] 251/22
visible [1] 252/16
visit [15] 244/7 244/8 248/5 248/23
 249/2 249/14 249/16 281/18 299/24
 302/9 302/16 302/18 302/20 302/22
 390/10

**V**

visited [1] 248/19
visual [2] 291/9 291/12
voce [9] 234/22 250/14 254/12 254/21 257/24 266/14 325/22 416/22 424/20
Volume [1] 226/16
voluntariness [4] 238/8 241/19 262/4 262/25
voluntary [3] 268/15 269/2 304/10
vs [1] 226/7

**W**

wait [3] 257/4 272/4 280/7
waiting [3] 256/6 278/18 293/11
wake [1] 266/6
waking [1] 248/4
want [32] 231/6 234/6 238/21 244/1 251/1 251/21 251/22 252/9 255/1 255/6 263/3 264/15 265/15 271/24 273/7 276/10 292/7 339/1 339/2 343/7 392/25 393/3 396/21 396/24 404/4 404/10 405/14 413/24 415/5 426/6 426/25 427/7
wanted [7] 262/16 262/17 311/7 311/9 338/10 343/21 393/19
wanting [3] 249/14 249/15 289/3
wants [1] 425/7
warn [2] 300/12 301/11
Warning [1] 403/16
warrant [11] 229/15 230/7 287/4 317/18 318/2 318/13 318/16 318/24 391/13 391/20 393/1
warranted [1] 258/12
was [299]
wasn't [3] 268/7 307/17 427/15
waste [6] 292/21 292/22 292/22 292/23 292/23 292/24
watched [1] 375/6
water [3] 249/15 328/19 387/21
way [22] 233/25 235/24 236/8 252/24 255/3 257/22 264/4 266/4 278/1 291/14 342/9 358/17 360/16 363/15 364/7 364/13 367/4 370/8 379/14 386/4 412/9 415/5
ways [3] 279/9 286/25 415/2
we [190] 232/10 234/3 234/4 234/6 238/1 239/6 240/6 240/22 241/10 245/15 246/6 246/9 246/22 246/23 247/8 247/18 248/5 251/25 255/15 256/4 257/22 258/5 258/13 258/14 259/6 260/1 260/7 260/8 260/10 260/17 260/18 260/18 260/18 260/21 261/18 261/21 261/22 261/24 266/5 266/5 268/9 268/18 269/3 270/15 272/4 272/19 275/10 278/18 278/22 278/22 283/12 283/13 284/14 287/15 291/7 294/22 297/16 297/17 298/13 299/17 299/22 302/16 302/20 302/21 303/12 304/6 304/18 305/1 305/10 306/5 306/5 306/6 307/12 307/12 307/12 307/17 309/10 316/22 317/4 318/24 318/24 324/4 324/21 328/16 329/4 329/4 329/15 332/4 332/9 332/10 333/15 334/11 338/22 338/23 339/2 344/6 344/6 344/8 349/10 349/10 351/24 354/11 354/19 354/21 354/23 354/25 355/2 355/4 355/8 355/15 355/20 355/21 355/25 356/2 356/22 356/24 361/16 361/19 361/21 361/25 361/25

362/2 362/4 363/4 363/4 366/12 369/10 370/6 372/4 372/22 372/24 373/19 377/9 379/1 387/24 389/3 397/13 404/13 404/16 407/5 412/4 412/21 413/3 413/11 413/14 414/10 414/12 414/20 414/23 414/24 414/24 415/2 415/2 415/5 415/7 415/8 415/19 415/22 416/14 416/15 416/20 418/9 418/12 419/10 420/16 420/17 420/17 422/10 422/12 422/17 422/19 422/21 423/11 423/13 423/21 424/11 424/13 424/22 424/23 424/25 425/4 425/21 425/21 426/7 426/8 426/13 426/14 426/17 426/23 427/5
we'll [16] 238/7 261/12 265/7 271/2 271/4 271/17 294/23 331/17 361/23 362/8 411/18 415/7 424/10 426/2 426/22 427/9
we're [32] 231/4 234/14 241/16 255/3 259/1 261/4 261/21 262/24 265/19 271/21 284/18 291/3 291/3 291/8 293/11 339/3 340/18 356/3 356/23 366/13 377/13 383/3 389/11 406/18 407/20 409/6 410/22 411/25 414/18 415/7 419/5 421/17
we've [12] 240/14 241/10 252/20 258/13 272/20 343/25 367/16 369/18 369/20 414/21 414/25 423/21
weapon [1] 248/24
weapons [1] 265/2
wearing [2] 297/2 297/3
weather [1] 410/23
web [6] 334/11 380/6 380/24 381/8 381/10 404/3
website [5] 308/8 394/1 394/3 404/9 406/17
websites [2] 308/20 380/5
Wednesday [2] 240/20 255/5
week [5] 240/22 259/22 259/23 260/7 424/18
weeks [5] 253/11 259/19 260/14 261/17 375/3
weight [5] 251/16 277/5 277/6 277/18 279/22
welcome [4] 246/6 307/17 361/22 362/20
well [36] 232/12 234/14 238/17 239/12 251/10 251/11 253/8 256/4 260/12 265/5 265/25 269/11 273/1 273/20 299/7 317/19 332/23 339/2 350/13 352/4 371/20 375/2 379/18 383/19 384/2 390/3 397/2 399/10 403/21 411/5 414/8 418/14 418/17 420/14 422/1 423/10
went [7] 237/2 248/5 253/13 258/14 318/24 354/10 359/12
were [139] 240/22 243/11 244/2 244/10 244/12 244/19 244/22 246/6 248/3 248/16 248/19 249/13 259/14 260/6 260/7 260/18 262/15 262/15 262/19 263/11 265/5 272/19 274/14 275/3 286/10 289/2 294/14 296/18 298/14 302/11 302/11 302/13 303/10 304/9 304/13 305/1 305/8 307/17 308/9 308/18 308/20 311/12 312/21 316/15 316/17 316/24 316/24 317/15 318/13 318/16 318/23 319/11 319/14 319/25 320/14 320/16 320/24 321/1 321/6 321/7 321/14 323/23 324/6 326/4 326/9

331/20 332/7 332/7 332/8 332/9 332/20 332/20 333/2 333/9 333/16 336/16 338/9 339/5 340/25 342/9 342/19 342/20 342/22 345/4 346/5 349/16 356/4 356/20 357/1 357/6 357/15 360/11 360/20 360/25 363/5 363/11 365/24 366/1 369/10 370/6 371/13 371/24 371/24 371/25 372/19 373/16 373/18 374/4 374/16 374/20 375/5 375/6 375/13 376/5 376/16 376/16 378/2 388/18 392/1 393/24 394/22 395/21 395/21 395/24 397/21 405/1 406/8 408/19 409/1 409/20 409/22 409/23 409/25 420/1 422/5 423/6 425/25 428/7 428/10
weren't [2] 262/16 339/24
West [4] 226/21 227/11 227/16 328/5
Western [4] 229/11 314/16 314/17 344/22
what [280]
what's [38] 298/6 309/16 311/22 318/15 321/17 322/10 330/17 334/5 345/1 348/21 352/20 353/15 354/9 356/1 357/22 358/12 364/3 372/22 374/9 375/19 378/5 381/12 382/12 391/15 392/22 393/5 395/19 401/25 403/12 404/2 404/2 404/20 408/2 408/4 408/10 408/24 411/7 418/6
whatever [13] 278/12 354/25 356/2 358/1 358/4 358/6 371/9 371/24 373/1 404/4 405/14 405/15 406/18
WhatsApp [1] 311/10
whatsoever [1] 253/4
when [126] 239/3 239/3 240/22 244/14 244/19 245/1 245/4 246/22 246/23 248/5 248/11 248/19 252/14 259/1 261/2 262/12 266/5 270/1 270/24 276/10 276/20 276/21 277/8 278/16 279/13 279/16 283/3 285/1 285/17 286/9 286/14 288/22 297/8 297/11 297/14 297/17 298/13 298/18 302/3 302/18 303/2 303/10 305/8 306/3 306/3 306/5 307/12 307/18 308/9 309/2 309/12 309/22 310/22 319/20 320/7 320/12 320/14 325/1 331/24 332/7 336/18 336/25 338/4 338/4 338/5 338/16 339/17 349/10 356/21 357/25 358/5 358/19 359/4 361/19 363/4 364/12 364/18 365/24 366/25 368/11 368/16 368/22 371/21 371/22 375/12 376/5 377/17 378/2 378/12 382/25 383/2 386/15 388/16 388/22 388/24 389/14 390/18 390/21 392/13 392/19 392/23 396/19 398/2 398/13 399/23 400/3 401/5 401/6 403/8 404/6 404/6 405/3 406/3 409/1 409/7 410/16 417/24 417/25 419/15 419/17 419/19 420/4 420/20 421/13 422/16 426/7
where [64] 232/6 241/5 241/6 242/24 244/17 255/2 258/9 258/11 261/9 262/2 262/23 275/3 281/1 284/6 284/7 285/21 286/22 288/5 288/11 289/2 289/4 289/6 289/11 291/16 303/7 306/22 306/25 310/20 328/4 333/8 346/16 348/1 348/3 348/6 349/15 350/1 351/1 351/4 352/13 352/16 352/18 353/10 354/2 354/19 359/18 364/16 364/19 364/23 366/16 368/7 368/12 370/14 375/12 379/8 379/13 381/23 386/16 393/23 404/13

**W**

where... [5] 406/21 407/13 408/1 424/6 424/13
where's [1] 350/2
whereof [1] 428/15
wherever [1] 306/5
whether [34] 232/5 232/10 232/23 260/19 276/4 278/2 278/4 278/6 278/8 278/11 279/18 280/14 288/4 288/20 292/2 307/5 308/10 311/4 311/12 317/9 317/11 319/14 319/21 360/22 365/10 376/25 377/1 386/16 391/17 412/10 413/3 419/13 425/6 425/7
which [76] 231/17 232/2 233/25 235/17 236/1 237/21 252/14 254/19 259/7 267/21 269/7 274/10 274/13 277/2 277/15 277/17 286/8 287/16 288/5 300/15 306/15 310/12 312/15 314/14 315/18 316/4 317/14 323/3 323/17 324/13 329/10 329/12 333/20 339/18 340/15 340/18 340/20 343/8 344/8 344/14 344/23 345/24 346/12 346/25 347/8 347/12 348/9 348/12 354/25 356/9 361/22 364/15 374/20 375/21 382/2 382/22 385/3 386/13 386/14 386/14 386/18 393/1 397/24 399/6 399/7 400/2 400/3 400/8 401/3 401/22 402/17 402/19 403/5 404/20 411/17 415/14
while [22] 244/22 248/16 252/15 261/4 271/20 272/4 278/18 282/2 285/24 291/1 293/11 297/19 316/24 319/11 324/5 325/4 361/6 400/24 401/20 411/25 423/13 424/17
white [2] 271/15 395/22
who [27] 244/12 253/25 254/6 258/4 260/2 262/10 267/5 276/14 279/24 280/12 280/15 283/23 285/5 287/17 287/25 290/21 302/13 302/25 317/3 317/4 380/19 383/15 404/18 405/3 408/8 422/2 427/14
who's [1] 399/19
whole [9] 242/8 293/3 293/20 301/18 327/3 360/5 360/9 380/9 387/13
whom [4] 295/23 328/1 388/8 402/5
whose [1] 320/5
why [24] 245/5 245/22 246/14 264/24 265/4 284/18 290/23 305/12 307/6 307/22 309/9 311/7 325/13 345/7 346/7 355/7 355/8 359/16 379/17 390/15 392/15 393/19 394/8 398/7
Wi [2] 247/9 309/15
Wi-Fi [2] 247/9 309/15
widely [1] 374/24
wife [1] 399/20
Wikipedia [1] 282/11
will [106] 241/21 252/9 252/12 252/18 254/19 255/22 255/23 256/13 256/25 257/4 261/22 264/3 265/9 270/12 272/12 272/25 273/8 273/14 273/18 273/22 274/4 276/7 278/22 279/3 279/4 279/9 279/10 279/11 280/1 280/1 280/2 280/5 280/9 280/20 280/22 280/23 281/1 281/2 281/4 282/21 284/22 285/6 285/19 285/20 286/3 286/7 286/14 286/20 288/8 288/9 288/13 288/14 288/16 289/5 289/9 289/14 289/19 290/16 290/24 290/25 291/5 291/21 292/8 292/10 293/1 293/19 297/18

312/24 336/22 337/21 340/16 358/2 359/1 359/3 359/3 360/2 360/3 360/7 360/8 361/15 361/16 362/4 364/14 371/23 373/15 375/7 375/8 381/4 381/6 381/7 385/3 394/10 394/15 396/16 404/16 410/13 413/14 417/3 418/9 419/1 419/15 421/16 424/5 424/5 424/11 427/8
willing [12] 234/3 254/23 260/20 369/19 413/4 417/10 417/17 417/19 417/22 421/10 421/21 423/13
win [2] 253/19 253/20
window [3] 373/11 373/25 405/15
windows [18] 337/1 357/24 358/5 358/10 358/13 359/4 364/8 374/6 374/20 374/21 374/22 374/23 374/24 374/25 375/11 375/16 380/3 384/23
Windows 11 [1] 374/24
Windows' [1] 357/23
winning [1] 253/17
wire [1] 320/10
wireless [2] 320/11 320/12
wish [5] 234/13 257/16 282/24 342/9 410/12
wishes [4] 232/16 233/5 233/12 238/2
within [4] 303/7 352/1 419/10 423/12
without [18] 239/6 240/4 241/4 259/4 284/8 284/9 286/6 286/12 320/21 337/18 337/23 338/16 344/4 345/9 411/6 415/19 415/21 420/11
witness [61] 228/2 242/9 242/11 242/11 242/19 243/24 251/1 261/4 261/7 261/7 276/14 276/24 276/25 277/13 277/21 278/1 278/2 278/4 278/5 278/6 278/8 278/11 280/12 280/13 280/15 282/25 285/4 288/9 288/16 293/8 293/10 293/13 293/25 293/25 295/14 295/17 297/6 297/24 325/18 326/14 326/17 326/18 326/18 327/4 327/7 327/7 327/18 362/11 373/7 384/11 386/24 387/3 387/3 387/4 387/14 387/17 387/17 388/2 411/24 411/24 428/15
witness's [2] 277/22 278/12
witnesses [17] 258/21 258/23 270/2 274/24 276/9 276/13 277/17 280/11 281/8 282/7 283/3 284/23 284/23 285/3 292/25 293/13 387/20
woke [1] 266/3
woken [1] 266/2
women [1] 289/3
won't [2] 292/20 362/15
word [3] 259/2 265/7 265/8
WordPress [3] 289/11 407/18 407/24
Wordpress.org [1] 407/18
words [6] 265/25 276/12 276/22 290/5 291/11 389/6
work [7] 328/4 344/6 358/20 361/9 380/8 390/16 412/21
worked [1] 329/24
working [11] 272/20 278/18 294/15 328/9 330/1 375/5 375/6 388/13 388/14 388/19 388/20
workings [1] 380/9
works [1] 384/23
world [4] 275/10 284/5 284/6 284/7
worth [1] 422/18
would [190] 232/3 232/19 233/22 233/24 233/25 234/7 234/9 235/6 235/9 237/13 237/14 237/25 238/10 238/20

238/21 238/22 239/14 239/15 240/6 240/11 240/19 241/18 256/22 256/23 251/8 251/9 252/22 254/8 255/4 255/9 255/14 257/10 257/16 258/4 258/5 258/12 258/15 258/17 259/14 259/21 260/1 260/12 260/14 260/19 260/21 262/9 262/23 263/1 263/6 263/12 264/7 264/14 264/18 264/20 265/16 266/13 267/5 267/7 269/1 269/25 270/3 272/5 272/13 279/14 290/16 291/13 292/16 292/21 292/22 292/22 294/4 297/23 298/25 300/15 304/2 305/15 312/9 313/1 313/13 314/9 314/18 316/7 322/1 322/9 323/19 324/8 324/16 325/1 327/22 331/1 334/19 334/21 337/11 337/13 338/17 341/1 341/13 349/5 350/15 353/2 353/21 354/18 359/13 359/17 361/19 361/25 365/1 366/23 367/2 367/25 368/25 370/8 370/11 370/15 371/6 371/18 372/12 372/13 372/14 372/15 377/15 377/21 378/13 379/7 382/9 384/21 385/2 385/21 388/6 389/21 389/24 390/2 390/11 393/15 394/17 396/2 396/2 397/24 399/18 401/24 405/8 406/21 406/23 410/5 410/16 410/18 411/9 412/22 413/1 413/11 413/19 413/24 413/25 414/2 414/10 415/11 415/24 416/4 416/7 416/9 416/10 416/12 416/14 416/15 417/6 417/10 417/19 417/25 418/17 418/17 418/19 418/20 418/23 419/9 419/14 420/5 420/6 420/6 420/10 421/1 421/1 421/4 421/10 421/15 421/21 422/5 424/9 425/8 427/5 427/10
wouldn't [2] 259/24 262/17
wrapper [1] 347/25
wrapping [1] 348/1
wreck [1] 256/7
write [3] 322/24 336/10 354/24
write-blocking [1] 354/24
writing [2] 323/13 413/25
written [9] 236/20 279/5 304/15 322/22 334/11 342/20 359/2 422/17 428/9
wrong [4] 259/2 350/21 385/5 417/18
www.new [1] 408/2

**X**

X64 [2] 322/23 336/14

**Y**

Y-O [1] 369/16
yeah [11] 246/22 264/6 264/13 307/7 307/12 310/24 311/9 319/19 321/14 381/2 409/12
year [12] 284/2 284/3 284/8 289/4 289/7 289/12 369/4 369/17 388/17 402/12 407/25 408/15
years [15] 231/18 243/3 243/8 282/15 283/23 296/1 296/5 328/11 329/23 330/1 338/20 369/12 379/12 388/11 389/21
yellow [1] 335/8
yes [347]
yesterday [2] 231/9 236/22
yet [7] 232/9 253/12 254/2 256/4 260/2 384/1 412/17
you [1119]
you'd [1] 271/1
you'll [6] 235/12 253/4 267/17 270/21

**Y**

you'll... [2]  288/9 293/17
you're [29]  253/7 254/2 256/11 263/24
 265/10 277/10 282/2 285/3 285/4 285/9
 305/22 317/22 321/17 331/24 336/3
 340/7 359/8 361/22 364/20 364/25
 364/25 368/11 368/16 385/5 392/24
 394/24 404/11 409/7 418/25
you've [11]  261/19 273/11 309/16
 329/23 350/5 354/15 370/14 388/22
 389/21 396/19 398/21
you-all [1]  410/24
young [6]  283/22 284/12 288/25 289/15
 291/16 291/17
your [387]
yours [3]  263/8 420/3 424/14
yourself [8]  244/10 254/16 261/18
 279/19 283/1 302/11 329/6 404/15

**Z**

zip [9]  381/6 385/13 385/13 385/14
 385/14 385/15 385/18 385/22 385/24